IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47

MOUNTAIN VALLEY PIPELINE, LLC,

      Plaintiff,

  v.

EASEMENTS TO CONSTRUCT,
OPERATE, AND MAINTAIN A
NATURAL GAS PIPELINE OVER
TRACTS OF LAND IN ROCKINGHAM
COUNTY, GUILFORD COUNTY, AND
ALAMANCE COUNTY NORTH
CAROLINA, INCLUDING:

1.96 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 150345 AND BEING
MVP PARCEL NO. MVF-NC-AL-005.000,
OWNED BY CAROL CHRISTOPHER
OLIVER;

9.66 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 150397 AND BEING
MVP PARCEL NO. MVF-NC-AL-007.000,
OWNED BY HOWARD L. DUNN, JR.
AND PATRICIA L. DUNN;

2.01 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY

PARCEL ID NO. 155685 AND BEING
MVP PARCEL NO. NC-AL-000.020,
OWNED BY FRED L. LEHMAN AND
CAROL S. LEHMAN;

2.12 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 155661 AND BEING
MVP PARCEL NO. NC-AL-000.045,
OWNED BY LARRY WAYNE PINNIX
AND LINDA THOMPSON PINNIX;

3.33 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 155656 AND BEING
MVP PARCEL NO. NC-AL-000.050,
OWNED BY SOUTH ROCK FARM, LLC;

5.71 ACRES OF LAND, MORE OR LESS,
LOCATED IN GUILFORD COUNTY,
NORTH CAROLINA, BEING A
PORTION OF GUILFORD COUNTY
PARCEL ID NO. 100666 AND BEING
MVP PARCEL NO. NC-GU-001.000,
OWNED BY SOUTH ROCK FARM, LLC
AND TINA L. PINNIX-BROOME;

0.11 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 155689 AND BEING
MVP PARCEL NO. NC-AL-004.000,
OWNED BY VERA KERNODLE
BULLOCK (AN INCOMPETENT
PERSON);

2

3.23 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 155701 AND BEING MVP PARCEL NO. NC-AL-005.000, OWNED BY EDITH KERNODLE KHATEEB AND HASHIM A. KHATEEB;

5.06 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 111071 AND BEING MVP PARCEL NO. NC-AL-018.000, OWNED BY DALE FRANK TATE;

2.94 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 111046 AND BEING MVP PARCEL NO. NC-AL-019.000, OWNED BY THE VERLIE J. HALL REVOCABLE TRUST DATED 21ST DAY OF JANUARY, 2002 AND FRANK C. HALL, TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST DATED 21ST DAY OF JANUARY, 2002;

3.13 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 118752 AND BEING MVP PARCEL NO. NC-AL-033.000, OWNED BY 1804-1814 GREENSTREET ASSOCIATES, LP;

3

1.08 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 118782 AND BEING
MVP PARCEL NO. NC-AL-036.000,
OWNED BY ROBERT F. RHODES;

6.22 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 118774 AND BEING
MVP PARCEL NO. NC-AL-046.000,
OWNED BY WAYNE S. APPLE;

4.90 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 118789 AND 118794
AND BEING MVP PARCEL NO. NC-AL-
050.000 AND NC-AL-050.100.AR,
OWNED BY MICHAEL STEPHEN
MADREN AND PATSY MADREN;

4.32 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 118853 AND BEING
MVP PARCEL NO. NC-AL-052.000,
OWNED BY LLOYD G. TUCKER SR.
AND FAYE ISLEY TUCKER, AND
LLOYD G. TUCKER JR.;

0.31 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY

4

PARCEL ID NO. 170441 AND BEING
MVP PARCEL NO. NC-AL-060.000,
OWNED BY ERIC KASS AND
BRITTNEY KASS;

0.50 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 171910 AND BEING
MVP PARCEL NO. NC-AL-062.000,
OWNED BY LARRY D. SHAMBLEY
AND DONNA S. SHAMBLEY;

3.64 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 172085 AND BEING
MVP PARCEL NO. NC-AL-064.000,
OWNED BY MICHAEL GLENN
WALLACE AND PAULA ROCHELLE
WALLACE;

3.32 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 128878 AND BEING
MVP PARCEL NO. NC-AL-077.000,
OWNED BY THOMAS WEAVER
CONSTRUCTION COMPANY, INC.;

3.70 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 141508 AND BEING
MVP PARCEL NO. NC-AL-089.000,
OWNED BY FELICIANO MARES, ANNA

5

BURNETT MCCAULEY, JACQUELYN
MCCAULEY, AND SAMUEL OWEN
MCCAULEY;

8.34 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NOS. 150259 AND 150303
AND BEING MVP PARCEL NOS. NC-
AL-104.000 AND NC-AL-106.000,
OWNED BY ESTHER P. BLANCHARD,
PERRY BLANCHARD SLADE, JACK
DANIEL SLADE, DAYLE DRIVER
BLANCHARD, MARSHA BLANCHARD
HICKS, LEE HICKS, MORGAN
LINDSEY BLANCHARD;

0.34 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 150227 AND BEING
MVP PARCEL NO. NC-AL-119.000,
OWNED BY PAMELA J. MULLER;

0.74 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 150232 AND BEING
MVP PARCEL NO. NC-AL-132.100,
OWNED BY ROBERT C. WARREN, JR.
AND LENA KAY WARREN;

0.30 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 154242 AND BEING

6

MVP PARCEL NO. NC-AL-134.000,
OWNED BY CHARLES A. JONES AND
DEBORAH A. JONES;

1.93 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 154241 AND BEING
MVP PARCEL NO. NC-AL-135.000,
OWNED BY JOHN RAY COLE AND
RAVONDA LYNN COLE;

1.37 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 153208 AND BEING
MVP PARCEL NO. NC-AL-144.000,
OWNED BY ROBERT J. MULLIS AND
CONNIE R. MULLIS;

1.20 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 153148 AND BEING
MVP PARCEL NO. NC-AL-145.000,
OWNED BY TORREY L. ROACH AND
AMANDA R. ROACH;

0.36 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 153197 AND BEING
MVP PARCEL NO. NC-AL-162.000,
OWNED BY A.S.C.S., A MINOR CHILD;

7

1.44 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 153244 AND BEING MVP PARCEL NO. NC-AL-166.000, OWNED BY JANIE H. TEW, JERRY HICKS, TONI HICKS, AND TRICIA CRONK;

3.14 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 152804 AND BEING MVP PARCEL NO. NC-AL-186.000, OWNED BY TERESA ANN CLAYTON FREEMAN, HUGH W. FREEMAN, AND COGGINS STONE STREET, LLC;

8.92 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 152813 AND BEING MVP PARCEL NO. NC-AL-191.000, OWNED BY SECOND PARTNERS, LLC;

3.04 ACRES OF LAND, MORE OR LESS, LOCATED IN ALAMANCE COUNTY, NORTH CAROLINA, BEING A PORTION OF ALAMANCE COUNTY PARCEL ID NO. 152796 AND BEING MVP PARCEL NO. NC-AL-194.000, OWNED BY THE DAVID K. NAYLOR 2014 TRUST, U/T/A DATED AUGUST 27, 2014; DAVID K. NAYLOR AS TRUSTEE OF THE DAVID K. NAYLOR 2014 TRUST U/T/A DATED AUGUST 27, 2014; THE DAVID K. AND PAMELA L.

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 8 of 92

NAYLOR FAMILY TRUST, F/B/O DAVID
K. NAYLOR AND PAMELA L. NAYLOR;
AND DAVID K. NAYLOR AND PAMELA
L. NAYLOR, TRUSTEES OF THE THE
DAVID K. AND PAMELA L. NAYLOR
FAMILY TRUST, F/B/O DAVID K.
NAYLOR AND PAMELA L. NAYLOR;

1.02 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152749 AND BEING
MVP PARCEL NO. NC-AL-195.000,
OWNED BY MARK R. HALL AND LISA
H. HALL;

1.19 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152128 AND BEING
MVP PARCEL NO. NC-AL-196.000,
OWNED BY JERRY RICHMOND AND
PENNY RICHMOND;

2.13 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152126 AND BEING
MVP PARCEL NO. NC-AL-197.000,
OWNED BY DANIEL A. HUGHES AND
MARGARET M. HUGHES;

1.93 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152127 AND BEING

9

MVP PARCEL NO. NC-AL-198.000,
OWNED BY LORI DYER WEBSTER OR
LORI D. WEBSTER AND R. ALAN
DYER, CO-TRUSTEES OF THE
ROBERT W. DYER AND BETTY B.
DYER IRREVOCABLE TRUST, DATED
NOVEMBER 4, 2014, AND THE
ROBERT W. DYER AND BETTY B.
DYER IRREVOCABLE TRUST, DATED
NOVEMBER 4, 2014;

4.79 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152125 AND BEING
MVP PARCEL NO. NC-AL-199.000,
OWNED BY THE ROBERT W. DYER
AND BETTY B. DYER IRREVOCABLE
TRUST, DATED NOVEMBER 4, 2014;
LORI D. WEBSTER, CO-TRUSTEE OF
THE ROBERT W. DYER AND BETTY B.
DYER IRREVOCABLE TRUST, DATED
NOVEMBER 4, 2014, AND R. ALAN
DYER, CO-TRUSTEE OF THE ROBERT
W. DYER AND BETTY B. DYER
IRREVOCABLE TRUST, DATED
NOVEMBER 4, 2014;

