Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 2 to Complaint

Map of MVP Parcel No. MVF-NC-AL-005.000



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S87°13'15"E | 620.06' |
| L2 | S28°15'46"E | 58.36' |
| L3 | N87°13'15"W | 754.91' |
| L4 | N67°15'49"E | 63.98' |
| L5 | N67°15'49"E | 52.09' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N67°15'49"E | 81.25' |
| L7 | S87°13'15"E | 412.29' |
| L8 | S87°13'16"E | 113.38' |
| L9 | S28°15'46"E | 40.85' |
| L10 | N87°13'15"W | 620.06' |
| L11 | S87°13'15"E | 754.91' |
| L12 | S28°15'46"E | 17.51' |
| L13 | N87°13'15"W | 795.36' |
| L14 | N67°15'49"E | 34.82' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L15 | N87°13'16"W | 113.38' |
| L16 | N02°46'44"E | 100.00' |
| L17 | S87°13'15"E | 71.80' |
| L18 | S15°11'37"E | 68.44' |
| L19 | S27°25'40"E | 32.11' |
| L20 | S28°15'46"E | 8.34' |
| L21 | S28°15'46"E | 116.71' |
| L22 | N87°13'15"W | 131.14' |
| L23 | N02°46'45"E | 100.00' |
| L24 | S87°13'15"E | 70.95' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
CAROL CHRISTOPHER OLIVER

MVF-NC-AL-005.000
DEED BOOK 494, PAGE 978

MVF-NC-AL-005.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 2/18/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR THOMAS WARNER KIMMEL SEAL L-3674  4/13/2020

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 2/18/2019 | | ISSUE FOR REVIEW | |
| 2 | 04/09/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.