Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 3 to Complaint

Map of MVP Parcel No. MVF-NC-AL-007.000











# EXHIBIT A

## PERMANENT EASEMENT LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S89°37'45"W | 50.04' |
| L2 | N02°42'26"W | 148.85' |
| L3 | N29°07'02"W | 544.66' |
| L4 | N84°16'50"W | 858.41' |
| L5 | N40°34'25"W | 421.44' |
| L6 | S74°50'42"W | 639.48' |
| L7 | S74°50'25"W | 173.07' |
| L8 | N87°13'15"W | 139.90' |
| L9 | N28°15'46"W | 58.36' |
| L10 | S87°13'15"E | 162.10' |
| L11 | N74°50'25"E | 165.18' |
| L12 | N74°50'42"E | 671.08' |
| L13 | S40°34'25"E | 432.99' |
| L14 | S84°16'49"E | 864.48' |
| L15 | S29°07'02"E | 582.50' |
| L16 | S02°42'26"E | 162.63' |

## TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L17 | S89°37'46"W | 15.01' |
| L18 | N02°42'26"W | 144.72' |
| L19 | N29°07'02"W | 533.30' |
| L20 | N84°16'50"W | 444.38' |
| L21 | N27°03'55"E | 16.10' |
| L22 | S84°16'50"E | 446.36' |
| L23 | S29°07'02"E | 544.66' |
| L24 | S02°42'26"E | 148.85' |
| L25 | S87°13'15"E | 139.90' |
| L26 | N74°50'25"E | 173.07' |
| L27 | N74°50'42"E | 639.48' |
| L28 | S40°34'25"E | 421.44' |
| L29 | S84°16'50"E | 304.08' |
| L30 | S33°11'26"W | 16.91' |
| L31 | N84°16'50"W | 302.30' |
| L32 | N40°34'25"W | 417.98' |
| L33 | S74°50'42"W | 630.00' |
| L34 | S74°50'25"W | 175.44' |
| L35 | N87°13'15"W | 133.24' |
| L36 | N28°15'46"W | 17.51' |
| L37 | N02°42'26"W | 162.63' |
| L38 | N29°07'02"W | 582.50' |
| L39 | N84°16'49"W | 469.05' |
| L40 | N29°08'37"E | 10.90' |
| L41 | S84°16'50"E | 22.06' |
| L42 | N05°43'10"E | 25.00' |
| L43 | S84°16'49"E | 132.57' |
| L44 | S05°43'10"W | 25.00' |

