Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 4 to Complaint

Map of MVP Parcel No. NC-AL-000.020



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S86°32'14"W | 64.14' |
| L2 | N02°42'00"E | 8.65' |
| L3 | N42°40'46"E | 65.97' |
| L4 | N02°11'50"E | 629.08' |
| L5 | N63°46'02"W | 40.21' |
| L6 | N02°42'00"E | 54.54' |
| L7 | S63°46'02"E | 94.43' |
| L8 | S02°11'50"W | 679.97' |
| L9 | S42°40'46"W | 44.79' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L10 | N02°42'00"E | 38.17' |
| L11 | S63°46'02"E | 132.39' |
| L12 | S02°11'50"W | 618.00' |
| L13 | S02°11'50"W | 97.59' |
| L14 | S42°40'45"W | 21.27' |
| L15 | S86°32'14"W | 50.51' |
| L16 | N42°40'46"E | 44.79' |
| L17 | N02°11'50"E | 679.97' |
| L18 | N63°46'02"W | 94.43' |
| L19 | S63°46'02"E | 40.21' |
| L20 | S02°11'50"W | 629.08' |
| L21 | S42°40'46"W | 65.97' |
| L22 | N02°42'00"E | 23.35' |
| L23 | N42°40'46"E | 42.55' |
| L24 | N02°11'50"E | 504.33' |
| L25 | N02°11'50"E | 109.49' |
| L26 | N63°46'02"W | 23.94' |
| L27 | N02°42'00"E | 16.36' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L28 | S63°46'02"E | 23.94' |
| L29 | S02°11'50"W | 109.49' |
| L30 | N63°46'02"W | 24.99' |
| L31 | N02°42'00"E | 109.07' |
| L32 | N42°40'45"E | 21.27' |
| L33 | N02°11'50"E | 97.59' |
| L34 | S89°27'58"E | 50.02' |
| L35 | S02°11'50"W | 108.89' |
| L36 | S86°32'14"W | 64.12' |



LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
FRED LEHMAN AND WIFE, CAROL LEHMAN
NC-AL-000.020
DEED BOOK 2926, PAGE 787

| NC-AL-000.020 | | | | |
|---|---|---|---|---|
| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 6/5/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 1/25/2019 | | ISSUE FOR REVIEW | |
| 1 | 6/4/2020 | TCM | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |