Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 5 to Complaint

Map of MVP Parcel No. NC-AL-000.045



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S78°18'18"W | 50.00' |
| L2 | N11°23'03"W | 163.91' |
| L3 | N42°40'46"E | 556.63' |
| L4 | S12°21'50"E | 61.01' |
| L5 | S42°40'46"W | 496.17' |
| L6 | S11°23'03"E | 138.13' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S78°18'18"W | 15.00' |
| L8 | N11°23'03"W | 171.65' |
| L9 | N42°40'46"E | 551.99' |
| L10 | N86°40'46"E | 18.91' |
| L11 | S12°21'50"E | 2.28' |
| L12 | S42°40'46"W | 556.63' |
| L13 | S11°23'03"E | 163.91' |
| L14 | N11°23'03"W | 138.13' |
| L15 | N42°40'46"E | 496.17' |
| L16 | S12°21'50"E | 42.70' |
| L17 | S42°40'46"W | 208.25' |
| L18 | S42°40'46"W | 245.59' |
| L19 | S11°23'03"E | 96.55' |
| L20 | S11°23'03"E | 23.53' |
| L21 | S78°18'18"W | 35.00' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | N11°23'03"W | 96.55' |
| L23 | N42°40'46"E | 245.59' |
| L24 | S47°19'15"E | 75.00' |
| L25 | S42°40'46"W | 122.94' |
| L26 | S42°40'47"W | 26.85' |
| L27 | S42°40'46"W | 57.54' |
| L28 | S11°23'03"E | 57.49' |
| L29 | S78°00'19"W | 75.00' |

| ACCESS ROAD EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L30 | S25°56'36"E | 38.02' |
| L31 | S17°58'22"E | 78.02' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LARRY WAYNE PINNIX

NC-AL-000.045
DEED BOOK 1097; 1281, PAGE 147; 871

NC-AL-000.045

| Drawn By: AHP | Chk'd By: DD | Appd By: TWK | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/28/19 | | | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| | REVISIONS | | | |
|---|---|---|---|---|
| B | 3/5/2019 | DJB | UPDATED OWNER INFO | DD |
| 1 | 4/09/2020 | MSF | GENERAL REVISIONS | DD |
| 2 | 4/30/2020 | DD | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |
