Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 6 to Complaint

Map of MVP Parcel No. NC-AL-000.050





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N88°04'42"W | 9.93' |
| L2 | N29°19'43"W | 278.42' |
| L3 | N29°25'14"W | 836.05' |
| L4 | N11°23'03"W | 157.72' |
| L5 | N78°18'18"E | 50.00' |
| L6 | S11°23'03"E | 150.06' |
| L7 | S29°25'14"E | 828.15' |
| L8 | S29°19'43"E | 153.81' |
| L9 | S11°35'33"E | 136.27' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L10 | N88°04'42"W | 22.22' |
| L11 | N29°19'42"W | 266.87' |
| L12 | N29°25'14"W | 826.13' |
| L13 | N11°23'03"W | 172.94' |
| L14 | N78°18'18"E | 15.00' |
| L15 | S11°23'03"E | 157.72' |
| L16 | S29°25'14"E | 836.05' |
| L17 | S29°19'43"E | 278.42' |
| L18 | N29°19'43"W | 153.81' |
| L19 | N29°25'14"W | 828.15' |
| L20 | N11°23'03"W | 150.06' |
| L21 | N78°18'18"E | 35.00' |
| L22 | S11°23'03"E | 126.17' |
| L23 | S29°25'14"E | 74.73' |
| L24 | S29°25'14"E | 735.61' |
| L25 | S29°19'43"E | 56.91' |
| L26 | S11°35'33"E | 101.76' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L27 | N78°01'16"E | 59.18' |
| L28 | N76°41'51"E | 30.79' |
| L29 | N76°41'48"E | 9.49' |
| L30 | N76°41'50"E | 50.54' |
| L31 | S12°04'41"E | 109.97' |
| L32 | S29°25'14"E | 46.78' |
| L33 | S60°34'47"W | 150.00' |
| L34 | N29°25'14"W | 74.73' |
| L35 | N11°23'03"W | 126.17' |



LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
SOUTH ROCK FARM, LLC
NC-AL-000.050
DEED BOOK 3376, PAGE 506

NC-AL-000.050

| Drawn By: SRY | Chk'd By: DD | Appd By: TWK | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 4/30/20 | | | Sheet: 3 OF 3 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 7/1/19 | DD | GENERAL REVISIONS | TWK |
| 2 | 04/09/20 | MSF | GENERAL REVISIONS | TWK |
| 3 | 04/30/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |