Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 7 to Complaint

Map of MVP Parcel No. NC-GU-001.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N49°13'26"W | 371.12' |
| L2 | S89°27'58"W | 257.57' |
| L3 | N29°36'57"W | 793.06' |
| L4 | N87°25'08"W | 241.38' |
| L5 | N14°10'39"E | 51.04' |
| L6 | S87°25'08"E | 258.73' |
| L7 | S29°36'57"E | 791.26' |
| L8 | N89°27'58"E | 247.02' |
| L9 | S49°13'26"E | 349.36' |
| L10 | S01°41'21"W | 64.42' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | S01°41'21"W | 42.10' |
| L12 | N24°02'38"E | 32.14' |
| L13 | N49°13'26"W | 196.92' |
| L14 | N54°51'11"E | 19.59' |
| L15 | S49°13'26"E | 194.70' |
| L16 | N49°13'26"W | 135.41' |
| L17 | N50°37'07"E | 6.09' |
| L18 | S49°13'26"E | 31.20' |
| L19 | N40°46'34"E | 25.00' |
| L20 | S49°13'26"E | 77.98' |
| L21 | S01°41'21"W | 39.94' |
| L22 | N49°13'26"W | 87.32' |
| L23 | S89°27'58"W | 275.32' |
| L24 | N29°36'57"W | 573.50' |
| L25 | N29°36'57"W | 200.00' |
| L26 | N29°36'57"W | 2.22' |
| L27 | N87°25'08"W | 14.52' |
| L28 | N02°34'52"E | 25.00' |
| L29 | N87°25'08"W | 201.53' |
| L30 | S02°34'52"W | 25.00' |
| L31 | N87°25'08"W | 17.92' |
| L32 | N14°10'39"E | 35.73' |
| L33 | S87°25'08"E | 241.38' |
| L34 | S29°36'57"E | 793.06' |
| L35 | N89°27'58"E | 257.57' |
| L36 | S49°13'26"E | 103.48' |
| L37 | S66°06'21"W | 21.02' |
| L38 | S40°46'34"W | 25.00' |
| L39 | S49°13'26"E | 21.19' |
| L40 | S54°05'30"W | 6.17' |
| L41 | N49°13'26"W | 128.24' |
| L42 | S89°27'58"W | 247.02' |
| L43 | N29°36'57"W | 791.26' |
| L44 | N87°25'08"W | 258.73' |
| L45 | N14°10'39"E | 15.31' |
| L46 | S87°25'08"E | 268.66' |
| L47 | S29°36'57"E | 772.12' |
| L48 | N89°27'58"E | 254.21' |
| L49 | S49°13'26"E | 120.15' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L50 | N49°13'26"W | 77.98' |
| L51 | N40°46'34"E | 96.00' |
| L52 | S01°41'21"W | 123.68' |
| L53 | N49°13'26"W | 100.00' |
| L54 | N40°46'34"E | 100.00' |
| L55 | S49°13'26"E | 86.28' |
| L56 | S32°57'54"W | 100.94' |
| L57 | N89°27'58"W | 111.24' |
| L58 | S00°32'02"E | 100.00' |
| L59 | S89°27'58"W | 170.04' |
| L60 | N29°36'57"W | 147.57' |
| L61 | N60°23'03"E | 100.00' |
| L62 | S29°36'57"E | 88.76' |
| L63 | S29°36'57"E | 90.00' |
| L64 | S29°36'57"E | 110.00' |
| L65 | S60°23'03"W | 100.00' |
| L66 | N29°36'56"W | 134.15' |
| L67 | N29°36'59"W | 39.85' |
| L68 | N29°36'56"W | 26.00' |
| L69 | N60°23'03"E | 100.00' |

| ACCESS ROADS LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L70 | N45°29'57"W | 35.46' |
| L71 | N32°45'50"W | 68.73' |
| L72 | N27°14'18"W | 88.12' |
| L73 | N31°49'23"W | 83.91' |
| L74 | N40°16'11"W | 120.79' |
| L75 | N58°46'28"W | 136.21' |
| L76 | S09°14'27"W | 145.27' |
| L77 | N47°16'32"W | 73.62' |
| L78 | N47°16'32"W | 83.40' |
| L79 | N27°39'23"W | 97.30' |

SEE PAGES 1-2 OF 3 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
GUILFORD COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ROCK FARM, LLC
TINA L. PINNIX BROOME, AN HEIR TO WILLIAM PALMER PINNIX
NC-GU-001.000
DEED BOOK 7648, PAGE 748; ESTATE FILE 09E 1443
NC-GU-001.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 1/23/19 | | DD | TWK | Sheet 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | |
|---|---|---|---|
| A | 1/23/2019 | | ISSUE FOR REVIEW | |
| B | 7/2/19 | TCM | RE-ROUTE | DD |
| 1 | 5/8/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

(Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, THOMAS WARNER KIMMEL, L-3674) 6/18/2020