Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 8 to Complaint

Map of MVP Parcel No. NC-AL-004.000



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S79°21'33"W | 52.83' |
| L2 | N29°27'57"W | 0.14' |
| L3 | N00°04'03"E | 101.68' |
| L4 | S29°22'05"E | 69.86' |
| L5 | S29°27'57"E | 35.78' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N29°27'57"W | 35.78' |
| L7 | N29°22'05"W | 69.86' |
| L8 | N00°04'03"E | 38.66' |
| L9 | S29°22'05"E | 103.52' |
| L10 | S29°27'57"E | 42.24' |
| L11 | S79°21'33"W | 20.07' |
| L12 | S79°21'33"W | 0.07' |
| L13 | N00°04'03"E | 0.13' |
| L14 | S29°27'57"E | 0.14' |

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
VERA KERNODLE BULLOCK

NC-AL-004.000
DEED BOOK 478, PAGE 556
NC-AL-004.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/28/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |



LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| | | | REVISIONS | |
|---|---|---|---|---|
| 1 | 1/28/2019 | | ISSUE FOR REVIEW | |
| 2 | 3/5/2019 | DJB | UPDATED OWNER INFO | DD |
| 3 | 4/10/2020 | MSF | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |

