Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 9 to Complaint

Map of MVP Parcel No. NC-AL-005.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | DIRECTION | LENGTH |
| L1 | S66°33'49"W | 50.27' |
| L2 | N29°23'28"W | 265.79' |
| L3 | N29°27'57"W | 786.03' |
| L4 | N79°21'33"E | 52.83' |
| L5 | S29°27'57"E | 769.01' |
| L6 | S29°23'28"E | 271.04' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | DIRECTION | LENGTH |
| L7 | N29°23'28"W | 271.04' |
| L8 | N29°27'57"W | 769.01' |
| L9 | N79°21'33"E | 20.07' |
| L10 | S29°27'57"E | 762.55' |
| L11 | S29°23'28"E | 273.03' |
| L12 | S66°33'49"W | 19.10' |
| L13 | S66°33'49"W | 31.17' |
| L14 | N29°23'28"W | 203.28' |
| L15 | N29°23'29"W | 59.25' |
| L16 | N29°27'57"W | 303.53' |
| L17 | N60°32'02"E | 25.00' |
| L18 | N29°27'58"W | 122.37' |
| L19 | S60°32'04"W | 25.00' |
| L20 | N29°27'58"W | 25.37' |
| L21 | N29°27'57"W | 200.02' |
| L22 | N29°27'57"W | 80.25' |
| L23 | N00°07'23"E | 62.65' |
| L24 | N79°21'33"E | 0.07' |
| L25 | S29°27'57"E | 786.03' |
| L26 | S29°23'28"E | 265.79' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | DIRECTION | LENGTH |
| L27 | S66°33'49"W | 100.54' |
| L28 | N29°23'28"W | 193.07' |
| L29 | N60°43'53"E | 100.00' |
| L30 | S29°23'28"E | 203.28' |
| L31 | S60°32'03"W | 99.95' |
| L32 | N29°28'52"W | 104.21' |
| L33 | N00°07'23"E | 110.18' |
| L34 | N60°32'03"E | 45.57' |
| L35 | S29°27'57"E | 200.02' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
EDITH KERNODLE LEWIS

NC-AL-005.000
DEED BOOK 478, PAGE 554

NC-AL-005.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/28/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 1/28/2019 | | ISSUE FOR REVIEW | |
| 2 | 3/5/2019 | DJB | UPDATED OWNER INFO | DD |
| 3 | 4/10/2020 | MSF | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |