Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 10 to Complaint

Map of MVP Parcel No. NC-AL-018.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S03°04'48"W | 42.02' |
| L2 | N45°12'28"W | 406.80' |
| L3 | N01°09'52"E | 42.08' |
| L4 | S45°22'09"E | 274.13' |
| L5 | S45°15'59"E | 133.74' |
| L6 | N78°24'32"W | 260.88' |
| L7 | N78°05'47"W | 359.07' |
| L8 | S74°52'42"W | 393.44' |
| L9 | N88°36'57"W | 175.98' |
| L10 | N74°52'42"E | 574.19' |
| L11 | S78°05'47"E | 370.95' |
| L12 | S78°24'32"E | 340.82' |
| L13 | S45°22'09"E | 51.11' |
| L14 | N88°36'57"W | 124.90' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L15 | S03°04'48"W | 41.49' |
| L16 | N45°15'59"W | 133.74' |
| L17 | N45°22'09"W | 274.13' |
| L18 | N01°09'52"E | 42.71' |
| L19 | S45°22'09"E | 303.54' |
| L20 | S45°15'59"E | 106.20' |
| L21 | N88°36'57"W | 123.19' |
| L22 | N74°52'42"E | 74.18' |
| L23 | S15°12'11"E | 17.50' |
| L24 | N74°52'42"E | 188.50' |
| L25 | N15°07'17"W | 17.50' |
| L26 | N74°52'42"E | 438.01' |
| L27 | S78°05'47"E | 298.59' |
| L28 | S11°54'14"W | 25.00' |
| L29 | S78°05'47"E | 80.74' |
| L30 | S78°24'31"E | 101.98' |
| L31 | N11°35'26"E | 25.00' |
| L32 | S78°24'32"E | 241.86' |
| L33 | S45°22'10"E | 100.60' |
| L34 | N88°36'57"W | 45.25' |
| L35 | N45°22'09"W | 51.11' |
| L36 | N78°24'32"W | 340.82' |
| L37 | N78°05'47"W | 370.95' |
| L38 | S74°52'42"W | 574.19' |
| L39 | N88°36'57"W | 84.65' |
| L40 | N78°24'32"W | 177.61' |
| L41 | N78°05'47"W | 355.50' |
| L42 | S74°52'42"W | 339.22' |
| L43 | N88°36'57"W | 52.80' |
| L44 | N74°52'42"E | 393.44' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| L45 | S78°05'47"E | 359.07' |
| L46 | S78°24'32"E | 260.88' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L47 | N88°36'57"W | 163.77' |
| L48 | N63°28'29"W | 13.81' |
| L49 | N64°02'00"W | 34.46' |
| L50 | N54°45'32"W | 31.88' |
| L51 | N76°02'51"W | 30.33' |
| L52 | N80°44'08"W | 41.18' |
| L53 | S89°54'54"W | 114.19' |
| L54 | S11°54'13"W | 46.52' |
| L55 | N78°05'47"W | 176.94' |
| L56 | N74°52'42"E | 220.08' |
| L57 | S78°05'47"E | 330.89' |
| L58 | S59°33'56"E | 74.07' |
| L59 | N18°40'40"W | 42.30' |
| L60 | N08°35'31"E | 63.11' |
| L61 | N74°52'42"E | 158.61' |
| L62 | S78°05'47"E | 173.04' |
| L63 | S11°54'13"W | 75.00' |
| L64 | N78°05'47"W | 100.00' |
| L65 | S74°52'42"W | 212.35' |
| L66 | N45°15'59"W | 5.84' |
| L67 | N04°45'35"E | 130.49' |
| L68 | S44°53'46"E | 0.73' |
| L69 | S03°04'48"W | 133.83' |

| TEMPORARY ACCESS ROADS LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L70 | N89°54'54"E | 115.82' |
| L71 | S80°44'08"E | 39.64' |
| L72 | S76°02'52"E | 27.47' |
| L73 | S54°45'31"E | 30.54' |
| L74 | S64°02'00"E | 22.26' |
| L75 | N73°41'26"E | 81.14' |
| L76 | N14°31'18"E | 130.48' |
| L77 | N56°10'43"E | 19.34' |
| L78 | N75°49'36"E | 35.48' |
| L79 | N83°42'12"E | 39.56' |
| L80 | S87°44'06"E | 120.93' |



DETAIL "A"
NTS

SEE SHEET 1-3 OF 4 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DALE FRANK TATE

NC-AL-018.000
DEED BOOK 1416, PAGE 535

NC-AL-018.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 1/28/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 1/28/2019 | | ISSUE FOR REVIEW | |
| 2 | 7/9/19 | TCM | REROUTE | DD |
| 3 | 11/23/20 | DD | TWS AND ATWS UPDATED | DD |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.