Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 11 to Complaint

Map of MVP Parcel No. NC-AL-019.000



# EXHIBIT A

NOTES
1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1623, PAGE 880
5. PARCEL ID: 111046
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION

EASEMENT C/L

UTM ZONE 17 N NAD 83 (2011)

SEE SHEET 2 OF 4

**ADDITIONAL TEMPORARY WORKSPACE**
0.13± ACRES
5,795± SQ. FEET

**T.A.R.
POINT OF BEGINNING**
N:13,149,745.60
E:2,079,024.85

S88°36'57"E
29.72'

NC-AL-018.000
N/F
DALE FRANK TATE
DEED BOOK 1416, PAGE 535

N88°36'57"W 987.01' GRID
TIE POINT "A" TO
TIE POINT "B"

**TIE POINT "A"**
N:13,149,735.63
E:2,079,437.13

NGS MONUMENT
WADE
N: 13,155,124.48
E: 2,078,634.07
CSF = 0.99978839

S24°56'26"E
7,352.19' GRID

L54
L47 L48 L49
L45
L53 L52
L40 L41
L42 L43
L46
L51 L50
L44
L16 L17
L15
L18
L19
L74
L4
L5
L6
L30
L31
L32
L33
L3
L1
L13
L2

50'

N59°57'57"W
2,456.27' GRID

25'

**TEMPORARY WORKSPACE**
0.10± ACRES
4,527± SQ. FEET

19'

**TEMPORARY ACCESS ROAD TA-AL-156**
0.21± ACRES
9079± SQ. FEET

**TEMPORARY WORKSPACE**
0.02± ACRES
1,032± SQ. FEET

**PERMANENT EASEMENT**
0.14± ACRES
6,040± SQ. FEET

**POINT OF BEGINNING**
N:13,149,687.33
E:2,079,607.87

NGS MONUMENT
A 3
N:13,148,457.92
E:2,081,734.33
CSF=0.99978777

NC-AL-019.000
# FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST
DEED BOOK 1623, PAGE 880
PARCEL ID. NO. 111046

NC-AL-021.000
N/F
DUKE POWER COMPANY
DEED BOOK 420, 420, 420
PAGE 692, 699, 704

LEGEND
- NGS MONUMENT
- EIP    EXISTING IRON PIPE OR PIN
- IPS    IRON PIN SET
- CP    COMPUTED POINT
- - - -   LINE NOT TO SCALE

PERMANENT ACCESS ROAD
TEMPORARY ACCESS ROAD
PERMANENT EASEMENT
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
POSSIBLE TEMPORARY WORKSPACE

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in G.S. 62-3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 1623, page 880; that the ratio of precision as calculated is 1:10,000+; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using __RTK/VRS networks__ and __traditional traverses__.

That this plat meets the requirements of G.S. 47-30 section (f)(11)(c).

This 10th day of July, 2020

THOMAS WARNER KIMMEL, PLS          L 3674

LAND OWNER INITIALS: _____

DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
LAND SURVEYOR

FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 54,603± | 1.25± |
| AREA OF TEMPORARY WORKSPACE: | 47,338± | 1.09± |
| AREA OF ADDITIONAL TEMPORARY WORKSPACE: | 15,624± | 0.36± |
| AREA OF ACCESS ROAD: | 9,079± | 0.21± |
| AREA OF POSSIBLE TEMPORARY WORKSPACE: | 1,136± | 0.03± |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 1,086± | 65.82± |
| CENTERLINE OF ACCESS ROAD: | 364± | 22.06± |

SEE SHEET 4 OF 4 FOR LINE TABLES

**EASEMENT SURVEY**
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL
REVOCABLE TRUST
NC-AL-019.000
DEED BOOK 1623, PAGE 880

NC-AL-019.000

| Drawn By: JEW | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date: 08/20/19 | | DD | TWK | Sheet: 1 OF 4 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100   50   0   100

REVISIONS
| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 4/13/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 4/17/20 | DKD | ADJOINER | TWK |
| 3 | 7/10/20 | DKD | REVISED ESMNT, TWS, ATWS | TWK |

TRC ENGINEERS, INC
2200 LIBERTY AVENUE,
SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749-8572    tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F-0591



EXHIBIT A

NOTES
1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1623, PAGE 880
5. PARCEL ID: 111046
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION

EASEMENT C/L

UTM ZONE 17 N NAD 83 (2011)

