Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 12 to Complaint

Map of MVP Parcel No. NC-AL-033.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S81°57'22"E | 54.41' |
| L2 | S15°11'20"E | 184.48' |
| L3 | S15°11'00"E | 529.52' |
| L4 | S00°02'58"E | 191.28' |
| L5 | N15°12'54"W | 111.13' |
| L6 | N15°11'00"W | 603.03' |
| L7 | N15°11'20"W | 205.94' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | S81°57'22"E | 33.74' |
| L9 | S15°11'21"E | 5.37' |
| L10 | S15°11'20"E | 138.68' |
| L11 | S15°11'20"E | 27.12' |
| L12 | S16°00'42"E | 76.27' |
| L13 | S73°59'18"W | 26.11' |
| L14 | S15°11'00"E | 424.41' |
| L15 | N74°49'00"E | 1.70' |
| L16 | S00°02'58"E | 29.50' |
| L17 | N15°11'00"W | 529.52' |
| L18 | N15°11'20"W | 184.48' |
| L19 | S15°11'20"E | 205.94' |
| L20 | S15°11'00"E | 603.03' |
| L21 | S15°12'54"E | 111.13' |
| L22 | S00°02'58"E | 60.10' |
| L23 | S00°02'58"E | 12.53' |
| L24 | N15°12'54"W | 181.24' |
| L25 | N15°10'59"W | 77.75' |
| L26 | N15°10'59"W | 29.54' |
| L27 | N15°11'00"W | 495.74' |
| L28 | N15°11'20"W | 151.63' |
| L29 | N15°11'19"W | 25.77' |
| L30 | N15°11'20"W | 36.70' |
| L31 | S81°57'22"E | 20.68' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L32 | S87°07'02"E | 54.85' |
| L33 | S87°07'02"E | 24.04' |
| L34 | S15°11'20"E | 114.21' |
| L35 | S74°48'40"W | 75.00' |
| L36 | N15°11'20"W | 138.68' |
| L37 | S46°17'51"E | 31.75' |
| L38 | S49°15'59"E | 69.58' |
| L39 | S40°44'01"W | 12.50' |
| L40 | N49°15'59"W | 69.90' |
| L41 | N46°17'51"W | 32.07' |
| L42 | N43°42'09"E | 12.50' |
| L43 | N43°42'09"E | 12.50' |
| L44 | S46°17'51"E | 30.78' |
| L45 | S49°15'59"E | 68.61' |
| L46 | S40°44'01"W | 12.50' |
| L47 | N49°15'59"W | 68.93' |
| L48 | N46°17'51"W | 31.10' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L49 | S61°46'52"W | 27.43' |
| L50 | S66°01'48"W | 43.64' |
| L51 | S65°14'57"W | 49.46' |
| L52 | S69°22'42"W | 44.45' |
| L53 | S60°10'53"W | 47.06' |
| L54 | N83°22'25"W | 11.83' |
| L55 | N71°39'25"W | 20.72' |
| L56 | N73°06'04"W | 21.17' |
| L57 | N53°25'52"W | 13.62' |
| L58 | N07°07'13"W | 48.12' |
| L59 | N12°44'28"W | 56.84' |
| L60 | N20°18'27"W | 53.58' |
| L61 | N28°06'08"W | 52.30' |
| L62 | N36°08'25"W | 88.07' |
| L63 | N33°59'24"W | 61.30' |
| L64 | N42°30'34"W | 108.76' |
| L65 | N44°01'05"W | 105.63' |
| L66 | N47°43'09"W | 48.13' |
| L67 | N49°15'59"W | 150.05' |
| L68 | N46°17'51"W | 93.52' |
| L69 | N42°13'25"W | 59.58' |
| L70 | N45°25'19"W | 2.03' |
| L71 | N41°47'50"W | 41.53' |
| L72 | N18°51'00"W | 45.08' |
| L73 | N59°49'01"W | 59.61' |
| L74 | N78°08'00"W | 274.41' |
| L75 | N78°20'40"W | 63.59' |
| L76 | N77°18'35"W | 17.32' |
| L77 | N80°19'46"W | 16.06' |



DETAIL NTS

N24°36'18"W 33.82'
N67°59'25"W 33.82'

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,246± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,271± SQ. FEET

SEE SHEETS 1–3 OF 4 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
1804–1814 GREENSTREET ASSOCIATES, LIMITED PARTNERSHIP
NC-AL-033.000
DEED BOOK 2451, PAGE 724

NC-AL-033.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 4/1/19 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 4/8/2019 | DJB | REVISED ACCESS ROAD | |
| C | 6/19/2019 | DJB | REVISED WORKSPACE | DD |
| 1 | 5/27/2020 | MSF | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR LAND SURVEYOR'S CERTIFICATE.