Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 13 to Complaint

Map of MVP Parcel No. NC-AL-036.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S15°11'00"E | 73.51' |
| L2 | S15°12'54"E | 187.99' |
| L3 | N89°11'16"W | 52.02' |
| L4 | N15°12'54"W | 62.52' |
| L5 | N00°02'58"W | 191.28' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N89°11'16"W | 16.36' |
| L7 | N00°02'58"W | 60.10' |
| L8 | S15°12'54"E | 62.52' |
| L9 | N00°02'58"W | 29.50' |
| L10 | N74°49'00"E | 23.58' |
| L11 | S15°08'54"E | 292.80' |
| L12 | S15°12'51"E | 6.07' |
| L13 | N89°11'16"W | 32.25' |
| L14 | N15°12'54"W | 187.99' |
| L15 | N15°11'00"W | 73.51' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | S80°37'20"E | 109.63' |
| L17 | S15°12'31"E | 275.17' |
| L18 | N89°34'30"W | 103.84' |
| L19 | N15°08'54"W | 292.80' |

| POSSIBLE TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L20 | N00°02'58"W | 48.10' |
| L21 | S89°12'33"E | 11.55' |
| L22 | S15°04'22"E | 43.25' |
| L23 | S74°49'00"W | 23.58' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ROBERT F. RHODES
NC-AL-036.000
DEED BOOK 2516, PAGE 491

NC-AL-036.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 4/14/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 3/27/2019 | | ISSUE FOR REVIEW | |
| 1 | 4/14/2020 | MSF | GENERAL REVISIONS | TWK |
| 2 | 5/2/2020 | DD | UPDATED ADJOINER | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.