Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 14 to Complaint

Map of MVP Parcel No. NC-AL-046.000









# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S10°00'11"E | 227.27' |
| L2 | S04°50'22"E | 538.72' |
| L3 | S26°06'21"E | 172.04' |
| L4 | S29°51'09"E | 1,014.57' |
| L5 | S52°34'39"E | 38.46' |
| L6 | S00°32'33"E | 0.37' |
| L7 | S00°39'12"E | 63.07' |
| L8 | N52°39'38"W | 87.56' |
| L9 | N29°51'02"W | 1,026.35' |
| L10 | N26°06'21"W | 183.06' |
| L11 | N04°50'24"W | 545.78' |
| L12 | N10°00'00"W | 228.45' |
| L13 | N62°04'19"E | 10.66' |
| L14 | N89°28'02"E | 40.41' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L15 | N89°28'02"E | 19.26' |
| L16 | S10°00'00"E | 225.03' |
| L17 | S04°50'24"E | 535.94' |
| L18 | S26°06'21"E | 167.85' |
| L19 | S29°51'02"E | 968.91' |
| L20 | S52°39'35"E | 45.40' |
| L21 | S00°32'33"E | 44.34' |
| L22 | N52°39'35"W | 38.42' |
| L23 | N29°51'02"W | 1,014.63' |
| L24 | N26°06'21"W | 172.04' |
| L25 | N04°50'24"W | 538.65' |
| L26 | N10°00'00"W | 227.34' |
| L27 | S10°00'00"E | 228.45' |
| L28 | S04°50'24"E | 545.78' |
| L29 | S26°06'21"E | 183.06' |
| L30 | S29°51'02"E | 1,026.35' |
| L31 | S52°39'35"E | 87.56' |
| L32 | S00°39'12"E | 19.03' |
| L33 | N52°39'35"W | 143.57' |
| L34 | N29°51'02"W | 992.35' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| L34 | N29°51'02"W | 992.35' |
| L35 | N26°06'24"W | 21.97' |
| L36 | N63°53'37"E | 21.00' |
| L37 | N26°06'21"W | 150.76' |
| L38 | S50°39'55"W | 21.57' |
| L39 | N26°06'21"W | 22.11' |
| L40 | N04°50'24"W | 550.21' |
| L41 | N10°00'17"W | 1.44' |
| L42 | N10°00'00"W | 63.47' |
| L43 | N69°59'59"E | 25.39' |
| L44 | N10°00'00"W | 155.79' |
| L45 | N62°04'19"E | 6.31' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L46 | N79°55'13"E | 58.41' |
| L47 | S16°31'35"E | 209.32' |
| L48 | S85°09'36"W | 92.74' |
| L49 | N04°50'24"W | 113.03' |
| L50 | N10°00'00"W | 86.97' |
| L51 | S10°00'17"E | 1.44' |
| L52 | S04°50'24"E | 181.90' |
| L53 | S86°09'46"W | 55.32' |
| L54 | N03°50'12"W | 32.98' |
| L55 | N13°12'33"E | 146.16' |
| L56 | N36°57'13"E | 13.98' |
| L57 | N60°04'52"E | 100.00' |
| L58 | S29°55'08"E | 182.57' |
| L59 | S29°09'45"E | 18.75' |
| L60 | S60°50'16"W | 100.00' |
| L61 | N29°51'02"W | 200.00' |
| L62 | S19°31'24"E | 62.02' |
| L63 | S07°58'46"E | 24.26' |
| L64 | S82°01'14"W | 12.50' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| L65 | N07°58'46"W | 22.99' |
| L66 | N19°31'24"W | 48.96' |
| L67 | N27°08'00"E | 17.19' |
| L68 | N27°08'00"E | 17.27' |
| L69 | S19°28'12"E | 68.17' |
| L70 | S02°44'29"E | 30.12' |
| L71 | S87°15'31"W | 12.50' |
| L72 | N02°44'29"W | 28.29' |
| L73 | N19°31'24"W | 54.46' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L74 | N55°37'08"E | 236.22' |
| L75 | N13°05'01"W | 94.46' |
| L76 | N06°51'48"E | 92.13' |
| L77 | N16°14'32"E | 100.17' |
| L78 | N25°14'05"E | 131.17' |
| L79 | N04°49'26"W | 38.36' |
| L80 | N19°31'24"W | 58.24' |
| L81 | N27°08'00"E | 132.18' |
| L82 | N03°21'27"E | 109.90' |

SEE SHEETS 1-4 OF 5 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
WAYNE S. APPLE
NC-AL-046.000
DEED BOOK 2714, PAGE 42; ESTATE FILE 14 E 1022
NC-AL-046.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 7/9/19 | | DD | TWK | Sheet: 5 OF 5 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 7/9/2019 | | ISSUE FOR REVIEW | |
| 1 | 5/21/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR LAND SURVEYOR'S CERTIFICATE.

[Seal: THOMAS WARNER KIMMEL, NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, L-3674, signed 6/24/2020]


Case 1:21-cv-00047   Document 1-14   Filed 01/15/21   Page 6 of 6