Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 15 to Complaint

Maps of MVP Parcel Nos. NC-AL-050.000 and NC-AL-050.100.AR







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N88°07'39"E | 0.46' |
| L2 | S52°39'35"E | 1,304.13' |
| L3 | S63°55'13"E | 207.85' |
| L4 | S03°14'57"E | 57.35' |
| L5 | N63°55'13"W | 240.88' |
| L6 | N52°39'35"W | 1,270.59' |
| L7 | N00°39'12"W | 63.07' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | S52°39'35"E | 1,270.59' |
| L9 | S63°55'13"E | 240.88' |
| L10 | S03°14'57"E | 17.21' |
| L11 | N63°55'13"W | 250.78' |
| L12 | N52°39'35"W | 1,260.36' |
| L13 | N00°39'12"W | 19.03' |
| L14 | N88°07'39"E | 55.36' |
| L15 | S52°39'35"E | 557.20' |
| L16 | S37°20'25"W | 25.00' |
| L17 | S52°39'35"E | 141.07' |
| L18 | N37°20'25"E | 25.00' |
| L19 | S52°39'35"E | 299.06' |
| L20 | S37°20'25"W | 25.00' |
| L21 | S52°39'35"E | 137.95' |
| L22 | N37°20'26"E | 25.00' |
| L23 | S52°39'35"E | 122.50' |
| L24 | S63°55'13"E | 184.74' |
| L25 | S03°14'57"E | 40.15' |
| L26 | N63°55'13"W | 207.85' |
| L27 | N52°39'35"W | 1,304.13' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L28 | N37°20'24"E | 90.11' |
| L29 | S52°39'35"E | 200.00' |
| L30 | S37°20'25"W | 90.11' |
| L31 | N52°39'35"W | 200.00' |
| L32 | N52°39'35"W | 128.23' |
| L33 | N37°17'45"E | 90.11' |
| L34 | S52°39'35"E | 128.30' |
| L35 | S37°20'25"W | 90.11' |
| L36 | S03°14'57"E | 152.03' |
| L37 | S80°11'52"W | 12.10' |
| L38 | N09°48'08"W | 48.92' |
| L39 | N63°55'13"W | 48.92' |
| L40 | N26°04'47"E | 100.00' |
| L41 | S63°55'13"E | 12.93' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L42 | N29°27'14"E | 107.08' |
| L43 | N24°22'01"E | 89.06' |
| L44 | N21°32'38"E | 292.55' |
| L45 | N14°57'07"E | 27.57' |



SEE SHEETS 1-3 OF 4 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MICHAEL STEPHEN MADRED AND SPOUSE,
PATSY LLOYD MADREN
NC-AL-050.000
DEED BOOK 3774; 1268, PAGE 364; 241
NC-AL-050.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 7/9/19 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | REVISIONS | | | |
|---|---|---|---|---|
| A | 7/9/2019 | | ISSUE FOR REVIEW | |
| 1 | 5/21/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 6/29/20 | DD | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR LAND SURVEYOR'S CERTIFICATE.

