Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 17 to Complaint

Map of MVP Parcel No. NC-AL-060.000



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L1 | S59°35'44"E | 32.25' |
| L2 | S84°17'55"W | 30.64' |
| L3 | N07°55'43"E | 11.92' |

| PERMANENT EASEMENT | | | | | |
|---|---|---|---|---|---|
| CURVE TABLE | | | | | |
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C1 | 7.63' | 867.38' | 000°30'15" | N07°44'20"E | 7.63' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L4 | S59°35'44"E | 95.96' |
| L5 | S84°17'56"W | 59.40' |
| L6 | N59°35'44"W | 32.25' |

| TEMPORARY WORKSPACE | | | | | |
|---|---|---|---|---|---|
| CURVE TABLE | | | | | |
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C2 | 38.37' | 867.38' | 002°32'05" | N06°13'10"E | 38.37' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L7 | N59°35'44"W | 63.37' |
| L8 | N07°16'32"E | 23.16' |
| L9 | N02°11'14"E | 39.23' |
| L10 | N42°07'28"E | 15.36' |
| L11 | N81°56'48"E | 46.78' |
| L12 | S59°35'44"E | 87.90' |
| L13 | S30°24'16"W | 73.28' |
| L14 | S84°17'56"W | 45.34' |

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ERIC KASS AND WIFE, BRITTNEY KASS
NC-AL-060.000
DEED BOOK 3845 PAGE 831
NC-AL-060.000

| Drawn By: CP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/14/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 5/21/2020 | DD | ISSUE FOR REVIEW | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.