Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 18 to Complaint

Map of MVP Parcel No. NC-AL-062.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S59°35'44"E | 101.90' |
| L2 | S77°10'25"W | 39.10' |
| L3 | N89°41'53"W | 46.30' |
| L4 | N59°35'44"W | 119.60' |
| L5 | S89°41'54"E | 99.69' |
| L6 | S64°35'54"E | 99.11' |
| L7 | N79°12'15"W | 82.15' |
| L8 | N18°02'11"W | 28.53' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | N18°02'11"W | 48.20' |
| L10 | S64°35'54"E | 189.61' |
| L11 | S54°09'03"E | 45.83' |
| L12 | N79°12'15"W | 105.84' |
| L13 | N64°35'54"W | 99.11' |
| L14 | N89°41'53"W | 29.91' |
| L15 | N59°35'44"W | 119.60' |
| L16 | S89°41'54"E | 29.91' |
| L17 | S59°35'44"E | 119.60' |
| L18 | S89°41'54"E | 19.94' |
| L19 | S59°35'44"E | 95.28' |
| L20 | S77°10'25"W | 14.60' |
| L21 | N59°35'44"W | 101.90' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | N35°50'57"E | 75.49' |
| L23 | S54°09'03"E | 161.50' |
| L24 | N79°12'15"W | 178.27' |



SEE SHEET 1 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF

LARRY D. SHAMBLEY and wife, DONNA S. SHAMBLEY

NC-AL-062.000
DEED BOOK 3351,3269 PAGE 741,679
NC-AL-062.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/14/20 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

REVISIONS
| 1 | 5/2/2020 | DD | UPDATED DEED REFERENCE | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.