Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 19 to Complaint

Map of MVP Parcel No. NC-AL-064.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S59°35'44"E | 158.33' |
| L2 | S64°35'54"E | 177.45' |
| L3 | S18°02'11"E | 28.53' |
| L4 | S79°12'15"E | 82.15' |
| L5 | S64°35'54"E | 54.16' |
| L6 | S54°09'03"E | 264.42' |
| L7 | S60°24'35"E | 519.94' |
| L8 | S19°36'47"E | 76.53' |
| L9 | N60°24'35"W | 580.60' |
| L10 | N54°09'03"W | 262.59' |
| L11 | N64°35'54"W | 328.33' |
| L12 | N59°35'44"W | 193.42' |
| L13 | N63°45'23"E | 59.86' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L14 | N63°45'23"E | 41.94' |
| L15 | S59°36'07"E | 79.82' |
| L16 | S31°28'24"W | 25.04' |
| L17 | S59°35'44"E | 55.48' |
| L18 | S64°35'54"E | 51.93' |
| L19 | N36°58'38"E | 25.52' |
| L20 | S64°35'54"E | 86.81' |
| L21 | S18°02'11"E | 48.20' |
| L22 | N64°35'54"W | 177.45' |
| L23 | N59°35'44"W | 158.33' |
| L24 | S79°12'15"E | 105.84' |
| L25 | S54°09'03"E | 31.04' |
| L26 | S54°09'04"E | 188.84' |
| L27 | S60°24'35"E | 23.45' |
| L28 | S66°27'14"W | 31.25' |
| L29 | S60°24'35"E | 23.42' |
| L30 | S66°05'53"W | 12.44' |
| L31 | N60°24'35"W | 22.63' |
| L32 | N54°09'03"W | 264.42' |
| L33 | N64°35'54"W | 54.16' |
| L34 | N60°24'35"W | 416.46' |
| L35 | N68°37'17"E | 12.87' |
| L36 | S60°24'35"E | 37.40' |
| L37 | N73°58'19"E | 34.98' |
| L38 | S60°24'35"E | 145.00' |
| L39 | S60°24'35"E | 160.93' |
| L40 | S19°36'47"E | 53.57' |
| L41 | S59°35'44"E | 193.42' |
| L42 | S64°35'54"E | 328.33' |
| L43 | S54°09'03"E | 260.14' |
| L44 | S61°51'09"W | 16.69' |
| L45 | N54°09'03"W | 169.64' |
| L46 | N54°09'04"W | 81.81' |
| L47 | N64°35'54"W | 327.61' |
| L48 | N59°35'44"W | 203.95' |
| L49 | N63°45'23"E | 17.96' |
| L50 | S19°36'47"E | 17.56' |
| L51 | S19°27'19"E | 5.38' |
| L52 | N60°24'35"W | 532.68' |
| L53 | N55°11'18"E | 5.08' |
| L54 | N42°30'33"W | 33.90' |
| L55 | S60°24'35"E | 545.40' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L56 | N60°24'35"W | 23.45' |
| L57 | N54°09'04"W | 188.84' |
| L58 | N35°50'57"E | 14.51' |
| L59 | S79°12'15"E | 178.27' |
| L60 | S54°09'03"E | 22.43' |
| L61 | S60°24'33"E | 80.29' |
| L62 | S64°02'56"W | 109.15' |
| L63 | N53°49'10"E | 98.69' |
| L64 | S60°24'35"E | 104.50' |
| L65 | S29°35'25"W | 90.00' |
| L66 | N60°24'35"W | 145.00' |

SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF MORTON
ALAMANCE COUNTY, NORTH CAROLINA



PIPELINE EASEMENT IN PROPERTY OF
MICHAEL GLENN WALLACE, AND WIFE PAULA ROCHELLE WALLACE
NC-AL-064.000
DEED BOOK 3320, PAGE 601
NC-AL-064.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 4/29/20 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 4/29/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.