Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 20 to Complaint

Map of MVP Parcel No. NC-AL-077.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°00'36"E | 1,197.04' |
| L2 | S00°02'20"E | 50.01' |
| L3 | N89°00'36"W | 1,198.08' |
| L4 | N01°09'04"E | 50.00' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | N01°09'04"E | 35.00' |
| L6 | S89°00'36"E | 811.64' |
| L7 | S00°59'24"W | 25.00' |
| L8 | S89°00'36"E | 12.78' |
| L9 | S69°48'46"E | 30.41' |
| L10 | N89°00'36"W | 853.24' |
| L11 | N89°00'36"W | 295.21' |
| L12 | N03°15'38"E | 10.01' |
| L13 | S89°00'36"E | 20.87' |
| L14 | N00°59'24"E | 25.00' |
| L15 | S89°00'36"E | 273.32' |
| L16 | S00°02'20"E | 35.01' |
| L17 | S89°00'36"E | 810.97' |
| L18 | S15°37'49"W | 15.50' |
| L19 | N89°00'36"W | 807.09' |
| L20 | N01°09'04"E | 15.00' |
| L21 | S00°02'20"E | 15.00' |
| L22 | N89°00'36"W | 324.89' |
| L23 | N10°34'13"E | 15.21' |
| L24 | S89°00'36"E | 322.09' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L25 | N89°00'36"W | 100.00' |
| L26 | N00°59'24"E | 88.00' |
| L27 | S89°00'37"E | 101.13' |
| L28 | S01°43'32"W | 88.01' |
| L29 | N89°00'36"W | 36.73' |
| L30 | N05°21'35"W | 90.69' |
| L31 | S89°00'37"E | 45.14' |
| L32 | S00°02'20"E | 90.15' |
| L33 | S89°00'36"E | 100.00' |
| L34 | S05°27'27"E | 100.64' |
| L35 | N89°00'36"W | 111.30' |
| L36 | N00°59'24"E | 100.00' |
| L37 | S00°02'20"E | 100.02' |
| L38 | N89°00'36"W | 18.01' |
| L39 | N05°22'32"W | 100.62' |
| L40 | S89°00'36"E | 27.37' |



SEE SHEETS 1-2 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
THOMAS WEAVER CONSTRUCTION
COMPANY, INC
NC-AL-077.000
DEED BOOK 2340, PAGE 306

NC-AL-077.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: |
| Drawn Date: 2/25/19 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 2/25/2019 | | ISSUE FOR REVIEW | |
| 2 | 6/19/2019 | DJB | UPDATED OWNER INFO | DD |
| 3 | 4/30/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

