Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 21 to Complaint

Map of MVP Parcel No. NC-AL-089.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°25'09"E | 78.19' |
| L2 | S49°39'58"E | 219.90' |
| L3 | S31°41'28"E | 273.89' |
| L4 | S87°19'36"E | 391.45' |
| L5 | S70°12'29"E | 223.28' |
| L6 | S89°47'59"W | 146.24' |
| L7 | N70°12'29"W | 78.33' |
| L8 | N87°19'36"W | 410.30' |
| L9 | N31°41'28"W | 292.37' |
| L10 | N49°39'58"W | 272.10' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | S89°25'09"E | 33.32' |
| L12 | S89°49'19"E | 21.23' |
| L13 | S49°39'58"E | 106.00' |
| L14 | S49°39'58"E | 77.59' |
| L15 | S31°41'28"E | 252.42' |
| L16 | S31°41'30"E | 8.54' |
| L17 | S87°19'36"E | 378.25' |
| L18 | S70°12'29"E | 258.49' |
| L19 | S10°14'59"E | 23.01' |
| L20 | S89°47'59"W | 44.11' |
| L21 | N70°12'29"W | 223.28' |
| L22 | N87°19'36"W | 391.45' |
| L23 | N31°41'28"W | 273.89' |
| L24 | N49°39'58"W | 219.90' |
| L25 | S49°39'58"E | 272.10' |
| L26 | S31°41'28"E | 292.37' |
| L27 | S87°19'36"E | 410.30' |
| L28 | S70°12'29"E | 78.33' |
| L29 | S89°47'59"W | 43.87' |
| L30 | N70°12'29"W | 34.84' |
| L31 | N87°19'37"W | 190.40' |
| L32 | N86°44'14"W | 14.83' |
| L33 | N87°24'41"W | 103.27' |
| L34 | N87°19'37"W | 7.58' |
| L35 | N87°19'36"W | 99.89' |
| L36 | N31°41'28"W | 297.91' |
| L37 | N49°39'58"W | 287.76' |
| L38 | S89°25'09"E | 23.46' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L39 | N40°20'02"E | 87.88' |
| L40 | S89°44'24"E | 3.46' |
| L41 | S49°35'54"E | 89.18' |
| L42 | S31°43'28"E | 138.43' |
| L43 | S03°23'53"W | 156.70' |
| L44 | N31°41'28"W | 252.42' |
| L45 | N49°39'58"W | 77.59' |
| L46 | S87°24'41"E | 103.27' |
| L47 | S02°40'24"W | 100.00' |
| L48 | N87°19'36"W | 104.32' |
| L49 | N03°40'39"E | 50.80' |
| L50 | N02°51'57"E | 29.04' |
| L51 | N02°51'53"E | 20.01' |
| L52 | N19°47'31"E | 89.76' |
| L53 | S70°12'29"E | 163.61' |
| L54 | S10°14'59"E | 86.58' |
| L55 | S89°47'59"W | 101.56' |
| L56 | N10°14'59"W | 23.01' |
| L57 | N70°12'29"W | 100.00' |



SEE SHEET 1-3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LEN McCAULEY
NC-AL-089.000
DEED BOOK 2369,2374,2351,2351 PAGE 309,95,190,186
NC-AL-089.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 2/11/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 3 | 3/13/2019 | DJB | UPDATED OWNER INFO | DD |
| 4 | 4/15/2020 | DKD | UPDATED ROUTE | TWK |
| 5 | 5/2/2020 | DKD | UPDATED OWNER INFO | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR 5/2/2020