Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 22 to Complaint

Maps of MVP Parcel Nos. NC-AL-104.000 and NC-AL-106.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N35°22'33"E | 61.70' |
| L2 | N89°30'34"E | 574.11' |
| L3 | N89°51'37"E | 791.24' |
| L4 | N70°02'21"E | 70.31' |
| L5 | S84°44'37"E | 117.36' |
| L6 | S70°02'21"W | 185.21' |
| L7 | S89°51'37"W | 799.83' |
| L8 | S89°30'34"W | 610.10' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | N00°08'24"W | 35.00' |
| L10 | N89°30'34"E | 142.73' |
| L11 | N89°51'37"E | 368.69' |
| L12 | S00°08'22"E | 25.00' |
| L13 | N89°51'37"E | 200.50' |
| L14 | N00°08'23"W | 25.00' |
| L15 | N89°51'37"E | 170.15' |
| L16 | S84°44'37"E | 118.68' |
| L17 | S70°02'21"W | 70.31' |
| L18 | S89°51'37"W | 791.24' |
| L19 | S89°30'34"W | 142.84' |
| L20 | N89°30'34"E | 49.92' |
| L21 | N89°51'37"E | 799.83' |
| L22 | N70°02'21"E | 185.21' |
| L23 | S84°44'37"E | 35.21' |
| L24 | S70°02'21"W | 219.69' |
| L25 | S89°51'37"W | 802.40' |
| L26 | S89°30'34"W | 49.88' |
| L27 | N00°29'23"W | 15.00' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L28 | N00°08'23"W | 84.19' |
| L29 | S84°44'37"E | 427.50' |
| L30 | S00°08'22"E | 43.11' |
| L31 | S89°51'37"W | 282.88' |
| L32 | S89°30'34"W | 142.73' |
| L33 | N89°30'34"E | 49.88' |
| L34 | N89°51'37"E | 150.12' |
| L35 | S00°08'22"E | 100.00' |
| L36 | S89°51'37"W | 149.82' |
| L37 | S89°30'34"W | 49.57' |
| L38 | N00°29'28"W | 100.00' |
| L39 | N00°08'22"W | 16.07' |
| L40 | S84°44'37"E | 75.70' |
| L41 | S00°08'22"E | 8.95' |
| L42 | S89°51'37"W | 75.37' |
| L43 | N00°08'23"W | 1.96' |
| L44 | S84°44'37"E | 20.80' |
| L45 | S89°51'37"W | 20.71' |
| L46 | S58°55'17"E | 270.11' |
| L47 | S89°26'52"W | 49.61' |
| L48 | N53°24'57"W | 219.39' |
| L49 | N69°57'34"W | 8.36' |
| L50 | N20°02'26"E | 6.69' |



ADDITIONAL TEMPORARY WORKSPACE
0.0005± ACRES
20± SQ. FEET

DETAIL
NTS

SEE SHEETS 1-3 OF 4 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ESTHER PERRY BLANCHARD, ET.AL.
NC-AL-104.000
DEED BOOK 27, PAGE 245 (ORANGE COUNTY);
DEED BOOK 341, PAGE 367 (ALAMANCE COUNTY);
ESTATE FILE 87-E-458
NC-AL-104.000

| Drawn By: CP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
| Drawn Date: 05/22/20 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

| | | REVISIONS | | |
| 1 | 6/19/2020 | MSF | ISSUE FOR REVIEW | DD |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.





