Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 23 to Complaint

Map of MVP Parcel No. NC-AL-119.000



# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°28'40"E | 29.45' |
| L2 | S28°44'20"E | 30.85' |
| L3 | N58°50'10"W | 51.75' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L4 | S28°44'20"E | 29.91' |
| L5 | N58°50'10"W | 44.50' |
| L6 | N58°50'10"W | 57.43' |
| L7 | N89°28'40"E | 28.56' |
| L8 | S58°50'10"E | 51.75' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | S28°44'20"E | 179.73' |
| L10 | S31°09'50"W | 9.87' |
| L11 | N58°50'10"W | 200.00' |
| L12 | N31°09'50"E | 100.00' |
| L13 | S58°50'10"E | 44.50' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
PAMELA J. MULLER

NC-AL-119.000
DEED BOOK 3562, PAGE 138

NC-AL-119.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 4/15/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____

DATE: _____

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 2/5/2019 | | ISSUE FOR REVIEW | |
| 1 | 4/15/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR — THOMAS WARNER KIMMEL — L-3674
Signed 4/16/2020