Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 24 to Complaint

Map of MVP Parcel No. NC-AL-132.100



