Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 25 to Complaint

Map of MVP Parcel No. NC-AL-134.000



## EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N00°35'01"W | 95.65' |
| L2 | S22°12'25"E | 108.16' |
| L3 | N83°34'21"W | 40.16' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L4 | N00°35'01"W | 40.70' |
| L5 | S22°12'25"E | 154.19' |
| L6 | N83°34'21"W | 17.09' |
| L7 | N22°12'25"W | 108.16' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | N00°35'01"W | 191.06' |
| L9 | N84°14'35"E | 35.41' |
| L10 | S05°45'25"E | 85.55' |
| L11 | S22°12'25"E | 85.55' |
| L12 | S67°47'35"W | 80.14' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
CHARLES ANDERSON JONES and DEBORAH ANN JONES, husband and wife
NC-AL-134.000
DEED BOOK 1158, PAGE 685
NC-AL-134.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/16/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

REVISIONS

| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

