Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 26 to Complaint

Map of MVP Parcel No. NC-AL-135.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°28'47"W | 50.21' |
| L2 | N05°43'11"W | 533.94' |
| L3 | N05°39'53"W | 158.42' |
| L4 | N02°29'41"E | 52.34' |
| L5 | S83°34'21"E | 40.16' |
| L6 | S22°12'25"E | 11.61' |
| L7 | S05°39'53"E | 190.69' |
| L8 | S05°43'11"E | 538.44' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | S89°28'47"W | 15.06' |
| L10 | N05°43'11"W | 86.71' |
| L11 | N05°43'11"W | 426.30' |
| L12 | N51°18'52"W | 12.93' |
| L13 | N02°29'41"E | 170.68' |
| L14 | S05°39'53"E | 158.42' |
| L15 | S05°43'11"E | 533.94' |
| L16 | N05°43'11"W | 538.44' |
| L17 | N05°39'53"W | 190.69' |
| L18 | N22°12'25"W | 11.61' |
| L19 | S83°34'21"E | 17.09' |
| L20 | S22°12'25"E | 5.60' |
| L21 | S05°39'53"E | 172.95' |
| L22 | S50°54'19"E | 28.17' |
| L23 | S05°43'11"E | 426.53' |
| L24 | S05°43'10"E | 100.00' |
| L25 | S84°16'52"W | 25.00' |
| L26 | S05°43'10"E | 12.87' |
| L27 | S89°28'47"W | 10.04' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L28 | S89°26'53"W | 83.46' |
| L29 | N02°29'41"E | 77.12' |
| L30 | N84°10'09"E | 72.10' |
| L31 | S05°43'11"E | 83.99' |
| L32 | N05°43'10"W | 100.00' |
| L33 | N84°16'49"E | 89.03' |
| L34 | S05°43'10"E | 76.98' |
| L35 | S13°14'12"W | 24.35' |
| L36 | S84°16'50"W | 81.12' |



SEE SHEET 1 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE & HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JOHN RAY COLE and wife, RAVONDA LYNN COLE

NC-AL-135.000
DEED BOOK 2312, PAGE 238
NC-AL-135.000

Drawn By: MSF   Chk'd By:   Appd By:   TRC Proj. No. 300423   Scale:
Drawn Date: 04/16/20   DD   TWK   Sheet: 3 OF 3   MVP Proj. No.

LAND OWNER INITIALS: _____
DATE: _____

REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

Seal: NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR — signed 4/20/2020