Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 27 to Complaint

Map of MVP Parcel No. NC-AL-144.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N66°11'26"W | 50.02' |
| L2 | N22°20'13"E | 81.09' |
| L3 | N23°48'41"E | 22.87' |
| L4 | N45°52'58"W | 0.63' |
| L5 | N22°20'13"E | 373.49' |
| L6 | N18°18'02"W | 15.13' |
| L7 | S77°54'50"E | 25.66' |
| L8 | N76°11'12"E | 27.95' |
| L9 | S18°18'02"E | 18.48' |
| L10 | S22°20'13"W | 497.48' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | N66°11'26"W | 2.08' |
| L12 | N23°48'34"E | 81.06' |
| L13 | S22°20'13"W | 81.09' |
| L14 | N45°52'58"W | 16.15' |
| L15 | N22°20'13"E | 5.45' |
| L16 | N22°20'13"E | 106.59' |
| L17 | N22°20'13"E | 102.45' |
| L18 | N22°20'17"E | 100.01' |
| L19 | N22°20'02"E | 47.44' |
| L20 | N18°18'01"W | 18.37' |
| L21 | S77°54'50"E | 17.39' |
| L22 | S18°18'02"E | 15.13' |
| L23 | S22°20'13"W | 373.49' |
| L24 | N22°20'13"E | 497.48' |
| L25 | N18°18'02"W | 18.48' |
| L26 | N76°11'12"E | 10.03' |
| L27 | S18°18'01"E | 21.40' |
| L28 | S22°20'13"W | 101.55' |
| L29 | S67°39'46"E | 25.00' |
| L30 | S22°20'13"W | 400.53' |
| L31 | N66°11'26"W | 35.01' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L32 | N44°17'32"W | 54.47' |
| L33 | N22°20'12"E | 84.98' |
| L34 | S67°39'47"E | 50.00' |
| L35 | S22°20'13"W | 106.59' |
| L36 | N66°58'07"W | 101.21' |
| L37 | N23°01'54"E | 88.88' |
| L38 | S52°13'41"E | 64.24' |
| L39 | N39°47'28"E | 28.68' |
| L40 | S66°58'06"W | 29.60' |
| L41 | S22°20'17"W | 100.01' |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.



TEMPORARY WORKSPACE
0.00± ACRES
84± SQ. FEET

DETAIL
NOT TO SCALE



LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ROBERT J. MULLIS and wife, CONNIE R. MULLIS
NC-AL-144.000
DEED BOOK 919,440, PAGE 549,54
NC-AL-144.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 04/17/20 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 5/2/2020 | DD | UPDATED DEED REFERNCE | TWK |
| No. | Date | Rev By | Description | Checked |