Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 28 to Complaint

Map of MVP Parcel No. NC-AL-145.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S76°11'12"W | 27.95' |
| L2 | N77°54'50"W | 25.66' |
| L3 | N18°18'02"W | 468.26' |
| L4 | N57°38'44"E | 51.54' |
| L5 | S18°18'02"E | 495.94' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N77°54'50"W | 17.39' |
| L7 | N18°18'01"W | 455.70' |
| L8 | N57°38'44"E | 15.46' |
| L9 | S18°18'02"E | 468.26' |
| L10 | N18°18'02"W | 495.94' |
| L11 | N57°38'44"E | 36.08' |
| L12 | S18°18'02"E | 271.88' |
| L13 | S18°08'45"E | 21.12' |
| L14 | S18°18'02"E | 134.19' |
| L15 | S07°42'24"W | 33.76' |
| L16 | S07°29'36"E | 36.76' |
| L17 | S71°42'00"W | 3.25' |
| L18 | S18°18'01"E | 11.85' |
| L19 | S76°11'12"W | 10.03' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L20 | N18°18'02"W | 134.19' |
| L21 | N71°41'59"E | 50.00' |
| L22 | S18°18'01"E | 67.00' |
| L23 | S20°31'42"W | 45.56' |
| L24 | S18°13'06"W | 29.42' |
| L25 | S07°42'24"W | 8.97' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
TORREY L. ROACH and wife, AMANDA R. ROACH
NC-AL-145.000
DEED BOOK 1020, PAGE 973
NC-AL-145.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/17/20 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 5/2/2020 | DD | UPDATED ADJOINING TRACT | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

