Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 29 to Complaint

Map of MVP Parcel No. NC-AL-162.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N67°23'28"E | 97.89' |
| L2 | S20°18'22"E | 160.03' |
| L3 | N27°17'03"W | 110.27' |
| L4 | S67°23'28"W | 84.60' |
| L5 | N20°10'11"W | 50.05' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N20°10'11"W | 35.03' |
| L7 | N67°23'28"E | 97.80' |
| L8 | S20°18'22"E | 35.03' |
| L9 | S67°23'28"W | 97.89' |
| L10 | N67°23'28"E | 84.60' |
| L11 | S27°17'03"E | 110.27' |
| L12 | S20°18'22"E | 3.55' |
| L13 | S58°39'49"W | 14.61' |
| L14 | N27°17'03"W | 50.70' |
| L15 | N27°17'02"W | 50.30' |
| L16 | S67°23'28"W | 71.41' |
| L17 | N20°10'11"W | 15.01' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | N67°23'28"E | 71.41' |
| L19 | S27°17'02"E | 50.30' |
| L20 | S67°32'47"W | 76.64' |
| L21 | N20°10'11"W | 10.53' |
| L22 | S69°56'02"W | 1.00' |
| L23 | N20°10'11"W | 39.40' |

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
HEIRS OF SILVIA L. SANDOVAL
NC-AL-162.000
DEED BOOK 2127,2127; PAGE 760,763;
ESTATE FILE 11 E 1125

NC-AL-162.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 11/26/18 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 3/20/19 | | REVISED OWNER | |
| C | 4/10/19 | JH | REVISED WORKSPACE | DD |
| 1 | 5/29/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

[Seal: NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR]
6/27/2020

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.