Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 30 to Complaint

Map of MVP Parcel No. NC-AL-166.000



# EXHIBIT A

| PROPOSED EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N58°59'21"E | 50.11' |
| L2 | S27°17'03"E | 263.48' |
| L3 | S28°26'40"E | 35.66' |
| L4 | S15°52'27"E | 96.43' |
| L5 | S05°28'24"W | 98.13' |
| L6 | S68°14'21"W | 56.23' |
| L7 | N05°28'24"E | 114.44' |
| L8 | N15°52'27"W | 81.50' |
| L9 | N28°26'40"W | 30.66' |
| L10 | N27°17'03"W | 260.72' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | N58°59'21"E | 10.02' |
| L12 | S27°17'03"E | 81.91' |
| L13 | N62°42'57"E | 25.00' |
| L14 | S27°17'04"E | 123.85' |
| L15 | S15°52'27"E | 198.20' |
| L16 | S05°28'24"W | 111.28' |
| L17 | N22°39'50"W | 16.04' |
| L18 | S68°14'21"W | 8.36' |
| L19 | N05°28'24"E | 98.13' |
| L20 | N15°52'27"W | 96.43' |
| L21 | N28°26'40"W | 35.66' |
| L22 | N27°17'03"W | 263.48' |
| L23 | S27°17'03"E | 260.72' |
| L24 | S28°26'40"E | 30.66' |
| L25 | S15°52'27"E | 81.50' |
| L26 | S05°28'24"W | 114.44' |
| L27 | S68°14'21"W | 16.64' |
| L28 | N11°43'15"W | 68.36' |
| L29 | N05°28'24"E | 50.15' |
| L30 | N15°52'27"W | 169.37' |
| L31 | N27°17'04"W | 109.56' |
| L32 | N27°17'03"W | 81.24' |
| L33 | N58°39'49"E | 14.61' |
| L34 | N58°59'21"E | 0.43' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L35 | S15°52'27"E | 135.47' |
| L36 | N63°38'56"W | 81.30' |
| L37 | N27°17'37"W | 173.19' |
| L38 | N62°42'56"E | 75.03' |
| L39 | S27°17'04"E | 105.87' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
POSSIBLE UNKNOWN HEIRS OF GEORGE J. HICKS AND
WIFE, JEANETTE G. HICKS
NC-AL-166.000
DEED BOOK DB 443, PAGE 200

| NC-AL-166.000 | | | | |
|---|---|---|---|---|
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 10/25/18 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| | REVISIONS | | | |
|---|---|---|---|---|
| 2 | 2/7/2019 | DJB | UPDATED OWNER INFO | DD |
| 3 | 3/14/2019 | DJB | UPDATED OWNER INFO | DD |
| 4 | 5/16/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

