Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 31 to Complaint

Map of MVP Parcel No. NC-AL-186.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S06°59'58"E | 298.95' |
| L2 | S22°14'10"E | 30.39' |
| L3 | S42°51'16"E | 73.94' |
| L4 | S46°10'40"E | 135.71' |
| L5 | S20°06'56"E | 538.25' |
| L6 | S86°48'12"W | 52.26' |
| L7 | N20°06'56"W | 511.47' |
| L8 | N46°10'40"W | 125.59' |
| L9 | N42°51'16"W | 84.48' |
| L10 | N22°14'10"W | 46.17' |
| L11 | N06°59'58"W | 282.04' |
| L12 | N57°44'12"E | 55.29' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | N57°44'12"E | 16.59' |
| L14 | S06°59'58"E | 304.02' |
| L15 | S22°14'10"E | 25.65' |
| L16 | S42°51'16"E | 70.77' |
| L17 | S46°10'40"E | 184.27' |
| L18 | S20°06'57"E | 25.98' |
| L19 | S20°06'56"E | 372.11' |
| L20 | S20°06'56"E | 100.00' |
| L21 | S69°53'01"W | 25.00' |
| L22 | S20°06'56"E | 5.78' |
| L23 | S86°48'12"W | 10.45' |
| L24 | N20°06'56"W | 538.25' |
| L25 | N46°10'40"W | 135.71' |
| L26 | N42°51'16"W | 73.94' |
| L27 | N22°14'10"W | 30.39' |
| L28 | N06°59'58"W | 298.95' |
| L29 | S06°59'58"E | 282.04' |
| L30 | S22°14'10"E | 46.17' |
| L31 | S42°51'16"E | 84.48' |
| L32 | S46°10'40"E | 125.59' |
| L33 | S20°06'56"E | 511.47' |
| L34 | S86°48'12"W | 15.68' |
| L35 | N20°06'56"W | 457.91' |
| L36 | N46°10'40"W | 70.12' |
| L37 | N43°49'20"E | 25.00' |
| L38 | N46°10'40"W | 93.18' |
| L39 | N42°51'16"W | 57.03' |
| L40 | S47°08'44"W | 25.00' |
| L41 | N42°51'16"W | 34.11' |
| L42 | N22°14'10"W | 57.22' |
| L43 | N06°59'58"W | 270.20' |
| L44 | N57°44'12"E | 38.70' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L45 | N83°32'27"W | 82.09' |
| L46 | N22°14'10"W | 57.75' |
| L47 | N06°59'58"W | 121.43' |
| L48 | N83°00'02"E | 60.00' |
| L49 | S06°59'58"E | 113.41' |
| L50 | S22°14'10"E | 57.22' |
| L51 | S42°51'16"E | 34.11' |
| L52 | S46°10'40"E | 70.12' |
| L53 | S20°06'56"E | 144.73' |
| L54 | S69°53'04"W | 50.00' |
| L55 | N20°06'56"W | 133.16' |
| L56 | N46°10'40"W | 41.86' |
| L57 | N25°22'01"E | 52.71' |
| L58 | N20°06'56"W | 100.00' |
| L59 | N69°53'04"E | 89.06' |
| L60 | S20°06'56"E | 100.00' |
| L61 | S69°53'04"W | 89.06' |

SEE SHEETS 1-2 OF 3 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ESTATE OF FURMAN E. COGGINS
THERESA ANN CLAYTON FREEMAN
NC-AL-186.000
WILL 17 E 474 (ORANGE COUNTY); WILL 83-E-323
DEED BOOK 447, PAGE 540
NC-AL-186.000

| Drawn By: TCM | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 6/25/20 | DD | TWK | Sheet: 3 OF 3 | MVP Proj No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 10/30/18 | | ISSUE FOR REVIEW | |
| 2 | 2/7/19 | DJB | UPDATED OWNER INFO | DD |
| 3 | 6/1/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR
6/26/2020

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR LAND SURVEYOR'S CERTIFICATE