Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 32 to Complaint

Map of MVP Parcel No. NC-AL-191.000











# EXHIBIT A

## PERMANENT EASEMENT LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N23°33'32"E | 77.21' |
| L2 | N45°02'35"E | 75.32' |
| L3 | N14°12'30"E | 2,139.43' |
| L4 | S73°35'08"E | 50.04' |
| L5 | S14°12'30"W | 2,151.30' |
| L6 | S45°02'34"W | 79.62' |
| L7 | S23°33'32"W | 45.00' |
| L8 | S89°07'18"W | 54.92' |

## TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L9 | S89°07'18"W | 8.37' |
| L10 | S89°07'25"W | 8.11' |
| L11 | N23°33'33"E | 86.87' |
| L12 | N45°02'34"E | 74.03' |
| L13 | N14°12'30"E | 2,135.87' |
| L14 | S73°35'08"E | 15.01' |
| L15 | S14°12'30"W | 2,139.43' |
| L16 | S45°02'35"W | 75.32' |
| L17 | S23°33'32"W | 77.21' |
| L18 | N23°33'32"E | 45.00' |
| L19 | N45°02'34"E | 79.62' |
| L20 | N14°12'30"E | 2,151.30' |
| L21 | S73°35'08"E | 10.01' |
| L22 | S14°12'30"W | 153.23' |
| L23 | S88°13'39"E | 25.48' |
| L24 | S14°11'07"W | 284.70' |
| L25 | N69°58'44"W | 25.13' |
| L26 | S14°12'30"W | 115.34' |
| L27 | S41°02'35"E | 30.43' |
| L28 | S14°11'48"W | 125.23' |
| L29 | N68°53'22"W | 25.21' |
| L30 | S14°12'30"W | 170.05' |
| L31 | S75°47'28"E | 25.00' |
| L32 | S14°12'30"W | 1,305.74' |
| L33 | S45°02'34"W | 82.64' |
| L34 | S23°33'34"W | 22.46' |
| L35 | S89°07'18"W | 38.44' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L36 | S23°32'33"W | 100.00' |
| L37 | N66°27'27"W | 12.50' |
| L38 | N23°32'33"E | 100.00' |
| L39 | S66°27'27"E | 12.50' |
| L40 | S66°27'27"E | 12.50' |
| L41 | S23°32'33"W | 100.00' |
| L42 | N66°27'27"W | 12.50' |
| L43 | N23°32'33"E | 100.00' |
| L44 | S60°03'01"E | 44.32' |
| L45 | S29°56'59"W | 100.00' |
| L46 | N60°03'02"W | 46.98' |
| L47 | N44°40'27"E | 47.08' |
| L48 | N20°14'53"E | 55.26' |
| L49 | S32°14'04"E | 62.91' |
| L50 | S28°48'20"E | 37.09' |
| L51 | S61°11'40"W | 12.50' |
| L52 | N28°48'20"W | 36.72' |
| L53 | N32°14'04"W | 62.53' |
| L54 | N57°45'56"E | 12.50' |
| L55 | N57°45'56"E | 12.50' |
| L56 | S32°14'04"E | 66.01' |
| L57 | S28°48'20"E | 34.73' |
| L58 | S61°11'40"W | 12.50' |
| L59 | N28°48'20"W | 34.36' |
| L60 | N32°14'04"W | 65.64' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L61 | S89°07'25"W | 58.02' |
| L62 | N16°00'33"E | 39.77' |
| L63 | N13°47'25"E | 217.20' |
| L64 | S75°44'30"E | 108.42' |
| L65 | S14°12'31"W | 92.46' |
| L66 | S45°02'34"W | 74.03' |
| L67 | S23°33'33"W | 86.87' |
| L68 | N23°33'34"E | 22.46' |
| L69 | N45°02'34"E | 82.64' |
| L70 | N14°12'30"E | 152.37' |
| L71 | S75°47'29"E | 80.00' |
| L72 | S14°12'30"W | 174.43' |
| L73 | S45°02'34"W | 51.47' |
| L74 | S89°07'18"W | 103.18' |
| L75 | S75°47'30"E | 61.87' |
| L76 | S15°57'11"E | 74.90' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L77 | S14°12'31"W | 35.24' |
| L78 | N75°47'30"W | 99.46' |
| L79 | N14°11'07"E | 100.00' |
| L80 | S63°58'59"E | 91.54' |
| L81 | S14°12'30"W | 82.35' |
| L82 | N75°47'29"W | 89.57' |
| L83 | N14°11'38"E | 101.08' |
| L84 | S75°48'56"E | 89.79' |
| L85 | S14°12'30"W | 284.73' |
| L86 | N75°47'29"W | 89.68' |
| L87 | N14°11'07"E | 284.70' |
| L88 | S14°12'31"W | 49.90' |
| L89 | N75°47'30"W | 100.00' |
| L90 | N14°12'31"E | 53.75' |
| L91 | S73°35'08"E | 100.07' |

