Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 33 to Complaint

Map of MVP Parcel No. NC-AL-194.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N21°33'27"E | 142.87' |
| L2 | N11°50'24"W | 158.43' |
| L3 | N27°45'09"E | 206.24' |
| L4 | N70°03'54"E | 177.87' |
| L5 | N35°35'15"E | 275.62' |
| L6 | N12°06'29"E | 47.61' |
| L7 | S79°55'32"E | 50.03' |
| L8 | S12°06'29"W | 59.78' |
| L9 | S35°35'15"W | 301.52' |
| L10 | S70°03'54"W | 174.04' |
| L11 | S27°45'09"W | 168.90' |
| L12 | S11°50'24"E | 155.43' |
| L13 | S21°33'27"W | 190.83' |
| L14 | N47°51'53"W | 13.02' |
| L15 | N31°32'28"W | 47.28' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N31°32'28"W | 18.76' |
| L17 | N21°33'26"E | 127.10' |
| L18 | N11°50'24"W | 159.33' |
| L19 | N27°45'09"E | 217.45' |
| L20 | N70°03'54"E | 179.03' |
| L21 | N35°35'15"E | 267.85' |
| L22 | N12°06'29"E | 43.96' |
| L23 | S79°55'32"E | 15.01' |
| L24 | S12°06'29"W | 47.61' |
| L25 | S35°35'15"W | 275.62' |
| L26 | S70°03'54"W | 177.87' |
| L27 | S27°45'09"W | 206.24' |
| L28 | S11°50'24"E | 158.43' |
| L29 | S21°33'27"W | 142.87' |
| L30 | N21°33'27"E | 190.83' |
| L31 | N11°50'24"W | 155.43' |
| L32 | N27°45'09"E | 168.90' |
| L33 | N70°03'54"E | 174.04' |
| L34 | N35°35'15"E | 301.52' |
| L35 | N12°06'29"E | 59.78' |
| L36 | S79°55'32"E | 35.02' |
| L37 | S12°06'29"W | 68.29' |
| L38 | S35°35'15"W | 319.66' |
| L39 | S70°03'54"W | 171.35' |
| L40 | S27°45'09"W | 142.75' |
| L41 | S11°50'24"E | 153.33' |
| L42 | S21°33'27"W | 146.07' |
| L43 | N68°26'33"W | 25.00' |
| L44 | S21°33'27"W | 59.02' |
| L45 | N47°51'53"W | 10.68' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L46 | N21°33'27"E | 100.00' |
| L47 | S68°26'33"E | 90.00' |
| L48 | S21°33'27"W | 100.00' |
| L49 | N68°26'33"W | 90.00' |
| L50 | S79°55'32"E | 90.04' |
| L51 | S12°06'29"W | 90.19' |
| L52 | S35°35'15"W | 149.10' |
| L53 | N54°24'45"W | 89.99' |
| L54 | N35°35'15"E | 130.41' |
| L55 | N12°06'29"E | 68.29' |



SEE SHEET 1 & 2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DAVID K. NAYLOR AS TRUSTEE OF THE DAVID K. NAYLOR
2014 TRUST, U/T/A DATED AUGUST 27, 2014
NC-AL-194.000
DEED BOOK 3369, PAGE 927
NC-AL-194.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 2/28/19 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | | | REVISIONS | |
|---|---|---|---|---|
| 1 | 2/28/2019 | | ISSUE FOR REVIEW | |
| 2 | 3/31/19 | | UPDATED ADJOINER INFO | |
| 3 | 5/4/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR 6/3/2020