Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 34 to Complaint

Map of MVP Parcel No. NC-AL-195.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N21°33'27"E | 349.73' |
| L2 | S31°32'28"E | 47.28' |
| L3 | S47°51'53"E | 13.02' |
| L4 | S21°33'27"W | 303.04' |
| L5 | N83°47'33"W | 51.85' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N83°47'33"W | 15.55' |
| L7 | N21°33'27"E | 365.11' |
| L8 | S31°32'28"E | 18.76' |
| L9 | S21°33'27"W | 349.73' |
| L10 | N21°33'27"E | 303.04' |
| L11 | S47°51'53"E | 10.68' |
| L12 | S21°33'27"W | 67.54' |
| L13 | S68°26'33"E | 25.00' |
| L14 | S21°33'27"W | 222.14' |
| L15 | N83°47'33"W | 36.29' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N21°33'27"E | 163.55' |
| L17 | S43°10'55"E | 99.48' |
| L18 | S21°33'27"W | 121.10' |
| L19 | N68°26'33"W | 89.96' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MARK R. HALL AND WIFE, LISA H. HALL
NC-AL-195.000
DEED BOOK 522, PAGE 224

| | NC-AL-195.000 | | | |
|---|---|---|---|---|
| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 3/5/19 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | | | REVISIONS | |
|---|---|---|---|---|
| 1 | 5/4/20 | CRJ | GENERAL REVISIONS | |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.