Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 35 to Complaint

Map of MVP Parcel No. NC-AL-196.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N03°52'59"E | 94.31' |
| L2 | N21°33'27"E | 328.75' |
| L3 | S83°47'33"E | 51.85' |
| L4 | S21°33'27"W | 334.70' |
| L5 | S03°52'59"W | 81.15' |
| L6 | S87°43'57"W | 50.29' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S87°43'57"W | 15.09' |
| L8 | N03°52'59"E | 98.26' |
| L9 | N21°33'27"E | 326.96' |
| L10 | S83°47'33"E | 15.55' |
| L11 | S21°33'27"W | 328.75' |
| L12 | S03°52'59"W | 94.31' |
| L13 | N03°52'59"E | 81.15' |
| L14 | N21°33'27"E | 334.70' |
| L15 | S83°47'33"E | 36.29' |
| L16 | S21°33'27"W | 50.28' |
| L17 | N68°26'34"W | 25.00' |
| L18 | S21°33'27"W | 106.27' |
| L19 | S68°26'33"E | 25.00' |
| L20 | S21°33'27"W | 182.32' |
| L21 | S03°52'59"W | 71.93' |
| L22 | S87°43'57"W | 35.20' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L23 | N68°26'33"W | 100.00' |
| L24 | N21°33'27"E | 100.00' |
| L25 | S68°26'33"E | 100.00' |
| L26 | S21°33'27"W | 100.00' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JERRY RICHMOND, JR., and wife, PENNY RICHMOND
NC-AL-196.000
DEED BOOK 2998, PAGE 781
NC-AL-196.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/18/20 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | |
|---|---|---|---|
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.