Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 36 to Complaint

Map of MVP Parcel No. NC-AL-197.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N03°52'59"E | 453.71' |
| L2 | N87°43'57"E | 50.29' |
| L3 | S03°52'59"W | 441.26' |
| L4 | S74°14'54"W | 53.09' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | S74°14'54"W | 15.93' |
| L6 | N03°52'59"E | 457.45' |
| L7 | N87°43'57"E | 15.09' |
| L8 | S03°52'59"W | 453.71' |
| L9 | N03°52'59"E | 441.26' |
| L10 | N87°43'57"E | 35.20' |
| L11 | S03°52'59"W | 192.40' |
| L12 | S59°56'40"W | 30.13' |
| L13 | S03°52'58"W | 79.50' |
| L14 | S78°14'49"E | 25.24' |
| L15 | S03°52'59"W | 140.37' |
| L16 | S74°14'54"W | 37.16' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L17 | S03°37'59"E | 12.50' |
| L18 | S86°22'01"W | 69.62' |
| L19 | S89°18'24"W | 31.02' |
| L20 | N00°41'36"W | 12.50' |
| L21 | N89°18'24"E | 30.70' |
| L22 | N86°22'01"E | 69.30' |
| L23 | S86°07'02"E | 90.00' |
| L24 | S03°52'59"W | 175.00' |
| L25 | N86°07'02"W | 90.00' |
| L26 | N03°52'59"E | 175.00' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L27 | N57°46'18"E | 63.58' |
| L28 | N80°39'40"E | 53.29' |
| L29 | N80°09'09"E | 127.03' |
| L30 | N82°51'18"E | 123.42' |
| L31 | S87°50'41"E | 108.20' |
| L32 | N89°18'24"E | 109.75' |
| L33 | N86°22'01"E | 86.12' |
| L34 | S85°00'32"E | 145.25' |
| L35 | S87°46'10"E | 95.22' |
| L36 | S88°10'28"E | 79.88' |
| L37 | S83°19'15"E | 196.04' |
| L38 | S79°38'27"E | 60.57' |

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,254± SQ. FEET

N50°15'51"E 21.21'

SEE SHEET 1 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DANIEL A. HUGHES and wife, MARGARET M. HUGHES
NC-AL-197.000
DEED BOOK 2601, PAGE 100
NC-AL-197.000

| Drawn By: MSF | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 04/18/20 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3674 THOMAS WARNER KIMMEL
4/23/2020