Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 37 to Complaint

Map of MVP Parcel No. NC-AL-198.000



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 3555, PAGE 998
5. PARCEL ID: 152127
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

N/F
DANIEL A. HUGHES AND MARGARET M. HUGHES
DEED BOOK 2601, PAGE 100

NGS MONUMENT
TRACTOR
N:13,110,112.21
E:2,122,218.13
CSF:0.99984473

POINT OF BEGINNING
N:13,095,021.47
E:2,123,690.49

S03°12'39"W
15,818.41' GRID

N73°24'18"E
2,460.88' GRID

NGS MONUMENT
CONKLIN
N:13,094,318.63
E:2,121,332.11
CSF:0.99984330

TEMPORARY WORKSPACE
0.26± ACRES
11,384± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.26± ACRES
11,287± SQ. FEET

TEMPORARY WORKSPACE
0.13± ACRES
5,830± SQ. FEET

POSSIBLE TEMPORARY WORKSPACE
0.03± ACRES
1,274± SQ. FEET

POSSIBLE TEMPORARY WORKSPACE
0.11± ACRES
4,664± SQ. FEET

PERMANENT EASEMENT
0.79± ACRES
34,504± SQ. FEET

**LORI DYER WEBSTER**
DEED BOOK 3555 PAGE 998
PARCEL ID. NO. 152127

TEMPORARY WORKSPACE
0.07± ACRES
3,209± SQ. FEET

TEMPORARY WORKSPACE
0.19± ACRES
8,224± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.09± ACRES
3,735± SQ. FEET

NC-AL-I99.000
N/F
LORI D. WEBSTER AND R. ALAN DYER,
CO-TRUSTEES OF THE ROBERT W. DYER
AND BETTY B. DYER IRREVOCABLE
TRUST, DATED NOVEMBER 4, 2014
DEED BOOK 3398, PAGE 854

## LEGEND

| | |
|---|---|
| NGS MONUMENT | |
| ○EIP | EXISTING IRON PIPE OR PIN |
| ○IPS | IRON PIN SET |
| ●CP | COMPUTED POINT |
| –·–·– | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
LAND SURVEYOR

LORI DYER WEBSTER

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 34,504± | 0.79 ACRES |
| AREA OF TEMPORARY WORKSPACE: | 28,647± | 0.66 ACRES |
| AREA OF ADDITIONAL TEMPORARY WORKSPACE: | 15,022± | 0.34 ACRES |
| AREA OF POSSIBLE TEMPORARY WORKSPACE: | 5,938± | 0.14 ACRES |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 690± | 41.82± |

SEE SHEET 2 OF 2 FOR LINE TABLES

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in GS 62–3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 3555, page 998; that the ratio of precision as calculated is 1:10,000±; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using   RTK/VRS networks  and  traditional traverses .

That this plat meets the requirements of G.S. 47–30 section (f)(11)(c).

This 15th day of June, 2020.

THOMAS WARNER KIMMEL, PLS          L–3674
TRC ENGINEERS, INC
2200 LIBERTY AVE
SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749–8572     tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F–0591

LAND OWNER
INITIALS: _____

DATE: _____

## EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LORI DYER WEBSTER
NC-AL-198.000
DEED BOOK 3555, PAGE 998

| NC-AL-198.000 | | | | |
|---|---|---|---|---|
| Drawn By: TCM | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=200' |
| Drawn Date: 05/28/2020 | | TWK | Sheet: 1 OF 2 | MVP Proj. No. |

GRAPHIC SCALE IN FEET

| | | REVISIONS | | |
|---|---|---|---|---|
| 1 | 5/26/2020 | TCM | ISSUE FOR REVIEW | DD |
| No. | Date | Rev By | Description | Checked |

Case 1:21-cv-00047   Document 1-37   Filed 01/15/21   Page 2 of 3

# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| **LINE TABLE** | | |
| LINE | BEARING | DISTANCE |
| L1 | N74°14'54"E | 53.09' |
| L2 | S03°52'59"W | 692.06' |
| L3 | S78°23'13"W | 51.89' |
| L4 | N03°52'59"E | 688.09' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| **LINE TABLE** | | |
| LINE | BEARING | DISTANCE |
| L5 | N74°14'54"E | 37.16' |
| L6 | S03°52'59"W | 151.51' |
| L7 | S03°52'58"W | 164.96' |
| L8 | S03°53'23"W | 1.95' |
| L9 | N86°07'01"W | 25.00' |
| L10 | S03°52'59"W | 40.42' |
| L11 | S46°53'49"W | 14.66' |
| L12 | N03°52'59"E | 357.07' |
| L13 | S03°52'59"W | 385.43' |
| L14 | S55°42'06"W | 19.08' |
| L15 | N03°52'59"E | 391.87' |
| L16 | N74°14'54"E | 15.93' |
| L17 | S24°53'19"W | 20.78' |
| L18 | S03°52'59"W | 18.95' |
| L19 | S86°07'01"E | 25.00' |
| L20 | S03°52'58"W | 127.13' |
| L21 | S03°51'44"W | 40.96' |
| L22 | S03°53'13"W | 53.99' |
| L23 | S78°23'13"W | 36.33' |
| L24 | N03°52'59"W | 268.94' |
| L25 | S03°52'59"W | 220.70' |
| L26 | S78°23'13"W | 15.57' |
| L27 | N03°52'59"E | 207.12' |
| L28 | N44°06'32"E | 23.23' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| **LINE TABLE** | | |
| LINE | BEARING | DISTANCE |
| L29 | N03°53'13"E | 53.99' |
| L30 | S86°06'49"E | 89.99' |
| L31 | S03°52'59"W | 29.03' |
| L32 | S78°23'13"W | 93.39' |
| L33 | N03°52'58"W | 164.96' |
| L34 | S86°07'02"W | 90.00' |
| L35 | S03°52'59"W | 100.00' |
| L36 | S78°35'07"W | 32.73' |
| L37 | S49°56'17"W | 81.16' |

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LORI DYER WEBSTER
NC-AL-198.000
DEED BOOK 3555, PAGE 998

NC-AL-198.000

| Drawn By: TCM | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 05/26/2020 | DD | TWK | Sheet: 2 OF 2 | MVP Proj No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 5/26/2020 | TCM | ISSUE FOR REVIEW | DD |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL
06/15/2020