Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 38 to Complaint

Map of MVP Parcel No. NC-AL-199.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE ||| TEMPORARY WORKSPACE LINE TABLE ||| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE ||| TEMPORARY ACCESS ROAD LINE TABLE |||
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L1 | N76°57'22"W | 51.49' | L9 | N76°57'22"W | 15.45' | L34 | N89°14'55"E | 100.00' | L52 | S87°14'39"E | 143.43' |
| L2 | N00°45'05"W | 652.13' | L10 | N00°45'05"W | 610.99' | L35 | S00°45'05"E | 100.00' | L53 | N83°11'54"E | 173.45' |
| L3 | N22°46'09"E | 420.76' | L11 | N00°45'06"W | 40.58' | L36 | S89°14'55"W | 100.00' | L54 | S88°42'35"E | 211.30' |
| L4 | N03°52'59"E | 123.34' | L12 | N22°46'09"E | 60.00' | L37 | N00°45'05"W | 100.00' | L55 | N57°44'29"E | 150.02' |
| L5 | N78°23'13"E | 51.89' | L13 | N22°46'09"E | 361.39' | L38 | S00°45'06"E | 40.58' | L56 | N83°52'53"E | 136.71' |
| L6 | S03°52'59"W | 145.52' | L14 | N03°52'59"E | 116.69' | L39 | S89°14'55"W | 50.00' | L57 | S84°48'08"E | 217.51' |
| L7 | S22°46'09"W | 418.67' | L15 | N78°23'13"E | 15.57' | L40 | N00°45'07"W | 50.99' | L58 | S57°38'00"E | 34.23' |
| L8 | S00°45'05"E | 653.99' | L16 | S03°52'59"W | 123.34' | L41 | N22°46'09"E | 70.41' | L59 | S54°49'52"E | 179.79' |
|  |  |  | L17 | S22°46'09"W | 420.76' | L42 | S67°13'51"E | 50.00' |  |  |  |
|  |  |  | L18 | S00°45'05"E | 652.13' | L43 | S22°46'09"W | 60.00' |  |  |  |
|  |  |  | L19 | N00°45'05"W | 653.99' | L44 | N78°23'13"E | 93.39' |  |  |  |
|  |  |  | L20 | N22°46'09"E | 418.67' | L45 | S03°52'59"W | 221.17' |  |  |  |
|  |  |  | L21 | N03°52'59"E | 145.52' | L46 | S03°53'00"W | 10.68' |  |  |  |
|  |  |  | L22 | N78°23'13"E | 36.33' | L47 | S22°46'09"W | 15.24' |  |  |  |
|  |  |  | L23 | S03°53'13"W | 161.05' | L48 | S22°46'09"W | 168.27' |  |  |  |
|  |  |  | L24 | S22°46'09"W | 260.61' | L49 | S80°37'15"W | 118.11' |  |  |  |
|  |  |  | L25 | S22°46'10"W | 27.96' | L50 | N22°46'09"E | 260.61' |  |  |  |
|  |  |  | L26 | S71°03'03"W | 33.49' | L51 | N03°53'13"E | 161.05' |  |  |  |
|  |  |  | L27 | S22°46'09"W | 111.55' |  |  |  |  |  |  |
|  |  |  | L28 | S00°45'05"E | 416.12' |  |  |  |  |  |  |
|  |  |  | L29 | S65°05'11"E | 27.74' |  |  |  |  |  |  |
|  |  |  | L30 | S00°45'05"E | 100.00' |  |  |  |  |  |  |
|  |  |  | L31 | S00°45'05"E | 124.82' |  |  |  |  |  |  |
|  |  |  | L32 | S02°21'32"E | 7.61' |  |  |  |  |  |  |
|  |  |  | L33 | N76°57'21"W | 36.26' |  |  |  |  |  |  |



SEE SHEETS 1-3 OF 4 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LORI D. WEBSTER AND R. ALAN DYER, CO-TRUSTEES OF THE ROBERT W.
DYER AND BETTY B. DYER IRREVOCABLE TRUST, DATED NOVEMBER 4, 2014
NC-AL-199.000
DEED BOOK 3389, PAGE 854

NC-AL-199.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 3/5/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS |||||
| A | 3/5/2019 |  | ISSUE FOR REVIEW |  |
| B | 6/16/2019 | DJB | UPDATED OWNER INFO | DD |
| 1 | 5/27/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.