Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 39 to Complaint

Map of MVP Parcel No. NC-AL-200.000



### PERMANENT EASEMENT LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S00°45'05"E | 1.53' |
| L2 | S02°21'37"E | 94.79' |
| L3 | N64°44'22"W | 56.43' |
| L4 | N02°21'37"W | 69.33' |
| L5 | N00°45'05"W | 14.51' |
| L6 | S76°57'22"E | 51.49' |

### TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L7 | S00°45'05"E | 14.51' |
| L8 | S02°21'37"E | 69.33' |
| L9 | N64°44'22"W | 16.93' |
| L10 | N02°21'37"W | 61.69' |
| L11 | N00°45'05"W | 18.40' |
| L12 | S76°57'22"E | 15.45' |
| L13 | S76°57'22"E | 36.26' |
| L14 | S02°21'32"E | 7.73' |
| L15 | S02°21'38"E | 97.28' |
| L16 | N64°44'22"W | 39.50' |
| L17 | N02°21'37"W | 94.79' |
| L18 | N00°45'05"W | 1.53' |

### ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L19 | S78°12'56"E | 43.56' |
| L20 | S78°12'55"E | 22.07' |
| L21 | S02°21'37"E | 114.54' |
| L22 | N64°44'22"W | 71.82' |
| L23 | N02°21'38"W | 97.28' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF HAW RIVER
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF

SAMANTHA HATT
NC-AL-200.000
DEED BOOK 3942, PAGE 343

NC-AL-200.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 3/5/19 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 3/5/2019 | | ISSUE FOR REVIEW | |
| B | 6/16/2019 | DJB | UPDATED OWNER INFO | DD |
| 1 | 4/18/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

(Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, THOMAS WARNER KIMMEL, L-3674, 4/24/2020)