Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 41 to Complaint

Map of MVP Parcel No. NC-RO-001.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L1 | S38°04'45"W | 504.47' |
| L2 | S37°53'00"W | 226.43' |
| L3 | N20°17'21"W | 30.02' |
| L4 | N20°44'47"W | 28.68' |
| L5 | N37°53'00"E | 195.75' |
| L6 | N38°04'45"E | 465.24' |
| L7 | N89°54'13"E | 63.60' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L8 | N89°54'13"E | 44.52' |
| L9 | S38°04'45"W | 529.50' |
| L10 | S37°53'07"W | 250.52' |
| L11 | N20°17'21"W | 41.19' |
| L12 | N37°53'00"E | 226.43' |
| L13 | N38°04'45"E | 504.47' |
| L14 | S38°04'45"W | 465.24' |
| L15 | S37°53'00"W | 195.75' |
| L16 | N20°44'47"W | 17.57' |
| L17 | N37°53'00"E | 186.63' |
| L18 | N38°04'45"E | 453.47' |
| L19 | N89°54'13"E | 19.08' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L20 | S51°50'14"E | 100.00' |
| L21 | S37°53'06"W | 264.00' |
| L22 | N19°24'15"W | 12.67' |
| L23 | N19°24'21"W | 106.17' |
| L24 | N37°53'07"E | 200.27' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
CAROLINE FRANKLIN HOLLIDAY
NC 770 HIGHWAY
NC-RO-001.000
DEED BOOK 410, PAGE 443/ESTATE FILE 89-E-644

NC-RO-001.000.DWG

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
| Drawn Date: 10/26/18 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | REVISIONS | | | |
|---|---|---|---|---|
| A | 10/26/19 | | ISSUE FOR REVIEW | |
| B | 2/1/19 | | UPDATE AR – LABELS | |
| 1 | 08/04/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 OF 2 FOR LAND SURVEYOR'S CERTIFICATION.

