Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 43 to Complaint

Map of MVP Parcel No. NC-RO-004.000



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1408, PAGE 151
5. PARCEL ID: 178708
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION & EASEMENT C/L

UTM ZONE 17 N NAD 83 (2011)

---

TEMPORARY ACCESS ROAD
TA-RO-072
0.03± ACRES
1,469± SQ. FEET

TEMPORARY ACCESS ROAD
TA-RO-072
<0.01± ACRES
14± SQ. FEET

TEMPORARY WORKSPACE
0.73± ACRES
31,682± SQ. FEET

MATCHLINE
SEE SHEET 2 OF 3

(NC-RO-004.000)
**RANCH PROPERTIES, LLC**
DEED BOOK 1408, PAGE 151
PARCEL ID. NO. 178708

(NC-RO-005.000)
N/F
CIRCLE BAR D RANCH, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY
DEED BOOK 1302, PAGE 42

PERMANENT EASEMENT
2.48± ACRES
108098± SQ. FEET

15'

50'

35'

ADDITIONAL TEMPORARY WORKSPACE
1.24± ACRES
53,953± SQ. FEET

TEMPORARY WORKSPACE
1.55± ACRES
65,573± SQ. FEET

L33
L43
L2
L32
L1
L42
L34
L3 L12
L15
L29
L13
L30 L14
L44
L46
L47
L31
61.54
L45

ADDITIONAL TEMPORARY WORKSPACE
0.14± ACRES
6,271± SQ. FEET

POINT OF BEGINNING
N:13,266,994.24
E:2,039,371.73

N03°58'35"W
49,510.99' GRID

NGS MONUMENT
SHILOH
N:13,217,602.44
E:2,042,805.03
CSF:0.99975126

N62°37'14"E
2,755.53' GRID

NGS MONUMENT
BARNES
N:13,216,335.22
E:2,040,358.17
CSF:0.99974929

## LEGEND

| | |
|---|---|
| ○ | NGS MONUMENT |
| ◎ EIP | EXISTING IRON PIPE OR PIN |
| ○ IPS | IRON PIN SET |
| ● CP | COMPUTED POINT |
| --\/-- | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

### RANCH PROPERTIES, LLC

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 108,098± | 2.48 ACRES |
| AREA OF TEMPORARY WORKSPACE: | 97,255± | 2.23 ACRES |
| AREA OF ADDITIONAL TEMPORARY WORKSPACE: | 101,841± | 2.34 ACRES |
| AREA OF TEMPORARY ACCESS ROAD: | 1,483± | 0.03 ACRES |
| AREA OF POSSIBLE TEMPORARY WORKSPACE: | 10,966± | 0.25 ACRES |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 2162± | 131.03± |

SEE SHEET 3 OF 3 FOR LINE TABLES

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in GS 62-3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 1408, page 151); that the ratio of precision as calculated is 1:10,000+; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using __RTK/VRS networks__ and __traditional traverses__.

That this plat meets the requirements of G.S. 47-30 section (f)(11)(c).

This 25th day of August, 2020.

THOMAS WARNER KIMMEL, PLS          L 3674

LAND OWNER INITIALS: _____

DATE: _____

TRC ENGINEERS, INC
2200 LIBERTY AVENUE, SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749-8572   tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F-0591

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL

### EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RANCH PROPERTIES, LLC
HIGHWAY NC 770
NC-RO-004.000
DEED BOOK 1408, PAGE 151
NC-RO-004.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=200' |
|---|---|---|---|---|
| Drawn Date: 10/15/18 | DD | TWK | Sheet: 1 OF 3 | MVP Proj. No. |

200  100  0  200

GRAPHIC SCALE IN FEET

| REVISIONS | | | | |
|---|---|---|---|---|
| 2 | 8/13/2020 | CP | GENERAL REVISIONS | TWK |
| 1 | 2/1/2019 | TCM | REVISED BOUNDARY/ WORKSPACE/AR | TWK |
| No. | Date | Rev By | Description | Checked |



EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1408, PAGE 151
5. PARCEL ID: 178708
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION & EASEMENT C/L

UTM ZONE 17 N NAD 83 (2011)

DETAIL "A" NTS

L19 37.39'
L20 106.90'
L21

(NC-RO-002.000)
N/F
CAROLINE FRANKLIN HOLLIDAY
DEED BOOK 410, PAGE 443
ESTATE FILE 89-E-644
PARCEL I.D. 147233

(C-RO-003.000)
N/F
TRANSCONTINENTAL GAS
PIPE LINE COMPANY, LLC
DEED BOOK 610, PAGE 138
DEED BOOK 1495, PAGE 698
DEED BOOK 1515, PAGE 36
DEED BOOK 1519, PAGE 2247

ADDITIONAL TEMPORARY WORKSPACE
0.11± ACRES
4,726± SQ. FEET

N: 13,268,891.13
E: 2,040,705.22

POSSIBLE TEMPORARY WORKSPACE
0.05± ACRES
2,325± SQ. FEET

STATE HIGHWAY 770

TEMPORARY WORKSPACE
0.73± ACRES
31,682± SQ. FEET

(NC-RO-004.000)
**RANCH PROPERTIES, LLC**
DEED BOOK 1408, PAGE 151
PARCEL ID. NO. 178708

ADDITIONAL TEMPORARY WORKSPACE
0.50± ACRES
21,891± SQ. FEET

PERMANENT EASEMENT
2.48± ACRES
108,098± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.34± ACRES
15,000± SQ. FEET

