Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 44 to Complaint

Map of MVP Parcel No. NC-RO-005.000









# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N07°02'10"W | 71.75' |
| L2 | N37°08'30"E | 1,371.97' |
| L3 | S56°11'41"E | 207.01' |
| L4 | N37°44'12"E | 86.33' |
| L5 | N35°04'27"E | 420.12' |
| L6 | S21°21'11"E | 60.01' |
| L7 | S35°04'27"W | 388.09' |
| L8 | S37°44'12"W | 134.17' |
| L9 | N56°11'41"W | 206.52' |
| L10 | S37°08'30"W | 1,376.25' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | N07°02'10"W | 14.35' |
| L12 | N37°08'30"E | 1,376.12' |
| L13 | S56°11'41"E | 202.15' |
| L14 | N37°44'12"E | 71.98' |
| L15 | N35°04'27"E | 429.73' |
| L16 | S21°21'11"E | 18.00' |
| L17 | S35°04'27"W | 420.12' |
| L18 | S37°44'12"W | 86.33' |
| L19 | N56°11'41"W | 207.01' |
| L20 | S37°08'30"W | 1,371.97' |
| L21 | N37°08'30"E | 1,376.25' |
| L22 | S56°11'41"E | 206.52' |
| L23 | N37°44'12"E | 134.17' |
| L24 | N35°04'27"E | 388.09' |
| L25 | S21°21'11"E | 42.01' |
| L26 | S35°04'27"W | 60.69' |
| L27 | S35°04'27"W | 304.99' |
| L28 | S37°44'12"W | 167.67' |
| L29 | N56°11'41"W | 226.21' |
| L30 | S37°08'30"W | 1,357.51' |
| L31 | N07°02'10"W | 21.52' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L32 | N52°11'50"W | 124.95' |
| L33 | N37°07'30"E | 196.15' |
| L34 | N62°45'41"E | 174.02' |
| L35 | S28°00'12"E | 121.13' |
| L36 | S37°11'57"W | 300.09' |
| L37 | N56°11'41"W | 59.96' |
| L38 | S20°47'27"E | 120.81' |
| L39 | S35°04'27"W | 239.52' |
| L40 | S37°44'12"W | 163.12' |
| L41 | N56°11'41"W | 100.24' |
| L42 | N37°43'27"E | 167.59' |
| L43 | N35°04'53"E | 305.06' |

| ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L44 | N67°39'06"E | 182.30' |
| L45 | N19°29'25"W | 133.02' |
| L46 | N21°24'16"W | 107.69' |
| L47 | N68°34'06"E | 109.07' |
| L48 | N59°40'45"E | 120.07' |
| L49 | N21°26'44"W | 30.93' |
| L50 | N21°12'00"W | 144.13' |
| L51 | N22°29'05"W | 133.13' |
| L52 | N20°18'17"W | 117.49' |
| L53 | N16°38'06"W | 197.09' |
| L54 | N11°03'58"W | 125.58' |
| L55 | N18°01'03"W | 85.23' |
| L56 | N29°56'31"W | 37.04' |
| L57 | N41°43'38"W | 38.54' |
| L58 | N49°31'57"W | 42.61' |
| L59 | N53°01'19"W | 37.84' |
| L60 | N53°23'33"W | 59.19' |

SEE SHEETS 1-4 OF 5 FOR GRAPHICS AND LABELS



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
CIRCLE BAR D RANCH, LLC

NC-RO-005.000
DEED BOOK 1302, PAGE 42

NC-RO-005.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 10/16/18 | | DD | TWK | Sheet: 5 OF 5 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 2-1-19 | SLM | UPDATED AR - BOUNDARY REVISED | DD |
| C | 6-25-19 | TCM | AR/WORKSPACE | DD |
| 1 | 5-5-20 | MSF | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.