Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 45 to Complaint

Maps of MVP Parcel Nos. NC-RO-006.000 and NC-RO-006.001 AR

# EXHIBIT A
## INDEX SHEET

**NOTES**

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1077, PAGE 1830
5. PARCEL ID: 164555
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)



SEE SHEETS 2-14 OF 17 FOR GRAPHICS AND LABELS.
SEE SHEETS 15-17 OF 17 FOR LINE TABLES.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
WILLOW OAKS PLANTATION, LLC

NC-RO-006.000
DEED BOOK 1077, PAGE 1830

NC-RO-006.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
|---|---|---|---|---|
| Drawn Date: 10/3/2018 | | DD | TWK | Sheet: 1 OF 17 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 2 FOR THE LAND SURVEYOR'S CERTIFICATION.

**REVISIONS**

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 5/6/2020 | | GENERAL REVISIONS | |
| 2 | 6/16/2020 | DKD | ACCESS ROAD NAME | TWK |
| 3 | 9/5/2020 | MSF | REVISED EASEMENT AND AR'S | TWK |

Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR THOMAS WARNER KIMMEL L-3674   10/13/2020





























# EXHIBIT A

| PROPOSED EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S37°08'30"W | 199.69' |
| L2 | S35°13'22"W | 392.09' |
| L3 | S39°31'00"W | 824.10' |
| L4 | S35°38'18"W | 589.68' |
| L5 | S37°41'16"W | 686.96' |
| L6 | S37°44'19"W | 932.77' |
| L7 | S37°49'35"W | 663.59' |
| L8 | S37°44'50"W | 401.40' |
| L9 | S38°07'44"W | 239.90' |
| L10 | S45°55'10"E | 215.60' |
| L11 | S39°33'11"W | 393.09' |
| L12 | S39°27'25"W | 410.24' |
| L13 | S39°19'29"W | 728.05' |
| L14 | S39°18'37"W | 385.05' |
| L15 | N71°32'38"W | 47.73' |
| L16 | N39°10'03"E | 1,588.20' |
| L17 | N39°33'11"E | 299.23' |
| L18 | N45°55'09"W | 214.46' |
| L19 | N38°07'44"E | 284.79' |
| L20 | N37°44'50"E | 50.05' |
| L21 | N52°15'10"W | 35.00' |
| L22 | N52°14'11"W | 88.30' |
| L23 | N37°48'32"E | 41.01' |
| L24 | N57°24'39"W | 38.68' |
| L25 | N32°35'21"E | 50.00' |
| L26 | S57°24'39"E | 43.25' |
| L27 | N37°48'32"E | 64.21' |
| L28 | N19°43'32"W | 20.84' |
| L29 | N71°51'40"E | 29.18' |
| L30 | N70°16'29"E | 20.83' |
| L31 | S20°06'46"E | 15.75' |
| L32 | S52°15'09"E | 99.80' |
| L33 | N37°44'50"E | 151.23' |
| L34 | N37°49'35"E | 663.59' |
| L35 | N37°44'19"E | 932.69' |
| L36 | N37°41'16"E | 683.52' |
| L37 | N35°39'55"E | 595.79' |
| L38 | N39°31'00"E | 821.14' |
| L39 | N35°13'22"E | 391.05' |
| L40 | N37°08'30"E | 251.98' |
| L41 | S07°02'10"E | 71.75' |

