Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 46 to Complaint

Map of MVP Parcel No. NC-RO-007.000













# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S71°32'38"E | 47.73' |
| L2 | S39°18'37"W | 1.07' |
| L3 | S71°32'38"E | 5.73' |
| L4 | S39°10'03"W | 22.76' |
| L5 | S39°55'18"W | 152.10' |
| L6 | S39°23'31"W | 2,739.98' |
| L7 | S38°41'57"W | 317.65' |
| L8 | S02°57'37"W | 528.82' |
| L9 | S42°42'34"W | 248.21' |
| L10 | S66°36'50"W | 136.15' |
| L11 | S77°20'50"W | 162.32' |
| L12 | S58°00'53"W | 212.09' |
| L13 | S38°47'20"W | 569.37' |
| L14 | S37°43'17"W | 1,233.31' |
| L15 | N03°29'06"W | 75.90' |
| L16 | N37°43'17"E | 1,176.67' |
| L17 | N38°47'20"E | 578.30' |
| L18 | N58°00'53"E | 229.07' |
| L19 | N77°20'50"E | 166.14' |
| L20 | N66°36'50"E | 120.87' |
| L21 | N42°42'34"E | 219.55' |
| L22 | N02°57'37"E | 526.87' |
| L23 | N38°41'57"E | 334.07' |
| L24 | N39°23'31"E | 2,740.52' |
| L25 | N39°55'18"E | 152.00' |
| L26 | N39°10'03"E | 4.59' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L27 | S71°32'38"E | 37.45' |
| L28 | S39°18'37"W | 1.07' |
| L29 | S71°32'38"E | 5.69' |
| L30 | S39°46'36"W | 188.38' |
| L31 | S39°23'31"W | 499.18' |
| L32 | N50°36'29"W | 25.00' |
| L33 | S39°23'48"W | 148.97' |
| L34 | S50°40'34"E | 25.00' |
| L35 | S39°23'29"W | 1,234.98' |
| L36 | N50°36'29"W | 25.00' |
| L37 | S39°23'31"W | 230.36' |
| L38 | S50°35'27"E | 25.00' |
| L39 | S39°23'31"W | 626.15' |
| L40 | S38°41'57"W | 306.15' |
| L41 | S02°57'37"W | 530.19' |
| L42 | S42°42'34"W | 268.27' |
| L43 | S66°36'50"W | 146.84' |
| L44 | S77°20'50"W | 159.65' |
| L45 | S58°00'53"W | 200.20' |
| L46 | S38°47'19"W | 220.46' |
| L47 | S38°47'20"W | 100.00' |
| L48 | N51°12'40"W | 25.00' |
| L49 | S38°47'20"W | 139.51' |
| L50 | S51°12'41"E | 25.00' |
| L51 | S38°47'21"W | 37.74' |
| L52 | S38°47'20"W | 65.41' |
| L53 | S37°43'17"W | 262.36' |
| L54 | N52°16'43"W | 25.00' |
| L55 | S37°43'17"W | 887.24' |
| L56 | S37°43'18"W | 94.80' |
| L57 | N03°29'06"W | 15.18' |
| L58 | N37°43'17"E | 1,233.31' |
| L59 | N38°47'20"E | 569.37' |
| L60 | N58°00'53"E | 212.09' |
| L61 | N77°20'50"E | 162.32' |
| L62 | N66°36'50"E | 136.15' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| L63 | N42°42'34"E | 248.21' |
| L64 | N02°57'37"E | 528.82' |
| L65 | N38°41'57"E | 317.65' |
| L66 | N39°23'31"E | 2,739.98' |
| L67 | N39°55'18"E | 152.10' |
| L68 | N39°10'03"E | 22.76' |
| L69 | N71°32'38"W | 5.73' |
| L70 | N39°18'37"E | 1.07' |
| L71 | S39°10'03"W | 4.59' |
| L72 | S39°55'18"W | 152.00' |
| L73 | S39°23'31"W | 2,740.52' |
| L74 | S38°41'57"W | 334.07' |
| L75 | S02°57'37"W | 526.87' |
| L76 | S42°42'34"W | 219.55' |
| L77 | S66°36'50"W | 120.87' |
| L78 | S77°20'50"W | 166.14' |
| L79 | S58°00'53"W | 229.07' |
| L80 | S38°47'20"W | 578.30' |
| L81 | S37°43'17"W | 1,176.67' |
| L82 | N03°29'06"W | 22.77' |
| L83 | N37°43'17"E | 1,159.68' |
| L84 | N38°47'20"E | 580.98' |
| L85 | N58°00'53"E | 234.17' |
| L86 | N77°20'50"E | 167.29' |
| L87 | N66°36'50"E | 116.28' |
| L88 | N42°42'34"E | 210.96' |
| L89 | N02°57'37"E | 526.28' |
| L90 | N38°41'57"E | 339.00' |
| L91 | N39°23'31"E | 2,740.68' |
| L92 | N39°55'18"E | 149.71' |
| L93 | N71°32'38"W | 5.76' |
| L94 | N39°18'37"E | 1.07' |
| L95 | S71°32'38"E | 21.83' |



SEE SHEET 1-6 OF 8 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
BARRY S. FRANK
NC-RO-007.000
DEED BOOK 1484, PAGE 35

| NC-RO-007.000 | | | | | |
|---|---|---|---|---|---|
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS | |
| Drawn Date: 10/29/18 | DD | TWK | Sheet: 7 OF 8 | MVP Proj. No. | |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 2/1/19 | DJB | REVISED ACCESS ROADS | DD |
| C | 6/26/19 | TCM | RE-ROUTE | DD |
| 1 | 8/21/20 | TEW | UPDATED ROUTE & NOTES | DD |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.



