Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 47 to Complaint

Map of MVP Parcel No. NC-RO-011.000











# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N61°33'06"W | 51.18' |
| L2 | N40°45'56"E | 739.55' |
| L3 | N40°45'56"E | 235.61' |
| L4 | N40°45'55"E | 53.91' |
| L5 | N37°43'17"E | 125.14' |
| L6 | S03°29'06"E | 75.90' |
| L7 | S37°43'17"W | 69.37' |
| L8 | S40°45'55"W | 50.66' |
| L9 | S40°45'56"W | 239.92' |
| L10 | S40°45'56"W | 64.63' |
| L11 | S40°45'56"W | 664.26' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L12 | S03°29'06"E | 15.18' |
| L13 | S37°43'18"W | 58.21' |
| L14 | S40°45'54"W | 50.93' |
| L15 | N49°14'01"W | 10.00' |
| L16 | N40°45'55"E | 50.66' |
| L17 | N37°43'17"E | 69.37' |
| L18 | S37°43'17"W | 125.14' |
| L19 | S40°45'55"W | 53.91' |
| L20 | S85°21'42"W | 21.36' |
| L21 | N40°45'56"E | 68.73' |
| L22 | N37°43'17"E | 141.87' |
| L23 | S03°29'06"E | 22.77' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L24 | S03°29'06"E | 255.22' |
| L25 | S40°45'56"W | 230.80' |
| L26 | N49°14'05"W | 185.00' |
| L27 | N40°45'56"E | 64.63' |
| L28 | N40°45'56"E | 239.92' |
| L29 | S49°14'01"E | 10.00' |
| L30 | N40°45'54"E | 50.93' |
| L31 | N37°43'18"E | 58.21' |
| L32 | S40°45'56"W | 235.61' |
| L33 | N49°14'04"W | 133.54' |
| L34 | N40°56'19"E | 100.48' |
| L35 | N85°21'41"E | 189.77' |
| L36 | N86°46'03"E | 22.69' |
| L37 | N85°46'04"E | 93.46' |
| L38 | N85°54'09"E | 68.28' |
| L39 | S13°07'07"E | 28.35' |
| L40 | S42°11'40"W | 153.61' |
| L41 | N49°03'41"W | 150.00' |
| L42 | N40°56'20"E | 39.81' |
| L43 | N84°35'07"E | 40.17' |
| L44 | S05°24'53"E | 12.50' |
| L45 | S84°35'07"W | 40.48' |
| L46 | S87°22'54"W | 61.35' |
| L47 | N02°37'06"W | 12.50' |
| L48 | N87°17'46"E | 19.20' |
| L49 | N87°25'15"E | 41.85' |
| L50 | N49°17'00"W | 18.21' |
| L51 | N87°22'54"E | 73.38' |
| L52 | N84°35'07"E | 39.26' |
| L53 | S05°24'53"E | 12.50' |
| L54 | S84°35'07"W | 39.56' |
| L55 | S87°25'17"W | 41.25' |
| L56 | S87°17'45"W | 19.19' |
| L57 | S14°31'56"E | 25.26' |
| L58 | S75°28'04"W | 12.50' |
| L59 | N14°31'56"W | 24.47' |
| L60 | N21°47'33"W | 52.92' |
| L61 | N68°12'27"E | 12.50' |
| L62 | S21°47'34"E | 53.72' |
| L63 | N21°47'34"W | 76.28' |
| L64 | N68°12'26"E | 12.50' |
| L65 | S21°47'34"E | 77.07' |
| L66 | S14°31'56"E | 27.64' |
| L67 | S75°28'04"W | 12.50' |
| L68 | N14°31'56"W | 26.85' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L69 | S86°02'37"W | 56.09' |
| L70 | S80°31'32"W | 67.84' |
| L71 | S86°54'04"W | 83.56' |
| L72 | S85°54'09"W | 83.01' |
| L73 | S85°46'04"W | 93.36' |
| L74 | S86°46'03"W | 101.49' |
| L75 | S86°55'46"W | 88.62' |
| L76 | S84°35'07"W | 58.48' |
| L77 | S87°25'17"W | 41.54' |
| L78 | S87°17'45"W | 43.54' |
| L79 | S84°28'46"W | 38.83' |
| L80 | N01°44'24"W | 43.87' |
| L81 | N07°46'53"W | 97.82' |
| L82 | N01°23'48"E | 116.19' |
| L83 | N13°12'30"E | 27.17' |
| L84 | N45°25'57"E | 30.45' |
| L85 | N63°14'15"E | 221.21' |
| L86 | N69°12'02"E | 151.87' |
| L87 | N59°28'18"E | 87.29' |
| L88 | N44°30'58"E | 76.45' |
| L89 | N51°30'01"E | 94.01' |

| TEMPORARY ACCESS ROAD | | |
|---|---|---|
| L90 | N44°40'11"E | 30.91' |
| L91 | N23°35'52"E | 38.70' |
| L92 | N11°10'59"E | 67.42' |
| L93 | N21°36'58"E | 68.82' |
| L94 | N36°59'57"E | 21.52' |
| L95 | N11°14'12"W | 47.48' |
| L96 | N14°40'35"W | 142.50' |
| L97 | N11°49'22"W | 67.53' |
| L98 | N02°43'30"W | 101.62' |
| L99 | N09°16'40"W | 130.32' |
| L100 | N14°31'56"W | 38.86' |
| L101 | N21°47'34"W | 111.78' |
| L102 | N51°15'47"W | 24.24' |
| L103 | S89°38'09"W | 101.48' |
| L104 | N86°21'27"W | 45.60' |
| L105 | N83°15'47"W | 49.95' |
| L106 | N28°28'17"W | 69.72' |
| L107 | N30°35'01"W | 132.90' |
| L108 | N35°13'04"W | 88.87' |
| L109 | N44°53'10"W | 38.80' |
| L110 | N51°57'57"W | 36.23' |
| L111 | N61°14'48"W | 37.43' |
| L112 | N68°00'30"W | 118.11' |



9/3/2020

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEETS 1-5 OF 6 FOR GRAPHICS AND LABELS.

| EASEMENT SURVEY FOR MVP SOUTHGATE TOWNSHIP OF LEAKSVILLE ROCKINGHAM COUNTY, NORTH CAROLINA | |
|---|---|
|  Mountain Valley PIPELINE LLC | |
| PIPELINE EASEMENT IN PROPERTY OF BEATRICE E. COCHRAN, LIFE ESTATE; BARRY COCHRAN AND WIFE, DEBORAH V. COCHRAN NC-RO-011.000 DEED BOOK 1540, PAGE 1361 | |
| NC-RO-011.000 | |
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 10/26/18 | DD | Sheet: TWK | 6 OF 6 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 2/1/19 | DJB | REVISED ATWS/ROADS | DD |
| C | 6/26/19 | TCM | UPDATED AR/ATWS | DD |
| 1 | 8/13/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.