Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 48 to Complaint

Map of MVP Parcel No. NC-RO-013.000

