Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 49 to Complaint

Map of MVP Parcel No. NC-RO-014.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L1 | S40°45'56"W | 705.14' |
| L2 | N12°22'40"W | 62.49' |
| L3 | N40°45'56"E | 710.84' |
| L4 | S08°24'55"E | 66.07' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L5 | S40°06'10"W | 266.68' |
| L6 | S40°59'50"W | 269.58' |
| L7 | S08°52'53"E | 5.66' |
| L8 | S40°05'25"W | 100.66' |
| L9 | N07°46'10"W | 580.39' |
| L10 | S80°10'33"E | 498.35' |
| L11 | N45°37'57"E | 164.50' |
| L12 | N06°40'12"W | 108.11' |
| L13 | N57°50'08"E | 40.99' |
| L14 | S86°30'03"E | 101.95' |
| L15 | N82°12'32"E | 29.13' |
| L16 | S70°34'21"E | 69.17' |
| L17 | S64°01'43"E | 83.27' |
| L18 | S28°15'37"E | 102.56' |
| L19 | S11°34'31"E | 436.49' |
| L20 | S85°39'51"W | 466.56' |
| L21 | N12°22'40"W | 379.57' |

| PERMANENT ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE # | BEARING | DISTANCE |
| L22 | S28°56'28"W | 7.35' |
| L23 | S27°22'01"W | 10.42' |
| L24 | S55°05'57"W | 7.04' |
| L25 | N16°52'55"W | 8.24' |
| L26 | N14°38'55"W | 93.47' |
| L27 | S46°10'48"E | 35.79' |
| L28 | S83°32'33"E | 0.08' |



PERMANENT ACCESS ROAD
PA-RO-082
0.03± ACRES
1,508± SQ. FEET

DETAIL
NTS

| CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C1 | 55.67' | 3,186.33' | 001°00'04" | S14°49'56"E | 55.67' |
| C2 | 44.00' | 3,186.33' | 000°47'28" | S13°56'10"E | 44.00' |
| C3 | 250.66' | 3,186.98' | 004°30'23" | S10°52'30"E | 250.60' |
| C4 | 0.42' | 3,186.98' | 000°00'27" | S08°37'04"E | 0.42' |



SEE SHEETS 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JACKIE BURRIS JOHNSON AND TED MACK JOHNSON

NC-RO-014.000
DEED BOOK 474 PAGE 413
NC-RO-014.000.DWG

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
|---|---|---|---|---|
| Drawn Date: 1/23/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 OF 2 FOR LAND SURVEYOR'S CERTIFICATION.

Seal: THOMAS WARNER KIMMEL, NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, L-3674, 9/3/2020

| REVISIONS | | | | |
|---|---|---|---|---|
| 2 | 8/24/2020 | CP | GENERAL REVISIONS | DD |
| 1 | 6/26/19 | DJB | REVISED WORKSPACES & ROADS | DD |
| No. | Date | Rev By | Description | Checked |