Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 50 to Complaint

Map of MVP Parcel No. NC-RO-015.000





# EXHIBIT A

## PERMANENT EASEMENT
### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N12°21'50"W | 62.50' |
| L2 | N40°45'56"E | 348.65' |
| L3 | S12°22'40"E | 62.49' |
| L4 | S40°45'56"W | 348.67' |
| L5 | N65°51'57"E | 77.11' |
| L6 | N19°39'25"E | 77.55' |
| L7 | N19°39'21"E | 34.25' |
| L8 | N10°36'26"W | 19.02' |
| L9 | S80°09'39"E | 5.34' |
| L10 | S10°36'26"E | 28.37' |
| L11 | N79°24'57"E | 76.18' |
| L12 | S80°09'39"E | 18.13' |
| L13 | S42°39'32"W | 22.13' |
| L14 | N83°32'33"W | 35.95' |
| L15 | S19°39'25"W | 28.87' |
| L16 | S19°39'25"W | 109.98' |
| L17 | S65°51'57"W | 104.22' |
| L18 | S80°09'39"E | 39.92' |
| L19 | S46°59'31"W | 15.96' |
| L20 | N87°46'54"W | 24.38' |
| L21 | N11°08'22"W | 17.09' |

## TEMPORARY WORKSPACE
### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L22 | N65°51'57"E | 104.22' |
| L23 | N19°39'25"E | 116.32' |
| L24 | S83°47'38"E | 10.28' |
| L25 | S19°39'25"W | 122.98' |
| L26 | S65°51'57"W | 109.54' |
| L27 | N65°51'57"E | 68.82' |
| L28 | N19°39'24"E | 73.04' |
| L29 | S83°47'37"E | 15.42' |
| L30 | S19°39'25"W | 83.03' |
| L31 | S65°51'57"W | 77.11' |
| L32 | N19°39'24"E | 5.47' |
| L33 | N10°36'26"W | 21.15' |
| L34 | S77°18'05"E | 11.16' |
| L35 | S80°09'37"E | 5.07' |
| L36 | S10°36'27"E | 19.02' |
| L37 | S19°39'26"W | 6.01' |
| L38 | N83°32'33"W | 15.41' |

## ADDITIONAL TEMPORARY WORKSPACE
### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L39 | N28°56'27"E | 18.35' |
| L40 | N69°23'24"E | 27.16' |
| L41 | S83°47'38"E | 76.46' |
| L42 | S19°39'24"W | 73.04' |
| L43 | S65°51'57"W | 68.82' |
| L44 | S77°18'05"E | 144.32' |
| L45 | S10°36'26"E | 21.15' |
| L46 | S19°39'24"W | 5.47' |
| L47 | N83°32'33"W | 133.09' |
| L48 | S85°39'51"W | 62.58' |
| L49 | N62°08'03"W | 45.55' |
| L50 | N24°13'57"W | 69.43' |
| L51 | N01°30'49"E | 248.67' |
| L52 | N45°37'57"E | 60.48' |
| L53 | S12°22'40"E | 379.57' |

## PERMANENT ACCESS ROAD
### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L54 | S80°09'39"E | 25.39' |
| L55 | S11°08'23"E | 39.75' |
| L56 | N83°47'38"W | 91.53' |
| L57 | N19°39'24"E | 22.53' |
| L58 | S83°32'33"E | 35.95' |
| L59 | N42°39'32"E | 22.13' |

## CURVE TABLE

| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
|---|---|---|---|---|---|
| C1 | 10.06' | 3,186.33' | 000°10'51" | N18°05'21"W | 10.06' |
| C2 | 50.33' | 3,186.33' | 000°54'18" | N17°32'47"W | 50.33' |
| C3 | 15.12' | 3,186.33' | 000°16'19" | N16°57'28"W | 15.12' |
| C4 | 82.82' | 3,186.33' | 001°29'21" | N16°04'38"W | 82.81' |
| C5 | 55.67' | 3,186.33' | 001°00'04" | N14°49'56"W | 55.67' |
| C6 | 44.00' | 3,186.33' | 000°47'28" | N13°56'10"W | 44.00' |

### DETAIL "A"
NTS

- PERMANENT EASEMENT FOR INTERCONNECT SITE 0.02± ACRES 1,081± SQ. FEET
- ADDITIONAL TEMPORARY WORKSPACE 0.10± ACRES 4,569± SQ. FEET
- TEMPORARY WORKSPACE 0.01± ACRES 386± SQ. FEET
- PERMANENT ACCESS ROAD PA-RO-082 0.08± ACRES 3,640± SQ. FEET
- PERMANENT EASEMENT 0.27± ACRES 11,567± SQ. FEET

## LEGEND
- △ NGS MONUMENT
- ○ EIP EXISTING IRON PIPE OR PIN
- • CP COMPUTED POINT
- —⋏— LINE NOT TO SCALE
- PERMANENT ACCESS ROAD
- TEMPORARY ACCESS ROAD
- PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 & 2 OF 3 FOR GRAPHICS AND LABELS

### EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
PUBLIC SERVICE COMPANY OF NORTH CAROLINA INCORPORATED,
A SOUTH CAROLINA CORPORATION D/B/A PSNC ENERGY
NC-RO-015.000
DEED BOOK 1461, PAGE 2341

NC-RO-015.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 10/27/18 | | DD | TWK | Sheet: 3 OF 3 / MVP Proj. No. |

### REVISIONS

| | | | | |
|---|---|---|---|---|
| C | 3/20/19 | | REVISED OWNER | |
| D | 6/20/19 | | REVISED WORKSPACES | |
| 1 | 8/17/20 | DD | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3674 THOMAS WARNER KIMMEL  8/24/2020


Case 1:21-cv-00047   Document 1-50   Filed 01/15/21   Page 4 of 4