Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 51 to Complaint

Map of MVP Parcel No. NC-RO-016.000



# EXHIBIT A

## PERMANENT EASEMENT LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N10°36'26"W | 209.69' |
| L2 | N46°35'37"E | 88.03' |
| L3 | N46°35'29"E | 2.48' |
| L4 | N40°45'56"E | 91.86' |
| L5 | S12°21'50"E | 62.50' |
| L6 | S40°45'56"W | 56.91' |
| L7 | S46°35'38"W | 2.82' |
| L8 | S46°35'38"W | 62.98' |
| L9 | S10°36'27"E | 12.66' |
| L10 | N79°23'34"E | 44.97' |
| L11 | N79°23'34"E | 57.37' |
| L12 | S12°21'50"E | 229.29' |
| L13 | N80°09'39"W | 39.92' |
| L14 | N11°08'25"W | 15.19' |
| L15 | S79°24'58"W | 22.50' |
| L16 | S11°08'25"E | 5.43' |
| L17 | S42°39'38"W | 1.50' |
| L18 | N80°09'39"W | 104.77' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L31 | N77°18'05"W | 144.32' |
| L32 | N40°05'25"E | 100.66' |
| L33 | S08°52'53"E | 139.45' |
| L34 | N46°35'37"E | 262.76' |
| L35 | S12°21'50"E | 64.98' |
| L36 | S40°45'56"W | 91.86' |
| L37 | S46°35'29"W | 2.48' |
| L38 | N45°56'03"W | 15.01' |
| L39 | S46°35'37"W | 95.55' |
| L40 | S10°36'26"E | 211.68' |
| L41 | N46°35'38"E | 33.58' |
| L42 | N45°56'04"W | 35.03' |
| L43 | N46°35'38"E | 2.82' |
| L44 | N40°45'56"E | 56.91' |
| L45 | S12°21'50"E | 14.81' |
| L46 | S12°21'49"E | 69.05' |
| L47 | S79°23'34"W | 57.37' |

## TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L19 | N80°09'39"W | 5.07' |
| L20 | N77°18'05"W | 11.16' |
| L21 | N10°36'26"W | 211.68' |
| L22 | N46°35'37"E | 95.55' |
| L23 | S45°56'03"E | 15.01' |
| L24 | S46°35'37"W | 88.03' |
| L25 | S10°36'26"E | 209.69' |
| L26 | N10°36'27"W | 12.66' |
| L27 | N46°35'38"E | 62.98' |
| L28 | S45°56'04"E | 35.03' |
| L29 | S46°35'38"W | 33.58' |
| L30 | S79°23'34"W | 44.97' |

## ADDITIONAL TEMPORARY WORKSPACE CURVE TABLE

| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
|---|---|---|---|---|---|
| C1 | 251.08' | 3,186.98' | 004°30'50" | N10°52'16"W | 251.02' |



DETAIL NTS

Permanent Easement — T-15 Dan River Interconnect — 0.66± ACRES — 28,584± SQ. FEET

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MOUNTAIN VALLEY PIPELINE, LLC

NC-RO-016.000
DEED BOOK 1580, PAGE 2665
NC-RO-016.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: NTS |
| Drawn Date: 12/12/18 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

### REVISIONS

| A | 12/12/18 | | ISSUE FOR REVIEW | |
| B | 6/26/19 | DJB | REVISED WORKSPACES | DD |
| 1 | 8-17-20 | DD | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3674 THOMAS WARNER KIMMEL
8/25/2020

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.