Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 52 to Complaint

Map of MVP Parcel No. NC-RO-019.000









# EXHIBIT A

| PROPOSED EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N87°20'01"W | 52.02' |
| L2 | N13°20'15"W | 99.26' |
| L3 | N07°30'21"E | 932.81' |
| L4 | N34°07'57"E | 149.11' |
| L5 | N34°16'55"E | 384.33' |
| L6 | N46°30'39"E | 496.30' |
| L7 | N65°51'57"E | 316.53' |
| L8 | S21°41'02"E | 50.05' |
| L9 | S65°51'57"W | 305.86' |
| L10 | S46°30'39"W | 482.42' |
| L11 | S34°16'55"W | 62.43' |
| L12 | S67°23'31"W | 59.84' |
| L13 | S07°34'13"W | 72.72' |
| L14 | S34°16'55"W | 201.39' |
| L15 | S34°07'57"W | 137.22' |
| L16 | S07°30'21"W | 911.78' |
| L17 | S13°20'15"E | 104.40' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | N87°20'01"W | 15.60' |
| L19 | N13°20'15"W | 97.72' |
| L20 | N07°30'21"E | 939.12' |
| L21 | N34°07'57"E | 152.68' |
| L22 | N34°16'55"E | 385.96' |
| L23 | N46°30'39"E | 500.46' |
| L24 | N65°51'57"E | 319.73' |
| L25 | S21°41'02"E | 15.01' |
| L26 | S65°51'57"W | 316.53' |
| L27 | S46°30'39"W | 496.30' |
| L28 | S34°16'55"W | 384.33' |
| L29 | S34°07'57"W | 149.11' |
| L30 | S07°30'21"W | 932.81' |
| L31 | S13°20'15"E | 99.26' |
| L32 | N13°20'15"W | 104.40' |
| L33 | N07°30'21"E | 911.78' |
| L34 | N34°07'57"E | 137.22' |
| L35 | N34°16'55"E | 201.39' |
| L36 | S07°34'13"W | 77.86' |
| L37 | S34°16'55"W | 131.79' |
| L38 | S34°07'57"W | 128.89' |
| L39 | S07°30'21"W | 546.05' |
| L40 | N82°29'39"W | 25.00' |
| L41 | S07°30'21"W | 125.68' |
| L42 | S82°29'39"E | 25.00' |
| L43 | S07°30'21"W | 183.43' |
| L44 | N82°29'39"W | 25.00' |
| L45 | S07°30'21"W | 46.50' |
| L46 | S13°19'27"E | 105.43' |
| L47 | N87°20'01"W | 10.38' |
| L48 | N34°16'55"E | 62.43' |
| L49 | N46°30'39"E | 482.42' |
| L50 | N65°51'57"E | 305.86' |
| L51 | S21°41'02"E | 10.01' |
| L52 | S65°51'57"W | 14.48' |
| L53 | S24°08'02"E | 25.00' |
| L54 | S65°51'57"W | 284.98' |
| L55 | S46°30'39"W | 472.70' |
| L56 | S34°16'55"W | 5.02' |
| L57 | S67°23'31"W | 64.07' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L58 | N07°30'21"E | 183.43' |
| L59 | S82°29'39"E | 25.00' |
| L60 | S07°30'21"W | 180.33' |
| L61 | N89°33'46"W | 25.19' |
| L62 | N07°30'21"E | 100.00' |
| L63 | N34°07'57"E | 100.00' |
| L64 | S55°52'03"E | 100.00' |
| L65 | S34°07'57"W | 76.34' |
| L66 | S07°30'21"W | 76.34' |
| L67 | N82°29'40"W | 100.00' |
| L68 | N46°30'39"E | 267.76' |
| L69 | S22°22'52"E | 96.43' |
| L70 | S67°37'08"W | 249.79' |
| L71 | S20°26'16"E | 3.66' |
| L72 | S64°11'31"W | 102.50' |
| L73 | N24°08'23"W | 6.65' |
| L74 | N65°51'57"E | 102.69' |

SEE SHEET 1—4 OF 5 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MARY NELSON UNDERWOOD
NC-RO-019.000
DEED BOOK 347,429,429,419,419
PAGE 531,68,69,122,123; ESTATE FILE 93E 414
NC-RO-019.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: NTS |
| Drawn Date: 1/18/19 | | DD | TWK | Sheet: 5 OF 5 | MVP Proj No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 4/8/2019 | DJB | REVISED WORKSPACES | DD |
| C | 9/5/19 | DKD | RE-ISSUE FOR REVIEW | TWK |
| 1 | 6/17/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

