Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 54 to Complaint

Map of MVP Parcel No. NC-RO-033.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N28°32'39"W | 55.40' |
| L2 | N35°57'10"E | 118.70' |
| L3 | N44°50'40"E | 190.49' |
| L4 | N64°31'42"E | 95.91' |
| L5 | N71°02'17"E | 694.93' |
| L6 | S30°27'12"E | 51.02' |
| L7 | S71°02'17"W | 702.25' |
| L8 | S64°31'42"W | 84.39' |
| L9 | S44°50'40"W | 177.93' |
| L10 | S35°57'10"W | 138.67' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | N35°57'10"E | 138.67' |
| L12 | N44°50'40"E | 177.93' |
| L13 | N64°31'42"E | 84.39' |
| L14 | N71°02'17"E | 702.25' |
| L15 | S30°27'12"E | 0.58' |
| L16 | S35°44'39"E | 35.97' |
| L17 | S71°02'17"W | 23.84' |
| L18 | S71°02'17"W | 200.00' |
| L19 | S71°02'18"W | 486.93' |
| L20 | S64°31'41"W | 10.28' |
| L21 | S64°31'43"W | 66.05' |
| L22 | S44°50'40"W | 169.14' |
| L23 | S35°57'12"W | 22.72' |
| L24 | S35°57'09"W | 129.92' |
| L25 | N28°32'39"W | 38.78' |
| L26 | N28°32'39"W | 16.62' |
| L27 | N35°57'10"E | 112.71' |
| L28 | N44°50'41"E | 194.26' |
| L29 | N64°31'42"E | 99.37' |
| L30 | N71°02'17"E | 692.74' |
| L31 | S30°27'12"E | 15.31' |
| L32 | S71°02'17"W | 694.93' |
| L33 | S64°31'42"W | 95.91' |
| L34 | S44°50'40"W | 190.49' |
| L35 | S35°57'10"W | 118.70' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L36 | N35°57'12"E | 22.72' |
| L37 | N44°50'40"E | 169.14' |
| L38 | N64°31'43"E | 66.05' |
| L39 | S25°28'18"E | 100.00' |
| L40 | S64°31'42"W | 48.70' |
| L41 | S44°50'41"W | 144.01' |
| L42 | S35°57'09"W | 14.95' |
| L43 | N54°02'50"W | 100.00' |
| L44 | S35°11'22"E | 2.68' |
| L45 | S35°11'42"E | 75.75' |
| L46 | S37°15'55"E | 41.36' |
| L47 | S37°15'52"E | 10.99' |
| L48 | S71°02'16"W | 16.44' |
| L49 | S71°02'20"W | 25.00' |
| L50 | S71°02'18"W | 184.24' |
| L51 | N21°49'44"W | 27.14' |
| L52 | N43°47'19"W | 26.99' |
| L53 | N18°57'43"W | 73.40' |
| L54 | N71°02'17"E | 200.00' |



SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JAMES ARTHUR QUESINBERRY, LIFE ESTATE AND
DONALD WAYNE QUESINBERRY, REMAINDERMAN
NC-RO-033.000
DEED BOOK 1503,1327 PAGE 1524,998
NC-RO-033.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/22/18 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

| | | | REVISIONS | |
| 1 | 2/2/19 | DJB | UPDATED OWNER INFORMATION | DD |
| 2 | 8/19/20 | CP | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.