Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 55 to Complaint

Map of MVP Parcel No. NC-RO-034.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S35°57'10"W | 354.52' |
| L2 | S34°16'05"W | 73.22' |
| L3 | N29°16'08"W | 55.85' |
| L4 | N34°16'05"E | 49.06' |
| L5 | N35°57'10"E | 379.10' |
| L6 | S28°32'39"E | 55.40' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | N29°16'08"W | 16.76' |
| L8 | N34°16'05"E | 41.82' |
| L9 | N35°57'10"E | 386.48' |
| L10 | S28°32'39"E | 16.62' |
| L11 | S35°57'10"W | 379.10' |
| L12 | S34°16'05"W | 49.06' |
| L13 | S28°32'39"E | 38.78' |
| L14 | S35°57'09"W | 130.49' |
| L15 | N54°02'51"W | 25.00' |
| L16 | S35°57'10"W | 207.19' |
| L17 | S34°16'05"W | 78.05' |
| L18 | N29°16'08"W | 11.17' |
| L19 | N34°16'05"E | 73.22' |
| L20 | N35°57'10"E | 354.52' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF LEAKSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MELVIN EUGENE SHECKELLS

NC-RO-034.000
DEED BOOK 922, PAGE 143

NC-RO-034.000

| Drawn By: TCM | Chk'd By: | Appd By: DD | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/2/19 | | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

Land Surveyor Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, THOMAS WARNER KIMMEL, L-3674, 8/28/2020

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| REVISIONS | | | | |
| 1 | 8/17/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |