Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 56 to Complaint

Map of MVP Parcel No. NC-RO-035.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N29°39'14"W | 55.99' |
| L2 | N33°36'38"E | 42.55' |
| L3 | N00°02'10"E | 272.22' |
| L4 | N33°49'36"E | 133.64' |
| L5 | N34°16'05"E | 77.59' |
| L6 | S29°47'54"E | 40.64' |
| L7 | N42°34'32"E | 93.13' |
| L8 | S34°16'05"W | 151.77' |
| L9 | S33°49'36"W | 118.26' |
| L10 | S00°02'10"W | 272.11' |
| L11 | S33°36'38"W | 82.82' |
| L12 | N29°47'54"W | 55.60' |
| L13 | N34°16'05"E | 91.14' |
| L14 | S29°16'08"E | 55.85' |
| L15 | S34°16'05"W | 90.57' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N33°36'38"E | 82.82' |
| L17 | N00°02'10"E | 272.11' |
| L18 | N33°49'36"E | 118.26' |
| L19 | N34°16'05"E | 151.77' |
| L20 | N42°34'32"E | 6.87' |
| L21 | N29°47'54"W | 1.10' |
| L22 | N34°16'05"E | 90.57' |
| L23 | S29°16'08"E | 11.17' |
| L24 | S34°16'05"W | 244.61' |
| L25 | S33°49'36"W | 115.18' |
| L26 | S00°02'10"W | 164.78' |
| L27 | S89°57'48"E | 25.00' |
| L28 | S00°02'15"W | 7.63' |
| L29 | S00°02'10"W | 100.00' |
| L30 | S00°02'11"W | 7.22' |
| L31 | S33°36'38"W | 111.01' |
| L32 | N29°39'14"W | 39.19' |
| L33 | N29°39'14"W | 16.80' |
| L34 | N33°36'39"E | 30.47' |
| L35 | N00°02'10"E | 272.25' |
| L36 | N33°49'36"E | 138.25' |
| L37 | N34°16'05"E | 84.94' |
| L38 | S29°47'54"E | 16.68' |
| L39 | S34°16'05"W | 77.59' |
| L40 | S33°49'36"W | 133.64' |
| L41 | S00°02'10"W | 272.22' |
| L42 | S33°36'38"W | 42.55' |
| L43 | N29°47'54"W | 16.68' |
| L44 | N34°16'05"E | 91.31' |
| L45 | S29°16'08"E | 16.76' |
| L46 | S34°16'05"W | 91.14' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L47 | S89°57'50"E | 75.00' |
| L48 | S00°02'10"W | 99.87' |
| L49 | S89°56'08"W | 75.00' |
| L50 | N00°02'10"E | 100.00' |



SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KATHRYN KNAPP COLLINS AND JAMES KNAPP
NC-RO-035.000
DEED BOOK 1370; 1504, PAGE 1331; 834
NC-RO-035.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 12/4/18 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 8/19/20 | | GENERAL REVISION | |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3674 THOMAS WARNER KIMMEL
9/10/2020