Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 57 to Complaint

Map of MVP Parcel No. NC-RO-036.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N29°47'54"W | 40.64' |
| L2 | N34°16'05"E | 105.98' |
| L3 | S29°47'54"E | 55.60' |
| L4 | S34°16'05"W | 7.28' |
| L5 | S42°34'32"W | 93.13' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N34°16'05"E | 7.28' |
| L7 | S29°47'54"E | 1.10' |
| L8 | S42°34'32"W | 6.87' |
| L9 | N29°47'54"W | 16.68' |
| L10 | N34°16'05"E | 105.98' |
| L11 | S29°47'54"E | 16.68' |
| L12 | S34°16'05"W | 105.98' |



TEMPORARY WORKSPACE
<0.01± ACRES
4± SQ. FEET

DETAIL "A"
NTS



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JOHN ANDREW KALLAM

NC-RO-036.000
DEED BOOK 1474, PAGE 2436

NC-RO-036.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 9/5/20 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | REVISIONS | | | |
|---|---|---|---|---|
| 1 | 8/19/20 | CP | GENERAL REVISION | DD |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.