Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 58 to Complaint

Map of MVP Parcel No. NC-RO-037.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N04°10'13"W | 19.68' |
| L2 | N05°59'22"E | 35.46' |
| L3 | N82°49'36"E | 13.24' |
| L4 | N46°49'29"E | 37.29' |
| L5 | N13°03'23"W | 11.23' |
| L6 | N68°49'53"W | 18.19' |
| L7 | N84°10'16"W | 12.23' |
| L8 | N35°43'56"E | 205.98' |
| L9 | N64°21'03"E | 316.42' |
| L10 | N33°36'38"E | 125.55' |
| L11 | S29°39'14"E | 55.99' |
| L12 | S33°36'38"W | 114.11' |
| L13 | S64°21'03"W | 317.41' |
| L14 | S35°43'56"W | 281.45' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L15 | N35°43'56"E | 281.45' |
| L16 | N64°21'03"E | 317.41' |
| L17 | N33°36'38"E | 114.11' |
| L18 | S29°39'14"E | 39.19' |
| L19 | S33°36'38"W | 92.26' |
| L20 | S80°56'13"W | 62.80' |
| L21 | S64°21'03"W | 276.19' |
| L22 | S35°43'57"W | 36.45' |
| L23 | S54°16'05"E | 25.00' |
| L24 | S35°43'56"W | 75.55' |
| L25 | N54°16'04"W | 25.00' |
| L26 | S35°43'56"W | 179.93' |
| L27 | N02°32'17"E | 5.90' |
| L28 | N04°10'13"W | 10.56' |
| L29 | N84°10'16"W | 11.02' |
| L30 | N76°30'54"W | 5.89' |
| L31 | N35°43'55"E | 217.53' |
| L32 | N64°21'03"E | 316.12' |
| L33 | N33°36'39"E | 128.99' |
| L34 | S29°39'14"E | 16.80' |
| L35 | S33°36'38"W | 125.55' |
| L36 | S64°21'03"W | 316.42' |
| L37 | S35°43'56"W | 205.98' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L38 | N35°43'56"E | 75.55' |
| L39 | S54°16'04"E | 100.00' |
| L40 | S35°43'56"W | 75.55' |
| L41 | N54°16'04"W | 100.00' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DORA ANN ATHA, ERIC DEHART
AND JOSEPH DEHART
NC-RO-037.000
DEED BOOK 1566,1566, PAGE 144,149; ESTATE FILE 18 E 845
NC-RO-037.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 11/7/18 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 8/19/20 | CP | GENERAL REVISIONS | DD |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR
9/10/2020