Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 59 to Complaint

Map of MVP Parcel No. NC-RO-038.000

# EXHIBIT A



**NOTES**

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

**VICINITY MAP (NTS)**

EASEMENT C/L — PROJECT LOCATION

NC-RO-038.000

## KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN

DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

NC-RO-037.000
N/F
DORA ANN ATHA, ERIC DEHART
AND JOSEPH DEHART
DEED BOOK 1566,1566; PAGE 144,149
ESTATE FILE 14 E 845

PERMANENT EASEMENT
2.87± ACRES
125,142± SQ. FEET

**TEMPORARY WORKSPACE**
1.59± ACRES
69,278± SQ. FEET

POINT OF BEGINNING
N: 13,246,061.70
E: 2,023,112.12

N34°40'55"W
34,608.38 GRID

NGS MONUMENT
SHILOH
N: 13,217,602.44
E: 2,042,805.03
CSF = 0.99975126

**TEMPORARY WORKSPACE**
0.86± ACRES
37,372± SQ. FEET

SEE DETAIL THIS SHEET

**POSSIBLE TEMPORARY WORKSPACE**
0.26± ACRES
11,173± SQ. FEET

N62°37'14"E
2,755.53 GRID

NGS MONUMENT
BARNES
N: 13,216,335.22
E: 2,040,358.17
CSF = 0.99974929

13.63'
21.18'

MACHINE CREEK

**DETAIL NTS**

234.08'
203.11'

**LEGEND**            **MATCHLINE      SEE SHEET 2 OF 10**

| | |
|---|---|
| △ | NGS MONUMENT |
| ⊙EIP | EXISTING IRON PIPE OR PIN |
| ○IPS | IRON PIN SET |
| ● CP | COMPUTED POINT |
| – – | LINE NOT TO SCALE |

PERMANENT ACCESS ROAD
TEMPORARY ACCESS ROAD
PERMANENT EASEMENT
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
POSSIBLE TEMPORARY WORKSPACE

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
LAND SURVEYOR

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in GS 62–3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 1456, page 1566); that the ratio of precision as calculated is 1:10,000+; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using __RTK/VRS networks__ and __traditional traverses__.

That this plat meets the requirements of G.S. 47–30 section (f)(11)(c).

This 13th day of October, 2020.

_____
THOMAS WARNER KIMMEL, PLS          L 3674

## KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 125,142± | 2.87± |
| AREA OF TEMPORARY WORKSPACE: | 106,650± | 2.45± |
| AREA OF ADDITIONAL TEMPORARY WORKSPACE: | 69,795± | 1.60± |
| AREA OF ACCESS ROAD: | 71,122± | 1.63± |
| AREA OF POSSIBLE TEMPORARY WORKSPACE: | 17,746± | 0.41± |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 2,525± | 153.00± |
| CENTERLINE OF ACCESS ROAD: | 2,923± | 177.16± |

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

**EASEMENT SURVEY**
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE,
DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

| | | | NC-RO-038.000 | | |
|---|---|---|---|---|---|
| Drawn By: JCL | Ck'd By: | App'd By: | TRC Proj. No. 300423 | | Scale: 1"=100' |
| Drawn Date: 3/18/19 | Ck'd Date: DD | App'd Date: TWK | Sheet: 1 OF10 | | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100   50   0   100

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

TRC ENGINEERS, INC
2200 LIBERTY AVENUE,
SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749–8572   tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F–0591

LAND OWNER INITIALS: _____

DATE: _____



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566.
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

SEE SHEET 1 OF 10
MATCHLINE

POSSIBLE TEMPORARY WORKSPACE
0.26± ACRES
11,173± SQ. FEET

NC-RO-038.000
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

ADDITIONAL TEMPORARY WORKSPACE
0.46± ACRES
20,000± SQ. FEET

15'

TEMPORARY WORKSPACE
1.59± ACRES
69,278± SQ. FEET

TEMPORARY WORKSPACE
0.86± ACRES
37,372± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.57± ACRES
24,805± SQ. FEET

