Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 60 to Complaint

Map of MVP Parcel No. NC-RO-039.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N55°22'07"W | 79.85' |
| L2 | N16°36'00"W | 266.31' |
| L3 | N35°16'18"E | 41.46' |
| L4 | N38°27'49"E | 655.03' |
| L5 | S08°00'00"E | 33.92' |
| L6 | S04°51'28"E | 31.78' |
| L7 | S38°42'26"W | 300.03' |
| L8 | S38°33'02"W | 114.08' |
| L9 | S38°52'41"W | 153.50' |
| L10 | S37°01'24"W | 51.27' |
| L11 | S16°36'00"E | 311.27' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L42 | N55°22'07"W | 139.54' |
| L43 | N16°36'00"W | 0.57' |
| L44 | N16°36'05"W | 10.63' |
| L45 | N34°44'24"E | 128.06' |
| L46 | S16°36'00"E | 200.00' |
| L47 | S73°23'59"W | 12.63' |
| L48 | N16°36'37"W | 130.19' |
| L49 | N37°01'26"E | 33.01' |
| L50 | N38°52'41"E | 153.03' |
| L51 | N38°33'02"E | 13.01' |
| L52 | S51°26'58"E | 80.00' |
| L53 | S38°50'53"W | 144.55' |
| L54 | S16°36'36"E | 96.19' |
| L55 | S73°19'47"W | 90.00' |
| L56 | N02°44'50"W | 12.50' |
| L57 | N87°15'10"E | 100.00' |
| L58 | S02°44'50"E | 12.50' |
| L59 | S87°15'10"W | 100.00' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L12 | N16°36'00"W | 311.27' |
| L13 | N37°01'24"E | 51.27' |
| L14 | N38°52'41"E | 153.50' |
| L15 | N38°33'02"E | 114.08' |
| L16 | N38°42'26"E | 300.03' |
| L17 | S04°51'28"E | 6.60' |
| L18 | S16°32'37"W | 14.45' |
| L19 | S38°42'26"W | 226.35' |
| L20 | S39°00'54"E | 25.59' |
| L21 | S38°42'26"W | 50.02' |
| L22 | S38°33'02"W | 114.13' |
| L23 | S38°52'41"W | 153.03' |
| L24 | S37°01'26"W | 33.01' |
| L25 | S16°36'37"E | 130.19' |
| L26 | S16°32'45"E | 24.43' |
| L27 | S16°36'01"E | 182.54' |
| L28 | N55°22'07"W | 55.90' |
| L29 | N55°22'07"W | 23.95' |
| L30 | N16°36'00"W | 15.72' |
| L31 | N16°36'00"W | 200.00' |
| L32 | N16°36'02"W | 47.46' |
| L33 | N37°01'25"E | 85.17' |
| L34 | N38°52'41"E | 154.37' |
| L35 | N38°33'01"E | 113.98' |
| L36 | N38°42'26"E | 365.20' |
| L37 | S05°30'20"E | 24.24' |
| L38 | S08°00'00"E | 2.07' |
| L39 | S38°27'49"W | 655.03' |
| L40 | S35°16'18"W | 41.46' |
| L41 | S16°36'00"E | 266.31' |



NC-RO-039.000
**329 PARTNERS, LLC,**
**A NORTH CAROLINA LIMITED**
**LIABILITY COMPANY**
DEED BOOK 1131,1557; PAGE 1402,1144
PARCEL ID. NO. 166690

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,250± SQ. FEET

L56
N87°15'10"E
15.01'
L57
L59
L58

N89°27'44"W - 249.77'

MATCHLINE SEE SHEET 1 OF 3

CHECK COORDINATES
N: 13,243,478.22
E: 2,020,848.79

TEMPORARY ACCESS ROAD
TA-RO-087
0.002± ACRES
103± SQ. FEET

TEMPORARY ACCESS ROAD
TA-RO-087
0.01± ACRES
575± SQ. FEET

1"=100'



SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
329 PARTNERS, LLC, A NORTH CAROLINA LIMITED
LIABILITY COMPANY
NC-RO-039.000
DEED BOOK 1131,1557; PAGE 1402,1144
NC-RO-039.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/24/19 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | | | REVISIONS | |
|---|---|---|---|---|
| 3 | 8/25/20 | DKD | UPDATED EASEMENT | TWK |
| 2 | 7/8/19 | DKD | ADDED ATWS | TWK |
| 1 | 3-18-19 | DKD | REVISED GRAPHIC SCALE | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.