Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 61 to Complaint

Map of MVP Parcel No. NC-RO-051.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S65°47'53"W | 51.96' |
| L2 | N40°00'26"W | 736.34' |
| L3 | N40°02'24"W | 331.38' |
| L4 | N03°36'28"E | 72.44' |
| L5 | S40°02'24"E | 383.79' |
| L6 | S40°00'26"E | 750.52' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L32 | S49°59'33"W | 100.19' |
| L33 | N40°00'26"W | 189.76' |
| L34 | N49°59'34"E | 100.02' |
| L35 | S40°03'33"E | 189.76' |
| L36 | S61°52'06"W | 102.19' |
| L37 | N40°03'31"W | 200.00' |
| L38 | N49°57'36"E | 100.09' |
| L39 | S40°01'46"E | 221.09' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S65°47'53"W | 6.24' |
| L8 | N40°00'26"W | 80.36' |
| L9 | S49°59'33"W | 25.00' |
| L10 | N40°00'20"W | 227.39' |
| L11 | N39°23'14"W | 16.45' |
| L12 | N40°03'33"W | 189.76' |
| L13 | N49°59'36"E | 24.98' |
| L14 | N40°00'26"W | 144.35' |
| L15 | S61°52'06"W | 25.55' |
| L16 | N40°01'46"W | 221.09' |
| L17 | N40°02'23"W | 17.45' |
| L18 | N40°02'25"W | 131.41' |
| L19 | N03°36'28"E | 44.91' |
| L20 | S40°02'24"E | 331.38' |
| L21 | S40°00'26"E | 736.34' |
| L22 | N40°00'26"W | 5.24' |
| L23 | N49°59'34"E | 19.00' |
| L24 | S40°00'26"E | 10.62' |
| L25 | S65°47'53"W | 19.75' |
| L26 | N03°36'28"E | 27.53' |
| L27 | S40°02'24"E | 403.71' |
| L28 | S40°00'26"E | 449.77' |
| L29 | S49°59'34"W | 19.00' |
| L30 | N40°00'26"W | 449.76' |
| L31 | N40°02'24"W | 383.79' |



TEMPORARY WORKSPACE
0.003± ACRES
151± SQ. FEET

DETAIL
N.T.S.

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.



SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RAMONA FAYE MILLNER

NC-RO-051.000
DEED BOOK 987, PAGE 773

NC-RO-051.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 1/23/19 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 1/23/2019 | | ISSUE FOR REVIEW | |
| B | 2/4/2019 | DJB | REVISED OWNER NAMES | DD |
| 1 | 4/22/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |