Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 62 to Complaint

Maps of MVP Parcel Nos. NC-RO-052.000 and NC-RO-053.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N66°43'29"W | 111.39' |
| L2 | N40°00'26"W | 282.49' |
| L3 | N65°47'53"E | 35.07' |
| L4 | S54°03'44"E | 66.95' |
| L5 | S40°00'26"E | 286.49' |
| L6 | S40°13'17"E | 21.00' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L20 | N80°27'09"W | 86.07' |
| L21 | N42°07'00"E | 56.37' |
| L22 | S40°00'24"E | 73.23' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | N40°13'17"W | 21.00' |
| L8 | N40°00'26"W | 286.49' |
| L9 | S54°03'44"E | 78.24' |
| L10 | S40°00'26"E | 210.56' |
| L11 | S40°13'17"E | 59.06' |
| L12 | N66°43'29"W | 42.58' |
| L13 | N66°43'29"W | 6.80' |
| L14 | N80°27'09"W | 43.07' |
| L15 | N40°00'24"W | 73.23' |
| L16 | N49°59'37"E | 25.00' |
| L17 | N40°00'26"W | 172.11' |
| L18 | N65°47'53"E | 6.24' |
| L19 | S40°00'26"E | 282.49' |



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
HEIRS OF DELMUS BROADNAX

NC-RO-052.000
DEED BOOK 1106, PAGE 1277
NC-RO-052.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/23/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 1/23/2019 | | ISSUE FOR REVIEW | |
| B | 2/4/2019 | DJB | UPDATED OWNER NAMES | DD |
| 1 | 4/20/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.



