Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 63 to Complaint

Map of MVP Parcel No. NC-RO-057.000











# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N85°52'47"W | 409.73' |
| L2 | N40°05'31"W | 821.13' |
| L3 | N40°09'21"W | 882.19' |
| L4 | DUE WEST | 79.96' |
| L5 | DUE WEST | 150.72' |
| L6 | DUE WEST | 39.90' |
| L7 | N40°07'39"W | 74.96' |
| L8 | N00°32'02"W | 78.45' |
| L9 | S40°07'39"E | 112.17' |
| L10 | DUE EAST | 270.56' |
| L11 | S40°09'21"E | 905.45' |
| L12 | S40°05'31"E | 800.04' |
| L13 | S85°52'47"E | 456.27' |
| L14 | S01°02'49"W | 16.45' |
| L15 | S68°01'21"W | 76.32' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N85°52'47"W | 456.27' |
| L17 | N40°05'31"W | 800.04' |
| L18 | N40°09'21"W | 905.45' |
| L19 | DUE WEST | 270.56' |
| L20 | N40°07'39"W | 112.17' |
| L21 | N00°32'02"W | 29.81' |
| L22 | S40°07'39"E | 110.61' |
| L23 | DUE EAST | 27.64' |
| L24 | DUE SOUTH | 21.00' |
| L25 | DUE EAST | 113.07' |
| L26 | DUE NORTH | 21.00' |
| L27 | DUE EAST | 145.53' |
| L28 | S40°09'21"E | 330.75' |
| L29 | S40°09'21"E | 200.00' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| L30 | S49°50'41"W | 25.00' |
| L31 | S40°09'21"E | 149.02' |
| L32 | N49°50'41"E | 25.00' |
| L33 | S40°09'21"E | 214.29' |
| L34 | S40°09'21"E | 25.81' |
| L35 | S40°05'31"E | 781.39' |
| L36 | S85°52'47"E | 224.04' |
| L37 | S85°52'47"E | 204.15' |
| L38 | S85°52'47"E | 17.00' |
| L39 | S01°02'49"W | 35.05' |
| L40 | S68°01'21"W | 34.10' |
| L41 | N85°52'47"W | 9.94' |
| L42 | N85°52'47"W | 362.33' |
| L43 | N85°52'45"W | 18.75' |
| L44 | N40°05'31"W | 340.20' |
| L45 | N49°54'28"E | 7.15' |
| L46 | N42°22'48"W | 52.05' |
| L47 | S49°54'31"W | 5.07' |
| L48 | N40°05'31"W | 410.98' |
| L49 | N53°33'55"E | 4.61' |
| L50 | N36°26'03"W | 50.04' |
| L51 | S53°33'59"W | 7.84' |
| L52 | N40°09'21"W | 843.57' |
| L53 | DUE WEST | 71.13' |
| L54 | DUE NORTH | 19.00' |
| L55 | DUE EAST | 79.96' |
| L56 | S40°09'21"E | 882.19' |
| L57 | S40°05'31"E | 821.13' |
| L58 | S85°52'47"E | 409.73' |
| L59 | DUE SOUTH | 19.00' |
| L60 | DUE WEST | 64.42' |
| L61 | N40°07'39"W | 36.20' |
| L62 | N00°32'02"W | 48.64' |
| L63 | S40°07'39"E | 74.96' |
| L64 | DUE EAST | 39.90' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L65 | S52°29'47"W | 16.34' |
| L66 | S68°01'21"W | 160.46' |
| L67 | S83°47'08"W | 26.14' |
| L68 | N83°51'15"W | 93.96' |
| L69 | N43°14'56"W | 61.96' |
| L70 | N40°51'45"W | 57.74' |
| L71 | S85°52'47"E | 362.33' |
| L72 | N85°52'47"W | 204.15' |
| L73 | N16°12'33"E | 80.70' |
| L74 | N82°09'12"E | 54.12' |
| L75 | S85°52'47"E | 95.69' |
| L76 | S85°52'49"E | 25.12' |
| L77 | S85°52'45"E | 13.49' |
| L78 | S04°07'13"W | 90.13' |
| L79 | N57°58'28"E | 101.02' |
| L80 | S40°09'21"E | 200.00' |
| L81 | S49°50'39"W | 100.00' |
| L82 | N40°09'21"W | 214.29' |
| L83 | N40°09'21"W | 200.00' |
| L84 | N49°50'39"E | 100.00' |
| L85 | S40°09'21"E | 200.00' |
| L86 | S49°50'39"W | 100.00' |
| L87 | DUE SOUTH | 100.00' |
| L88 | DUE WEST | 86.56' |
| L89 | N00°32'02"W | 127.68' |
| L90 | S40°07'39"E | 36.20' |
| L91 | DUE EAST | 64.42' |

| ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L92 | N03°00'03"W | 183.68' |
| L93 | N02°52'02"W | 77.65' |
| L94 | N26°41'17"E | 82.83' |
| L95 | N39°53'22"E | 21.77' |
| L96 | N76°25'17"E | 7.16' |

SEE SHEET 1-5 OF 6 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WENTWORTH
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
THE HEIRS OF GENERAL O. TOTTEN
NC-RO-057.000
DEED BOOK 506, PAGE 603
NC-RO-057.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 12/10/18 | DD | TWK | Sheet: 6 OF 6 | MVP Proj. No. |

| | | | REVISIONS | |
|---|---|---|---|---|
| 2 | 3/31/19 | | UPDATE OWNER | |
| 3 | 4/21/20 | MSF | GENERAL REVISIONS | TWK |
| 4 | 5/14/20 | DD | UPDATED OWNER | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

[North Carolina Professional Land Surveyor Seal - Thomas Warner Kimmel, L-3674, signed 5/14/2020]