Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 64 to Complaint

Map of MVP Parcel No. NC-RO-066.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°20'03"W | 65.98' |
| L2 | N40°03'54"W | 53.94' |
| L3 | N89°34'43"W | 789.23' |
| L4 | N02°34'49"E | 50.04' |
| L5 | S89°34'43"E | 810.40' |
| L6 | S40°03'54"E | 120.06' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | N89°20'03"W | 19.79' |
| L8 | N40°03'54"W | 34.11' |
| L9 | N89°34'44"W | 131.48' |
| L10 | N89°34'44"W | 550.24' |
| L11 | N89°34'44"W | 75.00' |
| L12 | N89°34'43"W | 26.15' |
| L13 | N02°34'49"E | 15.01' |
| L14 | S89°34'43"E | 789.23' |
| L15 | S40°03'54"E | 53.94' |
| L16 | N40°03'54"W | 120.06' |
| L17 | N89°34'43"W | 810.40' |
| L18 | N02°34'49"E | 35.02' |
| L19 | S89°34'43"E | 825.22' |
| L20 | S40°03'54"E | 166.33' |
| L21 | N89°20'03"W | 46.19' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | N89°20'03"W | 131.96' |
| L23 | N40°03'54"W | 33.37' |
| L24 | S89°34'44"E | 131.48' |
| L25 | S40°03'54"E | 34.11' |
| L26 | S00°25'16"W | 17.62' |
| L27 | N87°47'50"W | 75.90' |
| L28 | N03°39'11"E | 4.89' |
| L29 | N03°39'16"E | 10.40' |
| L30 | S89°34'44"E | 75.00' |



NC Professional Land Surveyor Seal — Thomas Warner Kimmel, L-3674 — 4/28/2020

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 1 & 2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF RUFFIN
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DANIEL L. MOTLEY, JR.
ADDRESS
NC-RO-066.000
DEED BOOK 718, PAGE 988

| NC-RO-066.000 | | | | | |
|---|---|---|---|---|---|
| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj No. 300423 | Scale: NTS | |
| Drawn Date: 10/31/18 | DD | TWK | Sheet: 3 OF 3 | MVP Proj No. | |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 10/31/18 | | ISSUE FOR REVIEW | |
| 2 | 2/4/19 | DJB | REVISED TITLE BLOCK | DD |
| 3 | 4/20/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |