Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 65 to Complaint

Map of MVP Parcel No. NC-RO-074.000



# EXHIBIT A

**NOTES**

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 1455, PAGE 171
5. PARCEL ID: 172734
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO UTM ZONE 17 N NAD 83 (2011).
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION
EASEMENT C/L

UTM ZONE 17 N NAD 83 (2011)

**NC-RO-073.000**
N/F
JAMES CECIL STONE AND JUNE C. STONE
DEED BOOK 773, PAGE 594

SEE DETAIL "A" SHEET 2 OF 2

PERMANENT EASEMENT
0.04± ACRES
1,719± SQ. FEET

TEMPORARY WORKSPACE
0.001± ACRES
33± SQ. FEET

NGS MONUMENT
SHILOH
N: 13,217,602.44
E: 2,042,805.03
CSF 0.99975126

TEMPORARY WORKSPACE
0.02± ACRES
1,024± SQ. FEET

POINT OF BEGINNING
N: 13,226,338.33
E: 2,036,460.37

N37°22'46"W
10,735.69' GRID

**NC-RO-074.000**
## APRIL MARIE STANFIELD AND RONALD STANFIELD
DEED BOOK 1455, PAGE 171
PARCEL ID. NO. 172734

NGS MONUMENT
BARNES
N:13,216,335.22
E:2,040,358.17
CSF = 0.99974929

S62°37'14"W
2,755.53' GRID

**NC-RO-075.000**
N/F
DONALD E. RADSICK AND CARON C. RADSICK
DEED BOOK 1452, PAGE 2119

**LEGEND**

- ⬡ NGS MONUMENT
- ⦵EIP EXISTING IRON PIPE OR PIN
- ⦵IPS IRON PIN SET
- ●CP COMPUTED POINT
- —·—·— LINE NOT TO SCALE
- PERMANENT ACCESS ROAD
- TEMPORARY ACCESS ROAD
- PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- POSSIBLE TEMPORARY WORKSPACE

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in GS 62–3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 1455 page 171); that the ratio of precision as calculated is 1:10,000+; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using RTK/VRS networks and traditional traverses .

That this plat meets the requirements of G.S. 47–30 section (f)(11)(c).

This 5th day of May, 2020

THOMAS WARNER KIMMEL, PLS        L 3674

TRC ENGINEERS, INC
2200 LIBERTY AVENUE,
SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749–8572    tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F-0591

LAND OWNER INITIALS: _____
DATE: _____

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL

**APRIL MARIE STANFIELD AND RONALD STANFIELD**

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 1,719± | 0.04 ACRES |
| AREA OF TEMPORARY WORKSPACE: | 1,057± | 0.02 ACRES |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 34± | 2.08± |

SEE SHEET 2 OF 2 FOR LINE TABLES

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF RUFFIN
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE, LLC

PIPELINE EASEMENT IN PROPERTY OF
APRIL MARIE STANFIELD AND RONALD STANFIELD
NC-RO-074.000
DEED BOOK 1455, PAGE 171

| NC-RO-074.000 | | | |
|---|---|---|---|
| Drawn By: TCM | Chk'd By: | TRC Proj. No. 300423 | Scale: 1"=50' |
| Drawn Date: 11/21/18 | DD | TWK MVP Proj. No. | Sheet: 1 OF 2 |

GRAPHIC SCALE IN FEET
50   25   0   50

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 4/22/20 | MSF | GENERAL REVISIONS | TWK |

REVISIONS

# EXHIBIT A

### PERMANENT EASEMENT
#### LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S32°00'18"W | 54.84' |
| L2 | N33°45'11"W | 60.47' |
| L3 | N86°56'12"E | 58.14' |
| L4 | S33°45'11"E | 8.28' |

### TEMPORARY WORKSPACE
#### LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L5 | S32°00'18"W | 16.45' |
| L6 | N33°45'11"W | 76.12' |
| L7 | N86°56'12"E | 17.44' |
| L8 | S33°45'11"E | 60.47' |
| L9 | N86°56'12"E | 9.22' |
| L10 | S32°00'18"W | 8.69' |
| L11 | N33°45'11"W | 8.28' |



TEMPORARY
WORKSPACE
0.001± ACRES
33± SQ. FEET

L9

L11   L10

DETAIL "A"
NTS



5/5/2020

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF RUFFIN
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
APRIL MARIE STANFIELD AND RONALD STANFIELD
NC–RO–074.000
DEED BOOK 1455, PAGE 171

| NC–RO–074.000 | | | | |
|---|---|---|---|---|
| Drawn By: TCM | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 11/21/18 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 4/22/20 | MSF | GENERAL REVISIONS | TWK |
| | | | | |
| | | | | |
| No. | Date | Rev By | Description | Checked |

LAND
OWNER
INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.