Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 66 to Complaint

Map of MVP Parcel No. NC-RO-076.000

