Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 68 to Complaint

Map of MVP Parcel No. NC-RO-080.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S80°25'10"W | 68.76' |
| L2 | N33°46'18"E | 171.84' |
| L3 | N54°03'02"W | 250.51' |
| L4 | N47°55'17"W | 163.16' |
| L5 | N34°20'31"E | 8.74' |
| L6 | N80°15'28"E | 24.99' |
| L7 | N80°15'27"E | 27.59' |
| L8 | S47°55'17"E | 129.15' |
| L9 | S54°03'01"E | 295.96' |
| L10 | S33°46'18"W | 172.78' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | N33°46'18"E | 172.78' |
| L12 | N54°03'01"W | 295.96' |
| L13 | N47°55'17"W | 129.15' |
| L14 | N80°15'27"E | 12.72' |
| L15 | S47°55'17"E | 21.08' |
| L16 | N42°04'44"E | 25.00' |
| L17 | S47°55'17"E | 85.93' |
| L18 | S47°55'18"E | 12.40' |
| L19 | S54°03'02"E | 177.44' |
| L20 | S54°03'01"E | 70.63' |
| L21 | S54°03'02"E | 79.71' |
| L22 | S33°46'18"W | 120.01' |
| L23 | S33°46'18"W | 53.42' |
| L24 | S80°25'10"W | 48.13' |
| L25 | S80°25'10"W | 19.70' |
| L26 | N34°53'02"E | 170.81' |
| L27 | N54°03'02"W | 240.86' |
| L28 | N47°55'17"W | 161.92' |
| L29 | N34°20'31"E | 15.14' |
| L30 | S47°55'17"E | 163.16' |
| L31 | S54°03'02"E | 250.51' |
| L32 | S33°46'18"W | 171.84' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L33 | N33°46'18"E | 120.01' |
| L34 | N54°03'02"W | 79.71' |
| L35 | N34°30'09"E | 100.03' |
| L36 | S54°03'02"E | 148.49' |
| L37 | S33°46'18"W | 204.75' |
| L38 | S80°25'10"W | 18.45' |
| L39 | N56°13'42"W | 56.58' |
| L40 | N54°03'02"W | 177.44' |
| L41 | N47°55'18"W | 12.40' |
| L42 | N42°04'43"E | 100.00' |
| L43 | S47°55'12"E | 7.05' |
| L44 | S54°03'02"E | 166.98' |
| L45 | S33°01'38"W | 100.13' |



DETAIL "A" NTS

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF RUFFIN
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RENEE WOMACK

NC-RO-080.000
DEED BOOK 947, PAGE 703

| Drawn By: JCL | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 11/5/18 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 11/5/2018 | | ISSUE FOR REVIEW | |
| 2 | 4/10/19 | DJB | UPDATED OWNER INFO & WORKSPACE | DD |
| 3 | 4/21/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |