Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 69 to Complaint

Map of MVP Parcel No. NC-RO-105.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N85°17'14"E | 85.18' |
| L2 | N72°00'32"E | 149.80' |
| L3 | S65°16'14"E | 251.51' |
| L4 | S75°33'42"E | 105.76' |
| L5 | N79°47'20"E | 115.20' |
| L6 | S77°06'53"E | 13.46' |
| L7 | S04°56'43"E | 52.52' |
| L8 | N77°06'53"W | 19.33' |
| L9 | S79°47'20"W | 115.91' |
| L10 | N75°33'42"W | 121.19' |
| L11 | N65°16'14"W | 236.46' |
| L12 | S72°00'32"W | 136.07' |
| L13 | S85°17'14"W | 134.98' |
| L14 | N34°22'45"W | 17.40' |
| L15 | N51°44'11"E | 63.11' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N52°05'10"E | 65.88' |
| L17 | N87°39'26"E | 26.00' |
| L18 | N72°00'46"E | 159.43' |
| L19 | S65°16'14"E | 262.03' |
| L20 | S75°33'42"E | 75.00' |
| L21 | S14°26'18"W | 10.00' |
| L22 | S75°33'42"E | 22.15' |
| L23 | N79°47'20"E | 114.85' |
| L24 | S77°06'53"E | 10.53' |
| L25 | S04°56'43"E | 26.26' |
| L26 | N77°06'53"W | 13.46' |
| L27 | S79°47'20"W | 115.20' |
| L28 | N75°33'42"W | 105.76' |
| L29 | N65°16'14"W | 251.51' |
| L30 | S72°00'32"W | 149.80' |
| L31 | S85°17'14"W | 85.18' |
| L32 | S34°22'45"E | 17.40' |
| L33 | N85°17'14"E | 134.98' |
| L34 | N72°00'32"E | 136.07' |
| L35 | S65°16'14"E | 236.46' |
| L36 | S75°33'42"E | 107.13' |
| L37 | S14°26'18"W | 15.00' |
| L38 | N75°33'42"W | 108.48' |
| L39 | N65°16'14"W | 231.94' |
| L40 | S72°00'32"W | 131.95' |
| L41 | S85°17'14"W | 145.45' |
| L42 | N34°22'45"W | 25.07' |
| L43 | N51°36'35"E | 15.04' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L44 | S72°00'32"W | 95.00' |
| L45 | N17°59'28"W | 38.29' |
| L46 | N52°58'26"E | 5.25' |
| L47 | N72°00'32"E | 105.68' |
| L48 | S65°16'14"E | 126.69' |
| L49 | S24°43'46"W | 40.00' |
| L50 | N65°16'14"W | 111.05' |
| L51 | N65°16'14"W | 66.00' |
| L52 | N24°43'46"E | 40.00' |
| L53 | S65°16'14"E | 66.00' |
| L54 | S24°43'46"W | 40.00' |
| L55 | N85°17'14"E | 85.00' |
| L56 | S04°42'46"E | 47.61' |
| L57 | S74°01'49"W | 43.37' |
| L58 | S79°06'35"W | 17.45' |
| L59 | S88°21'24"W | 12.80' |
| L60 | N85°04'57"W | 12.51' |
| L61 | N04°42'46"W | 55.18' |
| L62 | S65°16'14"E | 86.37' |
| L63 | S26°43'28"W | 50.03' |
| L64 | N64°25'38"W | 103.14' |
| L65 | S64°39'37"W | 83.98' |
| L66 | N25°20'23"W | 34.62' |
| L67 | N85°17'14"E | 2.32' |
| L68 | N72°00'32"E | 131.95' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L69 | N38°38'24"E | 14.69' |
| L70 | S51°21'36"E | 31.75' |
| L71 | S57°12'29"E | 47.41' |
| L72 | N67°26'10"W | 71.72' |
| L73 | N49°26'10"W | 10.00' |



SEE SHEETS 1-2 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF REIDSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
HENRY E. STRADER, JR., SANDRA K. STRADER, AND GARRY D. STRADER
NC-RO-105.000
DEED BOOK 1321, PAGE 574

NC-RO-105.000

| Drawn By: LAT | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/22/19 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____  DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 2/6/19 | DJB | UPDATED OWNER INFO | DD |
| 2 | 4/11/19 | DJB | REVISED TWS & ROAD | DD |
| 3 | 5/7/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |