Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 70 to Complaint

Map of MVP Parcel No. NC-RO-106.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S77°06'53"E | 352.96' |
| L2 | S31°02'41"E | 63.24' |
| L3 | S16°36'17"E | 92.56' |
| L4 | S86°24'20"W | 30.33' |
| L5 | N31°02'41"W | 117.64' |
| L6 | N77°06'53"W | 315.61' |
| L7 | N04°56'43"W | 52.52' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | N04°56'43"W | 26.26' |
| L9 | S77°06'53"E | 11.25' |
| L10 | N12°53'06"E | 10.00' |
| L11 | S77°06'53"E | 348.07' |
| L12 | S16°36'17"E | 92.54' |
| L13 | N31°02'41"W | 63.24' |
| L14 | N77°06'53"W | 352.96' |
| L15 | S77°06'53"E | 310.72' |
| L16 | S31°02'41"E | 117.64' |
| L17 | N86°24'20"E | 30.33' |
| L18 | S16°36'17"E | 15.39' |
| L19 | S86°24'20"W | 42.91' |
| L20 | N31°02'41"W | 120.37' |
| L21 | N77°06'54"W | 304.34' |
| L22 | N12°53'07"E | 15.00' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L23 | N12°53'18"E | 89.46' |
| L24 | S77°05'39"E | 196.60' |
| L25 | S06°33'56"E | 94.80' |
| L26 | N77°06'53"W | 228.17' |
| L27 | S16°36'17"E | 93.62' |
| L28 | S89°08'03"W | 50.39' |
| L29 | N03°35'39"W | 88.82' |
| L30 | N86°24'20"E | 29.26' |



DETAIL A N.T.S. — POSSIBLE TEMPORARY WORKSPACE 0.003± ACRES 129± SQ. FEET

DETAIL B N.T.S. — POSSIBLE TEMPORARY WORKSPACE 0.001± ACRES 37± SQ. FEET

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF REIDSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
TRUSTEES OF GREENWOOD PRESBYTERIAN CHURCH
NC-RO-106.000
DEED BOOK 604, PAGE 487

NC-RO-106.000

| Drawn By: CP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 1/2/19 | | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 2/6/2019 | DJB | UPDATED OWNER INFO | DD |
| 2 | 5/19/20 | MSF | GENERAL REVISIONS | TWK |
| 3 | 6/23/2020 | MSF | UPDATED WORKSPACE | TWK |
| No. | Date | Rev By | Description | Checked |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR — 6/25/2020