Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 71 to Complaint

Map of MVP Parcel No. NC-RO-122.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N87°52'14"W | 52.72' |
| L2 | N16°21'17"W | 32.26' |
| L3 | N24°01'35"W | 214.63' |
| L4 | N69°20'48"W | 238.46' |
| L5 | N69°32'47"W | 443.56' |
| L6 | N12°18'25"W | 801.89' |
| L7 | N87°37'20"E | 23.65' |
| L8 | N88°33'24"E | 27.19' |
| L9 | S12°18'25"E | 765.40' |
| L10 | S69°32'47"E | 416.36' |
| L11 | S69°20'48"E | 259.42' |
| L12 | S24°01'35"E | 238.86' |
| L13 | S16°21'17"E | 52.33' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L14 | N16°21'17"W | 52.33' |
| L15 | N24°01'35"W | 238.86' |
| L16 | N69°20'48"W | 259.42' |
| L17 | N69°32'47"W | 416.36' |
| L18 | N12°18'25"W | 753.51' |
| L19 | N88°38'18"E | 35.65' |
| L20 | S12°18'25"E | 435.44' |
| L21 | S77°41'35"W | 25.00' |
| L22 | S12°18'25"E | 276.11' |
| L23 | S69°32'46"E | 129.73' |
| L24 | S69°32'47"E | 297.32' |
| L25 | S69°20'48"E | 197.07' |
| L26 | S69°20'48"E | 60.56' |
| L27 | S69°20'47"E | 16.47' |
| L28 | S24°01'35"E | 113.98' |
| L29 | S24°01'35"E | 141.84' |
| L30 | S16°21'17"E | 66.38' |
| L31 | N87°52'14"W | 36.90' |
| L32 | N87°52'14"W | 15.82' |
| L33 | N16°21'17"W | 26.24' |
| L34 | N24°01'35"W | 98.40' |
| L35 | N24°01'35"W | 108.96' |
| L36 | N69°20'47"W | 43.70' |
| L37 | N69°20'45"W | 70.53' |
| L38 | N69°20'50"W | 117.94' |
| L39 | N69°32'46"W | 22.15' |
| L40 | N69°32'47"W | 202.38' |
| L41 | N69°32'46"W | 100.00' |
| L42 | N69°32'46"W | 127.18' |
| L43 | N12°18'25"W | 295.27' |
| L44 | N12°18'25"W | 496.62' |
| L45 | N12°18'25"W | 9.09' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| L46 | N87°40'46"E | 15.23' |
| L47 | S12°18'25"E | 790.15' |
| L48 | S69°32'47"E | 443.56' |
| L49 | S69°20'48"E | 238.46' |
| L50 | S24°01'35"E | 214.63' |
| L51 | S16°21'17"E | 32.26' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L52 | S65°58'25"W | 100.00' |
| L53 | N24°01'35"W | 67.22' |
| L54 | N69°19'10"W | 18.11' |
| L55 | N31°24'14"E | 29.00' |
| L56 | N30°06'54"E | 30.40' |
| L57 | N28°52'20"E | 26.97' |
| L58 | N27°57'35"E | 14.95' |
| L59 | S69°20'47"E | 43.70' |
| L60 | S24°01'35"E | 108.96' |
| L61 | S28°13'35"W | 8.41' |
| L62 | S29°03'45"W | 28.20' |
| L63 | S31°11'34"W | 2.61' |
| L64 | S31°11'32"W | 31.42' |
| L65 | S31°11'35"W | 30.84' |
| L66 | N69°20'48"W | 100.67' |
| L67 | N69°32'47"W | 21.98' |
| L68 | N20°27'13"E | 100.00' |
| L69 | S69°32'46"E | 22.15' |
| L70 | S69°20'50"E | 117.94' |
| L71 | S20°27'14"W | 100.00' |
| L72 | N69°32'47"W | 100.00' |
| L73 | N20°27'13"E | 100.00' |
| L74 | S69°32'46"E | 100.00' |
| L75 | N22°30'22"W | 364.10' |
| L76 | N22°30'22"W | 95.40' |
| L77 | N22°30'23"W | 25.85' |
| L78 | N22°30'23"W | 32.22' |
| L79 | N85°37'57"E | 92.54' |
| L80 | S12°18'25"E | 496.62' |
| L81 | N20°27'14"E | 100.00' |

| ADDITIONAL TEMPORARY WORKSPACE | | |
|---|---|---|
| L82 | S69°32'46"E | 100.00' |
| L83 | S20°27'14"W | 100.00' |
| L84 | N69°32'46"W | 100.00' |
| L85 | N20°39'35"E | 90.15' |
| L86 | S69°08'51"E | 117.13' |
| L87 | S21°19'30"W | 31.88' |
| L88 | S21°17'37"W | 21.27' |
| L89 | S22°36'00"W | 36.62' |
| L90 | N69°20'48"W | 115.28' |
| L91 | N22°44'17"E | 25.40' |
| L92 | N21°39'39"E | 38.80' |
| L93 | N22°26'54"E | 10.82' |
| L94 | S69°20'48"E | 61.10' |
| L95 | S69°20'49"E | 27.12' |
| L96 | S69°20'47"E | 18.17' |
| L97 | S23°26'13"E | 151.07' |
| L98 | S70°28'18"W | 39.48' |
| L99 | S70°28'19"W | 34.19' |
| L100 | N24°01'35"W | 113.98' |
| L101 | N69°20'47"W | 16.47' |
| L102 | N69°20'48"W | 60.56' |

| CENTERLINE OF TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L103 | N69°20'48"W | 9.20' |
| L104 | S66°55'01"E | 41.08' |
| L105 | N12°18'25"W | 9.54' |

LAND OWNER INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 1-3 OF 4 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF REIDSVILLE
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
JOHN P. McMICHAEL, JR. AND SUSAN L. McMICHAEL

NC-RO-122.000
DEED BOOK 1409, PAGE 772

NC-RO-122.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 1/31/19 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 1/31/2019 | | ISSUE FOR REVIEW | |
| 2 | 4/22/2020 | MSF | GENERAL REVISIONS | TWK |
| 3 | 5/9/220 | DD | REVISED ADJOINER | TWK |

