Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 72 to Complaint

Map of MVP Parcel No. NC-RO-148.505.AR





# EXHIBIT A



### ACCESS ROAD CENTERLINE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S87°18'22"W | 11.71' |
| L2 | N85°45'05"W | 23.74' |
| L3 | N46°37'37"W | 13.31' |
| L4 | N01°07'48"E | 6.80' |
| L5 | N03°33'22"W | 131.66' |
| L6 | N34°45'27"W | 60.12' |
| L7 | N47°41'32"W | 96.80' |
| L8 | N82°55'33"W | 177.97' |
| L9 | S80°19'25"W | 95.87' |
| L10 | S70°56'43"W | 57.65' |
| L11 | S63°20'23"W | 74.89' |
| L12 | S53°40'07"W | 40.10' |
| L13 | S21°22'19"W | 89.84' |
| L14 | S40°13'02"W | 48.19' |
| L15 | S54°30'54"W | 34.31' |
| L16 | S83°35'05"W | 30.64' |
| L17 | N88°40'31"W | 98.36' |
| L18 | N88°04'31"W | 111.14' |
| L19 | N87°09'38"W | 85.35' |
| L20 | N88°27'20"W | 105.07' |
| L21 | S84°14'17"W | 48.98' |
| L22 | S88°52'04"W | 38.61' |
| L23 | N66°22'59"W | 20.79' |
| L24 | N49°34'58"W | 17.08' |
| L25 | N32°44'50"W | 10.32' |
| L26 | N08°48'15"W | 11.19' |

### ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L27 | N07°41'40"W | 6.40' |
| L28 | N82°18'14"E | 4.46' |
| L29 | S08°03'38"E | 150.00' |
| L30 | S82°18'14"W | 5.41' |
| L31 | N07°41'45"W | 118.50' |
| L32 | N07°41'48"W | 25.10' |
| L33 | S01°19'31"W | 12.50' |
| L34 | N88°40'36"W | 31.26' |
| L35 | N88°04'22"W | 29.37' |
| L36 | N50°59'37"W | 20.73' |
| L37 | S88°04'31"E | 45.84' |
| L38 | S88°40'31"E | 31.19' |
| L39 | N01°55'29"E | 12.50' |
| L40 | S88°04'31"E | 99.74' |
| L41 | S01°55'29"W | 12.50' |
| L42 | N88°04'31"W | 99.74' |

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,247± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.02± ACRES
740± SQ. FEET

TEMPORARY ACCESS ROAD
TA-RO-129
0.89± ACRES
38,787± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.02± ACRES
860± SQ. FEET

DETAIL "A"
NTS

### LEGEND

- ⊖ NGS MONUMENT
- ⊙EIP EXISTING IRON PIPE OR PIN
- ○IPS IRON PIN SET
- ●CP COMPUTED POINT
- LINE NOT TO SCALE
- PERMANENT ACCESS ROAD
- TEMPORARY ACCESS ROAD
- PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 3 OF 3 FOR LINE TABLES

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
BRET L. STEVENS AND WIFE, JENNIFER M. STEVENS AND TIMOTHY S. STEVENS
NC-RO-148.505
DEED BOOK 1363, PAGE 1130

| Drawn By: AHP | Chk'd By: | Appd By: DD | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 5/4/20 | | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

NC-RO-148.505

Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR — THOMAS WARNER KIMMEL — L-3674 — 5/15/2020

### REVISIONS

| A | 1/23/2019 | | ISSUE FOR REVIEW | |
| B | 3/31/19 | | UPDATED ADJOINER INFO | |
| 1 | 4/23/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |