Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 73 to Complaint

Map of MVP Parcel No. NC-RO-149.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S28°02'13"E | 254.38' |
| L2 | S23°31'08"E | 300.68' |
| L3 | S18°05'43"E | 74.67' |
| L4 | S01°42'45"E | 114.00' |
| L5 | S55°53'09"W | 105.03' |
| L6 | S06°25'02"W | 46.58' |
| L7 | S11°50'15"E | 36.77' |
| L8 | N88°21'55"W | 49.56' |
| L9 | N88°21'55"W | 1.85' |
| L10 | N11°50'15"W | 32.82' |
| L11 | N06°25'04"E | 77.64' |
| L12 | N55°53'08"E | 100.58' |
| L13 | N01°42'45"W | 79.32' |
| L14 | N18°05'42"W | 65.10' |
| L15 | N23°31'08"W | 296.34' |
| L16 | N28°02'13"W | 257.47' |
| L17 | N67°44'17"E | 50.26' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | N67°44'17"E | 10.05' |
| L19 | S28°02'13"E | 253.76' |
| L20 | S23°31'13"E | 5.20' |
| L21 | N66°26'48"E | 24.88' |
| L22 | S23°31'08"E | 229.50' |
| L23 | S24°14'43"E | 7.59' |
| L24 | S23°32'32"E | 60.46' |
| L25 | S18°05'43"E | 81.37' |
| L26 | S01°42'45"E | 138.28' |
| L27 | S55°53'08"W | 108.15' |
| L28 | S06°25'04"W | 24.83' |
| L29 | S11°50'15"E | 39.53' |
| L30 | N88°21'55"W | 35.99' |
| L31 | N11°50'15"W | 36.77' |
| L32 | N06°25'02"E | 46.58' |
| L33 | N55°53'09"E | 105.03' |
| L34 | N01°42'45"W | 114.00' |
| L35 | N18°05'43"W | 74.67' |
| L36 | N23°31'08"W | 300.68' |
| L37 | N28°02'13"W | 254.38' |
| L38 | S28°02'13"E | 257.47' |
| L39 | S23°31'08"E | 296.34' |
| L40 | S18°05'42"E | 65.10' |
| L41 | S01°42'45"E | 79.32' |
| L42 | S55°53'08"W | 100.58' |
| L43 | S06°25'04"W | 77.64' |
| L44 | S11°50'15"E | 32.82' |
| L45 | N88°21'55"W | 15.42' |
| L46 | N11°50'15"W | 31.64' |
| L47 | N06°25'04"E | 86.96' |
| L48 | N55°53'08"E | 99.24' |
| L49 | N01°42'45"W | 68.92' |
| L50 | N18°05'43"W | 62.23' |
| L51 | N23°31'08"W | 295.04' |
| L52 | N28°02'13"W | 258.39' |
| L53 | N67°44'17"E | 15.08' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L54 | N66°21'42"E | 90.07' |
| L55 | S23°31'06"E | 230.63' |
| L56 | S67°04'57"W | 90.07' |
| L57 | N23°31'08"W | 229.50' |
| L58 | S01°42'45"E | 156.65' |
| L59 | S25°35'08"W | 37.45' |
| L60 | S55°53'08"W | 87.12' |
| L61 | S11°50'15"E | 27.56' |
| L62 | N88°21'55"W | 77.12' |
| L63 | N11°50'15"W | 39.53' |
| L64 | N06°25'04"E | 24.83' |
| L65 | N55°53'08"E | 108.15' |
| L66 | N01°42'45"W | 138.28' |
| L67 | N88°39'21"E | 75.00' |

SEE SHEET 1-2 OF 3 FOR GRAPHICS AND LABELS

NORTH CAROLINA PROFESSIONAL SEAL L-3674 THOMAS WARNER KIMMEL LAND SURVEYOR
5/15/2020

LAND OWNER INITIALS: _____

DATE: _____

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH WAYNE BATES, KENNETH WAYNE BATES, II, AND DANIEL LEE BATES
NC-RO-149.000
DEED BOOK 1483,1489 PAGE 2273,2288
NC-RO-149.000

| Drawn By: SRY | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 5/8/20 | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 4/23/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.