Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 74 to Complaint

Map of MVP Parcel No. NC-RO-149.100







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S88°21'55"E | 51.41' |
| L2 | S11°50'15"E | 35.21' |
| L3 | S05°20'45"W | 649.48' |
| L4 | N34°08'34"W | 21.09' |
| L5 | N04°49'34"E | 522.67' |
| L6 | N11°50'15"W | 147.44' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S11°50'15"E | 147.44' |
| L8 | S04°49'34"W | 522.67' |
| L9 | S34°08'34"E | 21.09' |
| L10 | S05°20'45"W | 23.59' |
| L11 | N34°08'34"W | 44.60' |
| L12 | N04°49'34"E | 525.78' |
| L13 | N11°50'15"W | 148.84' |
| L14 | S88°21'55"E | 15.42' |
| L15 | S88°21'55"E | 10.42' |
| L16 | S05°20'45"W | 34.31' |
| L17 | N11°50'15"W | 35.21' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | S05°20'45"W | 86.95' |
| L19 | S18°03'23"W | 20.26' |
| L20 | N61°19'23"W | 8.10' |
| L21 | N34°08'35"W | 15.17' |
| L22 | N34°08'34"W | 128.28' |
| L23 | N04°49'35"E | 78.27' |
| L24 | S84°05'32"E | 75.01' |
| L25 | S04°49'35"W | 50.32' |
| L26 | S34°08'34"E | 44.60' |
| L27 | N76°49'58"W | 12.50' |
| L28 | N13°10'02"E | 86.50' |
| L29 | N17°34'51"E | 14.50' |
| L30 | S72°25'09"E | 12.50' |
| L31 | S17°34'51"W | 14.01' |
| L32 | S13°10'02"W | 86.02' |
| L33 | N84°18'38"E | 12.50' |
| L34 | S05°41'22"E | 17.16' |
| L35 | S29°17'43"E | 23.98' |
| L36 | S49°16'10"E | 49.97' |
| L37 | S40°43'50"W | 11.42' |
| L38 | N55°42'15"W | 9.65' |
| L39 | N49°16'10"W | 42.58' |
| L40 | N29°17'43"W | 28.80' |
| L41 | N05°41'22"W | 19.78' |

| CENTERLINE OF ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L42 | S25°32'54"W | 36.28' |
| L43 | S30°47'20"W | 41.66' |
| L44 | S17°34'51"W | 64.55' |
| L45 | S13°10'02"W | 84.36' |
| L46 | S02°21'53"W | 22.88' |
| L47 | S19°58'42"E | 41.43' |
| L48 | S44°19'04"E | 36.05' |
| L49 | S58°47'42"E | 55.20' |
| L50 | S58°41'23"E | 53.27' |
| L51 | S69°28'55"E | 2.28' |
| L52 | S05°41'22"E | 58.47' |
| L53 | S29°17'43"E | 33.61' |
| L54 | S49°16'10"E | 45.49' |
| L55 | S55°42'15"E | 41.26' |
| L56 | S64°07'59"E | 47.83' |
| L57 | S74°06'27"E | 43.50' |
| L58 | S67°40'05"E | 29.93' |

| ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L59 | S08°00'37"E | 30.38' |
| L60 | S81°10'53"W | 4.32' |
| L61 | N01°00'45"E | 14.03' |
| L62 | N00°43'27"W | 16.72' |

**DETAIL "D"** NTS

CHECK COORDINATES
N:13,182,255.25
E:2,057,058.05

CHECK COORDINATES
N:13,182,224.50
E:2,057,058.01

(NC-RO-154.000)
KENNETH R. HAYES AND WIFE, TERESA G. HAYES
DEED BOOK 1377, PAGE 1576

(NC-RO-149.200)
DANIEL LEE BATES AND WIFE, EMILY T. BATES
DEED BOOK 1429, PAGE 859

**DETAIL "A"** NTS

TEMPORARY WORKSPACE
0.00± ACRES
178± SQ. FEET

SEE SHEET 1-3 OF 4 GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH WAYNE BATES
NC-RO-149.100
DEED BOOK 1453, PAGE 2820

NC-RO-149.100

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
|---|---|---|---|---|
| Drawn Date: 2/8/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| 1 | 2/8/19 | | ISSUE FOR REVIEW | |
| 2 | 4/23/20 | MSF | GENERAL REVISIONS | TWK |
| 3 | 5/26/2020 | DD | UPDATED ADJOINER | TWK |

NORTH CAROLINA PROFESSIONAL LAND SURVEYOR SEAL L-3874 THOMAS WARNER KIMMEL

LAND OWNER INITIALS: _____
DATE: _____
SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

