Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 76 to Complaint

Map of MVP Parcel No. NC-RO-153.000









# EXHIBIT A

## PERMANENT EASEMENT LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S11°50'15"E | 107.58' |
| L2 | S04°49'34"W | 512.30' |
| L3 | S34°08'34"E | 60.07' |
| L4 | S61°19'24"E | 1,200.69' |
| L5 | S59°26'19"E | 31.93' |
| L6 | S69°22'03"W | 64.56' |
| L7 | N61°19'24"W | 1,202.60' |
| L8 | N34°08'34"W | 68.76' |
| L9 | N05°20'45"E | 649.48' |

## TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L10 | N05°20'45"E | 34.31' |
| L11 | S88°21'55"E | 25.57' |
| L12 | S11°50'15"E | 139.53' |
| L13 | S04°49'34"W | 505.05' |
| L14 | S34°08'33"E | 39.23' |
| L15 | S61°19'24"E | 400.60' |
| L16 | S61°19'24"E | 100.00' |
| L17 | S28°40'35"W | 25.00' |
| L18 | S61°19'24"E | 140.81' |
| L19 | N28°40'36"E | 25.00' |
| L20 | S61°19'24"E | 551.39' |
| L21 | S59°26'19"E | 60.66' |
| L22 | S69°22'03"W | 44.91' |
| L23 | N59°26'19"W | 31.93' |
| L24 | N61°19'24"W | 1,200.69' |
| L25 | N34°08'34"W | 60.07' |
| L26 | N04°49'34"E | 512.30' |
| L27 | N11°50'15"W | 107.58' |
| L28 | S34°08'34"E | 68.76' |
| L29 | S61°19'24"E | 1,202.60' |
| L30 | S69°22'03"W | 19.78' |
| L31 | N61°19'24"W | 1,193.33' |
| L32 | N34°08'34"W | 54.19' |
| L33 | N05°20'45"E | 23.59' |

## ADDITIONAL TEMPORARY WORKSPACE LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L34 | N61°19'24"W | 100.00' |
| L35 | N28°40'36"E | 75.00' |
| L36 | S61°19'24"E | 100.00' |
| L37 | S28°40'35"W | 75.00' |
| L38 | N28°40'36"E | 75.00' |
| L39 | S61°19'24"E | 84.31' |
| L40 | S28°40'37"W | 75.00' |
| L41 | N61°19'24"W | 84.31' |
| L42 | S34°08'34"E | 54.19' |
| L43 | S61°19'24"E | 52.10' |
| L44 | S28°40'37"W | 75.00' |
| L45 | N61°19'24"W | 55.45' |
| L46 | N61°19'23"W | 6.68' |
| L47 | N18°03'23"E | 20.26' |
| L48 | N05°20'45"E | 86.95' |
| L49 | S88°21'55"E | 77.12' |
| L50 | S11°50'15"E | 121.19' |
| L51 | S77°52'57"W | 75.00' |
| L52 | N11°50'15"W | 139.53' |
| L53 | N18°03'23"E | 23.36' |
| L54 | S72°25'09"E | 11.51' |
| L55 | S17°34'51"W | 12.57' |
| L56 | S13°10'02"W | 82.21' |
| L57 | N76°49'58"W | 12.50' |
| L58 | N13°10'02"E | 72.35' |

## CENTERLINE ACCESS ROAD LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L59 | S09°39'10"W | 16.43' |
| L60 | S18°52'00"W | 53.10' |
| L61 | S25°32'54"W | 14.77' |
| L62 | S02°21'53"W | 7.61' |
| L63 | S10°24'57"E | 78.73' |
| L64 | S19°58'42"E | 19.79' |
| L65 | S69°28'55"E | 44.78' |
| L66 | S66°19'59"E | 82.89' |
| L67 | S55°04'56"E | 52.36' |
| L68 | S34°28'51"E | 54.69' |
| L69 | S11°26'11"E | 62.52' |
| L70 | S67°40'05"E | 13.01' |
| L71 | S59°43'30"E | 44.06' |
| L72 | S54°00'38"E | 56.22' |
| L73 | S56°02'36"E | 27.36' |
| L74 | S43°23'25"E | 4.61' |

SEE SHEET 1-4 OF 5 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH HAYES

NC-RO-153.000
DEED BOOK 812, PAGE 595

NC-RO-153.000

| Drawn By: SRY | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 5/12/20 | | DD | TWK | Sheet: 5 OF 5 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| 1 | 4/24/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 5/20/2020 | DD | UPDATED HATCHING | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

Stamp: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR — THOMAS WARNER KIMMEL, L-3674, signed 5/20/2020

