Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 77 to Complaint

Map of MVP Parcel No. NC-RO-154.000







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S59°26'19"E | 248.22' |
| L2 | S39°46'41"E | 335.80' |
| L3 | S31°26'19"E | 442.19' |
| L4 | S54°59'05"E | 80.85' |
| L5 | S09°49'21"W | 53.59' |
| L6 | S75°26'22"W | 1.99' |
| L7 | N54°59'05"W | 112.79' |
| L8 | N31°26'19"W | 448.97' |
| L9 | N39°46'41"W | 323.49' |
| L10 | N59°26'19"W | 270.67' |
| L11 | N61°19'24"W | 9.35' |
| L12 | N69°22'03"E | 64.56' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | N69°22'03"E | 44.91' |
| L14 | S59°26'19"E | 209.19' |
| L15 | S30°33'41"W | 25.00' |
| L16 | S59°26'20"E | 12.62' |
| L17 | S39°46'41"E | 107.53' |
| L18 | N50°13'19"E | 25.00' |
| L19 | S39°46'41"E | 232.56' |
| L20 | S31°26'19"E | 67.44' |
| L21 | S31°26'19"E | 370.01' |
| L22 | S54°59'06"E | 13.31' |
| L23 | S35°00'57"W | 25.00' |
| L24 | S54°59'05"E | 55.54' |
| L25 | S09°49'21"W | 11.05' |
| L26 | N54°59'05"W | 80.85' |
| L27 | N31°26'19"W | 442.19' |
| L28 | N39°46'41"W | 335.80' |
| L29 | N59°26'19"W | 248.22' |
| L30 | S61°19'24"E | 9.35' |
| L31 | S59°26'19"E | 270.67' |
| L32 | S39°46'41"E | 323.49' |
| L33 | S31°26'19"E | 448.97' |
| L34 | S54°59'05"E | 112.79' |
| L35 | S75°26'22"W | 19.70' |
| L36 | N54°59'04"W | 103.14' |
| L37 | N31°26'19"W | 41.23' |
| L38 | N31°26'19"W | 99.78' |
| L39 | N31°26'19"W | 239.68' |
| L40 | N31°26'19"W | 70.31' |
| L41 | N39°46'40"W | 229.69' |
| L42 | N39°46'41"W | 90.11' |
| L43 | N59°26'19"W | 63.26' |
| L44 | N59°26'19"W | 178.22' |
| L45 | N59°26'19"W | 26.35' |
| L46 | N61°19'24"W | 22.00' |
| L47 | N69°22'03"E | 19.78' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L48 | S68°35'37"W | 126.96' |
| L49 | N59°26'19"W | 100.00' |
| L50 | N30°33'42"E | 100.00' |
| L51 | S59°26'19"E | 178.22' |
| L52 | N50°09'47"E | 90.09' |
| L53 | S39°27'27"E | 100.17' |
| L54 | S33°45'50"E | 138.72' |
| L55 | S31°26'19"E | 72.91' |
| L56 | S58°33'41"W | 75.00' |
| L57 | N31°26'19"W | 67.44' |
| L58 | N39°46'41"W | 232.56' |
| L59 | S58°33'41"W | 75.00' |
| L60 | N31°26'19"W | 64.84' |
| L61 | N39°46'41"W | 124.22' |
| L62 | S50°13'21"W | 25.00' |
| L63 | N39°46'41"W | 100.00' |
| L64 | N50°13'19"E | 100.00' |
| L65 | S39°46'40"E | 229.69' |
| L66 | S31°26'19"E | 70.31' |
| L67 | S58°33'41"W | 100.00' |
| L68 | N31°26'19"W | 98.67' |
| L69 | N57°55'27"E | 100.01' |
| L70 | S31°26'19"E | 99.78' |

| CENTERLINE ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L71 | S43°23'25"E | 17.34' |
| L72 | S23°03'45"E | 25.83' |
| L73 | S06°40'17"E | 48.08' |
| L74 | S00°43'27"E | 42.96' |
| L75 | S01°00'45"W | 64.32' |





SEE SHEET 1–3 OF 4 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
KENNETH R HAYES AND WIFE, TERESA G HAYES

NC-RO-154.000
DEED BOOK 1377, PAGE 1576

NC-RO-154.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 6/3/20 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 1/22/2019 | | ISSUE FOR REVIEW | |
| 1 | 4/24/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.