Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 78 to Complaint

Map of MVP Parcel No. NC-RO-157.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N18°54'46"W | 275.95' |
| L2 | S36°34'02"E | 55.03' |
| L3 | S26°28'11"E | 191.60' |
| L4 | S36°16'55"E | 156.42' |
| L5 | S20°25'09"E | 152.21' |
| L6 | S55°34'07"W | 51.53' |
| L7 | N20°25'09"W | 157.72' |
| L8 | N36°16'55"W | 129.92' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | N18°54'46"W | 109.49' |
| L10 | S38°54'57"E | 43.79' |
| L11 | S36°34'03"E | 118.70' |
| L12 | S26°28'10"E | 191.69' |
| L13 | S36°16'55"E | 65.99' |
| L14 | S36°16'55"E | 92.31' |
| L15 | S20°25'09"E | 107.33' |
| L16 | S20°25'09"E | 10.21' |
| L17 | S17°30'00"W | 31.56' |
| L18 | S20°26'00"E | 10.77' |
| L19 | S55°34'07"W | 16.09' |
| L20 | N20°25'09"W | 152.21' |
| L21 | N36°16'55"W | 156.42' |
| L22 | N26°28'11"W | 191.60' |
| L23 | N36°34'02"W | 55.03' |
| L24 | S36°16'55"E | 129.92' |
| L25 | S20°25'09"E | 157.72' |
| L26 | S55°34'07"W | 15.46' |
| L27 | N20°25'09"W | 40.32' |
| L28 | N20°25'10"W | 100.00' |
| L29 | N20°25'09"W | 19.06' |
| L30 | N36°16'55"W | 79.87' |
| L31 | N18°54'46"W | 50.25' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L32 | S55°11'20"W | 26.67' |
| L33 | S55°11'15"W | 1.37' |
| L34 | N18°54'46"W | 107.01' |
| L35 | N69°34'51"E | 24.35' |
| L36 | S20°25'10"E | 100.00' |
| L37 | N53°43'04"E | 75.00' |
| L38 | S36°16'54"E | 102.76' |
| L39 | S20°25'09"E | 98.53' |
| L40 | S55°11'19"W | 41.80' |
| L41 | S55°11'19"W | 35.63' |
| L42 | N20°25'09"W | 107.33' |
| L43 | N36°16'55"W | 92.31' |

| TEMPORARY ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L44 | S20°25'09"E | 30.26' |

SEE SHEETS 1-2 OF 3 FOR GRAPHICS AND LABELS



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
DONALD L. BROWN

NC-RO-157.000
DEED BOOK 711, PAGE 336; ESTATE FILES 13E 858; 16E 406
NC-RO-157.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 1/21/19 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| | | REVISIONS | | |
| A | 1/21/2019 | | ISSUE FOR REVIEW | |
| 1 | 5/18/20 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR LAND SURVEYOR'S CERTIFICATE