Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 79 to Complaint

Map of MVP Parcel No. NC-RO-169.000





# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N10°45'10"E | 177.91' |
| L2 | N31°01'12"W | 558.15' |
| L3 | S31°01'12"E | 609.43' |
| L4 | S10°45'10"W | 185.35' |
| L5 | S87°38'52"W | 51.34' |

| PERMANENT EASEMENT CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C1 | 59.48' | 1,055.72' | 3°13'40" | N26°12'16"E | 59.47' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | S87°38'52"W | 19.51' |
| L7 | N10°45'10"E | 175.08' |
| L8 | N31°01'12"W | 537.12' |
| L9 | N22°04'47"E | 13.57' |
| L10 | S31°01'12"E | 558.15' |
| L11 | S10°45'10"W | 177.91' |
| L12 | N10°45'10"E | 185.35' |
| L13 | N31°01'12"W | 609.43' |
| L14 | S30°56'16"E | 114.46' |
| L15 | S31°42'03"E | 13.83' |
| L16 | S31°01'12"E | 411.10' |
| L17 | S31°01'13"E | 99.89' |
| L18 | S10°45'10"W | 100.00' |
| L19 | S10°45'10"W | 89.96' |
| L20 | S87°38'52"W | 31.83' |

| TEMPORARY WORKSPACE CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C2 | 9.91' | 1,055.72' | 0°32'16" | N24°19'18"E | 9.91' |
| C3 | 35.87' | 1,055.72' | 1°56'47" | N28°47'30"E | 35.86' |

| ADDITIONAL TEMPORARY WORKSPACE CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C4 | 111.49' | 1,055.72' | 6°03'03" | N32°47'25"E | 111.44' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L21 | N10°45'10"E | 100.00' |
| L22 | N31°01'13"W | 99.89' |
| L23 | N58°58'48"E | 75.00' |
| L24 | S31°01'12"E | 128.51' |
| L25 | S10°45'10"W | 128.62' |
| L26 | N79°14'49"W | 75.00' |
| L27 | N30°56'16"W | 114.46' |
| L28 | S31°01'12"E | 126.14' |
| L29 | S35°33'37"W | 94.21' |
| L30 | S58°43'08"W | 13.72' |

SEE SHEET 1 OF 3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
AIMEE SMITH TILLEY & STEPHEN EDWARD SMITH II
HIGH ROCK ROAD
NC-RO-169.000
DEED BOOK 1546, PAGE 1543
NC-RO-169.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 10/29/18 | | DD | TWK | Sheet: 3 OF 3 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| | REVISIONS | | |
|---|---|---|---|
| B | 4/9/19 | DJB | REVISED WORKSPACE | DD |
| 1 | 4/21/20 | MSF | GENERAL REVISIONS | TWK |
| 2 | 4/29/20 | DD | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

(Seal: THOMAS WARNER KIMMEL, NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, L-3674, 4/29/2020)

