Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 80 to Complaint

Map of MVP Parcel No. NC-RO-174.200



# EXHIBIT A

| ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S66°22'39"W | 11.57' |
| L2 | S77°51'04"W | 49.47' |
| L3 | S79°22'55"W | 173.67' |
| L4 | S86°28'35"W | 60.94' |
| L5 | S85°36'21"W | 124.13' |
| L6 | S89°00'46"W | 59.15' |
| L7 | N87°36'27"W | 105.64' |
| L8 | N88°12'07"W | 161.26' |
| L9 | S88°21'23"W | 133.54' |
| L10 | S89°04'49"W | 74.77' |
| L11 | N89°52'22"W | 155.39' |
| L12 | S83°36'28"W | 89.15' |
| L13 | S89°02'59"W | 91.61' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L14 | N89°04'49"E | 13.33' |
| L15 | N88°21'23"E | 86.99' |
| L16 | S01°38'37"E | 12.50' |
| L17 | S88°21'23"W | 87.07' |
| L18 | S89°04'49"W | 13.40' |
| L19 | N00°55'11"W | 12.50' |
| L20 | N00°55'11"W | 12.50' |
| L21 | N89°04'49"E | 13.09' |
| L22 | N88°21'23"E | 86.75' |
| L23 | S01°38'37"E | 12.50' |
| L24 | S88°21'23"W | 86.83' |
| L25 | S89°04'49"W | 13.17' |



DETAIL
NTS

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,249± SQ. FEET

ADDITIONAL TEMPORARY WORKSPACE
0.03± ACRES
1,255± SQ. FEET

N47°34'48"W 18.21'
S45°44'27"W 18.21'



SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE

PIPELINE EASEMENT IN PROPERTY OF
ELIZABETH ANN McKINNEY TALLY

NC-RO-174.200
DEED BOOK 1299, PAGE 1634

NC-RO-174.200

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: N.T.S. |
| Drawn Date: 5/5/20 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

REVISIONS
| 2 | 4/30/2020 | MSF | GENERAL REVISIONS | TWK |
| 3 | 5/14/20 | DD | UPDATED ADJOINER | TWK |
| 4 | 6/3/2020 | DD | UPDATED ADJOINER | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

(Seal: NORTH CAROLINA PROFESSIONAL LAND SURVEYOR, THOMAS WARNER KIMMEL, L-3674, signed 6/3/2020)