Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 81 to Complaint

Map of MVP Parcel No. NC-RO-180.000

# EXHIBIT A



## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 927, PAGE 200
5. PARCEL ID: 161534
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION

EASEMENT C/L

UTM ZONE 17 N NAD83 (2011)

SEE SHEET 2 OF 4 MATCHLINE

L25 L33 L3 L11 L14 L20

19'

31'

50'

TEMPORARY WORKSPACE
1.36± ACRES
59,062± SQ. FEET

L24 L34 L2 L12 L13 L21

TEMPORARY WORKSPACE
0.92± ACRES
40,256± SQ. FEET

(NC-RO-180.000)
## RAVEN LEE BROEKER AND CATHI JO BROEKER
DEED BOOK 927, PAGE 200
PARCEL ID. NO. 161534

POINT OF BEGINNING
N:13,167,918.15
E:2,068,712.83

PERMANENT EASEMENT
2.56± ACRES
111,654± SQ. FEET

L23 L1

N37°47'34"W
16,189.78' GRID

L22

## LEGEND

| Symbol | Description |
|---|---|
| ⬟ NGS MONUMENT | |
| ⊙EIP | EXISTING IRON PIPE OR PIN |
| ○IPS | IRON PIN SET |
| ● CP | COMPUTED POINT |
| – – | LINE NOT TO SCALE |
| PERMANENT ACCESS ROAD | |
| TEMPORARY ACCESS ROAD | |
| PERMANENT EASEMENT | |
| TEMPORARY WORKSPACE | |
| ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.) | |
| POSSIBLE TEMPORARY WORKSPACE | |

NGS MONUMENT
WADE
N:13,155,124.48
E:2,078,634.07
CSF:0.99978839

(NC-RO-181.000)
N/F
ALVIN N. HERBIN AND WIFE,
VIRGINIA B. HERBIN
DEED BOOK 528; 617; 751;730,
PAGE 357; 53; 266;53
WILL BOOK 1-483

NGS MONUMENT
A 3
N:13,148,457.92
E:2,081,734.33
CSF:0.99978777

N24°56'26"W
7,352.19' GRID

## RAVEN LEE BROEKER AND CATHI JO BROEKER

| | sq. ft. | acres |
|---|---|---|
| AREA OF PERMANENT EASEMENT: | 111,654± | 2.56 ACRES |
| AREA OF TEMPORARY WORKSPACE: | 99,318± | 2.28 ACRES |
| AREA OF POSSIBLE TEMPORARY WORKSPACE: | 7,214± | 0.17 ACRES |

| | feet | rods |
|---|---|---|
| CENTERLINE OF EASEMENT: | 2,265± | 137.24± |

SEE SHEET 4 OF 4 FOR LINE TABLES

I, Thomas Warner Kimmel, certify that this plat is of a PERMANENT EASEMENT for a public utility as defined in GS 62-3; that this plat was drawn under my supervision from an actual survey performed under my supervision (deed description recorded in deed book 927, page 200); that the ratio of precision as calculated is 1:10,000+; that the Global Positioning System (GPS) observations were performed to the Geospatial Positioning Accuracy Standards, Part 2: Standards for Geodetic Networks at the Class "A" accuracy classification (95% confidence) using RTK/VRS networks and traditional traverses.

That this plat meets the requirements of G.S. 47-30 section (f)(11)(c).

This 3rd day of June, 2020

THOMAS WARNER KIMMEL, PLS          L 3674

LAND
OWNER
INITIALS: _____

DATE: _____

TRC ENGINEERS, INC
2200 LIBERTY AVENUE,
SUITE 100
PITTSBURGH, PA 15222
PH: (724) 749-8572   tkimmel@trcsolutions.com
NC CORPORATE LICENSE No. F-0591

NORTH CAROLINA
PROFESSIONAL
LAND SURVEYOR
SEAL
L-3674
THOMAS WARNER KIMMEL

## EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RAVEN LEE BROEKER AND CATHI JO BROEKER
NC-RO-180.000
DEED BOOK 927, PAGE 200

NC-RO-180.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale 1"=100' |
|---|---|---|---|---|
| Drawn Date 1/18/2019 | | DD | TWK | MVP Proj. No. |
| | | | Sheet 1 OF 4 | |

100   50   0   100

GRAPHIC SCALE IN FEET

## REVISIONS

| No. | Date | Rev By | Description | Checked |
|---|---|---|---|---|
| A | 1/18/2019 | | ISSUE FOR REVIEW | |
| B | 3/31/2019 | | UPDATED ADJOINER INFO | |
| | 5/5/2020 | CRJ | GENERAL REVISIONS | TWK |



# EXHIBIT A

## NOTES

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 927, PAGE 200
5. PARCEL ID: 161534
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

UTM ZONE 17 N
NAD83 (2011)

