Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 82 to Complaint

Map of MVP Parcel No. NC-RO-181.000















# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S87°01'47"W | 53.58' |
| L2 | N24°02'38"W | 226.78' |
| L3 | N49°13'26"W | 1.70' |
| L4 | N01°41'21"E | 64.42' |
| L5 | S49°13'26"E | 53.48' |
| L6 | S24°02'38"E | 257.22' |
| L7 | N89°38'00"W | 50.02' |
| L8 | N02°07'54"E | 107.29' |
| L9 | N29°05'32"W | 350.64' |
| L10 | N29°24'54"W | 886.38' |
| L11 | N31°04'30"W | 160.32' |
| L12 | N59°23'50"W | 637.08' |
| L13 | N37°35'26"W | 57.82' |
| L14 | N00°56'18"E | 299.07' |
| L15 | N21°25'47"W | 568.13' |
| L16 | N31°09'12"W | 387.32' |
| L17 | N31°45'16"W | 567.88' |
| L18 | N31°26'18"W | 465.67' |
| L19 | S89°57'10"E | 58.63' |
| L20 | S31°26'18"E | 434.91' |
| L21 | S31°45'16"E | 568.01' |
| L22 | S31°09'12"E | 391.83' |
| L23 | S21°25'47"E | 582.27' |
| L24 | S00°56'18"W | 291.48' |
| L25 | S37°35'26"E | 30.71' |
| L26 | S59°23'50"E | 640.06' |
| L27 | S31°04'30"E | 173.66' |
| L28 | S29°24'53"E | 887.24' |
| L29 | S29°05'32"E | 364.75' |
| L30 | S02°07'54"W | 119.72' |

| TEMPORARY WORKSPACE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE TABLE | | | LINE TABLE | | | LINE TABLE | | | LINE TABLE | | |
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L31 | S87°01'47"W | 20.36' | L55 | N31°45'16"W | 338.84' | L79 | N59°23'50"W | 640.06' |
| L32 | N24°02'38"W | 183.08' | L56 | S58°14'44"W | 25.00' | L80 | N37°35'26"W | 30.71' |
| L33 | N01°41'21"E | 42.10' | L57 | N31°45'16"W | 126.79' | L81 | N00°56'18"E | 291.48' |
| L34 | S49°13'26"E | 1.70' | L58 | N31°26'18"W | 162.93' | L82 | N21°25'47"W | 582.27' |
| L35 | S24°02'38"E | 226.78' | L59 | N58°33'42"E | 25.00' | L83 | N31°09'12"W | 391.83' |
| L36 | N24°02'38"W | 257.22' | L60 | N31°26'18"W | 168.94' | L84 | N31°45'16"W | 99.71' |
| L37 | N49°13'26"W | 53.48' | L61 | S58°33'42"W | 25.00' | L85 | N58°14'44"E | 19.00' |
| L38 | N01°41'21"E | 39.94' | L62 | N31°26'18"W | 152.87' | L86 | S31°45'16"W | 99.81' |
| L39 | S49°13'26"E | 85.58' | L63 | S89°57'10"E | 36.35' | L87 | S31°09'12"E | 369.87' |
| L40 | S24°02'38"E | 276.09' | L64 | S31°26'18"E | 465.67' | L88 | S21°25'47"E | 610.19' |
| L41 | S87°01'47"W | 33.22' | L65 | S31°45'16"E | 567.88' | L89 | S00°56'18"W | 289.21' |
| L42 | N89°38'00"W | 35.02' | L66 | S31°09'12"E | 387.32' | L90 | S37°35'26"E | 22.58' |
| L43 | N02°07'54"E | 106.31' | L67 | S21°25'47"E | 568.13' | L91 | S59°23'50"E | 649.39' |
| L44 | N29°05'32"W | 149.40' | L68 | S00°56'18"W | 299.07' | L92 | S31°04'30"E | 170.30' |
| L45 | N29°05'33"W | 184.77' | L69 | S37°35'26"E | 57.82' | L93 | S29°24'54"E | 887.57' |
| L46 | N29°24'54"W | 885.84' | L70 | S59°23'50"E | 637.08' | L94 | S29°05'32"E | 362.39' |
| L47 | N31°04'30"W | 143.62' | L71 | S31°04'30"E | 160.32' | L95 | S02°07'54"W | 131.17' |
| L48 | N59°23'50"W | 643.42' | L72 | S29°24'54"E | 886.38' | L96 | N89°38'00"W | 15.01' |
| L49 | N37°35'26"W | 76.80' | L73 | S29°05'32"E | 350.64' | L97 | S89°57'10"E | 22.28' |
| L50 | N00°56'18"E | 304.38' | L74 | S02°07'54"W | 107.29' | L98 | S31°26'18"E | 423.22' |
| L51 | N21°25'47"W | 581.92' | L75 | N02°07'54"E | 119.72' | L99 | S31°45'16"E | 182.54' |
| L52 | N31°09'12"W | 360.84' | L76 | N29°05'32"W | 364.75' | L100 | S58°14'44"W | 19.00' |
| L53 | N31°45'16"W | 102.18' | L77 | N29°24'53"W | 887.24' | L101 | N31°45'16"W | 182.59' |
| L54 | N58°14'44"E | 25.00' | L78 | N31°04'30"W | 173.66' | L102 | N31°26'18"W | 434.91' |

SEE SHEET 1 FOR SURVEYOR'S CERTIFICATE.

SEE SHEETS 1-7 OF 9 FOR GRAPHICS AND LABELS.



EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ALVIN N. HERBIN AND VIRGINIA B. HERBIN
NC-RO-181.000
DEED BOOK 528; 617; 730; 751,
PAGE 357; 53; 53; 266, & WILL BOOK I-483
NC-RO-181.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 1/24/19 | | DD | TWK | Sheet: 8 OF 9 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 4/2/2019 | DJB | REVISED ACCESS ROAD | DD |
| C | 7/8/2019 | TCM | REROUTE | DD |
| 1 | 5/20/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |



# EXHIBIT A

| PERMANENT EASEMENT | | | | | |
|---|---|---|---|---|---|
| LINE TABLE | | | LINE TABLE | | |
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L103 | N24°02'38"W | 113.68' | L133 | S88°27'48"E | 100.01' |
| L104 | N65°57'22"E | 100.00' | L134 | S00°56'18"W | 103.26' |
| L105 | S24°02'38"E | 100.00' | L135 | S37°35'26"E | 76.80' |
| L106 | S65°20'18"E | 100.00' | L136 | N37°35'26"W | 22.58' |
| L107 | S24°39'42"W | 2.65' | L137 | N00°56'18"E | 68.32' |
| L108 | S87°01'47"W | 175.76' | L138 | S89°45'18"E | 55.40' |
| L109 | N01°41'21"E | 123.68' | L139 | S89°45'18"E | 44.61' |
| L110 | N40°46'34"E | 4.00' | L140 | S00°56'18"W | 136.14' |
| L111 | S49°13'26"E | 100.00' | L141 | N59°23'50"W | 98.89' |
| L112 | S40°46'34"W | 100.00' | L142 | S00°56'18"W | 131.14' |
| L113 | N49°13'26"W | 22.02' | L143 | N88°27'49"W | 100.01' |
| L114 | S02°07'54"W | 99.82' | L144 | N00°56'18"E | 110.32' |
| L115 | N87°45'30"W | 100.87' | L145 | N21°25'47"W | 99.09' |
| L116 | N02°20'29"E | 72.68' | L146 | N68°34'13"E | 100.00' |
| L117 | N29°05'32"W | 80.68' | L147 | S21°25'47"E | 118.86' |
| L118 | N39°17'46"E | 107.56' | L148 | S31°45'16"E | 102.18' |
| L119 | S29°05'32"E | 149.40' | L149 | S31°09'12"E | 123.87' |
| L120 | S31°04'30"E | 143.62' | L150 | S58°50'48"W | 100.00' |
| L121 | S29°24'54"E | 76.40' | L151 | N31°25'29"W | 225.00' |
| L122 | S60°35'06"W | 100.00' | L152 | N58°14'44"E | 100.00' |
| L123 | N29°24'54"W | 74.96' | L153 | N59°15'49"W | 181.21' |
| L124 | N31°04'30"W | 116.94' | L154 | N01°30'12"E | 154.26' |
| L125 | N59°23'50"W | 74.77' | L155 | S31°26'18"E | 162.93' |
| L126 | N30°36'10"E | 100.00' | L156 | S31°45'16"E | 126.79' |
| L127 | S59°23'50"E | 100.00' | L157 | S31°26'18"E | 151.70' |
| L128 | S59°23'50"E | 69.97' | L158 | S58°33'42"W | 100.00' |
| L129 | S30°36'10"W | 100.00' | L159 | N31°26'18"W | 212.94' |
| L130 | N59°23'50"W | 89.23' | L160 | S89°57'10"E | 117.26' |
| L131 | N37°35'26"W | 131.01' | | | |
| L132 | N00°56'18"E | 139.25' | | | |

| TEMPORARY ACCESS ROADS | | |
|---|---|---|
| LINE TABLE | | |
| LINE | BEARING | DISTANCE |
| L161 | N34°33'30"E | 221.04' |
| L162 | N01°26'18"W | 68.00' |
| L163 | N03°01'19"W | 52.62' |
| L164 | N09°23'57"W | 95.00' |
| L165 | N01°24'13"W | 166.60' |
| L166 | N14°06'45"W | 64.71' |
| L167 | N21°25'47"W | 139.34' |
| L168 | N56°16'05"W | 16.14' |
| L169 | N66°47'33"W | 70.20' |
| L170 | N78°17'46"W | 75.82' |
| L171 | S86°17'19"W | 70.54' |
| L172 | N87°09'20"W | 65.77' |
| L173 | S10°32'15"W | 53.30' |
| L174 | S04°11'21"W | 87.99' |
| L175 | S04°54'57"W | 98.47' |
| L176 | S04°55'11"E | 101.02' |
| L177 | S11°41'00"E | 52.95' |
| L178 | S03°46'41"E | 52.00' |
| L179 | S05°06'39"W | 154.50' |
| L180 | S19°15'38"W | 81.57' |
| L181 | S03°09'02"E | 80.79' |
| L182 | S21°59'41"E | 56.18' |
| L183 | S26°02'35"E | 52.08' |



SEE SHEETS 1-7 OF 9 FOR GRAPHICS AND LABELS.

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
ALVIN N. HERBIN AND VIRGINIA B. HERBIN
NC-RO-181.000
DEED BOOK 528; 617; 730; 751,
PAGE 357; 53; 53; 266, & WILL BOOK I-483
NC-RO-181.000

| Drawn By: DJB | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: |
| Drawn Date: 1/24/19 | | DD | TWK | Sheet: 9 OF 9 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

| REVISIONS | | | | |
|---|---|---|---|---|
| B | 4/2/2019 | DJB | REVISED ACCESS ROAD | DD |
| C | 7/8/2019 | TCM | REROUTE | DD |
| 1 | 5/20/2020 | MSF | GENERAL REVISIONS | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR SURVEYOR'S CERTIFICATE.