Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 83 to Complaint

Map of MVP Parcel No. NC-RO-185.000



# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N87°25'08"W | 127.56' |
| L2 | N02°07'54"E | 491.78' |
| L3 | S89°38'00"E | 50.02' |
| L4 | S02°07'54"W | 443.71' |
| L5 | S87°25'08"E | 88.21' |
| L6 | S14°10'39"W | 51.04' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L19 | S02°34'52"W | 100.00' |
| L20 | N87°25'08"W | 199.22' |
| L21 | N02°07'54"E | 199.22' |
| L22 | S87°52'06"E | 100.00' |
| L23 | S02°07'54"W | 100.00' |
| L24 | S87°25'08"E | 100.00' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S14°10'39"W | 35.73' |
| L8 | N87°25'08"W | 155.10' |
| L9 | N02°07'54"E | 525.42' |
| L10 | S89°38'00"E | 35.02' |
| L11 | S02°07'54"W | 491.78' |
| L12 | S87°25'08"E | 127.56' |
| L13 | N87°25'08"W | 88.21' |
| L14 | N02°07'54"E | 443.71' |
| L15 | S89°38'00"E | 15.01' |
| L16 | S02°07'54"W | 429.29' |
| L17 | S87°25'08"E | 76.41' |
| L18 | S14°10'39"W | 15.31' |

| ACCESS ROAD LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L25 | N27°39'23"W | 20.10' |
| L26 | N52°17'23"W | 41.70' |
| L27 | N78°49'56"W | 73.69' |
| L28 | N72°36'42"W | 72.14' |
| L29 | N38°59'52"W | 74.73' |
| L30 | N09°12'02"W | 95.35' |
| L31 | N03°13'39"E | 109.25' |
| L32 | N19°28'54"W | 74.46' |



LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 OF 2 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF WILLIAMSBURG
ROCKINGHAM COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
MARIE O. BASS, TRUSTEE FOR THE MARIE O. BASS REVOCABLE TRUST
NC-RO-185.000
DEED BOOK 1545, PAGE 487
NC-RO-185.000

| Drawn By: SRY | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
|---|---|---|---|---|
| Drawn Date: 10/30/18 | DD | TWK | Sheet: 2 OF 2 | MVP Proj. No. |

| | | | REVISIONS | |
|---|---|---|---|---|
| A | 1/23/2019 | | ISSUE FOR REVIEW | |
| 1 | 4/30/2020 | MSF | ROUTE CHANGE | TWK |
| 2 | 5/14/2020 | DD | UPDATED ADJOINER | TWK |
| No. | Date | Rev By | Description | Checked |

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.