IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*,<br><br>    Defendants. | **NOTICES OF CONDEMNATION** |

Pursuant to Rule 71.1(d)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Mountain Valley Pipeline, LLC hereby issues the Notices of Condemnation attached hereto as Exhibits 1-83.

This the 15th day of January, 2021.

                                                          PARKER POE ADAMS & BERNSTEIN LLP

                                                          */s/ Charles E. Raynal IV*
                                                          Charles E. Raynal, IV
                                                          NC State Bar No. 32310
                                                          Michael J. Crook
                                                          NC State Bar No. 44322
                                                          301 Fayetteville Street, Suite 1400
                                                          Raleigh, North Carolina 27601
                                                          Tel.: (919) 828-0564 | Fax: (919) 834-4564
                                                          charlesraynal@parkerpoe.com

michaelcrook@parkerpoe.com

Katie M. Iams
NC State Bar No. 38368
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Tel.: (704) 372-9000 | Fax: (704) 334-4706
katieiams@parkerpoe.com

*Counsel for Mountain Valley Pipeline, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System and each Notice of Condemnation will be served on the individual landowners named therein in accordance with Rule 4.

This the 15th day of January, 2021.

*/s/ Charles E. Raynal IV*
Charles E. Raynal, IV
NC State Bar No. 32310
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Tel.: (919) 828-0564 | Fax: (919) 834-4564
charlesraynal@parkerpoe.com

*Counsel for Mountain Valley Pipeline, LLC*