Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 1 to Notices of Condemnation

Index of Exhibits

# Index of Exhibits to Notices of Condemnation

| MVP Parcel Number | Exhibit Number |
|---|---|
| MVF-NC-AL-005.000 | 2 |
| MVF-NC-AL-007.000 | 3 |
| NC-AL-000.020 | 4 |
| NC-AL-000.045 | 5 |
| NC-AL-000.050 | 6 |
| NC-GU-001.000 | 7 |
| NC-AL-004.000 | 8 |
| NC-AL-005.000 | 9 |
| NC-AL-018.000 | 10 |
| NC-AL-019.000 | 11 |
| NC-AL-033.000 | 12 |
| NC-AL-036.000 | 13 |
| NC-AL-046.000 | 14 |
| NC-AL-050.000 and NC-AL-050.100.AR | 15 |
| NC-AL-052.000 | 16 |
| NC-AL-060.000 | 17 |
| NC-AL-062.000 | 18 |
| NC-AL-064.000 | 19 |
| NC-AL-077.000 | 20 |
| NC-AL-089.000 | 21 |
| NC-AL-104.000 and NC-AL-106.000 | 22 |
| NC-AL-119.000 | 23 |

| MVP Parcel Number | Exhibit Number |
|---|---|
| NC-AL-132.100 | 24 |
| NC-AL-134.000 | 25 |
| NC-AL-135.000 | 26 |
| NC-AL-144.000 | 27 |
| NC-AL-145.000 | 28 |
| NC-AL-162.000 | 29 |
| NC-AL-166.000 | 30 |
| NC-AL-186.000 | 31 |
| NC-AL-191.000 | 32 |
| NC-AL-194.000 | 33 |
| NC-AL-195.000 | 34 |
| NC-AL-196.000 | 35 |
| NC-AL-197.000 | 36 |
| NC-AL-198.000 | 37 |
| NC-AL-199.000 | 38 |
| NC-AL-200.000 | 39 |
| NC-AL-211.000 | 40 |
| NC-RO-001.000 | 41 |
| NC-RO-002.000 | 42 |
| NC-RO-004.000 | 43 |
| NC-RO-005.000 | 44 |
| NC-RO-006.000 and NC-RO-006.001 AR | 45 |
| NC-RO-007.000 | 46 |
| NC-RO-011.000 | 47 |

| MVP Parcel Number | Exhibit Number |
|---|---|
| NC-RO-013.000 | 48 |
| NC-RO-014.000 | 49 |
| NC-RO-015.000 | 50 |
| NC-RO-016.000 | 51 |
| NC-RO-019.000 | 52 |
| NC-RO-021.000 | 53 |
| NC-RO-033.000 | 54 |
| NC-RO-034.000 | 55 |
| NC-RO-035.000 | 56 |
| NC-RO-036.000 | 57 |
| NC-RO-037.000 | 58 |
| NC-RO-038.000 | 59 |
| NC-RO-039.000 | 60 |
| NC-RO-051.000 | 61 |
| NC-RO-052.000 and NC-RO-053.000 | 62 |
| NC-RO-057.000 | 63 |
| NC-RO-066.000 | 64 |
| NC-RO-074.000 | 65 |
| NC-RO-076.000 | 66 |
| NC-RO-079.000 | 67 |
| NC-RO-080.000 | 68 |
| NC-RO-105.000 | 69 |
| NC-RO-106.000 | 70 |
| NC-RO-122.000 | 71 |

| MVP Parcel Number | Exhibit Number |
|---|---|
| NC-RO-148.505.AR | 72 |
| NC-RO-149.000 | 73 |
| NC-RO-149.100 | 74 |
| NC-RO-149.200.AR | 75 |
| NC-RO-153.000 | 76 |
| NC-RO-154.000 | 77 |
| NC-RO-157.000 | 78 |
| NC-RO-169.000 | 79 |
| NC-RO-174.200 | 80 |
| NC-RO-180.000 | 81 |
| NC-RO-181.000 | 82 |
| NC-RO-185.000 | 83 |