IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*,<br><br>    Defendants. | **CERTIFICATE FOR SERVICE BY PUBLICATION** |

Pursuant to Rule 71.1(d)(3)(B)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Mountain Valley Pipeline, LLC states that the following defendants cannot be personally served because, after diligent inquiry, their names and places of residence are unknown or, if known, are beyond the territorial limits for personal service:

*Defendants Who Have Unknown Heirs*

Unknown Heirs of General O. Totten
MVP Parcel No. NC-RO-057.000
Located in Rockingham County

Unknown Heirs of Buddy Nathaniel Broadnax
MVP Parcel Nos. NC-RO-052.000 and NC-RO-053.000
Located in Rockingham County

This the 15th day of January, 2021.

                PARKER POE ADAMS & BERNSTEIN LLP

                */s/ Michael J. Crook*
                Michael J. Crook
                NC State Bar No. 44322
                Charles E. Raynal, IV
                NC State Bar No. 32310
                301 Fayetteville Street, Suite 1400
                Raleigh, North Carolina 27601
                Tel.: (919) 828-0564 | Fax: (919) 834-4564
                charlesraynal@parkerpoe.com
                michaelcrook@parkerpoe.com

                Katie M. Iams
                NC State Bar No. 38368
                620 S. Tryon Street, Suite 800
                Charlotte, North Carolina 28202
                Tel.: (704) 372-9000 | Fax: (704) 334-4706
                katieiams@parkerpoe.com

                *Counsel for Mountain Valley Pipeline, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System.

This the 15th day of January, 2021.

> */s/ Michael J. Crook*
> Michael J. Crook
> NC State Bar No. 44322
> Parker Poe Adams & Bernstein LLP
> 301 Fayetteville Street, Suite 1400
> Raleigh, North Carolina 27601
> Tel.: (919) 828-0564 | Fax: (919) 834-4564
> michaelcrook@parkerpoe.com
>
> *Counsel for Mountain Valley Pipeline, LLC*