IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47-TDS-JLW

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*, <br><br> Defendants. | **NOTICES OF CONDEMNATION** |

Pursuant to Rule 71.1(d)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Mountain Valley Pipeline, LLC hereby issues the following additional Notices of Condemnation:

- NC-AL-089.000 – Notice to Feliciano Mares. Mr. Mares was inadvertently left off the Notice of Condemnation filed as Exhibit 21 [DE 6-21]; and

- NC-RO-052-000 and NC-RO-053.000 – Notice to Bill R. Broadnax. Mr. Broadnax was inadvertently left off the Notice of Condemnation filed at Exhibit 62 [DE 6-62].

This the 22nd day of January, 2021.

<div style="margin-left: 3em;">

PARKER POE ADAMS & BERNSTEIN LLP

*/s/ Charles E. Raynal IV*
Charles E. Raynal, IV
NC State Bar No. 32310
Michael J. Crook
NC State Bar No. 44322
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Tel.: (919) 828-0564 | Fax: (919) 834-4564
charlesraynal@parkerpoe.com
michaelcrook@parkerpoe.com

Katie M. Iams
NC State Bar No. 38368
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Tel.: (704) 372-9000 | Fax: (704) 334-4706
katieiams@parkerpoe.com

*Counsel for Mountain Valley Pipeline, LLC*

</div>

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System and each Notice of Condemnation will be served on the individual landowners named therein in accordance with Rule 4.

This the 22nd day of January, 2021.

*/s/ Charles E. Raynal IV*
Charles E. Raynal, IV
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
*Counsel for Mountain Valley Pipeline, LLC*