Mountain Valley Pipeline, LLC

v.

Easements to Construct, etc., et al.

# Exhibit 1 to Notices of Condemnation

Additional Notice for MVP Parcel No. NC-AL-089.000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47-TDS-JLW

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*, <br><br> Defendants. | **NOTICE OF CONDEMNATION** |

TO: Feliciano Mares
550 Lakeside Cirle
Sunrise, FL 33326

PLEASE TAKE NOTICE that Plaintiff Mountain Valley Pipeline, LLC ("***MVP***"), by and through the undersigned counsel, hereby provides notice to you of the following, pursuant to Rule 71.1(d) of the Federal Rules of Civil Procedure:

1. MVP has filed an action in the United States District Court for the Middle District of North Carolina to condemn easements over and across certain property in North Carolina. The easements are necessary for MVP to

NC-AL-089.000

construct, operate, and maintain an interstate natural gas pipeline and related facilities and appurtenances (collectively, the "*Pipeline*"). The Pipeline has been approved by the Federal Energy Regulatory Commission ("**FERC**") pursuant to an Order granting a Certificate of Public Convenience and Necessity dated June 18, 2020 (the "*Certificate Order*").

    2.    You own or have an interest in property over which easements for the Pipeline are being taken by condemnation. The property is located in Alamance County and is more particularly described in Book 2369, Page 309; Book 2374, Page 95; Book 2351, Page 190; and Book 2351, Page 186 of the Alamance County Registry, and bears Alamance County Parcel Identification Number 141508, and is identified as MVP Parcel Number NC-AL-089.000. As shown on the map attached as <u>Exhibit A</u>, MVP seeks to acquire the following rights and easements over the property:

| | |
|---|---|
| Temporary Workspace | 1.25 acres |
| Additional Temporary Workspace | 1.21 acres |
| Permanent Easement | 1.24 acres |
| Total acres, more or less: | 3.70 acres. |

    3.    The authority for the taking is the Natural Gas Act, 15 U.S.C. § 717(h), and the Certificate Order.

4. The property is to be taken for the Pipeline, which FERC has declared a public convenience and necessity.

5. You may serve an answer on MVP's attorney within 21 days after being served with this Notice of Condemnation.

6. Failure to serve an answer will constitute consent to the taking and to the Court's authority to proceed with the action and fix the compensation.

7. If you do not serve an answer, you may file a notice of appearance.

8. The name of MVP's attorney is Charles E. Raynal, IV. Mr. Raynal's telephone number is (919) 828-0564 and his email address is charlesraynal@parkerpoe.com. Mr. Raynal can be served at Parker Poe Adams & Bernstein LLP, 301 Fayetteville Street, Suite 1400, Raleigh, North Carolina 27601. The names and contact information for additional attorneys for MVP are in the signature block below.

This the 22nd day of January, 2021.

        PARKER POE ADAMS & BERNSTEIN LLP

        */s/ Charles E. Raynal IV*
        Charles E. Raynal, IV
        NC State Bar No. 32310
        Michael J. Crook
        NC State Bar No. 44322
        301 Fayetteville Street, Suite 1400
        Raleigh, North Carolina 27601
        Tel.: (919) 828-0564 | Fax: (919) 834-4564
        charlesraynal@parkerpoe.com
        michaelcrook@parkerpoe.com

        Katie M. Iams
        NC State Bar No. 38368
        620 S. Tryon Street, Suite 800
        Charlotte, North Carolina 28202
        Tel.: (704) 372-9000 | Fax: (704) 334-4706
        katieiams@parkerpoe.com

        *Counsel for Mountain Valley Pipeline, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System. The undersigned further certifies that a copy of the foregoing will be served on the landowner shown above who can be personally served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

This the 22nd day of January, 2021.

