# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.

EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*,

    Defendants.

1:21CV47

## ORDER

This matter is before the Court on the motion of Plaintiff Mountain Valley Pipeline, LLC for the entry of an order extending the current case deadlines. (Docket Entry 104.) For good cause shown, and with no objections from the represented parties, the Motion is GRANTED and the Court hereby establishes the following schedule:

| Description | New Deadline |
| --- | --- |
| Transco Mediation Period Ends | January 31, 2022 |
| Fee Owner Mediation Period Ends | May 2, 2022 |
| Mediation Status Report | May 15, 2022 |
| Commencement of Discovery | May 15, 2022 |
| Completion of All Discovery | March 15, 2023 |
| Initial Appraisals and Expert Reports | January 15, 2023 |

| Responsive or Rebuttal Expert Reports | March 15, 2023 |
| Join Additional Parties or Amend Pleadings | October 15, 2022 |
| Rule 5.5 Report | March 29, 2022 |

It is further ORDERED that the parties should not anticipate any further extensions of the deadlines in this matter.

This the 10th day of March, 2022.

                                                                                              Joe L. Webster
                                                                                   United States Magistrate Judge