IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-47-TDS-JLW

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN ROCKINGHAM COUNTY, GUILFORD COUNTY, AND ALAMANCE COUNTY NORTH CAROLINA, *et al.*,<br><br>    Defendants. | **MEDIATION STATUS REPORT** |

Plaintiff Mountain Valley Pipeline, LLC ("MVP") submits this Mediation Status Report in accordance with the Court's March 10, 2022 order (DE 105).

1. In this action, MVP seeks to acquire natural gas pipeline easements over approximately 85 properties located in Alamance County and Rockingham County pursuant to the Natural Gas Act, 15 U.S.C. §§ 717-717z. In addition to MVP, the parties to this case include (a) parties who claim an interest in the properties at issue in this action (the "Fee Owners") and (b) Transcontinental Gas Pipe Line Company, LLC and Cardinal Pipeline

Company, LLC (collectively, "Transco"), which operate natural gas pipelines on some of the properties owned by the Fee Owners.

2. Over the course of the last year, MVP and Transco have engaged in numerous mediated settlement discussions with the assistance of the mediator, the Honorable James L. Gale. Though Transco and MVP have continued to communicate regarding a potential resolution, certain matters between MVP and Transco remain unresolved.

3. MVP has engaged in informal settlement discussions with numerous Fee Owners. As a result of informal settlement discussions, to date, MVP has resolved claims regarding nine tracts and dismissed those matters from this action.

4. As of the date of this filing, MVP has seven scheduled mediations with represented Fee Owners, and is in the process of scheduling 10 more.

5. Challenges to getting all matters scheduled for mediation have included mediator availability, personal and professional obligations of the parties and counsel that have created scheduling conflicts, trials scheduled in MVP's condemnation case in Virginia, difficulty communicating with unrepresented parties, and the number of separate matters that need to be mediated.

6. MVP continues to believe that mediation is worthwhile for many, if not all, of the matters with the Fee Owners. Based on consultation with counsel for many of the Fee Owners, MVP continues to schedule additional mediated settlement conferences.

This the 16th day of May, 2022.

                              PARKER POE ADAMS & BERNSTEIN LLP

                              */s/ Michael J. Crook*
                              Michael J. Crook
                              NC State Bar No. 44322
                              Charles E. Raynal, IV
                              NC State Bar No. 32310
                              301 Fayetteville Street, Suite 1400
                              Raleigh, North Carolina 27601
                              Tel.: (919) 828-0564 | Fax: (919) 834-4564
                              charlesraynal@parkerpoe.com
                              michaelcrook@parkerpoe.com

                              Katie M. Iams
                              NC State Bar No. 38368
                              620 S. Tryon Street, Suite 800
                              Charlotte, North Carolina 28202
                              Tel.: (704) 372-9000 | Fax: (704) 334-4706
                              katieiams@parkerpoe.com
                              *Counsel for Mountain Valley Pipeline, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System which will serve notice of the same to counsel of record. Additionally, a copy of the foregoing has been served upon the following by US Mail:

Carol Christopher Oliver
1200 Shamrock Place
Burlington, NC 27215

Larry Wayne Pinnix
728 Ross Street
Burlington, NC 27217

Robert C. Warren, Jr. and Lena Kay Warren
1356 Stonewall Springs Road
Burlington, NC 27217

John Ray Cole and Ravonda Lynn Cole
301 Isley Road
Haw River, NC 27258

Second Partners, LLC
ATTN: Registered Agent
2555 Saint James Drive SE, Unit 403
Southport, NC 28461-8069

Jerry Richmond and Penny Richmond
1617 Jimmie Kerr Road
Haw River, NC 27258

Nicole Broadnax
610 Hannah Street
Hampton, Virginia 23661

Bill R. Broadnax
273 Village Court
Kingston, New York 12401

Linda D. Broadnax
1015 Pine Lane
Eden, NC 27288

Jermaine Broadnax
915 Carnation Street, Apartment B
Richmond, Virginia 23275

Donald Broadnax
109 North Elm Avenue
Henrico, Virginia 23075

Kimberly Broadnax
232 Scotch Pine Drive
Sandston, Virginia 23150

Brenda Broadnax
681 Courtland Avenue
Bronx, New York 10451

Betty Broadnax Thomas
331 Young Road
Stoneville, NC 27408

Clarence Ricky Broadnax
3524 Cedar Springs Drive
Concord, North Carolina 28650

Heirs of General O. Totten
c/o Betty L. Williams
709 Wentworth Street
Reidsville, NC 27320

Susano B. Jaimes
166 Cranberry Lane
Reidsville, NC 27320

Wade L. Ray and Amber L. Ray
1090 Crutchfield Road
Reidsville, NC 27320

Greenwood Presbyterian Church, Inc.
ATTN: Registered Agent
618 Narrow Gauge Road
Reidsville, NC 27320

Renee Womack
130 E. Hortter Street
Philadelphia, PA 19119-2206

Eric Medlin
Medlin Townsend, PLLC
114 North Elm Street, Suite 500
Greensboro, NC 27401
*Guardian Ad Litem for A.S.C.S, a minor*

N. Madison Wall, II
Holt, Longest, Wall, Blaetz & Moseley, PLLC
Post Office Drawer 59
3453 Forestdale Drive
Burlington, NC 27216
*Counsel for 1804-1814 Greenstreet Associates, LP*

Robert D. Douglas III
Hagan Barrett PLLC
300 North Greene Street, Suite 200
Greensboro, NC 27401
*Counsel for guardians of Donald L. Brown*

This the 16th day of May, 2022.

        */s/ Michael J. Crook*
        Michael J. Crook
        PARKER POE ADAMS & BERNSTEIN LLP
        301 Fayetteville Street, Suite 1400
        Raleigh, North Carolina 27601
        *Counsel for Mountain Valley Pipeline, LLC*