IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOUNTAIN VALLEY PIPELINE, LLC, )
    *Plaintiff*, )
)
V. ) 1:21-cv-00047-TDS-JLW
)
EASEMENTS TO CONSTRUCT, )
OPERATE, AND MAINTAIN A NATURAL )
GAS PIPELINE OVER TRACKS OF LAND )
IN ROCKINGHAM COUNTY, GUILFORD )
COUNTY, AND ALAMANCE COUNTY, )
NORTH CAROLINA *et al.*, )
    *Defendants.* )

**LANDOWNERS' MOTION FOR ATTORNEYS' FEES, EXPERT FEES, AND COSTS**

Defendants Howard L. Dunn and Patricia L. Dunn; Fred L. Lehman and Carol S. Lehman; Wayne S. Apple; Michael Stephen Madren and Patsy Madren; Lloyd G. Tucker Sr., Lloyd G. Tucker Jr., and Jeannine B. Tucker; Michael Glenn Wallace and Paula Rochelle Wallace; Esther P. Blanchard, Perry Blanchard Slade, Jack Daniel Slade, Dayle Driver Blanchard, Marsha Blanchard Hicks, Lee Hicks, and Morgan Lindsey Blanchard; Connie J. Mullis; Torrey L. Roach and Amanda M. Roach; Daniel A. Hughes and Margaret M. Hughes; Lori Dyer; R. Alan Dyer as trustee of The Robert W. Dyer and Betty B. Dyer Irrevocable Trust, dated November 4, 2014; and Alvin Herbin and Virginia B. Herbin (collectively, the Landowners) respectfully ask the Court to order Plaintiff to pay Landowners' reasonable attorneys' fees and costs incurred as a result of Plaintiff's condemnation suit filed on January 15, 2021, which Plaintiff has now asked the Court to dismiss without prejudice. 11. The Landowners seek total recovery of $127,230.82 in

1

attorneys' fees and expenses. The grounds supporting this motion are contained in the brief filed contemporaneously with this motion.

Respectfully submitted,

 /s/ Christopher S. Johns
Christopher S. Johns
Texas Bar No. 24044849
JOHNS & COUNSEL PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, Texas 78741
512-399-3150
512-572-8005 fax
cjohns@johnsandcounsel.com


 /s/ Scott F. Wyatt
Scott F. Wyatt
N.C. Bar No. 18754
Donavan J. Hylarides
N.C. Bar No. 44487
WYATT EARLY HARRIS WHEELER LLP
1912 Eastchester Drive, Suite 400
High Point, North Carolina 27265
336-819-6009
336-884-1102 fax
swyatt@wehwlaw.com
dhylarides@wehwlaw.com

*Attorneys for the Landowners*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF System and thereby served upon all parties pursuant to Federal Rule of Civil Procedure 5(b)(2)(e) on December 30, 2022.

                                            /s/ *Christopher S. Johns*
                                            Christopher S. Johns