0.36 ACRES OF LAND, MORE OR LESS,
LOCATED IN ALAMANCE COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ALAMANCE COUNTY
PARCEL ID NO. 152119 AND BEING
MVP PARCEL NO. NC-AL-200.000,
OWNED BY SAMANTHA HATT;

0.07 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH ALAMANCE, BEING A

10

PORTION OF ALAMANCE COUNTY PARCEL ID NO. 152099 AND BEING MVP PARCEL NO. NC-AL-211.000.AR, OWNED BY CARDINAL PIPELINE COMPANY, LLC;

2.16 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 147223 AND BEING MVP PARCEL NO. NC-RO-001.000, OWNED BY CAROLINE FRANKLIN HOLLIDAY AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

4.29 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 147223 AND BEING MVP PARCEL NO. NC-RO-002.000, OWNED BY CAROLINE FRANKLIN HOLLIDAY AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

7.33 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 178708 AND BEING MVP PARCEL NO. NC-RO-004.000, OWNED BY RANCH PROPERTIES, LLC AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

11

7.32 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 171815 AND BEING MVP PARCEL NO. NC-RO-005.000, OWNED BY CIRCLE BAR D RANCH, LLC AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

31.37 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NOS. 164555 AND 165627Z1 AND BEING MVP PARCEL NO. NC-RO-006.000 AND NC-RO-006.001AR, OWNED BY WILLOW OAKS PLANTATION, LLC AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

23.17 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146793 AND BEING MVP PARCEL NO. NC-RO-007.000, OWNED BY BARRY S. FRANK AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

5.76 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146731 AND BEING MVP PARCEL NO. NC-RO-011.000,

OWNED BY BEATRICE E. COCHRAN;
AND BARRY COCHRAN AND WIFE,
DEBORAH V. COCHRAN AND
EASEMENT CLAIMED BY
TRANSCONTINENTAL GAS PIPE LINE
COMPANY, LLC;

0.37 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 156542 AND BEING
MVP PARCEL NO. NC-RO-013.000,
OWNED BY GEORGE WALTER
JOHNSON, III AND EASEMENT
CLAIMED BY TRANSCONTINENTAL
GAS PIPE LINE COMPANY, LLC;

9.74 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 177471 AND BEING
MVP PARCEL NO. NC-RO-014.000,
OWNED BY JACKIE BURRIS
JOHNSON AND TED MACK JOHNSON
AND EASEMENT CLAIMED BY
TRANSCONTINENTAL GAS PIPE LINE
COMPANY, LLC;

2.04 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 177472 AND BEING
MVP PARCEL NO. NC-RO-015.000,
OWNED BY PUBLIC SERVICE
COMPANY OF NORTH CAROLINA AND
EASEMENT CLAIMED BY
TRANSCONTINENTAL GAS PIPE LINE

13

COMPANY, LLC;

2.22 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 167392 AND BEING
MVP PARCEL NO. NC-RO-016.000,
OWNED BY MOUNTAIN VALLEY
PIPELINE, LLC AND EASEMENT
CLAIMED BY TRANSCONTINENTAL
GAS PIPE LINE COMPANY, LLC;

5.97 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 176577 AND BEING
MVP PARCEL NO. NC-RO-019.000,
OWNED BY MARY NELSON
UNDERWOOD AND EASEMENT
CLAIMED BY TRANSCONTINENTAL
GAS PIPE LINE COMPANY, LLC;

0.18 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 146684 AND BEING
MVP PARCEL NO. NC-RO-021.000,
OWNED BY FRANCES GWENDOLYN
UNDERWOOD PRUITT AND THOMAS
MICHAEL PRUITT;

3.68 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 165902 AND BEING
MVP PARCEL NO. NC-RO-033.000,

14

OWNED BY JAMES ARTHUR QUESINBERRY AND DONALD WAYNE QUIESINBERRY AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

0.99 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146578 AND BEING MVP PARCEL NO. NC-RO-034.000, OWNED BY MELVIN EUGENE SHECKELLS AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

1.68 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 165903 AND BEING MVP PARCEL NO. NC-RO-035.000, OWNED BY KATHRYN KNAPP COLLINS AND JAMES KNAPP AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

0.15 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146576 AND BEING MVP PARCEL NO. NC-RO-036.000, OWNED BY JOHN ANDREW KALLAM AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

15

1.74 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146572 AND BEING MVP PARCEL NO. NC-RO-037.000, OWNED BY DORA ANN ATHA, ERIC DEHART, JOSEPH DEHART, AND LISA A. BRAMMER AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

8.96 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 146568 AND BEING MVP PARCEL NO. NC-RO-038.000, OWNED JOYCE C. VAUGHN REVOCABLE TRUST OF 1998, KENNETH MATTHEW VAUGHN, AND DEBRA RIFFLE VAUGHN AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

3.00 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 166690 AND BEING MVP PARCEL NO. NC-RO-039.000, OWNED BY 329 PARTNERS, LLC AND EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC;

3.43 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A

PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 174528 AND BEING
MVP PARCEL NO. NC-RO-051.000,
OWNED BY RAMONA FAYE MILLNER
BANKSTON AND ROBERT BANKSTON;

1.53 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 166621 AND 166622
AND BEING MVP PARCEL NO. NC-RO-
052.000 AND NC-RO-053.000, OWNED
BY DELMUS SYLVESTER BROADNAX;
BILL R. BROADNAX; HEIRS OF BUDDY
NATHANIEL BROADNAX; LINDA D.
BROADNAX; JERMAINE BROADNAX;
DONNETT BROADNAX; NICOLE
BROADNAX; KIMBERLY BROADNAX;
RONALD BROADNAX; DONALD
BROADNAX; BRENDA BROADNAX;
CLARENCE RICKY BROADNAX; AND
BETTY BROADNAX THOMAS;

7.96 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 146025 AND BEING
MVP PARCEL NO. NC-RO-057.000,
OWNED BY HEIRS OF GENERAL O.
TOTTEN;

2.19 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 156096 AND BEING
MVP PARCEL NO. NC-RO-066.000,
OWNED BY DANIEL L. MOTLEY, JR.;

17

0.06 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 172734 AND BEING MVP PARCEL NO. NC-RO-074.000, OWNED BY APRIL MARIE STANFIELD AND RONALD STANFIELD;

0.06 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 173694 AND BEING MVP PARCEL NO. NC-RO-076.000, OWNED BY SUSANO B. JAIMES;

0.03 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 156189 AND BEING MVP PARCEL NO. NC-RO-079.000, OWNED BY WADE L. RAY AND AMBER L. RAY;

2.31 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 156188 AND BEING MVP PARCEL NO. NC-RO-080.000, OWNED BY RENEE WOMACK;

2.16 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 158688 AND BEING

18

MVP PARCEL NO. NC-RO-105.000,
OWNED BY SANDRA K. STRADER,
AND GARRY D. STRADER;

1.504 ACRES OF LAND, MORE OR
LESS, LOCATED IN ROCKINGHAM
COUNTY, NORTH CAROLINA, BEING
A PORTION OF ROCKINGHAM
COUNTY PARCEL ID NO. 158478 AND
BEING MVP PARCEL NO. NC-RO-
106.000, OWNED BY GREENWOOD
PRESBYTERIAN CHURCH, INC.;

6.18 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 157810 AND BEING
MVP PARCEL NO. NC-RO-122.000,
OWNED BY JOHN P. MCMICHAEL
AND SUSAN L. MCMICHAEL;

0.96 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 170992 AND BEING
MVP PARCEL NO. NC-RO-148.505.AR,
OWNED BY BRET L. STEVENS,
JENNIFER M. STEVENS, TIMOTHY G.
STEVENS, AND TERESA S. STEVENS;

3.14 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 159954 AND BEING
MVP PARCEL NO. NC-RO-149.000,
OWNED BY KENNETH WAYNE BATES,
GEORG ANN BATES, KENNETH W

19

BATES II, TRACY BATES, DANIEL LEE
BATES, AND EMILY TALBOTT BATES;

1.34 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 176513 AND BEING
MVP PARCEL NO. NC-RO-149.100,
OWNED BY KENNETH WAYNE BATES
AND GEORG ANN BATES;

0.33 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 176514 AND BEING
MVP PARCEL NO. NC-RO-149.200.AR,
OWNED BY DANIEL LEE BATES AND
EMILY TALBOTT BATES;

4.98 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 174558 AND BEING
MVP PARCEL NO. NC-RO-153.000,
OWNED BY KENNETH R. HAYES AND
TERESA G. HAYES;

4.37 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 174559 AND BEING
MVP PARCEL NO. NC-RO-154.000,
OWNED BY KENNETH R. HAYES AND
TERESA G. HAYES;

1.51 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 161597 AND BEING MVP PARCEL NO. NC-RO-157.000, OWNED BY DONALD L. BROWN (AN INCOMPETENT PERSON);

2.45 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 176410 AND BEING MVP PARCEL NO. NC-RO-169.000, OWNED BY AIMEE SMITH TILLEY AND STEPHEN EDWARD SMITH II, ANNE FAIRCHILD CANNON, SUSIE FAIRCHILD COLE, LUCILE FAIRCHILD THIENEMANN, MARTHA ANNE FAIRCHILD, ROSE TILLER MCMICHAEL, AND KIMBERLY DALE PARKS;

0.80 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 161503 AND BEING MVO PARCEL NO. NC-RO-174.200, OWNED BY ELIZABETH ANN MCKINNEY TALLEY;