## TEMPORARY WORKSPACE (cont.)

| LINE | BEARING | DISTANCE |
|---|---|---|
| L45 | S84°16'50"E | 194.05' |
| L46 | N51°59'54"W | 46.80' |
| L47 | S84°16'49"E | 173.89' |
| L48 | S29°07'02"E | 608.99' |
| L49 | S02°42'26"E | 165.30' |
| L50 | S75°28'45"W | 28.46' |
| L51 | S89°37'45"W | 7.15' |
| L52 | N84°16'49"W | 348.25' |
| L53 | N40°34'25"W | 432.99' |
| L54 | S74°50'42"W | 671.08' |
| L55 | S74°50'25"W | 141.47' |
| L56 | N15°37'00"W | 35.00' |
| L57 | N74°50'25"E | 141.75' |
| L58 | N74°50'42"E | 693.20' |
| L59 | S40°34'25"E | 93.32' |
| L60 | S49°25'35"W | 25.00' |
| L61 | S40°34'25"E | 191.73' |
| L62 | N49°25'35"E | 25.00' |
| L63 | S40°34'25"E | 156.02' |
| L64 | S84°16'48"E | 292.10' |
| L65 | S05°43'10"W | 25.00' |
| L66 | S84°16'50"E | 6.06' |
| L67 | S68°46'36"E | 37.42' |
| L68 | N87°13'15"W | 62.90' |
| L69 | N25°12'00"W | 25.00' |
| L70 | N87°13'12"W | 1.53' |
| L71 | N55°43'05"W | 24.73' |
| L72 | S87°13'16"E | 91.72' |
| L73 | N74°50'25"E | 5.90' |
| L74 | S15°37'00"E | 35.00' |
| L75 | S74°50'25"W | 11.70' |
| L76 | N28°15'46"W | 40.85' |
| L77 | S87°13'17"E | 37.93' |
| L78 | S87°13'16"E | 14.48' |
| L79 | S34°18'17"W | 15.08' |
| L80 | S24°22'52"E | 24.89' |
| L81 | N87°13'15"W | 34.82' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L82 | N02°42'26"W | 95.85' |
| L83 | N29°07'02"W | 154.15' |
| L84 | N60°52'58"E | 100.00' |
| L85 | S29°07'02"E | 177.61' |
| L86 | S02°42'26"E | 119.31' |
| L87 | S87°17'34"W | 100.00' |
| L88 | N05°43'42"E | 50.00' |
| L89 | S84°16'18"E | 200.00' |
| L90 | S29°07'02"E | 200.00' |
| L91 | S60°52'58"W | 50.00' |
| L92 | N29°07'02"W | 173.89' |
| L93 | N84°16'18"W | 173.89' |
| L94 | S39°43'26"W | 120.63' |
| L95 | N84°16'50"W | 154.00' |
| L96 | N05°43'42"E | 100.00' |
| L97 | S84°16'50"E | 221.45' |
| L98 | N49°25'35"E | 100.00' |
| L99 | S40°34'25"E | 115.91' |
| L100 | S84°16'48"E | 59.90' |
| L101 | S05°43'12"W | 100.00' |
| L102 | N84°16'48"W | 100.00' |
| L103 | N40°34'25"W | 156.02' |
| L104 | N74°50'42"E | 110.72' |
| L105 | S39°13'55"E | 9.22' |
| L106 | S09°33'12"W | 57.34' |
| L107 | S49°36'42"W | 55.78' |
| L108 | N40°34'25"W | 93.32' |
| L109 | S87°13'15"E | 38.63' |
| L110 | N74°50'25"E | 175.44' |
| L111 | N74°50'43"E | 47.56' |
| L112 | S15°09'18"E | 100.00' |
| L113 | S74°50'29"W | 238.77' |
| L114 | N87°13'15"W | 1.29' |
| L115 | N25°11'59"W | 113.23' |
| L116 | S87°13'15"E | 29.05' |

## ADDITIONAL TEMPORARY WORKSPACE (cont.)

| LINE | BEARING | DISTANCE |
|---|---|---|
| L117 | S24°22'51"E | 112.39' |
| L118 | N87°13'15"W | 20.17' |
| L119 | N28°15'46"W | 116.71' |
| L120 | N28°15'46"W | 8.34' |
| L121 | N75°04'09"E | 34.78' |
| L122 | S24°22'52"E | 19.93' |
| L123 | N87°13'18"W | 37.93' |

## TEMPORARY ACCESS ROAD LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L124 | S15°37'00"E | 59.67' |

## TEMPORARY ACCESS ROAD LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L125 | N87°13'15"W | 20.01' |
| L126 | N24°22'52"W | 24.89' |
| L127 | N34°18'17"E | 21.03' |
| L128 | S24°10'11"E | 44.95' |
| L129 | N24°12'55"W | 44.78' |
| L130 | S55°43'05"E | 34.10' |
| L131 | S87°13'15"E | 1.53' |
| L132 | S25°12'00"E | 25.00' |
| L133 | N87°13'25"W | 2.03' |
| L134 | N87°13'17"W | 19.98' |

SEE SHEETS 1-5 OF 6 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
HOWARD L. DUNN, JR. AND WIFE,
PATRICIA L. DUNN
MVF-NC-AL-007.000
DEED BOOK 893, PAGE 377

MVF-NC-AL-007.000

Drawn By: DJB
Chk'd By:
Appd By: DD
TRC Proj No. 300423
Scale: NTS
Drawn Date: 2/13/19
TWK
Sheet: 6 OF 6
MVP Proj No.

REVISIONS
| 2 | 4/27/2020 | | REROUTE | |
| 3 | 5/13/2020 | CRJ | GENERAL REVISIONS | TWK |
| 4 | 6/25/2020 | DD | UPDATED ESMT QUANTITY PG 3 | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR SURVEYOR'S CERTIFICATE.

(North Carolina Professional Land Surveyor Seal — Thomas Warner Kimmel, L-3874, signed 6/25/2020)