MATCHLINE SEE SHEET 3 OF 4

MATCHLINE SEE SHEET 2 OF 4

NC-AL-010.000
N/F
SHARON PATSY PATTERSON
DEED BOOK 1541, PAGE 2135

NC-AL-018.000
N/F
DALE FRANK TATE
DEED BOOK 1416, PAGE 535

TIE POINT "B"
N:13,149,759.48
E:2,078,450.40

N88°36'57"W 987.01' GRID
TIE POINT "A" TO
TIE POINT "B"

TEMPORARY WORKSPACE
0.59± ACRES
25,592± SQ. FEET

35'

L39          L12          L20

L23          L21

L38   L34                 151.44'      L22

L11                       L24

L7    50'

L29              15'

PERMANENT EASEMENT
1.11± ACRES
48,563± SQ. FEET

POSSIBLE TEMPORARY WORKSPACE
0.03± ACRES
1,136± SQ. FEET

L25

TEMPORARY WORKSPACE
0.37± ACRES
16,187± SQ. FEET

NC-AL-019.000
FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST

DEED BOOK 1623, PAGE 880
PARCEL ID. NO. 111046

LEGEND
⬙ NGS MONUMENT
⌾EIP EXISTING IRON PIPE OR PIN
○IPS IRON PIN SET
•CP COMPUTED POINT
---⤙--- LINE NOT TO SCALE
▓ PERMANENT ACCESS ROAD
░ TEMPORARY ACCESS ROAD
▓ PERMANENT EASEMENT
▓ TEMPORARY WORKSPACE
∷ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
▦ POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 4 OF 4 FOR LINE TABLES

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley
PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST
NC-AL-019.000
DEED BOOK 1623, PAGE 880

NC-AL-019.000

| Drawn By: JEW | Chk'd By: | App'd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date: 08/20/19 | DKD | DD | TWK | Sheet: 2 OF 4 | MVP Proj. No. |

DEED BOOK 1623, PAGE 880

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR
SEAL
L-3674
THOMAS WARNER KIMMEL
7/10/2020

LAND OWNER INITIALS: _____

DATE: _____

GRAPHIC SCALE IN FEET
100   50   0   100

REVISIONS
| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 4/13/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 4/17/20 | DKD | ADJOINER | TWK |
| 3 | 7/10/20 | DKD | REVISED ESMNT, TWS, ATWS | TWK |



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1623, PAGE 880
5. PARCEL ID: 111046
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

N/F
JUNE P. MORRIS & LARRY E. MORRIS
DEED BOOK 1541, PAGE 217

(NC-AL-010.000)
N/F
SHARON PATSY PATTERSON
DEED BOOK 1541, PAGE 213

TEMPORARY WORKSPACE
0.59± ACRES
25,592± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.23± ACRES
9,829± SQ. FEET

(NC-AL-019.000)
## FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL REVOCABLE TRUST
DEED BOOK 1623, PAGE 880
PARCEL ID. NO. 111046

TEMPORARY WORKSPACE
0.37± ACRES
16,187± SQ. FEET

PERMANENT EASEMENT
1.11± ACRES
48,563± SQ. FEET

MATCHLINE
SEE SHEET 2 OF 4

L27 L9 L36 L56 L57 L55 L37 L35 L10 L58 L38 L34 L11 L26 L28 L8 L7 L29 L25

## LEGEND

⬙ NGS MONUMENT
⊚EIP EXISTING IRON PIPE OR PIN
OIPS IRON PIN SET
●CP COMPUTED POINT
–··– LINE NOT TO SCALE
▨ PERMANENT ACCESS ROAD
▨ TEMPORARY ACCESS ROAD
▨ PERMANENT EASEMENT
▨ TEMPORARY WORKSPACE
▨ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
▨ POSSIBLE TEMPORARY WORKSPACE

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 4 OF 4 FOR LINE TABLES

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL
REVOCABLE TRUST
NC-AL-019.000
DEED BOOK 1623, PAGE 880

NC-AL-019.000

| Drawn By: JEW | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date: 08/20/19 | DD | TWK | Sheet: 3 of 4 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100  50  0  100

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 4/13/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 4/17/20 | DKD | ADJOINER | TWK |
| 3 | 7/10/20 | DKD | REVISED ESMNT, TWS, ATWS | TWK |