## ACCESS ROAD LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L92 | N51°01'03"E | 111.36' |
| L93 | N32°15'18"E | 70.54' |
| L94 | N35°54'53"E | 77.41' |
| L95 | N38°23'53"E | 93.97' |
| L96 | N29°37'28"E | 68.51' |
| L97 | N23°32'33"E | 125.48' |
| L98 | N29°39'20"E | 91.18' |
| L99 | N23°07'09"E | 57.35' |
| L100 | N33°30'11"E | 119.30' |
| L101 | N55°14'08"E | 124.90' |
| L102 | N69°38'05"E | 116.55' |
| L103 | N64°53'39"E | 123.97' |
| L104 | N63°48'16"E | 91.61' |
| L105 | N67°37'49"E | 73.91' |
| L106 | N44°40'27"E | 58.06' |
| L107 | N20°14'53"E | 54.42' |
| L108 | N06°37'50"W | 23.48' |
| L109 | N25°03'11"W | 40.88' |

## ACCESS ROAD LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L110 | N25°26'59"W | 100.00' |
| L111 | N28°48'20"W | 68.12' |
| L112 | N32°14'04"W | 64.27' |
| L113 | N41°18'16"W | 66.22' |
| L114 | N46°33'08"W | 50.33' |
| L115 | N42°59'26"W | 90.43' |
| L116 | N40°22'35"W | 89.78' |
| L117 | N47°28'20"W | 47.83' |
| L118 | N11°57'51"E | 51.21' |
| L119 | N73°42'46"W | 14.30' |
| L120 | N72°33'32"W | 69.17' |
| L121 | N74°18'50"W | 125.97' |
| L122 | N70°02'04"W | 54.10' |
| L123 | N72°14'43"W | 88.36' |
| L124 | N69°36'58"W | 59.79' |
| L125 | N63°50'51"W | 46.66' |
| L126 | N77°39'59"W | 39.36' |
| L127 | N75°54'53"W | 276.16' |

SEE SHEET 1-5 OF 6 FOR GRAPHICS AND LABELS

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3674 THOMAS WARNER KIMMEL 4/23/2020

EASEMENT SURVEY
FOR MVP SOUTHGATE
CITY OF GRAHAM
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE, LLC

PIPELINE EASEMENT IN PROPERTY OF
SECOND PARTNERS, LLC
NC-AL-191.000
DEED BOOK 1407; 1407, PAGE 254; 256
NC-AL-191.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 2/27/19 | | DD | TWK | Sheet: 6 OF 6 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

### REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 4 | 11/7/19 | DD | REVISED AR | TWK |
| 5 | 12/10/19 | DD | REVISED ATWS | TWK |
| 6 | 04/18/20 | MSF | GENERAL REVISIONS | TWK |

Case 1:21-cv-00047   Document 1-32   Filed 01/15/21   Page 7 of 7