TEMPORARY WORKSPACE
1.55± ACRES
67,573± SQ. FEET

159.52'
35'
50'
15'
345.54'

MATCHLINE
SEE SHEET 1 OF 3

POSSIBLE TEMPORARY WORKSPACE
0.20± ACRES
8,641± SQ. FEET

## LEGEND

| Symbol | Description |
|---|---|
| NGS MONUMENT | |
| EIP | EXISTING IRON PIPE OR PIN |
| IPS | IRON PIN SET |
| CP | COMPUTED POINT |
| | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
LAND SURVEYOR
8/25/2020

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 3 OF 3 FOR LINE TABLES & DETAILS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RANCH PROPERTIES, LLC
HIGHWAY NC 770
NC-RO-004.000
DEED BOOK 1408, PAGE 151

NC-RO-004.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=200' |
|---|---|---|---|---|
| Drawn Date: 10/15/18 | DD | TWK | Sheet: 2 OF 3 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
200  100  0  200

### REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 2 | 8/13/2020 | CP | GENERAL REVISIONS | TWK |
| 1 | 2/1/2019 | TCM | REVISED BOUNDARY/ WORKSPACE/AR | TWK |

# EXHIBIT A

| LINE | PERMANENT EASEMENT BEARING | DISTANCE |
|---|---|---|
| L1 | N21°21'11"W | 60.01' |
| L2 | N35°04'27"E | 127.17' |
| L3 | N37°44'18"E | 367.04' |
| L4 | N37°40'39"E | 235.58' |
| L5 | N39°52'12"E | 1,177.28' |
| L6 | N00°48'50"W | 216.55' |
| L7 | N77°12'58"E | 49.88' |
| L8 | N41°08'58"E | 1.81' |
| L9 | S00°48'50"E | 246.78' |
| L10 | S39°52'12"W | 1,194.86' |
| L11 | S37°40'39"W | 234.65' |
| L12 | S37°44'18"W | 365.90' |
| L13 | S35°04'27"W | 159.19' |

| LINE | TEMPORARY WORKSPACE BEARING | DISTANCE |
|---|---|---|
| L14 | N35°04'27"E | 159.19' |
| L15 | N37°44'18"E | 365.90' |
| L16 | N37°40'39"E | 234.65' |
| L17 | N39°52'12"E | 1,194.86' |
| L18 | N00°48'50"W | 246.78' |
| L19 | N41°08'58"E | 14.96' |
| L20 | S00°48'50"E | 79.10' |
| L21 | N89°11'08"E | 25.00' |
| L22 | S00°48'50"E | 191.77' |
| L23 | S39°52'12"W | 444.60' |
| L24 | N49°45'01"W | 25.00' |
| L25 | S39°52'12"W | 345.71' |
| L26 | S50°07'48"E | 25.00' |
| L27 | S39°52'12"W | 417.01' |
| L28 | S37°40'39"W | 234.00' |
| L29 | S37°44'18"W | 365.10' |
| L30 | S35°04'27"W | 181.61' |
| L31 | N21°21'11"W | 42.01' |
| L32 | N21°21'11"W | 18.00' |
| L33 | N35°04'27"E | 117.56' |
| L34 | N37°44'18"E | 367.38' |
| L35 | N37°40'39"E | 235.86' |
| L36 | N39°52'12"E | 1,172.00' |
| L37 | N00°48'50"W | 207.81' |
| L38 | N77°12'58"E | 15.33' |
| L39 | S00°48'50"E | 216.55' |
| L40 | S39°52'12"W | 1,177.28' |
| L41 | S37°40'39"W | 235.58' |
| L42 | S37°44'18"W | 367.04' |
| L43 | S35°04'27"W | 127.17' |

| LINE | ADDITIONAL TEMPORARY WORKSPACE BEARING | DISTANCE |
|---|---|---|
| L44 | N35°04'27"E | 108.48' |
| L45 | S54°54'36"E | 50.00' |
| L46 | S35°04'27"W | 142.38' |
| L47 | N20°46'38"W | 60.42' |
| L48 | N39°52'12"E | 317.37' |
| L49 | S50°07'48"E | 170.00' |
| L50 | S39°52'12"W | 317.37' |
| L51 | N50°07'48"W | 170.00' |
| L52 | N39°52'12"E | 200.00' |
| L53 | S50°07'48"E | 75.00' |
| L54 | S39°52'12"W | 200.00' |
| L55 | N50°07'48"W | 75.00' |
| L56 | N00°48'50"W | 191.77' |
| L57 | N59°07'26"E | 56.61' |
| L58 | N65°46'44"E | 27.71' |
| L59 | N64°39'19"E | 17.08' |
| L60 | N62°10'32"E | 11.27' |
| L61 | S00°48'50"E | 243.34' |
| L62 | S89°11'10"W | 100.00' |
| L63 | N70°02'58"E | 127.28' |
| L64 | N66°46'58"E | 21.92' |
| L65 | S39°41'27"W | 129.34' |
| L66 | N50°18'32"W | 74.31' |



SEE SHEETS 1–2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RANCH PROPERTIES, LLC
HIGHWAY NC 770
NC–RO–004.000
DEED BOOK 1408, PAGE 151

NC–RO–004.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 10/15/18 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

| | | REVISIONS | | |
|---|---|---|---|---|
| 2 | 8/13/2020 | CP | GENERAL REVISIONS | TWK |
| 1 | 2/1/2019 | TCM | REVISED BOUNDARY/ WORKSPACE/AR | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

8/25/2020

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.