| TEMPORARY WORKSPACE LINE TABLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L42 | S07°02'10"E | 21.52' | L77 | S39°18'37"W | 55.01' | L112 | N87°56'27"E | 33.42' |
| L43 | S37°08'30"W | 184.00' | L78 | N71°32'38"W | 37.45' | L113 | N39°31'00"E | 370.58' |
| L44 | S35°13'22"W | 392.40' | L79 | N39°18'37"E | 385.05' | L114 | N06°41'10"W | 34.64' |
| L45 | S39°31'00"W | 824.15' | L80 | N39°19'29"E | 728.05' | L115 | N39°31'00"E | 99.64' |
| L46 | S35°38'18"W | 589.44' | L81 | N39°27'25"E | 410.24' | L116 | N35°13'22"E | 390.32' |
| L47 | S37°41'16"W | 687.23' | L82 | N39°33'11"E | 393.09' | L117 | N37°08'30"E | 161.04' |
| L48 | S37°44'19"W | 932.80' | L83 | N45°55'10"W | 215.60' | L118 | S52°51'29"E | 25.00' |
| L49 | S37°49'35"W | 350.93' | L84 | N38°07'44"E | 239.90' | L119 | N37°08'30"E | 101.82' |
| L50 | N52°10'25"W | 15.00' | L85 | N37°44'50"E | 401.40' | L120 | S07°02'10"E | 14.35' |
| L51 | N37°49'35"E | 350.92' | L86 | N37°49'35"E | 77.94' | L121 | S37°44'50"W | 50.05' |
| L52 | N37°44'19"E | 932.77' | L87 | S37°08'30"W | 251.98' | L122 | S38°07'44"W | 284.79' |
| L53 | N37°41'16"E | 686.96' | L88 | S35°13'22"W | 391.05' | L123 | S45°55'09"E | 214.46' |
| L54 | N35°38'18"E | 589.68' | L89 | S39°31'00"W | 821.14' | L124 | S39°33'11"W | 299.23' |
| L55 | N39°31'00"E | 824.10' | L90 | S35°39'55"W | 595.79' | L125 | S39°10'03"W | 1,588.20' |
| L56 | N35°13'22"E | 392.09' | L91 | S37°41'16"W | 683.52' | L126 | N71°32'38"W | 21.83' |
| L57 | N37°08'30"E | 199.69' | L92 | S37°44'19"W | 932.69' | L127 | N39°18'37"E | 409.82' |
| L58 | S52°10'25"E | 15.00' | L93 | S37°49'35"W | 663.59' | L128 | N39°19'29"E | 728.12' |
| L59 | S37°49'35"W | 77.93' | L94 | S37°44'50"W | 151.23' | L129 | N39°27'25"E | 410.37' |
| L60 | S37°44'50"W | 401.44' | L95 | N52°15'09"W | 35.00' | L130 | N39°33'11"E | 333.09' |
| L61 | S38°07'44"W | 101.62' | L96 | N37°44'50"E | 151.25' | L131 | N45°55'09"W | 113.63' |
| L62 | N84°30'38"W | 5.94' | L97 | N37°49'35"E | 177.38' | L132 | S44°04'50"W | 20.00' |
| L63 | S38°07'44"W | 126.11' | L98 | S52°10'25"E | 9.86' | L133 | N45°55'09"W | 118.51' |
| L64 | S45°55'10"E | 215.83' | L99 | N37°49'35"E | 69.53' | L134 | N38°07'44"E | 306.61' |
| L65 | S39°33'11"W | 402.32' | L100 | N52°10'25"W | 9.86' | L135 | N37°48'32"E | 59.53' |
| L66 | S39°27'25"W | 383.04' | L101 | N37°49'35"E | 416.68' | L136 | S52°15'10"E | 35.00' |
| L67 | S51°08'52"E | 25.00' | L102 | N37°44'19"E | 238.21' | L137 | S32°05'45"W | 35.13' |
| L68 | S39°27'25"W | 27.42' | L103 | S52°15'41"E | 25.00' | L138 | N58°23'34"W | 12.18' |
| L69 | S39°19'29"W | 72.61' | L104 | N37°44'19"E | 132.04' | L139 | N32°39'56"E | 36.40' |
| L70 | S39°19'29"W | 526.20' | L105 | N52°15'41"W | 25.00' | L140 | S52°14'11"E | 11.87' |
| L71 | S39°19'29"W | 129.19' | L106 | N37°44'19"E | 453.82' | | | |
| L72 | S39°18'37"W | 70.84' | L107 | N37°44'19"E | 108.60' | | | |
| L73 | S39°18'37"W | 96.91' | L108 | N37°41'16"E | 299.20' | | | |
| L74 | N49°17'59"W | 25.01' | L109 | N37°41'16"E | 380.11' | | | |
| L75 | S39°18'37"W | 149.25' | L110 | N35°42'07"E | 603.78' | | | |
| L76 | S49°58'21"E | 25.00' | L111 | N39°31'00"E | 300.76' | | | |