# EXHIBIT A

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L96 | S71°32'38"E | 107.01' |
| L97 | S39°18'37"W | 173.33' |
| L98 | N50°40'35"W | 95.79' |
| L99 | N39°46'36"E | 136.17' |
| L100 | N71°32'38"W | 5.69' |
| L101 | N39°18'37"E | 1.07' |
| L102 | S50°36'29"E | 100.00' |
| L103 | S39°23'49"W | 200.93' |
| L104 | N50°04'37"W | 99.99' |
| L105 | N39°23'31"E | 200.00' |
| L106 | S50°36'32"E | 100.00' |
| L107 | S39°23'29"W | 199.99' |
| L108 | N50°36'31"W | 100.00' |
| L109 | N39°23'29"E | 199.99' |
| L110 | S50°36'30"E | 100.00' |
| L111 | S39°23'30"W | 142.39' |
| L112 | S66°32'01"W | 64.74' |
| L113 | N50°36'31"W | 70.47' |
| L114 | N39°23'29"E | 200.00' |
| L115 | S50°36'29"E | 100.00' |
| L116 | S39°23'29"W | 100.00' |
| L117 | N50°36'30"W | 100.00' |
| L118 | N39°23'31"E | 100.00' |
| L119 | S50°36'29"E | 100.00' |
| L120 | S39°23'31"W | 200.00' |
| L121 | N50°36'29"W | 100.00' |
| L122 | N39°23'31"E | 200.00' |
| L123 | S50°35'31"E | 100.01' |
| L124 | S38°32'27"W | 144.72' |
| L125 | S02°57'37"W | 225.35' |
| L126 | N87°02'23"W | 100.00' |
| L127 | N02°57'37"E | 258.28' |
| L128 | N38°41'57"E | 177.64' |
| L129 | S87°02'23"E | 50.00' |
| L130 | S02°57'37"W | 117.83' |
| L131 | S42°42'34"W | 118.07' |
| L132 | N47°17'26"W | 50.00' |
| L133 | N42°42'34"E | 100.00' |
| L134 | N02°57'37"E | 99.76' |
| L135 | S51°12'41"E | 100.00' |
| L136 | S38°47'20"W | 100.00' |
| L137 | N51°12'39"W | 100.00' |
| L138 | N38°47'20"E | 100.00' |
| L139 | S49°44'36"E | 100.03' |
| L140 | S38°47'19"W | 61.91' |
| L141 | S37°43'18"W | 261.43' |
| L142 | N52°16'43"W | 100.00' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L143 | N37°43'17"E | 262.36' |
| L144 | N38°47'20"E | 65.41' |
| L145 | S37°43'17"W | 887.24' |
| L146 | S52°16'42"E | 150.00' |
| L147 | S37°43'17"W | 157.66' |
| L148 | S40°45'56"W | 129.33' |
| L149 | N03°29'06"W | 255.22' |
| L150 | N37°43'18"E | 94.80' |
| L151 | N37°43'17"E | 887.24' |
| L152 | S52°16'43"E | 25.00' |
| L153 | N46°57'35"W | 100.00' |
| L154 | N43°02'25"E | 200.00' |
| L155 | S46°57'36"E | 100.00' |
| L156 | S43°02'25"W | 200.00' |
| L157 | N52°22'32"W | 34.35' |
| L158 | N43°18'27"W | 110.79' |
| L159 | N25°25'20"W | 7.11' |
| L160 | N37°21'05"E | 15.14' |
| L161 | N37°21'05"E | 115.22' |
| L162 | S52°02'57"E | 150.00' |
| L163 | S37°21'06"W | 131.91' |
| L164 | S37°21'06"W | 18.28' |
| L165 | N28°40'08"W | 100.00' |
| L166 | N61°19'52"E | 12.50' |
| L167 | S28°40'08"E | 100.00' |
| L168 | S61°19'52"W | 12.50' |
| L169 | N09°46'59"W | 100.00' |
| L170 | N80°13'01"E | 12.50' |
| L171 | S09°46'59"E | 100.00' |
| L172 | S80°13'01"W | 12.50' |
| L173 | S80°13'01"W | 12.50' |
| L174 | N09°46'59"W | 100.00' |
| L175 | N80°13'01"E | 12.50' |
| L176 | S09°46'59"E | 100.00' |



LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1-6 OF 8 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
BARRY S. FRANK
NC-RO-007.000
DEED BOOK 1484, PAGE 35

| NC-RO-007.000 | | | | |
|---|---|---|---|---|
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 10/29/18 | DD | TWK | Sheet: 8 OF 8 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 2/1/19 | DJB | REVISED ACCESS ROAD | DD |
| C | 6/26/19 | TCM | RE-ROUTE | DD |
| 1 | 8/21/20 | TEW | UPDATED ROUTE & NOTES | DD |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.