PERMANENT EASEMENT
2.87± ACRES
125,142± SQ. FEET

CHECK COORDINATES
N: 13,245,058.53
E: 2,022,574.56

TEMPORARY ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

MATCHLINE SEE SHEET 3 OF 10

MATCHLINE
SEE SHEET 5 OF 10
SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

## LEGEND

| Symbol | Description |
|---|---|
| NGS MONUMENT | |
| EIP | EXISTING IRON PIPE OR PIN |
| IPS | IRON PIN SET |
| CP | COMPUTED POINT |
| | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
LAND SURVEYOR
10/13/2020

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE,
DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

NC-RO-038.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date: 3/18/19 | | DD | TWK | MVP Proj. No. |
| | | | Sheet: 2 OF10 | |

GRAPHIC SCALE IN FEET
100  50  0  100

## REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

UTM ZONE 17N

VICINITY MAP (NTS)

SEE SHEET 2 OF 10
MATCHLINE

NC-RO-038.000
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

ADDITIONAL TEMPORARY WORKSPACE
0.57± ACRES
24,805± SQ. FEET

TEMPORARY WORKSPACE
0.86± ACRES
37,372± SQ. FEET

TEMPORARY ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

TEMPORARY WORKSPACE
1.59± ACRES
69,278± SQ. FEET

MATCHLINE
SEE SHEET 5 OF 10

15'

MATCHLINE
SEE SHEET 4 OF 10

PERMANENT EASEMENT
2.87± ACRES
125,142± SQ. FEET

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

## LEGEND

| Symbol | Description |
|---|---|
| ⬚ | NGS MONUMENT |
| ⦾EIP | EXISTING IRON PIPE OR PIN |
| ⦾IPS | IRON PIN SET |
| ●CP | COMPUTED POINT |
| – – | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL

10/13/2020

LAND OWNER INITIALS: _____
DATE: _____

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

NC-RO-038.000

| Drown By. | Chk'd By. | Appd By. | TRC Proj. No. | Scale: |
|---|---|---|---|---|
| JCL | | | 300423 | 1"=100' |
| Drown Date. | | | Sheet: | MVP Proj. No. |
| 3/18/19 | DD | TWK | 3 OF10 | |

GRAPHIC SCALE IN FEET
100  50  0  100

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



# EXHIBIT A

**NOTES**

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

**VICINITY MAP (NTS)**

EASEMENT C/L
PROJECT LOCATION

UTM ZONE 17N

SEE SHEET 3 OF 10
MATCHLINE

**PERMANENT EASEMENT**
2.87± ACRES
125,142± SQ. FEET

NC-RO-039.000
N/F
329 PARTNERS, LLC, A
NORTH CAROLINA LIMITED
LIABILITY COMPANY
DEED BOOK 1131,1557 PAGE
1402,1144

15'
50'

**TEMPORARY WORKSPACE**
0.86± ACRES
37,372± SQ. FEET

**ADDITIONAL TEMPORARY WORKSPACE**
0.46± ACRES
20,012± SQ. FEET

**TEMPORARY WORKSPACE**
1.59± ACRES
69,278± SQ. FEET

**POSSIBLE TEMPORARY WORKSPACE**
0.15± ACRES
6,573± SQ. FEET

19.79'
39.75'
22.50'
9.26'

258.55
50.82'

NC-RO-038.000
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

TOWN CREEK

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

**LEGEND**

- NGS MONUMENT
- EIP   EXISTING IRON PIPE OR PIN
- IPS   IRON PIN SET
- CP    COMPUTED POINT
- LINE NOT TO SCALE
- PERMANENT ACCESS ROAD
- TEMPORARY ACCESS ROAD
- PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL SEAL
L-3674
THOMAS WARNER KIMMEL
10/13/2020

LAND OWNER INITIALS: _____
DATE: _____

**EASEMENT SURVEY**
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

NC-RO-038.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
| Drawn Date: 3/18/19 | DD | TWK | Sheet: 4 OF10 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100  50  0  100

**REVISIONS**

| No. | Date | Rev By | Description | Checked |
|-----|------|--------|-------------|---------|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |

# EXHIBIT A



## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

UTM ZONE 17N

NC-RO-038.000

**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**

DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

TEMPORARY ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
SEE DETAIL THIS PAGE
0.03± ACRES
1,257± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
SEE DETAIL THIS PAGE
0.03± ACRES
1,246± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,257± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,246± SQ. FEET