VICINITY MAP (NTS)

PROJECT LOCATION

EASEMENT C/L

SEE SHEET 3 OF 4
MATCHLINE

(NC-RO-180.000)
## RAVEN LEE BROEKER AND CATHI JO BROEKER
DEED BOOK 927, PAGE 200
PARCEL ID. NO. 161534

19'

PERMANENT EASEMENT
2.56± ACRES
111,654± SQ. FEET

31'

50'

TEMPORARY WORKSPACE
1.36± ACRES
59,062± SQ. FEET

TEMPORARY WORKSPACE
0.92± ACRES
40,256± SQ. FEET

MATCHLINE
SEE SHEET 1 OF 4

## LEGEND

- ⬡ NGS MONUMENT
- ⊙EIP EXISTING IRON PIPE OR PIN
- ⊙IPS IRON PIN SET
- ●CP COMPUTED POINT
- --↗-- LINE NOT TO SCALE
- ▨ PERMANENT ACCESS ROAD
- ▨ TEMPORARY ACCESS ROAD
- ▨ PERMANENT EASEMENT
- ▨ TEMPORARY WORKSPACE
- ▨ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- ▨ POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

SEE SHEET 4 OF 4 FOR LINE TABLES

NORTH CAROLINA
PROFESSIONAL
SEAL
L-3674
LAND SURVEYOR
THOMAS WARNER KIMMEL
6/3/2020

LAND OWNER INITIALS: _____

DATE: _____

## EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

### Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RAVEN LEE BROEKER AND CATHI JO BROEKER
NC-RO-180.000
DEED BOOK 927, PAGE 200

NC-RO-180.000

| Drawn By: DJB | Chk'd By: | Apd By: | TRC Proj. No. 300423 | Scale: 1"=100' |
| Drawn Date 1/18/2019 | DD | TWK | Sheet: 2 OF 4 | MVP Proj. No. |

GRAPHIC SCALE IN FEET
100  50  0  100

### REVISIONS

| No. | Date | Rev By | Description | Checked |
|-----|------|--------|-------------|---------|
| A | 1/18/2019 | | ISSUE FOR REVIEW | |
| B | 3/31/2019 | | UPDATED ADJOINER INFO | |
| 1 | 5/5/2020 | CRJ | GENERAL REVISIONS | TWK |

# EXHIBIT A



**NOTES**

1. ALL DISTANCES SHOWN HEREON ARE HORIZONTAL GRID DISTANCES, A PROJECT SCALE FACTOR (PSF) OF 0.99979557 WAS ESTABLISHED FOR THIS PROJECT. TO OBTAIN GROUND DISTANCE, DIVIDE THE DISTANCE SHOWN BY THE PSF.
2. AREAS DETERMINED BY COORDINATE METHOD.
3. AREAS SHOWN ARE SUBJECT TO EASEMENT OF RECORD.
4. RECORD REFERENCES: DEED BOOK 927, PAGE 200
5. PARCEL ID: 161534
6. PROPERTY LINES SHOWN ARE BASED ON EXISTING DEEDS, PLATS AND VISIBLE MONUMENTATION DISCOVERED ALONG PROJECT AREA.
7. THIS SURVEY IS REFERENCED TO THE UTM ZONE 17N.
8. ALL CORNERS ARE AS NOTED.
9. THIS PLAT IS FOR EASEMENT ACQUISITION PURPOSES ONLY AND IS NOT TO BE CONSIDERED A BOUNDARY SURVEY OF THE PARENT TRACT.
10. TEMPORARY EASEMENT TO BE ACQUIRED.

VICINITY MAP (NTS)

PROJECT LOCATION

EASEMENT C/L

UTM ZONE 17 N
NAD83 (2011)

(NC-RO-179.000)
N/F
JOHN R. SCHWARZ
DEED BOOK 1437, PAGE 871

L8

POSSIBLE
TEMPORARY
WORKSPACE
0.06± ACRES
2,737± SQ. FEET

L17

L7    137.76'    L9

POSSIBLE
TEMPORARY
WORKSPACE
0.10± ACRES
4,477± SQ. FEET

L6    L16    L18

L5    L31

53.35'

L30

L29    96.37'    L28

47.58'    L27

(NC-RO-180.000)
**RAVEN LEE BROEKER AND
CATHI JO BROEKER**
DEED BOOK 927, PAGE 200
PARCEL ID. NO. 161534

PERMANENT EASEMENT
2.56± ACRES
111,654± SQ. FEET

19'

31'

50'