*/s/ Charles E. Raynal IV*
Charles E. Raynal, IV
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
*Counsel for Mountain Valley Pipeline, LLC*

# **EXHIBIT A**

Map of Easements







# EXHIBIT A

| PERMANENT EASEMENT LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°25'09"E | 78.19' |
| L2 | S49°39'58"E | 219.90' |
| L3 | S31°41'28"E | 273.89' |
| L4 | S87°19'36"E | 391.45' |
| L5 | S70°12'29"E | 223.28' |
| L6 | S89°47'59"W | 146.24' |
| L7 | N70°12'29"W | 78.33' |
| L8 | N87°19'36"W | 410.30' |
| L9 | N31°41'28"W | 292.37' |
| L10 | N49°39'58"W | 272.10' |

| TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | S89°25'09"E | 33.32' |
| L12 | S89°49'19"E | 21.23' |
| L13 | S49°39'58"E | 106.00' |
| L14 | S49°39'58"E | 77.59' |
| L15 | S31°41'28"E | 252.42' |
| L16 | S31°41'30"E | 8.54' |
| L17 | S87°19'36"E | 378.25' |
| L18 | S70°12'29"E | 258.49' |
| L19 | S10°14'59"E | 23.01' |
| L20 | S89°47'59"W | 44.11' |
| L21 | N70°12'29"W | 223.28' |
| L22 | N87°19'36"W | 391.45' |
| L23 | N31°41'28"W | 273.89' |
| L24 | N49°39'58"W | 219.90' |
| L25 | S49°39'58"E | 272.10' |
| L26 | S31°41'28"E | 292.37' |
| L27 | S87°19'36"E | 410.30' |
| L28 | S70°12'29"E | 78.33' |
| L29 | S89°47'59"W | 43.87' |
| L30 | N70°12'29"W | 34.84' |
| L31 | N87°19'37"W | 190.40' |
| L32 | N86°44'14"W | 14.83' |
| L33 | N87°24'41"W | 103.27' |
| L34 | N87°19'37"W | 7.58' |
| L35 | N87°19'36"W | 99.89' |
| L36 | N31°41'28"W | 297.91' |
| L37 | N49°39'58"W | 287.76' |
| L38 | S89°25'09"E | 23.46' |

| ADDITIONAL TEMPORARY WORKSPACE LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L39 | N40°20'02"E | 87.88' |
| L40 | S89°44'24"E | 3.46' |
| L41 | S49°35'54"E | 89.18' |
| L42 | S31°43'28"E | 138.43' |
| L43 | S03°23'53"W | 156.70' |
| L44 | N31°41'28"W | 252.42' |
| L45 | N49°39'58"W | 77.59' |
| L46 | S87°24'41"E | 103.27' |
| L47 | S02°40'24"W | 100.00' |
| L48 | N87°19'36"W | 104.32' |
| L49 | N03°40'39"E | 50.80' |
| L50 | N02°51'57"E | 29.04' |
| L51 | N02°51'53"E | 20.01' |
| L52 | N19°47'31"E | 89.76' |
| L53 | S70°12'29"E | 163.61' |
| L54 | S10°14'59"E | 86.58' |
| L55 | S89°47'59"W | 101.56' |
| L56 | N10°14'59"W | 23.01' |
| L57 | N70°12'29"W | 100.00' |



SEE SHEET 1-3 FOR GRAPHICS AND LABELS

EASEMENT SURVEY
FOR MVP SOUTHGATE
TOWNSHIP OF FAUCETTE
ALAMANCE COUNTY, NORTH CAROLINA

Mountain Valley PIPELINE LLC

PIPELINE EASEMENT IN PROPERTY OF
LEN McCAULEY
NC-AL-089.000
DEED BOOK 2369,2374,2351,2351 PAGE 309,95,190,186
NC-AL-089.000

| Drawn By: AHP | Chk'd By: | Appd By: | TRC Proj. No. 300423 | Scale: NTS |
| Drawn Date: 2/11/19 | DD | TWK | Sheet: 4 OF 4 | MVP Proj. No. |

LAND OWNER INITIALS: _____
DATE: _____

SEE SHEET 1 FOR THE LAND SURVEYOR'S CERTIFICATION.

| | REVISIONS | | | |
|---|---|---|---|---|
| 3 | 3/13/2019 | DJB | UPDATED OWNER INFO | DD |
| 4 | 4/15/2020 | DKD | UPDATED ROUTE | TWK |
| 5 | 5/2/2020 | DKD | UPDATED OWNER INFO | TWK |
| No. | Date | Rev By | Description | Checked |