5.01 ACRES OF LAND, MORE OR LESS, LOCATED IN ROCKINGHAM COUNTY, NORTH CAROLINA, BEING A PORTION OF ROCKINGHAM COUNTY PARCEL ID NO. 161534 AND BEING MVP PARCEL NO. NC-RO-180.000, OWNED BY RAVEN LEE BROEKER

21

AND CATHI JO BROEKER;

16.41 ACRES OF LAND, MORE OR
LESS, LOCATED IN ROCKINGHAM
COUNTY, NORTH CAROLINA, BEING
A PORTION OF ROCKINGHAM
COUNTY PARCEL ID NO. 170392 AND
BEING MVP PARCEL NO. NC-RO-
181.000, OWNED BY ALVIN HERBIN
AND VIRGINIA B. HERBIN;

2.37 ACRES OF LAND, MORE OR LESS,
LOCATED IN ROCKINGHAM COUNTY,
NORTH CAROLINA, BEING A
PORTION OF ROCKINGHAM COUNTY
PARCEL ID NO. 163065 AND BEING
MVP PARCEL NO. NC-RO-185.000,
OWNED BY MARIE OLIVIA BASS
REVOCABLE TRUST U/A DATED
APRIL 9, 2015 AND MARIE OLIVIA
BASS, TRUSTEE FOR THE MARIE
OLIVIA BASS REVOCABLE TRUST U/A
DATED APRIL 9, 2015;

and

UNKNOWN OWNERS,

      Defendants.

## COMPLAINT

NOW COMES Plaintiff Mountain Valley Pipeline, LLC ("**MVP**"), by and through the undersigned counsel, pursuant to its power of eminent domain as authorized by the Natural Gas Act, 15 U.S.C. §§ 717-717z, and Rule 71.1 of the Federal Rules of Civil Procedure, and hereby files this

22

Complaint to condemn property interests necessary for the construction, operation, and maintenance of an interstate natural gas pipeline and associated facilities and appurtenances (collectively, the "*Pipeline*") across properties in Rockingham County and Alamance County, North Carolina owned or claimed by defendants (collectively, the "*Landowners*").

1.     On June 18, 2020, the Federal Energy Regulatory Commission ("*FERC*") determined that the Pipeline is in the public interest and issued an Order granting a Certificate of Public Convenience and Necessity (the "*Certificate Order*") for the construction, operation, and maintenance of the Pipeline, which includes approximately 75.1 miles of new 24- or 16-inch-diameter natural gas pipeline, one new compressor station, four new interconnects and associated meter stations, and ancillary facilities including pig launchers and receivers, mainline block valves, and cathodic protection beds.

2.     A true and accurate copy of the Certificate Order from FERC is attached as Exhibit 1 and is incorporated by reference.

3.     The Pipeline will help meet the public's demand for natural gas by transporting natural gas from the Marcellus and Utica Shale regions and increasing access and available capacity in North Carolina and southern Virginia.

23

4. Completion of the Pipeline as certificated by FERC will require easements for permanent and exclusive rights-of-way, access roads, temporary construction easements, and temporary and permanent workspace easements across certain properties. Accordingly, it is necessary for MVP to acquire temporary and permanent easements across those properties. Condemnation is necessary because MVP has been unable to negotiate mutually agreeable easement agreements with the Landowners. The defendant Landowners are those owners and claimants from whom MVP has not acquired rights and easements by agreement. The owners with whom MVP has reached agreement are not being made defendants in this case.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over this action pursuant to the condemnation authority in Section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h), and federal question jurisdiction, 28 U.S.C. § 1331.

6. The amount claimed by the Landowners for each tract exceeds $3,000.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the properties to be condemned are located within the Middle District of North Carolina.

## Parties and Properties

*MVP*

8.     MVP is a Delaware limited liability company with its principal office located at 2200 Energy Drive in Canonsburg, Pennsylvania 15317. MVP is a "Natural-gas company" as defined by Section 2(6) of the Natural Gas Act, 15 U.S.C. § 717a(6), and as such, is qualified to construct, own, operate, and maintain a pipeline for the transmission of natural gas and constituents thereof.     MVP's authorization to transport natural gas in interstate commerce is granted by and subject to the jurisdiction of FERC. MVP is authorized to conduct business in the State of North Carolina.

*Carol Christopher Oliver*

9.     Carol Christopher Oliver owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 494, Page 978 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 150345, and is identified as MVP Parcel Number MVF-NC-AL-005.000.  As shown on the map attached as <u>Exhibit 2</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.73 acres |
| Additional Temporary Workspace | 0.44 acres |

| | |
|---|---|
| Permanent Easement | 0.79 acres |
| Total acres, more or less: | 1.96  acres. |

*Howard L. Dunn, Jr. and Patricia L. Dunn*

10.　Howard L. Dunn, Jr. and Patricia L. Dunn own or have an interest in property over which easements for the Pipeline are being taken by condemnation.　The property is located in Alamance County and is more particularly described in Book 893, Page 377 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 150397, and is identified as MVP Parcel Number MVF-NC-AL-007.000.　As shown on the map attached as Exhibit 3, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 3.09 acres |
| Additional Temporary Workspace | 2.77 acres |
| Temporary Access Road | 0.05 acres |
| Possible Temporary Workspace | 0.33 acres |
| Permanent Easement | 3.42 acres |
| Total acres, more or less: | 9.66  acres. |

*Fred L. Lehman and Carol S. Lehman*

11.　Fred L. Lehman and Carol S. Lehman own or have an interest in property over which easements for the Pipeline are being taken by

26

condemnation. The property is located in Alamance County and is more particularly described in Book 2926, Page 787 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 155685, and is identified as MVP Parcel Number NC-AL-000.020. As shown on the map attached as Exhibit 4, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.92 acres |
| Additional Temporary Workspace | 0.19 acres |
| Permanent Easement | 0.90 acres |
| Total acres, more or less: | 2.01 acres. |

*Larry Wayne Pinnix and Linda Thompson Pinnix*

12. Larry Wayne Pinnix and Linda Thompson Pinnix own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 1097, Page 147 and Book 1281, Page 871 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 155661, and is identified as MVP Parcel Number NC-AL-000.045. As shown on the map attached as Exhibit 5, MVP seeks to acquire the following rights and easements over the property:

27

| | |
|---|---|
| Temporary Workspace | 0.74 acres |
| Additional Temporary Workspace | 0.52 acres |
| Access Road | 0.08 acres |
| Permanent Easement | 0.78 acres |
| Total acres, more or less: | 2.12  acres. |

*South Rock Farm, LLC*

13.     South Rock Farm, LLC owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 3376, Page 506 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 155656, and is identified as MVP Parcel Number NC-AL-000.050.  As shown on the map attached as <u>Exhibit 6</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.32 acres |
| Additional Temporary Workspace | 0.62 acres |
| Permanent Easement | 1.39 acres |
| Total acres, more or less: | 3.33  acres. |

*South Rock Farm, LLC and Tina L. Pinnix-Broome*

14.     South Rock Farm, LLC and Tina L. Pinnix-Broome own or have an interest in property over which easements for the Pipeline are being taken

28

by condemnation. The property is located in Guilford County and is more particularly described in Book 7648, Page 748 of the Guilford County Registry, and bears Guilford County Parcel Identification Number 100666, and is identified as MVP Parcel Number NC-GU-001.000. As shown on the map attached as Exhibit 7, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.65 acres |
| Additional Temporary Workspace | 1.35 acres |
| Possible Temporary Workspace | 0.24 acres |
| Permanent Easement | 1.90 acres |
| Access Road | 0.57 acres |
| Total acres, more or less: | 5.71 acres. |

*Vera Kernodle Bullock (an incompetent person)*

15. Vera Kernodle Bullock (an incompetent person) owns or has an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 478, Page 556 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 155689, and is identified as MVP Parcel Number NC-AL-004.000. As shown on the

map attached as <u>Exhibit 8</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.05 acres |
| Permanent Easement | 0.06 acres |
| Total acres, more or less: | 0.11  acres. |

*Edith Kernodle Khateeb and Hashim A. Khateeb*

16.    Edith Kernodle Khateeb and Hashim A. Khateeb own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 478, Page 554 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 155701, and is identified as MVP Parcel Number NC-AL-005.000.  As shown on the map attached as <u>Exhibit 9</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.11 acres |
| Additional Temporary Workspace | 0.85 acres |
| Possible Temporary Workspace | 0.07 acres |
| Permanent Easement | 1.20 acres |
| Total acres, more or less: | 3.23  acres. |

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 30 of 92

*Dale Frank Tate*

17.     Dale Frank Tate owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 1416, Page 535 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 111071, and is identified as MVP Parcel Number NC-AL-018.000.  As shown on the map attached as <u>Exhibit 10</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Permanent Easement | 1.66 acres |
| Temporary Workspace | 1.58 acres |
| Additional Temporary Workspace | 1.22 acres |
| Access Roads | 0.42 acres |
| Possible Temporary Workspace | 0.18 acres |
| Total acres, more or less: | 5.06 acres. |

*The Verlie J. Hall Revocable Trust dated 21st day of January, 2002 and Frank C. Hall, Trustee of The Verlie J. Hall Revocable Trust dated 21st day of January, 2002*

18.     The Verlie J. Hall Revocable Trust dated 21st day of January, 2002 and Frank C. Hall, Trustee of The Verlie J. Hall Revocable Trust dated 21st day of January, 2002 own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is