REVISIONS

SEAL
L-3674
THOMAS WARNER KIMMEL
NORTH CAROLINA PROFESSIONAL LAND SURVEYOR
7/10/2020

# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S01°09'52"W | 42.08' |
| L2 | S00°38'03"W | 27.05' |
| L3 | N45°22'09"W | 148.48' |
| L4 | N78°24'32"W | 65.25' |
| L5 | S88°36'57"E | 124.90' |
| L6 | S45°22'09"E | 64.46' |
| L7 | S74°52'42"W | 856.65' |
| L8 | N16°33'55"W | 255.83' |
| L9 | S88°37'01"E | 52.56' |
| L10 | S16°33'55"E | 190.88' |
| L11 | N74°52'42"E | 639.17' |
| L12 | S88°36'57"E | 175.98' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | S00°38'03"W | 26.41' |
| L14 | N45°22'09"W | 168.53' |
| L15 | N78°24'32"W | 94.34' |
| L16 | N78°24'31"W | 42.43' |
| L17 | S88°36'57"E | 84.65' |
| L18 | S78°24'32"E | 65.25' |
| L19 | S45°22'09"E | 148.48' |
| L20 | S88°36'57"E | 52.80' |
| L21 | S74°52'42"W | 58.57' |
| L22 | N15°07'18"W | 7.50' |
| L23 | S74°52'42"W | 151.44' |
| L24 | S15°07'18"E | 7.50' |
| L25 | S74°52'42"W | 711.89' |
| L26 | N16°33'55"W | 275.32' |
| L27 | S88°37'01"E | 15.77' |
| L28 | S16°33'55"W | 255.83' |
| L29 | N74°52'42"E | 856.65' |
| L30 | N45°22'09"W | 64.46' |
| L31 | S88°36'57"E | 45.25' |
| L32 | S45°22'09"E | 2.12' |
| L33 | S01°09'52"W | 42.71' |
| L34 | S74°52'42"W | 639.17' |
| L35 | N16°33'55"W | 190.88' |
| L36 | S88°37'01"E | 36.79' |
| L37 | S16°33'55"E | 145.41' |
| L38 | N74°52'42"E | 486.92' |
| L39 | S88°36'57"E | 123.19' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L45 | S88°36'57"E | 163.77' |
| L46 | S59°33'56"E | 14.95' |
| L47 | S77°49'21"E | 25.78' |
| L48 | N81°11'01"E | 17.49' |
| L49 | S45°30'19"E | 12.36' |
| L50 | S73°22'50"W | 97.42' |
| L51 | N69°52'57"W | 55.69' |
| L52 | N71°17'40"W | 19.33' |
| L53 | N71°17'42"W | 42.56' |
| L54 | N63°28'29"W | 26.43' |

| TEMPORARY ACCESS ROAD | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L40 | S64°02'00"E | 13.16' |
| L41 | S63°28'30"E | 41.03' |
| L42 | S71°17'40"E | 62.59' |
| L43 | S69°52'58"E | 59.69' |
| L44 | N73°22'50"E | 187.26' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L55 | N16°33'55"W | 100.00' |
| L56 | N74°52'42"E | 98.40' |
| L57 | S16°28'25"E | 100.00' |
| L58 | S74°52'42"W | 98.24' |

SEE SHEET 4 OF 4 FOR LINE TABLES

## LEGEND

- ⬡ NGS MONUMENT
- ⊙EIP EXISTING IRON PIPE OR PIN
- OIPS IRON PIN SET
- ● CP COMPUTED POINT
- ⎯⎯ LINE NOT TO SCALE
- ▦ PERMANENT ACCESS ROAD
- ▦ TEMPORARY ACCESS ROAD
- ▦ PERMANENT EASEMENT
- ▦ TEMPORARY WORKSPACE
- ▦ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- ▦ POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

*(Surveyor's seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, THOMAS WARNER KIMMEL, L-3674)*

7/10/2020

LAND OWNER INITIALS: _____

DATE: _____

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
FRANK C. HALL, AS TRUSTEE OF THE VERLIE J. HALL
REVOCABLE TRUST
NC–AL–019.000
DEED BOOK 1623, PAGE 880

| NC-AL-019.000 | | | | | |
|---|---|---|---|---|---|
| Drawn By: JEW | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: | |
| Drawn Date: 08/20/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. | |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 4/13/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 4/17/20 | DKD | ADJOINER | TWK |
| 3 | 7/10/20 | DKD | REVISED ESMNT, TWS, ATWS | TWK |
| No. | Date | Rev By | Description | Checked |