SEE SHEETS 2–14 OF 17 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
WILLOW OAKS PLANTATION, LLC

NC-RO-006.000
DEED BOOK 1077, PAGE 1830
NC-RO-006.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
|---|---|---|---|---|
| Drawn Date: 10/3/2018 | | DD | TWK | Sheet: 15 OF 17 | MVP Proj. No. |

| | REVISIONS | | | |
|---|---|---|---|---|
| 1 | 5/6/2020 | | GENERAL REVISIONS | TWK |
| 2 | 6/16/2020 | DKD | ACCESS ROAD NAME | TWK |
| 3 | 9/5/2020 | MSF | REVISED EASEMENT AND AR'S | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 2 FOR THE LAND SURVEYOR'S CERTIFICATION.

(Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR THOMAS WARNER KIMMEL, L-3674, signed 10/13/2020)

# EXHIBIT A

| | ADDITIONAL TEMPORARY WORKSPACE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LINE TABLE | | | LINE TABLE | | | LINE TABLE | | | LINE TABLE | |
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L141 | S37°08'30"W | 67.41' | L176 | N38°10'37"E | 95.52' | L211 | N04°53'22"W | 10.83' | L246 | S83°00'23"W | 125.58' |
| L142 | S35°13'22"W | 390.32' | L177 | N26°40'06"E | 44.22' | L212 | S63°52'35"E | 68.83' | L247 | N89°36'27"W | 16.08' |
| L143 | S39°31'00"W | 99.64' | L178 | N47°14'17"E | 40.68' | L213 | N39°07'26"E | 67.81' | L248 | N81°45'03"W | 100.00' |
| L144 | N06°41'10"W | 138.54' | L179 | N36°47'34"E | 19.55' | L214 | S55°58'47"E | 266.11' | L249 | N08°14'56"E | 12.50' |
| L145 | N35°13'22"E | 388.25' | L180 | N13°18'03"E | 35.73' | L215 | S38°07'44"W | 177.43' | L250 | S81°45'03"E | 100.00' |
| L146 | N37°08'30"E | 69.08' | L181 | N04°48'14"W | 25.17' | L216 | S50°39'35"E | 100.00' | L251 | S08°14'56"W | 12.50' |
| L147 | S52°51'29"E | 100.00' | L182 | N28°28'29"W | 28.46' | L217 | S39°27'25"W | 27.51' | L252 | S70°04'43"W | 81.22' |
| L148 | S39°31'00"W | 300.76' | L183 | N09°01'09"E | 35.96' | L218 | S39°19'29"W | 72.49' | L253 | S70°04'43"W | 18.78' |
| L149 | S79°28'07"W | 193.52' | L184 | N37°46'04"E | 419.00' | L219 | N50°40'31"W | 100.00' | L254 | N19°55'17"W | 12.50' |
| L150 | N48°21'15"E | 157.95' | L185 | S31°56'09"E | 95.99' | L220 | N39°19'29"E | 72.61' | L255 | N70°04'43"E | 18.78' |
| L151 | N39°31'00"E | 204.32' | L186 | N52°15'09"W | 31.06' | L221 | N39°27'25"E | 27.42' | L256 | N70°04'43"E | 81.22' |
| L152 | N87°56'27"E | 133.68' | L187 | N20°06'46"W | 15.75' | L222 | N39°18'37"E | 70.84' | L257 | S19°55'17"E | 12.50' |
| L153 | S37°41'16"W | 299.20' | L188 | S70°16'29"W | 20.83' | L223 | N39°19'29"E | 129.19' | L258 | S19°55'17"E | 12.50' |