DETAIL "A"
NTS

SEE SHEET 3 OF 10
MATCHLINE

MATCHLINE
SEE SHEET 6 OF 10

25'

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

## LEGEND

| | |
|---|---|
| ⬡ | NGS MONUMENT |
| ⊙ EIP | EXISTING IRON PIPE OR PIN |
| ○ IPS | IRON PIN SET |
| ● CP | COMPUTED POINT |
| – –– | LINE NOT TO SCALE |
| | PERMANENT ACCESS ROAD |
| | TEMPORARY ACCESS ROAD |
| | PERMANENT EASEMENT |
| | TEMPORARY WORKSPACE |
| | ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) |
| | POSSIBLE TEMPORARY WORKSPACE |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
10/13/2020

### EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

NC-RO-038.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date: 3/18/19 | | DD | TWK | Sheet: 5 OF10 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100 50 0 100

### REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |

Case 1:21-cv-00047   Document 1-59   Filed 01/15/21   Page 6 of 11



EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

UTM ZONE 17N

VICINITY MAP (NTS)

EASEMENT C/L      PROJECT LOCATION

SEE SHEET 5 OF 10
MATCHLINE

L135
L136
L137
L138
L139
L140

NC-RO-038.000
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

TEMPORARY
ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

25'

NC-RO-BS.00B
N/F
DAVE E. FIRTH (UNMARRIED) AND KENNETH DAVID FIRTH (UNMARRIED) AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP PURSUANT TO N.C.G.S. 41-2
DEED BOOK 1537, PAGE 2092

MATCHLINE
SEE SHEET 7 OF 10

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

## LEGEND

◬ NGS MONUMENT
⊙EIP EXISTING IRON PIPE OR PIN
OIPS IRON PIN SET
●CP COMPUTED POINT
— —— LINE NOT TO SCALE

▨ PERMANENT ACCESS ROAD
▨ TEMPORARY ACCESS ROAD
▨ PERMANENT EASEMENT
▨ TEMPORARY WORKSPACE
▨ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
▨ POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL
SEAL
L - 3674
THOMAS WARNER KIMMEL
10/13/2020

LAND OWNER INITIALS: _____
DATE: _____

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE™

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

| | | | | NC-RO-038.000 | | |
|---|---|---|---|---|---|---|
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: 1"=100' | | |
| Drawn Date: 3/18/19 | | DD | Sheet: TWK 6 OF10 | MVP Proj. No. | | |

100   50   0   100

GRAPHIC SCALE IN FEET

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



# EXHIBIT A

NOTES
1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

SEE SHEET 6 OF 10
MATCHLINE

ADDITIONAL TEMPORARY WORKSPACE
SEE DETAIL THIS PAGE
0.03± ACRES
1,250± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
SEE DETAIL THIS PAGE
0.03± ACRES
1,225± SQ. FEET

L141
L142
L143
L144
L145
L146
L147
L148
L149

NC-RO-038.000
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

NC-RO-038.010
N/F
JUSTIN WILLIAM SMITH AND BRITTANY GREENE SMITH, TRUSTEES UNDER THE JUSTIN WILLIAM REVOCABLE TRUST AGREEMENT DATED APRIL 28,2020
DEED BOOK 1577, PAGE 918

TEMPORARY ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

25'

NC-RO-038.020
N/F
CURTIS H. PRUITT AND HELEN H. PRUITT
DEED BOOK 823, PAGE 1314

THE WEST SIDE OF THE ACCESS ROAD IS 1' EAST OF THE PROPERTY LINE

NC-RO-038.025
N/F
BOBBY RAY SMITH AND WIFE CATHERINE SMITH
DEED BOOK 1337, PAGE 701

15'

MATCHLINE
SEE SHEET 8 OF 10

DETAIL "A"
NTS

L117
L124
L141
L118
L120
L125
L123
L119
L121
L122

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,250± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,225± SQ. FEET