L19

L15    L10

L32

L26

TEMPORARY
WORKSPACE
0.92± ACRES
40,256± SQ. FEET

TEMPORARY
WORKSPACE
1.36± ACRES
59,062± SQ. FEET

L4

MATCHLINE
SEE SHEET 2 OF 4

SEE SHEET 4 OF 4 FOR LINE TABLES

**LEGEND**

- ⬡ NGS MONUMENT
- ⬤ EIP    EXISTING IRON PIPE OR PIN
- ⊙ IPS    IRON PIN SET
- ● CP    COMPUTED POINT
- –··–    LINE NOT TO SCALE
- ▨ PERMANENT ACCESS ROAD
- ▨ TEMPORARY ACCESS ROAD
- ▨ PERMANENT EASEMENT
- ▨ TEMPORARY WORKSPACE
- ▨ ADDITIONAL TEMPORARY WORKSPACE (A.T.W.S.)
- ▨ POSSIBLE TEMPORARY WORKSPACE

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

NORTH CAROLINA
PROFESSIONAL
SEAL
3674
LAND SURVEYOR
THOMAS WARNER KIMMEL
6/3/2020

LAND OWNER INITIALS: _____

DATE: _____

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

**Mountain Valley** PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RAVEN LEE BROEKER AND CATHI JO BROEKER
DEED BOOK 927, PAGE 200
NC-RO-180.000

| Drawn By. DJB | Chk'd By. | Appd By. | TRC Proj. No. 300423 | Scale: 1"=100' |
|---|---|---|---|---|
| Drawn Date 1/18/2019 | DD | TWK | Sheet: 3 OF 4 | MVP Proj. No. |

NC-RO-180.000

GRAPHIC SCALE IN FEET
100    50    0    100

| | | REVISIONS | | |
|---|---|---|---|---|
| A | 1/18/2019 | | ISSUE FOR REVIEW | |
| B | 3/31/2019 | | UPDATED ADJOINER INFO | |
| 1 | 5/5/2020 | CRJ | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

# EXHIBIT A

| PERMANENT EASEMENT | | |
|---|---|---|
| **LINE TABLE** | | |
| LINE | BEARING | DISTANCE |
| L1 | N89°57'10"W | 58.63' |
| L2 | N31°26'18"W | 354.48' |
| L3 | N31°21'06"W | 730.43' |
| L4 | N31°24'55"W | 905.03' |
| L5 | N31°30'40"W | 91.05' |
| L6 | N03°54'50"E | 21.06' |
| L7 | N33°49'45"W | 164.06' |
| L8 | S87°56'34"E | 53.32' |
| L9 | S31°30'40"E | 242.70' |
| L10 | S31°24'55"E | 905.10' |
| L11 | S31°21'06"E | 730.42' |
| L12 | S31°26'18"E | 385.06' |

| TEMPORARY WORKSPACE | | |
|---|---|---|
| **LINE TABLE** | | |
| LINE | BEARING | DISTANCE |
| L13 | N31°26'18"W | 385.06' |
| L14 | N31°21'06"W | 730.42' |
| L15 | N31°24'55"W | 905.10' |
| L16 | N31°30'40"W | 92.33' |
| L17 | N58°29'20"E | 19.00' |
| L18 | S31°30'40"E | 92.35' |
| L19 | S31°24'55"E | 905.13' |
| L20 | S31°21'06"E | 730.42' |
| L21 | S31°26'18"E | 396.68' |
| L22 | N89°57'10"W | 22.28' |
| L23 | N89°57'10"W | 36.35' |
| L24 | N31°26'18"W | 335.51' |
| L25 | N31°21'06"W | 730.44' |
| L26 | N31°24'55"W | 808.59' |
| L27 | N58°35'05"E | 25.00' |
| L28 | N31°24'55"W | 96.42' |
| L29 | N31°30'40"W | 9.16' |
| L30 | N06°12'59"E | 9.81' |
| L31 | S31°30'40"E | 16.92' |
| L32 | S31°24'55"E | 905.03' |
| L33 | S31°21'06"E | 730.43' |
| L34 | S31°26'18"E | 354.48' |

SEE SHEETS 1—3 OF 4 FOR GRAPHICS AND LABELS

**EASEMENT SURVEY**
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA


Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
RAVEN LEE BROEKER AND CATHI JO BROEKER
NC—RO—180.000
DEED BOOK 927, PAGE 200

| NC—RO—180.000 | | | | | |
|---|---|---|---|---|---|
| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | | Scale: NTS |
| Drawn Date: 1/18/2019 | | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

| REVISIONS | | | | |
|---|---|---|---|---|
| A | 1/18/2019 | | ISSUE FOR REVIEW | |
| B | 3/31/2019 | | UPDATED OWNER INFO | |
| 1 | 5/5/2020 | CRJ | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



NORTH CAROLINA
PROFESSIONAL
SEAL
L—3674
LAND SURVEYOR
THOMAS WARNER KIMMEL
6/3/2020

LAND
OWNER
INITIALS: _____

DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

Case 1:21-cv-00047   Document 1-81   Filed 01/15/21   Page 5 of 5