31

located in Alamance County and is more particularly described in Book 1623, Page 880 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 111046, and is identified as MVP Parcel Number NC-AL-019.000.  As shown on the map attached as <u>Exhibit 11</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.09 acres |
| Additional Temporary Workspace | 0.36 acres |
| Possible Temporary Workspace | 0.03 acres |
| Access Road | 0.21 acres |
| Permanent Easement | 1.25 acres |
| Total acres, more or less: | 2.94  acres. |

*1804-1814 Greenstreet Associates, LP*

19.    1804-1814 Greenstreet Associates, LP owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 2451, Page 724 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 118752, and is identified as MVP Parcel Number NC-AL-033.000.  As shown on the map attached as <u>Exhibit 12</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.66 acres |
| Additional Temporary Workspace | 0.28 acres |
| Possible Temporary Workspace | 0.23 acres |
| Access Road | 1.02 acres |
| Permanent Easement | 0.94 acres |
| Total acres, more or less: | 3.13 acres. |

### Robert F. Rhodes

20. Robert F. Rhodes owns or has an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 2516, Page 491 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 118782, and is identified as MVP Parcel Number NC-AL-036.000. As shown on the map attached as <u>Exhibit 13</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.22 acres |
| Additional Temporary Workspace | 0.65 acres |
| Possible Temporary Workspace | 0.02 acres |
| Permanent Easement | 0.19 acres |
| Total acres, more or less: | 1.08 acres. |

*Wayne S. Apple*

21.     Wayne S. Apple owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 2714, Page 42 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 118774, and is identified as MVP Parcel Number NC-AL-046.000.  As shown on the map attached as <u>Exhibit 14</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.15 acres |
| Additional Temporary Workspace | 1.00 acres |
| Possible Temporary Workspace | 0.16 acres |
| Access Road | 0.58 acres |
| Permanent Easement | 2.33 acres |
| Total acres, more or less: | 6.22  acres. |

*Michael Stephen Madren and Patsy Madren*

22.     Michael Stephen Madren and Patsy Madren own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 3774, Page 364 and Book 1268, Page 241 of the Alamance County Registry, and bears Alamance County Parcel Identification

34

Numbers 118789 and 118794, and is identified as MVP Parcel Numbers NC-AL-050.000 and NC-AL-050.100.AR. As shown on the map attached as Exhibit 15, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.55 acres |
| Additional Temporary Workspace | 0.85 acres |
| Possible Temporary Workspace | 0.16 acres |
| Temporary Access Road | 0.60 acres |
| Permanent Easement | 1.74 acres |
| Total acres, more or less: | 4.90  acres. |

*Lloyd G. Tucker Sr. and Faye Isley Tucker, and Lloyd G. Tucker Jr.*

23. Lloyd G. Tucker Sr. and Faye Isley Tucker, Lloyd G. Tucker Jr., remainderman, own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 3715, Page 845 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 118853, and is identified as MVP Parcel Number NC-AL-052.000. As shown on the map attached as Exhibit 16, MVP seeks to acquire the following rights and easements over the property:

35

|                                 |             |
|---------------------------------|-------------|
| Temporary Workspace             | 1.56 acres  |
| Additional Temporary Workspace  | 0.91 acres  |
| Possible Temporary Workspace    | 0.14 acres  |
| Permanent Easement              | 1.71 acres  |
| Total acres, more or less:      | 4.32 acres. |

*Eric Kass and Brittney Kass*

24.     Eric Kass and Brittney Kass own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 3845, Page 831 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 170441, and is identified as MVP Parcel Number NC-AL-060.000. As shown on the map attached as <u>Exhibit 17</u>, MVP seeks to acquire the following rights and easements over the property:

|                                 |             |
|---------------------------------|-------------|
| Temporary Workspace             | 0.05 acres  |
| Additional Temporary Workspace  | 0.25 acres  |
| Permanent Easement              | 0.01 acres  |
| Total acres, more or less:      | 0.31 acres. |

*Larry D. Shambley and Donna S. Shambley*

25.     Larry D. Shambley and Donna S. Shambley own or have an interest in property over which easements for the Pipeline are being taken by

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 36 of 92

condemnation. The property is located in Alamance County and is more particularly described in Book 3269, Page 679 and Book 3351, Page 741 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 171910, and is identified as MVP Parcel Number NC-AL-062.000. As shown on the map attached as Exhibit 18, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.20 acres |
| Additional Temporary Workspace | 0.14 acres |
| Permanent Easement | 0.16 acres |
| Total acres, more or less: | 0.50 acres. |

*Michael Glenn Wallace and Paula Rochelle Wallace*

26. Michael Glenn Wallace and Paula Rochelle Wallace own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 3320, Page 601 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 172085, and is identified as MVP Parcel Number NC-AL-064.000. As shown on the map attached as Exhibit 19, MVP seeks to acquire the following rights and easements over the property:

37

| Temporary Workspace | 1.15 acres |
|---|---|
| Additional Temporary Workspace | 0.81 acres |
| Possible Temporary Workspace | 0.19 acres |
| Permanent Easement | 1.49 acres |
| Total acres, more or less: | 3.64 acres. |

*Thomas Weaver Construction Company, Inc.*

27.    Thomas Weaver Construction Company, Inc. owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 2340, Page 306 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 128878, and is identified as MVP Parcel Number NC-AL-077.000.  As shown on the map attached as Exhibit 20, MVP seeks to acquire the following rights and easements over the property:

| Temporary Workspace | 1.27 acres |
|---|---|
| Additional Temporary Workspace | 0.58 acres |
| Possible Temporary Workspace | 0.10 acres |
| Permanent Easement | 1.37 acres |
| Total acres, more or less: | 3.32 acres. |

38

*Feliciano Mares, Anna Burnett McCauley, Jacquelyn McCauley, and Samuel Owen McCauley*

28.     Feliciano Mares, Anna Burnett McCauley, Jacquelyn McCauley, and Samuel Owen McCauley own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 2369, Page 309; Book 2374, Page 95; Book 2351, Page 190; and Book 2351, Page 186 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 141508, and is identified as MVP Parcel Number NC-AL-089.000.  As shown on the map attached as Exhibit 21, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.25 acres |
| Additional Temporary Workspace | 1.21 acres |
| Permanent Easement | 1.24 acres |
| Total acres, more or less: | 3.70  acres. |

*Esther P. Blanchard, Perry Blanchard Slade, Jack Daniel Slade, Dayle Driver Blanchard, Marsha Blanchard Hicks, Lee Hicks, Morgan Lindsey Blanchard*

29.     Esther P. Blanchard, Perry Blanchard Slade, Jack Daniel Slade, Dayle Driver Blanchard, Marsha Blanchard Hicks, Lee Hicks, Morgan Lindsey Blanchard own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in

39

Alamance County and is more particularly described in Book 341, Page 367 of the Alamance County Registry, and bears Alamance County Parcel Identification Numbers 150259 and 150303, and is identified as MVP Parcel Numbers NC-AL-104.000 and NC-AL-106.000. As shown on the map attached as <u>Exhibit 22</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.76 acres |
| Additional Temporary Workspace | 1.88 acres |
| Possible Temporary Workspace | 0.12 acres |
| Permanent Easement | 3.58 acres |
| Total acres, more or less: | 8.34  acres. |

*Pamela J. Muller*

30.    Pamela J. Muller owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 3562, Page 138 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 150227, and is identified as MVP Parcel Number NC-AL-119.000. As shown on the map attached as <u>Exhibit 23</u>, MVP seeks to acquire the following rights and easements over the property:

40

| | |
|---|---|
| Temporary Workspace | 0.03 acres |
| Additional Temporary Workspace | 0.30 acres |
| Permanent Easement | 0.01 acres |
| Total acres, more or less: | 0.34  acres. |

*Robert C. Warren, Jr. and Lena Kay Warren*

31.    Robert C. Warren, Jr. and Lena Kay Warren own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 476, Page 752 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 150232, and is identified as MVP Parcel Number NC-AL-132.100.  As shown on the map attached as Exhibit 24, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Access Road | 0.71 acres |
| Additional Temporary Workspace | 0.03 acres |
| Total acres, more or less: | 0.74  acres. |

*Charles A. Jones and Deborah A. Jones*

32.    Charles A. Jones and Deborah A. Jones own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more

41

particularly described in Book 1158, Page 685 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 154242, and is identified as MVP Parcel Number NC-AL-134.000.  As shown on the map attached as Exhibit 25, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.05 acres |
| Additional Temporary Workspace | 0.21 acres |
| Permanent Easement | 0.04 acres |
| Total acres, more or less: | 0.30  acres. |

*John Ray Cole and Ravonda Lynn Cole*

33.     John Ray Cole and Ravonda Lynn Cole own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 2312, Page 238 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 154241, and is identified as MVP Parcel Number NC-AL-135.000.  As shown on the map attached as Exhibit 26, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.73 acres |
| Additional Temporary Workspace | 0.34 acres |

42

| | |
|---|---|
| Possible Temporary Workspace | 0.01 acres |
| Permanent Easement | 0.85 acres |
| Total acres, more or less: | 1.93  acres. |

*Robert J. Mullis and Connie R. Mullis*

34.      Robert J. Mullis and Connie R. Mullis own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 440, Page 54 and Book 919, Page 549 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 153208, and is identified as MVP Parcel Number NC-AL-144.000. As shown on the map attached as <u>Exhibit 27</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.48 acres |
| Additional Temporary Workspace | 0.31 acres |
| Permanent Easement | 0.58 acres |
| Total acres, more or less: | 1.37  acres. |

*Torrey L. Roach and Amanda R. Roach*

35.      Torrey L. Roach and Amanda R. Roach own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more

43

particularly described in Book 1020, Page 973 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 153148, and is identified as MVP Parcel Number NC-AL-145.000. As shown on the map attached as Exhibit 28, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.53 acres |
| Additional Temporary Workspace | 0.11 acres |
| Permanent Easement | 0.56 acres |
| Total acres, more or less: | 1.20  acres. |

*A. S. C. S. (a minor child)*

36.    A. S. C. S., a minor child, owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 760, Page 763 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 153197, and is identified as MVP Parcel Number NC-AL-162.000. As shown on the map attached as Exhibit 29, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.14 acres |
| Additional Temporary Workspace | 0.09 acres |
| Permanent Easement | 0.13 acres |

44

Total acres, more or less:                          0.36  acres.