| L154 | S37°44'19"W | 108.60' | L189 | S71°51'40"W | 29.18' | L224 | S50°40'31"E | 100.00' | L259 | S70°04'43"W | 81.22' |
| L155 | S86°29'24"W | 133.00' | L190 | S19°43'32"E | 20.84' | L225 | S39°19'11"W | 200.00' | L260 | S70°04'43"W | 18.78' |
| L156 | N37°44'19"E | 196.26' | L191 | S37°48'32"W | 64.21' | L226 | N50°41'23"W | 100.00' | L261 | N19°55'17"W | 12.50' |
| L157 | N37°41'16"E | 206.54' | L192 | N57°24'39"W | 7.78' | L227 | S39°10'02"W | 150.00' | L262 | N70°04'43"E | 18.78' |
| L158 | N84°53'08"E | 136.29' | L193 | N33°02'56"E | 17.75' | L228 | N50°49'58"W | 200.00' | L263 | N70°04'43"E | 81.22' |
| L159 | S37°44'19"W | 238.21' | L194 | N09°20'18"E | 63.22' | L229 | N39°10'02"E | 231.23' | L264 | S42°46'43"W | 93.71' |
| L160 | S37°49'35"W | 663.58' | L195 | N52°32'48"E | 67.00' | L230 | S34°15'53"E | 150.41' | L265 | N05°22'10"E | 41.15' |
| L161 | S37°44'50"W | 151.25' | L196 | N40°38'18"E | 28.09' | L231 | S16°23'24"E | 66.26' | L266 | N42°46'43"E | 38.33' |
| L162 | N52°15'09"W | 6.53' | L197 | S33°24'49"E | 40.35' | L232 | S14°54'04"E | 1.47' | L267 | S89°27'23"E | 33.77' |
| L163 | N37°13'33"E | 27.45' | L198 | S29°46'00"E | 36.81' | L233 | S50°41'23"E | 100.00' | | | |
| L164 | N08°05'06"E | 25.24' | L199 | S08°05'03"W | 9.11' | L234 | S39°18'37"W | 16.92' | | | |
| L165 | N29°46'00"W | 46.17' | L200 | S41°42'53"W | 21.69' | L235 | N71°32'38"W | 107.01' | | | |
| L166 | N33°24'48"W | 44.51' | L201 | S37°48'32"W | 59.53' | L236 | N39°18'37"E | 55.01' | | | |
| L167 | N00°00'02"E | 18.33' | L202 | N58°08'39"W | 83.29' | L237 | N03°41'35"W | 100.50' | | | |
| L168 | N20°41'45"E | 20.86' | L203 | N33°13'29"E | 68.32' | L238 | N77°44'56"E | 78.84' | | | |
| L169 | N09°26'59"E | 25.80' | L204 | S52°14'28"E | 2.77' | L239 | N00°23'04"W | 323.96' | | | |
| L170 | N00°01'06"E | 45.98' | L205 | S32°39'56"W | 36.40' | L240 | N88°49'32"E | 222.99' | | | |
| L171 | N50°17'56"W | 13.26' | L206 | S58°23'34"E | 12.18' | L241 | S03°11'08"E | 56.47' | | | |
| L172 | N83°18'09"E | 101.39' | L207 | N32°05'45"E | 35.13' | L242 | S10°43'11"W | 110.33' | | | |
| L173 | N88°00'58"E | 115.66' | L208 | S52°14'11"E | 73.66' | L243 | S30°40'06"W | 218.92' | | | |
| L174 | N53°40'13"E | 18.33' | L209 | N49°09'03"W | 275.59' | L244 | S11°06'00"W | 78.52' | | | |
| L175 | N31°23'19"E | 37.01' | L210 | N04°43'15"W | 75.37' | L245 | S88°00'58"W | 6.45' | | | |



SEE SHEETS 2-14 OF 17 FOR GRAPHICS AND LABELS.