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

LEGEND
⊕ NGS MONUMENT
⊙EIP EXISTING IRON PIPE OR PIN
○IPS IRON PIN SET
● CP COMPUTED POINT
– – LINE NOT TO SCALE
PERMANENT ACCESS ROAD
TEMPORARY ACCESS ROAD
PERMANENT EASEMENT
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L - 3674
THOMAS WARNER KIMMEL
10/3/2020

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566
NC-RO-038.000

| Drawn By: JCL | Ckk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
| Drawn Date: 3/18/19 | DD | TWK | Sheet: 7 OF10 | MVP Proj. No. |

100   50   0   100
GRAPHIC SCALE IN FEET

| A | 11/12/18 | | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | | Description | Checked |
| | | | REVISIONS | | |



# EXHIBIT A

NOTES
1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1456, PAGE 1566
5. PARCEL ID: 146568
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

NC-RO-038.030
N/F
CATHERINE BARKER SMITH, TRUSTEE UNDER THE CATHERINE BARKER SMITH REVOCABLE TRUST AGREEMENT DATED OCTOBER 18, 2012
DEED BOOK 1454, PAGE 2306
SEE SHEET 7 OF 10

MATCHLINE

NC-RO-038.000
N/F
**KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN**
DEED BOOK 1456, PAGE 1566
PARCEL ID. NO. 146568

THE WEST SIDE OF THE ACCESS ROAD IS 1' EAST OF THE PROPERTY LINE

15'

CHECK COORDINATES
N: 13,242,290.54
E: 2,023,259.55

NC-RO-038.050
N/F
ROBERT T. LUNSFORD AND WIFE, KAREN M. LUNSFORD
DEED BOOK 821, PAGE 1686

NC-RO-038.100
N/F
TALL TIMBER HOLDINGS, LLC
DEED BOOK 1438, PAGE 1139

TEMPORARY ACCESS ROAD
TA-RO-085
1.63± ACRES
71,122± SQ. FEET

NC-RO-038.060
N/F
ROLAND H. GILLESPIE AND WIFE, ESTELLE M. GILLESPIE
DEED BOOK 501, PAGE 657

NC-RO-038.200
N/F
CONSTANCE LEE MILLER
DEED BOOK 921, PAGE 1423

N/F
ROGER W WOOD AND RHENA W WOOD
DEED BOOK 1041, PAGE 1946

SEE SHEET 9 & 10 OF 10 FOR LINE TABLES

LEGEND
- NGS MONUMENT
- EIP   EXISTING IRON PIPE OR PIN
- IPS   IRON PIN SET
- CP    COMPUTED POINT
- LINE NOT TO SCALE
- PERMANENT ACCESS ROAD
- TEMPORARY ACCESS ROAD
- PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
THOMAS WARNER KIMMEL
10/3/2020

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley
PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

| | | | | | |
|---|---|---|---|---|---|
| Drawn By: | JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale 1"=100' |
| Drawn Date 3/18/19 | | | DD | TWK | Sheet 8 OF10 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100   50   0   100

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| | | | REVISIONS | |

Case 1:21-cv-00047   Document 1-59   Filed 01/15/21   Page 9 of 11

# EXHIBIT A

## PERMANENT EASEMENT

### LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S35°43'56"W | 270.84' |
| L2 | S34°14'33"W | 480.87' |
| L3 | S31°44'06"W | 344.66' |
| L4 | S31°11'49"W | 155.56' |
| L5 | S31°36'23"W | 250.96' |
| L6 | S31°35'13"W | 307.91' |
| L7 | S37°35'42"W | 268.96' |
| L8 | S39°02'28"W | 227.10' |
| L9 | S38°42'26"W | 160.87' |
| L10 | N04°51'28"W | 31.78' |
| L11 | N08°00'00"W | 35.99' |
| L12 | N05°30'20"W | 2.73' |
| L13 | N38°42'26"E | 111.35' |
| L14 | N39°02'28"E | 226.62' |
| L15 | N37°35'42"E | 265.71' |
| L16 | N31°35'14"E | 305.30' |
| L17 | N31°36'23"E | 250.79' |
| L18 | N31°11'50"E | 155.62' |
| L19 | N31°44'06"E | 345.99' |
| L20 | N34°14'33"E | 482.61' |
| L21 | N35°43'56"E | 359.71' |
| L22 | S84°10'16"E | 12.23' |
| L23 | S68°49'53"E | 18.19' |
| L24 | S13°03'23"E | 11.23' |
| L25 | S46°49'29"W | 37.29' |
| L26 | S82°49'36"W | 13.24' |
| L27 | S05°59'22"W | 35.46' |
| L28 | S04°10'13"E | 19.68' |