*Janie H. Tew, Jerry Hicks, Toni Hicks, and Tricia Cronk*

37.     Janie H. Tew, Jerry Hicks, Toni Hicks, and Tricia Cronk own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 443, Page 200 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 153244, and is identified as MVP Parcel Number NC-AL-166.000.  As shown on the map attached as <u>Exhibit 30</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.50 acres |
| Additional Temporary Workspace | 0.33 acres |
| Possible Temporary Workspace | 0.05 acres |
| Permanent Easement | 0.56 acres |
| Total acres, more or less: | 1.44  acres. |

*Teresa Ann Clayton Freeman, Hugh W. Freeman,  and*
*Coggins Stone Street, LLC*

38.     Teresa Ann Clayton Freeman, Hugh W. Freeman,  and Coggins Stone Street. LLC own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 447, Page 540 of

45

the Alamance County Registry, and bears Alamance County Parcel Identification Number 152804, and is identified as MVP Parcel Number NC-AL-186.000. As shown on the map attached as <u>Exhibit 31</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.14 acres |
| Additional Temporary Workspace | 0.68 acres |
| Possible Temporary Workspace | 0.10 acres |
| Permanent Easement | 1.22 acres |
| Total acres, more or less: | 3.14  acres. |

### *Second Partners, LLC*

39. Second Partners, LLC owns or has an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 1407, Page 254 and Book 1407, Page 256 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152813, and is identified as MVP Parcel Number NC-AL-191.000. As shown on the map attached as <u>Exhibit 32</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.25 acres |
| Additional Temporary Workspace | 2.03 acres |

46

| | |
|---|---|
| Possible Temporary Workspace | 0.25 acres |
| Access Road | 1.77 acres |
| Permanent Easement | 2.62 acres |
| Total acres, more or less: | 8.92 acres. |

*The David K. Naylor 2014 Trust, u/t/a dated August 27, 2014; David K. Naylor as Trustee of The David K. Naylor 2014 Trust u/t/a dated August 27, 2014; The David K. and Pamela L. Naylor Family Trust, f/b/o David K. Naylor and Pamela L. Naylor; and David K. Naylor and Pamela L. Naylor, as Trustees of the David K. and Pamela L. Naylor Family Trust, f/b/o David K. Naylor and Pamela L. Naylor*

40. The David K. Naylor 2014 Trust, u/t/a dated August 27, 2014; David K. Naylor as Trustee of The David K. Naylor 2014 Trust u/t/a dated August 27, 2014; The David K. and Pamela L. Naylor Family Trust, f/b/o David K. Naylor and Pamela L. Naylor; and David K. Naylor and Pamela L. Naylor, as Trustees of the David K. and Pamela L. Naylor Family Trust, f/b/o David K. Naylor and Pamela L. Naylor own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 3369, Page 927 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152796, and is identified as MVP Parcel Number NC-AL-194.000. As shown on the map attached as <u>Exhibit 33</u>, MVP seeks to acquire the following rights and easements over the property:

47

| | |
|---|---|
| Temporary Workspace | 1.16 acres |
| Additional Temporary Workspace | 0.66 acres |
| Possible Temporary Workspace | 0.04 acres |
| Permanent Easement | 1.18 acres |
| Total acres, more or less: | 3.04 acres. |

*Mark R. Hall and Lisa H. Hall*

41.    Mark R. Hall and Lisa H. Hall own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 522, Page 224 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152749, and is identified as MVP Parcel Number NC-AL-195.000.  As shown on the map attached as Exhibit 34, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.32 acres |
| Additional Temporary Workspace | 0.29 acres |
| Possible Temporary Workspace | 0.04 acres |
| Permanent Easement | 0.37 acres |
| Total acres, more or less: | 1.02 acres. |

48

*Jerry Richmond and Penny Richmond*

42.     Jerry Richmond and Penny Richmond own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 2998, Page 781 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152128, and is identified as MVP Parcel Number NC-AL-196.000.  As shown on the map attached as <u>Exhibit 35</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.42 acres |
| Additional Temporary Workspace | 0.23 acres |
| Possible Temporary Workspace | 0.06 acres |
| Permanent Easement | 0.48 acres |
| Total acres, more or less: | 1.19  acres. |

*Daniel A. Hughes and Margaret M. Hughes*

43.     Daniel A. Hughes and Margaret M. Hughes own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 2601, Page 100 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152126,

49

and is identified as MVP Parcel Number NC-AL-197.000.   As shown on the map attached as <u>Exhibit 36</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.46 acres |
| Additional Temporary Workspace | 0.39 acres |
| Possible Temporary Workspace | 0.05 acres |
| Access Road | 0.72 acres |
| Permanent Easement | 0.51 acres |
| Total acres, more or less: | 2.13  acres. |

*Lori Dyer Webster or Lori D. Webster and R. Alan Dyer, Co-Trustees of The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated November 4, 2014, and The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated November 4, 2014*

44.    Lori Dyer Webster or Lori D. Webster and R. Alan Dyer, Co-Trustees of The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated November 4, 2014, and The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated November 4, 2014 own or have an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Alamance County and is more particularly described in Book 3555, Page 998 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152127, and is identified as MVP Parcel

50

Number NC-AL-198.000.  As shown on the map attached as <u>Exhibit 37</u>, MVP

seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.66 acres |
| Additional Temporary Workspace | 0.34 acres |
| Possible Temporary Workspace | 0.14 acres |
| Permanent Easement | 0.79 acres |
| Total acres, more or less: | 1.93  acres. |

*The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated*
*November 4, 2014; Lori D. Webster, Co-Trustee of The Robert W. Dyer and*
*Betty B. Dyer Irrevocable Trust, dated November 4, 2014, and R. Alan Dyer,*
*Co-Trustee of The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated*
*November 4, 2014*

45.    The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated

November 4, 2014; Lori D. Webster, Co-Trustee of The Robert W. Dyer and

Betty B. Dyer Irrevocable Trust, dated November 4, 2014, and R. Alan Dyer,

Co-Trustee of The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated

November 4, 2014 own or have an interest in property over which easements

for the Pipeline are being taken by condemnation.  The property is located in

Alamance County and is more particularly described in Book 3389, Page 854

of the Alamance County Registry, and bears Alamance County Parcel

Identification Number 152125, and is identified as MVP Parcel Number NC-

51

AL-199.000. As shown on the map attached as <u>Exhibit 38</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Easement | 1.09 acres |
| Additional Temporary Workspace | 1.28 acres |
| Possible Temporary Workspace | 0.31 acres |
| Access Road | 0.72 acres |
| Permanent Easement | 1.39 acres |
| Total acres, more or less: | 4.79 acres. |

*Samantha Hatt*

46.     Samantha Hatt owns or has an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 3942, Page 343 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152119, and is identified as MVP Parcel Number NC-AL-200.000. As shown on the map attached as <u>Exhibit 39</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.11 acres |
| Additional Temporary Workspace | 0.15 acres |
| Permanent Easement | 0.10 acres |
| Total acres, more or less: | 0.36 acres. |

52

*Cardinal Pipeline Company, LLC*

47.  Cardinal Pipeline Company, LLC owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Alamance County and is more particularly described in Book 1367, Page 123 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 152099, and is identified as MVP Parcel Number NC-AL-211.000.AR.  As shown on the map attached as <u>Exhibit 40</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Permanent Access Road | 0.07 acres |
| Total acres, more or less: | 0.07  acres. |

*Caroline Franklin Holliday*

48.  Caroline Franklin Holliday owns, and defendant Transcontinental Gas Pipe Line Company, LLC ("***Transco***") claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 410, Page 443 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 147223, and is identified as MVP Parcel Number NC-RO-001.000.  As shown

on the maps attached as <u>Exhibit 41</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.83 acres |
| Additional Temporary Workspace | 0.53 acres |
| Permanent Easement | 0.80 acres |
| Total acres, more or less: | 2.16 acres. |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Caroline Franklin Holliday*

49. Caroline Franklin Holliday owns, and Defendant Transcontinental Gas Pipe Line Company, LLC ("***Transco***") claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 410, Page 443 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 147223, and is identified as MVP Parcel Number NC-RO-002.000. As shown on the maps attached as <u>Exhibit 42</u>, MVP seeks to acquire the following rights and easements over the property:

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 54 of 92

| | |
|---|---|
| Temporary Workspace | 1.70 acres |
| Additional Temporary Workspace | 0.72 acres |
| Possible Temporary Workspace | 0.06 acres |
| Permanent Easement | 1.81 acres |
| Total acres, more or less: | 4.29 acres. |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Ranch Properties, LLC*