ESSENTIAL SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
WILLOW OAKS PLANTATION, LLC

NC-RO-006.000
DEED BOOK 1077, PAGE 1830

NC-RO-006.000

| Drawn By: JCL | Chk'd By: | Appd By: DD | TRC Proj No. 300423 | Scale: N.T.S. |
|---|---|---|---|---|
| Drawn Date: 10/3/2018 | | | Sheet: 16 OF 17 TWK | MVP Proj No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 5/6/2020 | DKD | GENERAL REVISIONS | TWK |
| 2 | 6/16/2020 | | ACCESS ROAD NAME | TWK |
| 3 | 9/5/2020 | MSF | REVISED EASEMENT AND AR'S | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 2 FOR THE LAND SURVEYOR'S CERTIFICATION.

# EXHIBIT A

| INTERCONNECT SITE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L268 | S52°15'10"E | 80.00' |
| L269 | S37°44'50"W | 150.00' |
| L270 | N52°15'10"W | 80.00' |
| L271 | N37°44'50"E | 150.00' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L272 | N14°54'04"W | 166.46' |
| L273 | N16°23'24"W | 68.39' |
| L274 | N34°15'53"W | 159.04' |
| L275 | N37°03'34"W | 118.72' |
| L276 | N12°10'54"W | 41.13' |
| L277 | N29°09'32"E | 41.90' |
| L278 | N42°08'35"E | 49.70' |
| L279 | N29°43'00"E | 33.64' |
| L280 | N14°37'18"E | 29.96' |
| L281 | N04°43'15"W | 77.14' |
| L282 | N04°53'22"W | 121.59' |
| L283 | N01°26'16"E | 117.25' |
| L284 | N03°47'49"E | 121.75' |
| L285 | N00°58'03"E | 155.04' |
| L286 | N05°50'08"E | 20.92' |
| L287 | N85°37'40"E | 239.34' |
| L288 | S02°21'00"W | 66.86' |
| L289 | S13°40'03"W | 252.67' |
| L290 | S10°55'48"E | 33.48' |
| L291 | S29°41'54"E | 30.21' |
| L292 | S41°11'20"E | 178.87' |
| L293 | S44°21'20"E | 83.77' |
| L294 | S53°14'04"E | 78.57' |
| L295 | S48°27'13"E | 41.66' |
| L296 | S35°28'38"E | 29.74' |
| L297 | S32°05'09"E | 12.11' |
| L298 | S09°29'59"E | 40.20' |
| L299 | S36°40'50"W | 40.18' |
| L300 | S31°42'00"W | 67.31' |
| L301 | S46°09'07"W | 79.91' |
| L302 | S46°07'42"W | 68.74' |
| L303 | S49°52'49"W | 51.81' |
| L304 | S47°05'26"W | 36.83' |
| L305 | S32°28'36"W | 42.01' |
| L306 | S37°39'51"W | 74.30' |