## TEMPORARY WORKSPACE

### LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L29 | S04°10'13"E | 10.56' |
| L30 | S02°32'17"W | 5.90' |
| L31 | S35°43'56"W | 257.68' |
| L32 | S34°14'33"W | 203.44' |
| L33 | S55°45'26"E | 25.00' |
| L34 | S34°14'34"W | 39.03' |
| L35 | S34°14'33"W | 200.00' |
| L36 | S34°14'33"W | 37.51' |
| L37 | S31°44'06"W | 323.19' |
| L38 | S31°44'07"W | 20.54' |
| L39 | S31°11'50"W | 41.00' |
| L40 | S31°11'49"W | 114.53' |
| L41 | S31°36'23"W | 154.40' |
| L42 | S31°36'23"W | 96.68' |
| L43 | S31°35'14"W | 309.75' |
| L44 | S37°35'42"W | 190.67' |
| L45 | S37°35'42"W | 80.57' |
| L46 | S39°02'28"W | 119.39' |
| L47 | S39°02'28"W | 57.23' |
| L48 | N50°57'31"W | 25.00' |
| L49 | S39°02'28"W | 50.89' |
| L50 | S38°42'26"W | 179.01' |
| L51 | N16°32'37"E | 14.45' |
| L52 | N04°51'28"W | 6.60' |
| L53 | N38°42'26"E | 160.87' |
| L54 | N39°02'28"E | 227.10' |
| L55 | N37°35'42"E | 268.96' |
| L56 | N31°35'13"E | 307.91' |
| L57 | N31°36'23"E | 250.96' |
| L58 | N31°11'49"E | 155.56' |
| L59 | N31°44'06"E | 344.66' |
| L60 | N34°14'33"E | 480.87' |
| L61 | N35°43'56"E | 270.84' |

## TEMPORARY WORKSPACE

### LINE TABLE CONTINUED

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L62 | S35°43'56"W | 359.71' |
| L63 | S34°14'33"W | 482.61' |
| L64 | S31°44'06"W | 345.99' |
| L65 | S31°11'50"W | 155.62' |
| L66 | S31°36'23"W | 250.79' |
| L67 | S31°35'14"W | 305.30' |
| L68 | S37°35'42"W | 265.71' |
| L69 | S39°02'28"W | 226.62' |
| L70 | S38°42'26"W | 111.35' |
| L71 | N05°30'20"W | 21.51' |
| L72 | N38°42'26"E | 95.98' |
| L73 | N39°02'27"E | 226.47' |
| L74 | N37°35'42"E | 264.73' |
| L75 | N31°35'13"E | 304.52' |
| L76 | N31°36'23"E | 250.73' |
| L77 | N31°11'49"E | 155.64' |
| L78 | N31°44'06"E | 346.39' |
| L79 | N34°14'33"E | 483.14' |
| L80 | N35°43'55"E | 352.18' |
| L81 | S76°30'54"E | 5.89' |
| L82 | S84°10'16"E | 11.02' |

SEE SHEET 1–8 OF 10 FOR GRAPHICS AND LABELS



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC–RO–038.000
DEED BOOK 1456, PAGE 1566

NC–RO–038.000

| Drawn By: JCL | Ap'd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|
| Drawn Date: 3/18/19 | DD | TWK | Sheet: 9 OF10 | MVP Proj. No. |