50. Defendant Ranch Properties, LLC owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1408, Page 151 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 178708, and is identified as MVP Parcel Number NC-RO-004.000. As shown on the map attached as <u>Exhibit 43</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.23 acres |
| Additional Temporary Workspace | 2.34 acres |
| Temporary Access Road | 0.03 acres |

55

|                      |              |
|----------------------|--------------|
| Permanent Easement   | 2.48 acres   |
| Total acres, more or less: | 7.33  acres. |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Circle Bar D Ranch, LLC*

51. Defendant Circle Bar D Ranch, LLC owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1302, Page 42 and Book 1302, Page 39 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 171815, and is identified as MVP Parcel Number NC-RO-005.000. As shown on the map attached as <u>Exhibit 44</u>, MVP seeks to acquire the following rights and easements over the property:

|                                  |            |
|----------------------------------|------------|
| Temporary Workspace              | 1.63 acres |
| Additional Temporary Workspace   | 2.31 acres |
| Access Road                      | 0.97 acres |
| Permanent Easement               | 2.41 acres |
| Total acres, more or less:       | 7.32  acres. |

56

MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Willow Oaks Plantation, LLC*

52.    Defendant Willow Oaks Plantation, LLC owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1077, Page 1830 and Book 1077, Page 1867 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Numbers 164555 and 165627Z1, and is identified as MVP Parcel Numbers NC-RO-006.000 and NC-RO-006.001AR. As shown on the maps attached as <u>Exhibit 45</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 6.96 acres |
| Additional Temporary Workspace | 9.51 acres |
| Temporary Access Road | 2.73 acres |
| Permanent Access Road | 2.85 acres |
| Possible Temporary Workspace | 0.55 acres |
| Permanent Easement | 8.77 acres |
| Total acres, more or less: | 31.37  acres. |

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 57 of 92

MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Barry S. Frank*

53.    Barry S. Frank  owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1484, Page 35 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146793, and is identified as MVP Parcel Number NC-RO-007.000.  As shown on the map attached as <u>Exhibit 46</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 6.38 acres |
| Additional Temporary Workspace | 6.86  acres |
| Access Road | 2.41 acres |
| Permanent Easement | 7.22  acres |
| Total acres, more or less: | 23.17 acres. |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Beatrice E. Cochran; Barry Cochran; and Deborah V. Cochran*

54.     Beatrice E. Cochran, life estate, and Barry Cochran and Deborah V. Cochran, remaindermen, own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1540, Page 1361 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146731, and is identified as MVP Parcel Number NC-RO-011.000.  As shown on the map attached as <u>Exhibit 47</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.09 acres |
| Additional Temporary Workspace | 2.38 acres |
| Access Road | 2.00 acres |
| Permanent Easement | 1.29 acres |
| Total acres, more or less: | 5.76 acres. |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*George Walter Johnson, III*

55.    George Walter Johnson, III  owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1548, Page 378 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 156542, and is identified as MVP Parcel Number NC-RO-013.000. As shown on the map attached as <u>Exhibit 48</u>, MVP seeks to acquire the following rights and easements over the property:

|  |  |
|---|---|
| Permanent Easement | 0.37 acres |
| Total acres, more or less: | 0.37 acres. |

MVP has acquired these rights and easements by agreement with the owner.   MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Jackie Burris Johnson and Ted Mack Johnson*

56.    Jackie Burris Johnson and Ted Mack Johnson own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 474, Page 413 of the Rockingham County Registry, and bears Rockingham County

Parcel Identification Number 177471, and is identified as MVP Parcel Number NC-RO-014.000. As shown on the map attached as <u>Exhibit 49</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Additional Temporary Workspace | 8.88 acres |
| Access Road | 0.05 acres |
| Permanent Easement | 0.81 acres |
| Total acres, more or less: | 9.74 acres. |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

<i>Public Service Company of North Carolina</i>

57. Public Service Company of North Carolina ("**_PSNC_**") owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1461, Page 2341 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 177472, and is identified as MVP Parcel Number NC-RO-015.000. As shown on the map attached as <u>Exhibit 50</u>, MVP seeks to acquire the following rights and easements over the property:

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 61 of 92

| | |
|---|---|
| Temporary Workspace | 0.11 acres |
| Additional Temporary Workspace | 0.97 acres |
| Temporary Access Road | 0.12 acres |
| Permanent Access Road | 0.14 acres |
| Permanent Easement | 0.70 acres |
| Total acres, more or less: | 2.04 acres. |

MVP has acquired these rights and easements by agreement with PSNC, and therefore is not naming PSNC as a party to this action, nor is MVP seeking any relief relating to PSNC. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

### Transcontinental Gas Pipe Line Company, LLC

58. MVP owns in fee simple property that is necessary for the Pipeline. The property is located in Rockingham County and is more particularly described in Book 1580, Page 2665 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 167392, and is identified as MVP Parcel Number NC-RO-016.000.

59. Transco claims an interest in MVP's above-property.

60. MVP seeks to acquire any interest Transco may claim in the areas shown in the map attached as Exhibit 51.

62

*Mary Nelson Underwood*

61.     Defendant Mary Nelson Underwood owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 429, Page 69 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 176577, and is identified as MVP Parcel Number NC-RO-019.000.  As shown on the map attached as <u>Exhibit 52</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.36 acres |
| Additional Temporary Workspace | 0.80 acres |
| Possible Temporary Workspace | 0.16 acres |
| Permanent Easement | 2.65 acres |
| Total acres, more or less: | 5.97  acres. |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Frances Gwendolyn Underwood Pruitt and Thomas Michael Pruitt*

62.     Frances Gwendolyn Underwood Pruitt and Thomas Michael Pruitt own or have an interest in property over which easements for the

Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 773, Page 1111 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146684, and is identified as MVP Parcel Number NC-RO-021.000. As shown on the map attached as Exhibit 53, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.14 acres |
| Permanent Easement | 0.04 acres |
| Total acres, more or less: | 0.18 acres. |

*James Arthur Quesinberry and Donald Wayne Quesinberry*

63. James Arthur Quesinberry, life estate, and Donald Wayne Quesinberry, remainderman, own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1503, Page 1524 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 165902, and is identified as MVP Parcel Number NC-RO-033.000. As shown on the map attached as Exhibit 54, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.27 acres |
| Additional Temporary Workspace | 1.15 acres |
| Permanent Easement | 1.26 acres |
| Total acres, more or less: | 3.68 acres. |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

### *Melvin Eugene Sheckells*

64. Melvin Eugene Sheckells owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 922, Page 143 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146578, and is identified as MVP Parcel Number NC-RO-034.000. As shown on the map attached as Exhibit 55, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.15 acres |
| Additional Temporary Workspace | 0.20  acres |
| Possible Temporary Workspace | 0.15 acres |
| Permanent Easement | 0.49  acres |

65

Total acres, more or less: 0.99 acres.

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*Kathryn Knapp Collins and James Knapp*

65. Kathryn Knapp Collins and James Knapp own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1504, Page 834 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 165903, and is identified as MVP Parcel Number NC-RO-035.000. As shown on the map attached as <u>Exhibit 56</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.50 acres |
| Additional Temporary Workspace | 0.17 acres |
| Possible Temporary Workspace | 0.29 acres |
| Permanent Easement | 0.72 acres |
| Total acres, more or less: | 1.68 acres. |

66

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

*John Andrew Kallam*

66. John Andrew Kallam owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1474, Page 2436 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146576, and is identified as MVP Parcel Number NC-RO-036.000. As shown on the map attached as Exhibit 57, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.04 acres |
| Permanent Easement | 0.11 acres |
| Total acres, more or less: | 0.15 acres. |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

67

*Dora Ann Atha, Eric Dehart, Joseph Dehart, and Lisa A. Brammer*

67.     Dora Ann Atha, Eric Dehart, Joseph Dehart, and Lisa A. Brammer own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1566, Page 149 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146572, and is identified as MVP Parcel Number NC-RO-037.000.  As shown on the map attached as Exhibit 58, MVP seeks to acquire the following rights and easements over the property:

|  |  |
|---|---|
| Temporary Workspace | 0.50 acres |
| Additional Temporary Workspace | 0.17  acres |
| Possible Temporary Workspace | 0.31 acres |
| Permanent Easement | 0.76  acres |
| Total acres, more or less: | 1.74 acres. |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

68

*Joyce C. Vaughn Revocable Trust of 1998, Kenneth Matthew Vaughn, and Debra Riffle Vaughn*

68.     Joyce C. Vaughn Revocable Trust of 1998, Kenneth Matthew Vaughn, and Debra Riffle Vaughn own, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1456, Page 1566 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 146568, and is identified as MVP Parcel Number NC-RO-038.000.  As shown on the map attached as <u>Exhibit 59</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.45 acres |
| Additional Temporary Workspace | 1.60  acres |
| Access Road | 1.63 acres |
| Possible Temporary Workspace | 0.41 acres |
| Permanent Easement | 2.87  acres |
| Total acres, more or less: | 8.96 acres. |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

69

*329 Partners, LLC*

69.     329 Partners, LLC owns, and defendant Transco claims an interest in, property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1131, Page 1402 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 166690, and is identified as MVP Parcel Number NC-RO-039.000.  As shown on the map attached as <u>Exhibit 60</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.02 acres |
| Additional Temporary Workspace | 0.84 acres |
| Access Road | 0.02 acres |
| Possible Temporary Workspace | 0.11 acres |
| Permanent Easement | 1.01 acres |
| Total acres, more or less: | 3.00 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that defendant Transco has in the property that is subject to these rights and easements.