| TEMPORARY ACCESS ROAD LINE TABLE | | | | | |
|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L307 | S34°47'26"W | 57.02' | L342 | S02°47'52"W | 108.91' |
| L308 | S28°42'42"W | 54.14' | L343 | S03°19'20"W | 146.28' |
| L309 | S23°28'18"W | 54.05' | L344 | S09°01'09"W | 110.11' |
| L310 | S23°57'37"W | 64.11' | L345 | S13°29'57"W | 116.71' |
| L311 | S20°23'18"W | 18.66' | L346 | S26°40'06"W | 55.82' |
| L312 | S42°45'16"W | 16.07' | L347 | S38°10'37"W | 95.00' |
| L313 | S49°47'05"W | 53.74' | L348 | S31°23'19"W | 35.29' |
| L314 | S53°23'28"W | 64.59' | L349 | S53°40'13"W | 12.01' |
| L315 | S40°12'19"W | 44.33' | L350 | S88°00'58"W | 112.32' |
| L316 | S44°57'57"W | 116.15' | L351 | S83°08'14"W | 113.49' |
| L317 | S39°10'48"W | 81.24' | | | |
| L318 | S29°24'37"W | 53.21' | | | |
| L319 | S24°29'01"W | 71.32' | | | |
| L320 | S11°10'45"W | 82.07' | | | |
| L321 | S15°20'24"W | 81.01' | | | |
| L322 | S56°20'27"W | 29.86' | | | |
| L323 | N84°39'51"W | 185.50' | | | |
| L324 | N84°26'38"W | 301.59' | | | |
| L325 | N83°30'48"W | 220.76' | | | |
| L326 | N83°14'26"W | 119.84' | | | |
| L327 | S86°08'05"W | 80.66' | | | |
| L328 | S81°26'32"W | 131.87' | | | |
| L329 | S86°22'33"W | 96.53' | | | |
| L330 | S84°54'10"W | 111.87' | | | |
| L331 | S87°43'09"W | 100.23' | | | |
| L332 | S83°20'43"W | 93.94' | | | |
| L333 | N89°27'23"W | 81.59' | | | |
| L334 | S37°25'07"W | 17.64' | | | |
| L335 | S03°26'00"E | 26.73' | | | |
| L336 | S05°22'10"W | 44.31' | | | |
| L337 | S12°15'42"W | 101.49' | | | |
| L338 | S09°02'34"W | 93.59' | | | |
| L339 | S02°42'03"W | 117.89' | | | |
| L340 | S01°47'19"E | 95.73' | | | |
| L341 | S00°56'08"E | 118.76' | | | |

| PERMANENT ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L352 | N39°25'06"E | 24.55' |
| L353 | N08°05'09"E | 17.18' |
| L354 | N29°46'01"W | 41.49' |
| L355 | N33°24'48"W | 47.86' |
| L356 | NORTH | 24.36' |
| L357 | N20°41'45"E | 21.91' |
| L358 | N09°26'59"E | 23.54' |
| L359 | N00°01'06"E | 39.08' |
| L360 | N50°17'56"W | 36.55' |
| L361 | N89°36'27"W | 30.65' |
| L362 | S86°47'21"W | 298.86' |
| L363 | N78°37'38"W | 57.51' |
| L364 | N46°26'06"W | 143.49' |
| L365 | N65°05'42"W | 56.52' |
| L366 | N81°45'03"W | 143.81' |
| L367 | N82°15'57"W | 134.10' |
| L368 | N78°29'14"W | 144.02' |
| L369 | N67°24'30"W | 107.04' |
| L370 | N62°19'35"W | 134.93' |
| L371 | N71°40'29"W | 123.27' |
| L372 | N66°15'05"W | 159.51' |
| L373 | N63°14'50"W | 156.25' |
| L374 | N63°57'36"W | 237.33' |
| L375 | N67°21'25"W | 84.53' |
| L376 | N77°17'13"W | 153.69' |
| L377 | N85°30'18"W | 172.55' |
| L378 | S80°21'19"W | 104.05' |
| L379 | S67°19'16"W | 204.89' |
| L380 | S65°00'19"W | 215.81' |
| L381 | S62°53'14"W | 198.91' |
| L382 | S70°04'43"W | 163.44' |
| L383 | S72°08'36"W | 19.47' |



SEE SHEETS 2-14 OF 17 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
WILLOW OAKS PLANTATION, LLC

NC-RO-006.000
DEED BOOK 1077, PAGE 1830
NC-RO-006.000

| Drawn By: JCL | Chk'd By: | Appd By: DD | TRC Proj. No. 300423 | Scale: N.T.S. |
|---|---|---|---|---|
| Drawn Date: 10/3/2018 | | TWK | Sheet: 17 OF 17 | MVP Proj. No. |

| | | REVISIONS | | |
|---|---|---|---|---|
| 1 | 5/6/2020 | | GENERAL REVISIONS | TWK |
| 2 | 6/16/2020 | DKD | ACCESS ROAD NAME | TWK |
| 3 | 9/5/2020 | MSF | REVISED EASEMENT AND AR'S | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 2 FOR THE LAND SURVEYOR'S CERTIFICATION.