100   50   0   100

GRAPHIC SCALE IN FEET

REVISIONS

| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

# EXHIBIT A

SEE SHEET 1-8 OF 10 FOR GRAPHICS AND LABELS

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L83 | S55°45'28"E | 100.00' |
| L84 | S34°14'34"W | 200.00' |
| L85 | N55°45'27"W | 100.00' |
| L86 | N34°14'33"E | 200.00' |
| L87 | S58°48'12"E | 27.56' |
| L88 | S58°48'11"E | 47.44' |
| L89 | S31°44'08"W | 20.90' |
| L90 | S31°11'49"W | 18.23' |
| L91 | S31°11'49"W | 43.49' |
| L92 | S31°11'49"W | 93.73' |
| L93 | S31°36'23"W | 154.67' |
| L94 | N58°23'37"W | 75.00' |
| L95 | N31°36'23"E | 154.40' |
| L96 | N31°11'49"E | 114.53' |
| L97 | N31°11'50"E | 41.00' |
| L98 | N31°44'07"E | 20.54' |
| L99 | S50°59'44"E | 100.03' |
| L100 | S37°35'42"W | 79.37' |

| ADDITIONAL TEMPORARY WORKSPACE CONTINUED | | |
|---|---|---|
| L101 | S39°02'28"W | 120.91' |
| L102 | N50°48'56"W | 100.00' |
| L103 | N39°02'28"E | 119.39' |
| L104 | N37°35'42"E | 80.57' |
| L105 | N65°37'01"E | 12.50' |
| L106 | S24°22'56"E | 65.59' |
| L107 | S19°01'17"E | 35.59' |
| L108 | S70°58'44"W | 12.50' |
| L109 | N19°01'18"W | 35.00' |
| L110 | N24°22'55"W | 65.00' |
| L111 | S24°22'56"E | 67.33' |
| L112 | S19°01'18"E | 33.83' |
| L113 | S70°58'42"W | 12.50' |
| L114 | N19°01'18"W | 35.00' |
| L115 | N24°22'56"W | 65.00' |
| L116 | N65°37'04"E | 12.34' |
| L117 | N61°19'34"E | 12.50' |
| L118 | S28°40'26"E | 100.00' |
| L119 | S61°19'34"W | 12.50' |
| L120 | N28°40'26"W | 100.00' |
| L121 | S17°15'24"E | 1.27' |
| L122 | S61°19'34"W | 12.00' |
| L123 | N28°40'26"W | 100.00' |
| L124 | N61°19'34"E | 12.25' |
| L125 | S28°40'26"E | 98.75' |

| ACCESS ROAD | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L126 | S01°29'34"W | 75.00' |
| L127 | S12°30'47"E | 120.15' |
| L128 | S27°33'51"E | 107.93' |
| L129 | S31°47'00"E | 103.76' |
| L130 | S25°28'52"E | 50.49' |
| L131 | S17°15'00"E | 144.20' |
| L132 | S24°22'56"E | 167.45' |
| L133 | S19°01'18"E | 92.16' |
| L134 | S10°47'27"E | 73.28' |
| L135 | S06°09'35"E | 172.80' |
| L136 | S11°21'29"E | 74.74' |
| L137 | S20°47'14"E | 68.14' |
| L138 | S27°16'02"E | 182.07' |
| L139 | S24°23'15"E | 200.23' |
| L140 | S32°08'12"E | 95.43' |
| L141 | S28°40'26"E | 160.32' |
| L142 | S17°15'24"E | 55.81' |
| L143 | S04°23'25"E | 26.49' |
| L144 | S00°26'59"W | 21.53' |
| L145 | S07°32'45"W | 204.45' |
| L146 | S02°54'43"E | 112.90' |
| L147 | S01°48'01"E | 45.45' |
| L148 | S06°28'35"W | 62.98' |
| L149 | S09°09'16"W | 75.05' |
| L150 | S00°34'33"W | 234.27' |
| L151 | S14°28'24"E | 81.79' |
| L152 | S15°12'13"E | 114.22' |

SEE SHEET 1-8 OF 10 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH MATTHEW VAUGHN AND SPOUSE, DEBRA RIFFLE VAUGHN
NC-RO-038.000
DEED BOOK 1456, PAGE 1566

NC-RO-038.000

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 500423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 3/18/19 | | DD | TWK | Sheet: 10 OF 10 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 11/12/18 | | ISSUE FOR REVIEW | |
| 1 | 8/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



NORTH CAROLINA
PROFESSIONAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL

10/13/2020

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.