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 70 of 92

*Ramona Faye Millner Bankston and Robert Bankston*

70.     Ramona Faye Millner Bankston and Robert Bankston own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 987, Page 773 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 174528, and is identified as MVP Parcel Number NC-RO-051.000. As shown on the map attached as <u>Exhibit 61</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.99 acres |
| Additional Temporary Workspace | 0.92 acres |
| Possible Temporary Workspace | 0.26 acres |
| Permanent Easement | 1.26 acres |
| Total acres, more or less: | 3.43  acres. |

*Delmus Sylvester Broadnax; Bill R. Broadnax; Heirs of Buddy Nathaniel Broadnax; Linda D. Broadnax; Jermaine Broadnax; Donnett Broadnax; Nicole Broadnax; Kimberly Broadnax; Ronald Broadnax; Donald Broadnax; Brenda Broadnax; Clarence Ricky Broadnax; and Betty Broadnax Thomas*

71.     Delmus Sylvester Broadnax; Bill R. Broadnax; Heirs of Buddy Nathaniel Broadnax; Linda D. Broadnax; Jermaine Broadnax; Donnett Broadnax; Nicole Broadnax; Kimberly Broadnax; Ronald Broadnax; Donald Broadnax; Brenda Broadnax; Clarence Ricky Broadnax; and Betty Broadnax

71

Thomas own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1106, Page 1257 and Book 943, Page 720 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Numbers 166621 and 166622, and is identified as MVP Parcel Numbers NC-RO-052.000 and NC-RO-053.000. As shown on the map attached as <u>Exhibit 62</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.37 acres |
| Additional Temporary Workspace | 0.11 acres |
| Possible Temporary Workspace | 0.10 acres |
| Access Road | 0.58 acres |
| Permanent Easement | 0.37 acres |
| Total acres, more or less: | 1.53 acres. |

*Heirs of General O. Totten*

72.     The Heirs of General O. Totten own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 506, Page 603 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number

72

146025, and is identified as MVP Parcel Number NC-RO-057.000.  As shown on the map attached as <u>Exhibit 63</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.64 acres |
| Additional Temporary Workspace | 2.01 acres |
| Possible Temporary Workspace | 0.22 acres |
| Access Road | 0.21 acres |
| Permanent Easement | 2.88 acres |
| Total acres, more or less: | 7.96  acres. |

*Daniel L. Motley, Jr.*

73.    Daniel L. Motley, Jr. owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.   The property is located in Rockingham County and is more particularly described in Book 718, Page 988 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 156096, and is identified as MVP Parcel Number NC-RO-064.000.  As shown on the map attached as <u>Exhibit 66</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.06 acres |
| Additional Temporary Workspace | 0.11 acres |

73

|                          |              |
|--------------------------|--------------|
| Permanent Easement       | 1.02 acres   |
| Total acres, more or less: | 2.19  acres. |

*April Marie Stanfield and Ronald Stanfield*

74.    April Marie Stanfield and Ronald Stanfield own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1455, Page 171 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 172734, and is identified as MVP Parcel Number NC-RO-074.000.  As shown on the map attached as <u>Exhibit 65</u>, MVP seeks to acquire the following rights and easements over the property:

|                          |              |
|--------------------------|--------------|
| Temporary Workspace      | 0.02 acres   |
| Permanent Easement       | 0.04 acres   |
| Total acres, more or less: | 0.06  acres. |

*Susano B. Jaimes*

75.    Susano B. Jaimes owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1532, Page 284 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 173694, and is identified as MVP Parcel

74

Number NC-RO-076.000.  As shown on the map attached as <u>Exhibit 66</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.02 acres |
| Permanent Easement | 0.04 acres |
| Total acres, more or less: | 0.06  acres. |

<em>Wade L. Ray and Amber L. Ray</em>

76.    Wade L. Ray and Amber L. Ray own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 938, Page 414 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 156189, and is identified as MVP Parcel Number NC-RO-079.000.  As shown on the map attached as <u>Exhibit 67</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.01 acres |
| Permanent Easement | 0.02 acres |
| Total acres, more or less: | 0.03  acres. |

<em>Renee Womack</em>

77.    Renee Womack owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is

located in Rockingham County and is more particularly described in Book 947, Page 703 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 156188, and is identified as MVP Parcel Number NC-RO-080.000. As shown on the map attached as Exhibit 68, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.67 acres |
| Additional Temporary Workspace | 0.95 acres |
| Possible Temporary Workspace | 0.01 acres |
| Permanent Easement | 0.68 acres |
| Total acres, more or less: | 2.31  acres. |

*Sandra K. Strader and Garry D. Strader*

78.     Sandra K. Strader, and Garry D. Strader own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1321, Page 574 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 158688, and is identified as MVP Parcel Number NC-RO-105.000.  As shown on the map attached as Exhibit 69, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.74 acres |
| Additional Temporary Workspace | 0.55 acres |
| Access Road | 0.01 acres |
| Permanent Easement | 0.86 acres |
| Total acres, more or less: | 2.16  acres. |

*Greenwood Presbyterian Church, Inc.*

79.     Greenwood Presbyterian Church, Inc. owns or has an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 425, Page 564 and Book 604, Page 487 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 158478, and is identified as MVP Parcel Number NC-RO-106.000.  As shown on the map attached as <u>Exhibit 70</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.46 acres |
| Additional Temporary Workspace | 0.52 acres |
| Possible Temporary Workspace | 0.004 acres |
| Permanent Easement | 0.52 acres |
| Total acres, more or less: | 1.504  acres. |

77

*John P. McMichael and Susan L. McMichael*

80.    John P. McMichael and Susan L. McMichael own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1409, Page 772 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 157810, and is identified as MVP Parcel Number NC-RO-122.000.  As shown on the map attached as <u>Exhibit 71</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.81 acres |
| Additional Temporary Workspace | 2.18 acres |
| Possible Temporary Workspace | 0.16 acres |
| Access Road | 0.04 acres |
| Permanent Easement | 1.99 acres |
| Total acres, more or less: | 6.18  acres. |

*Bret L. Stevens, Jennifer M. Stevens, Timothy G. Stevens,*
*and Teresa S. Stevens*

81.    Bret L. Stevens, Jennifer M. Stevens, Timothy G. Stevens, and Teresa S. Stevens own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1363, Page

1130 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 170992, and is identified as MVP Parcel Number NC-RO-148.505.AR.  As shown on the map attached as <u>Exhibit 72</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Access Road | 0.89 acres |
| Additional Temporary Workspace | 0.07 acres |
| Total acres, more or less: | 0.96  acres. |

*Kenneth Wayne Bates, Georg Ann Bates, Kenneth W Bates II, Tracy S. Bates, Daniel Lee Bates, and Emily Talbott Bates*

82.    Kenneth Wayne Bates, Georg Ann Bates, Kenneth W Bates II, Tracy S. Bates, Daniel Lee Bates, and Emily Talbott Bates own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1483, Page 2273 and Book 1489, Page 2288 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 159954, and is identified as MVP Parcel Number NC-RO-149.000.  As shown on the map attached as <u>Exhibit 73</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.92 acres |
| Additional Temporary Workspace | 1.01 acres |
| Possible Temporary Workspace | 0.15 acres |

79

| | |
|---|---|
| Permanent Easement | 1.06 acres |
| Total acres, more or less: | 3.14 acres. |

*Kenneth Wayne Bates and Georg Ann Bates*

83.    Kenneth Wayne Bates and Georg Ann Bates own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1453, Page 2820 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 176513, and is identified as MVP Parcel Number NC-RO-149.100. As shown on the map attached as <u>Exhibit 74</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.25 acres |
| Additional Temporary Workspace | 0.34 acres |
| Access Road | 0.43 acres |
| Permanent Easement | 0.32 acres |
| Total acres, more or less: | 1.34 acres. |

*Daniel Lee Bates and Emily Talbott Bates*

84.    Daniel Lee Bates and Emily Talbott Bates own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more

80

particularly described in Book 1429, Page 859 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 176514, and is identified as MVP Parcel Number NC-RO-149.200.AR. As shown on the map attached as <u>Exhibit 75</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Access Road | 0.33 acres |
| Total acres, more or less: | 0.33  acres. |

*Kenneth R. Hayes  and Teresa G. Hayes*

85.    Kenneth R. Hayes  and Teresa G. Hayes own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 812, Page 595 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 174558, and is identified as MVP Parcel Number NC-RO-153.000.  As shown on the map attached as <u>Exhibit 76</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.91 acres |
| Additional Temporary Workspace | 0.71 acres |
| Possible Temporary Workspace | 0.08 acres |
| Access Road | 0.36 acres |

81

| | |
|---|---|
| Permanent Easement | 1.92 acres |
| Total acres, more or less: | 4.98 acres. |

*Kenneth R. Hayes and Teresa G. Hayes*

86.    Kenneth R. Hayes and Teresa G. Hayes own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1377, Page 1576 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 174559, and is identified as MVP Parcel Number NC-RO-154.000.  As shown on the map attached as <u>Exhibit 77</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.17 acres |
| Additional Temporary Workspace | 1.69 acres |
| Possible Temporary Workspace | 0.10 acres |
| Access Road | 0.10 acres |
| Permanent Easement | 1.31 acres |
| Total acres, more or less: | 4.37 acres. |

*Donald L. Brown (an incompetent person)*

87.    Donald L. Brown (an incompetent person) owns or has an interest in property over which easements for the Pipeline are being taken by

condemnation. The property is located in Rockingham County and is more particularly described in Book 711, Page 336 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 161597, and is identified as MVP Parcel Number NC-RO-157.000. As shown on the map attached as <u>Exhibit 78</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.57 acres |
| Additional Temporary Workspace | 0.41 acres |
| Access Road | 0.03 acres |
| Permanent Easement | 0.50 acres |
| Total acres, more or less: | 1.51 acres. |

*Aimee Smith Tilley and Stephen Edward Smith II, Anne Fairchild Cannon, Susie Fairchild Cole, Lucile Fairchild Thienemann, Martha Anne Fairchild, Rose Tiller McMichael, and Kimberly Dale Parks*

88. Aimee Smith Tilley and Stephen Edward Smith II, Anne Fairchild Cannon, Susie Fairchild Cole, Lucile Fairchild Thienemann, Martha Anne Fairchild, Rose Tiller McMichael, and Kimberly Dale Parks own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 910, Page 61 and Book 1299, Page 1634 of the Rockingham County Registry, and bears Rockingham County

83

Parcel Identification Number 176410, and is identified as MVP Parcel Number NC-RO-169.000. As shown on the map attached as <u>Exhibit 79</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.89 acres |
| Additional Temporary Workspace | 0.68 acres |
| Permanent Easement | 0.88 acres |
| Total acres, more or less: | 2.45 acres. |

*Elizabeth Ann McKinney Talley*

89.    Elizabeth Ann McKinney Talley owns or has an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Rockingham County and is more particularly described in Book 1299, Page 1634 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 161503, and is identified as MVP Parcel Number NC-RO-174.200. As shown on the map attached as <u>Exhibit 80</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 0.06 acres |
| Access Road | 0.74 acres |
| Total acres, more or less: | 0.80 acres |

*Raven Lee Broeker and Cathi Jo Broeker*

90.     Raven Lee Broeker and Cathi Jo Broeker own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 927, Page 200 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 161534, and is identified as MVP Parcel Number NC-RO-180.000.  As shown on the map attached as <u>Exhibit 81</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 2.28 acres |
| Possible Temporary Workspace | 0.17 acres |
| Permanent Easement | 2.56 acres |
| Total acres, more or less: | 5.01  acres. |

*Alvin Herbin and Virginia B. Herbin*

91.     Alvin Herbin and Virginia B. Herbin own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 176, Page 333; Book 617, Page 53; Book 528, Page 357; Book 751, Page 266; and Book 730, Page 53 of the Rockingham County Registry, and bears Rockingham County Parcel Identification

85

Number 170392, and is identified as MVP Parcel Number NC-RO-181.000. As shown on the map attached as Exhibit 82, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 5.06 acres |
| Additional Temporary Workspace | 4.31 acres |
| Possible Temporary Workspace | 0.42 acres |
| Access Road | 1.16 acres |
| Permanent Easement | 5.46 acres |
| Total acres, more or less: | 16.41  acres. |

*Marie Olivia Bass Revocable Trust U/A Dated April 9, 2015 and*
*Marie Olivia Bass, Trustee for the Marie Olivia Bass Revocable Trust U/A*
*dated April 9, 2015*

92.     Marie Olivia Bass Revocable Trust U/A Dated April 9, 2015 and Marie Olivia Bass, Trustee for the Marie Olivia Bass Revocable Trust U/A dated April 9, 2015 own or have an interest in property over which easements for the Pipeline are being taken by condemnation.  The property is located in Rockingham County and is more particularly described in Book 1545, Page 487 of the Rockingham County Registry, and bears Rockingham County Parcel Identification Number 163065, and is identified as MVP Parcel Number NC-RO-185.000.  As shown on the map attached as Exhibit 83, MVP seeks to acquire the following rights and easements over the property:

86

|                              |              |
| ---------------------------- | ------------ |
| Temporary Workspace          | 0.70 acres   |
| Additional Temporary Workspace | 0.69 acres |
| Access Road                  | 0.32 acres   |
| Permanent Easement           | 0.66 acres   |
| Total acres, more or less:   | 2.37  acres. |

*Unknown Owners*

93.   There may be other persons who own or claim an interest in the property rights being condemned whose names are unknown to MVP because they could not be determined by diligent inquiry.  These persons have been made parties to this action as Unknown Owners as permitted by Rule 71.1 of the Federal Rules of Civil Procedure.

## Authority and Uses for the Taking

94.   On June 18, 2020, FERC issued the Certificate Order to MVP for the construction, operation, and maintenance of the Pipeline.  *See* Exhibit 1. The Certificate Order finds the Pipeline to be a public convenience and necessity.

95.   The Pipeline will help meet the public's demand for natural gas in North Carolina and southern Virginia by providing transportation of natural gas from the Marcellus and Utica Shale regions.

96.    In issuing the Certificate Order, FERC specifically found that MVP had demonstrated a need for the project, that the project will not have adverse impacts on existing shippers or other pipelines and their customary customers, and that the project's benefits outweigh any adverse economic effects on landowners or surrounding communities.  FERC further found that the environmental impacts from the project will not be significant and that the impacts are acceptable given the public benefits the project will provide.

97.    To complete the Pipeline as certificated by FERC, it is necessary for MVP to acquire easements for permanent and exclusive rights-of-way, access roads, temporary construction easements, and temporary and permanent workspace easements across the properties of the Landowners.

98.    As of the date of this filing, MVP has acquired—by negotiation— easements or other rights over 240 of the 332 parcels affected by its Pipeline in Rockingham and Alamance Counties, representing nearly 34 miles of the 47.73 mile long project in North Carolina.

99.    For each tract, MVP made an offer of at least $3,000 to acquire the necessary property rights for easements across the tract, but MVP has been unable to acquire those property rights by agreement from the Landowners.

88

100.   Pursuant to Section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h), MVP has the right to acquire the necessary property interests described herein to construct, operate, and maintain the Pipeline.

## Easements to be Taken

101.   In accordance with the Certificate Order, MVP condemns necessary temporary and permanent access easements, temporary and permanent workspace and additional workspace easements, temporary and permanent anode bed easements, and easements for permanent and exclusive rights-of-way on and across properties of the Landowners as described herein and shown on the maps.  The easements are located over and along the route that was approved by FERC as shown on alignment sheets.

102.   The easements may include, as more specifically identified on the map/plat for each property:

a.   Permanent and exclusive rights-of-way to construct, operate, protect, maintain, replace, repair, remove, or abandon the pipeline and appurtenant equipment and facilities;

b.   Ingress to and egress from the rights-of-way by means of the permanent and temporary access roads, which MVP may construct, improve, maintain, or replace as necessary or convenient;

c.　The right of ingress and egress to, from, on, and across the permanent and exclusive rights-of-way to access other properties or sections of the pipeline and appurtenant equipment and facilities;

d.　Temporary and permanent workspace and additional workspace;

e.　Temporary and permanent anode bed easements and workspace; and

f.　The right to clear trees, brush, or other vegetation as necessary or convenient for the safe and efficient construction, operation, or maintenance of the pipeline or access roads.

103.　The pipeline, except for risers, valves, drips, hydrate removal systems, line markers, cathodic protection, and test stands, and other appurtenant equipment and facilities reasonably required, shall be buried so as not to interfere with the cultivation of the land.　The Landowners may fully use and enjoy the premises to the extent that such use and enjoyment does not interfere with or obstruct MVP's rights described herein.　The Landowners shall not, without the prior written consent of MVP: (a) change the depth of cover over the permanent and exclusive rights-of-way for the installed pipeline, (b) place or permit to be placed any temporary or permanent structure or obstruction of any kind, including but not limited to

90

buildings, swimming pools, sheds, paved roadways, concrete pads or sidewalks, mobile homes, trees, telephone poles or wires, electric poles or wires, water or sewer lines, meters or utility boxes, or the like on or over the permanent and exclusive rights-of-way for the installed pipeline; (c) store any materials of any kind on the rights-of-way or operate or allow to be operated over the rights-of-way any heavy machinery or equipment that is in excess of 40,000 pounds or that may damage the pipeline or its appurtenant equipment or facilities; or (d) permit the rights-of-way to be covered by standing water, except in the course of normal seasonal irrigation.

WHEREFORE, based upon the foregoing, Plaintiff Mountain Valley Pipeline, LLC respectfully requests that this Honorable Court:

1.  Enter an Order granting MVP the rights and easements described above;

2.  Determine and award just compensation to the Landowners for the taking of the temporary and permanent easements; and

3.  Grant such other and further relief as may be deemed just and appropriate.

This the 15th day of January, 2021.

PARKER POE ADAMS & BERNSTEIN LLP

_/s/ Charles E. Raynal IV_
Charles E. Raynal, IV
NC State Bar No. 32310
Michael J. Crook
NC State Bar No. 44322

Case 1:21-cv-00047   Document 1   Filed 01/15/21   Page 91 of 92

301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Tel.: (919) 828-0564 | Fax: (919) 834-4564
charlesraynal@parkerpoe.com
michaelcrook@parkerpoe.com

Katie M. Iams
NC State Bar No. 38368
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Tel.: (704) 372-9000 | Fax: (704) 334-4706
katieiams@parkerpoe.com

*Counsel for Mountain Valley Pipeline, LLC*